# EXHIBIT 3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

ABACUS GLOBAL
MANAGEMENT, INC., a
corporation,
          Plaintiff,

v.

COVENTRY FIRST LLC, a limited
liability company; ALAN
BUERGER, an individual,
          Defendants.

Civil Action No. _____
(State Court Case No. 2025-CA-006191-O)

## DECLARATION OF AMY M. WELSH
## IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL

I, Amy M. Welsh, hereby declare as follows:

1.     I am Senior Vice President and General Counsel of Coventry First LLC ("Coventry"). I have worked at Coventry since 2005.

2.     I have personal knowledge of the facts set forth in this declaration.

3.     Coventry is a limited liability company headquartered in Fort Washington, Pennsylvania.

4.     The sole member of Coventry is Dash Investments LLC ("Dash"). Dash is also a limited liability company headquartered in Fort Washington, Pennsylvania.

5.     Dash has two members, the Buerger 2003 Family Trust (the "Family Trust") and the Alan H. Buerger 2003 Trust for Reid S. Buerger (the "Reid Trust"). Each trust holds an equal 50% interest in Dash.

1

6.    The Family Trust was established in 2003 as a traditional trust—*i.e.*, it represents a fiduciary relationship between a trustee and beneficiaries to manage the property held in trust.  It is not a business trust that exists as a separate entity.  The Family Trust has a situs in Pennsylvania.  And its sole trustee is Constance M. Buerger.

7.    The Reid Trust was established in 2003 as a traditional trust—*i.e.*, it represents a fiduciary relationship between a trustee and beneficiaries to manage the property held in trust.  It is not a business trust that exists as a separate entity.  The Reid Trust has a situs in Pennsylvania.  And its sole trustee is Constance M. Buerger.

8.    Constance M. Buerger is the wife of Alan Buerger.  Like her husband, Mrs. Buerger is a domiciliary of Pennsylvania.  Mr. and Mrs. Buerger's permanent home is in Wyndmoor, Pennsylvania.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 25th day of July, 2025, in Fort Washington, Pennsylvania.

**Amy M. Welsh**
Senior Vice President and
General Counsel
Coventry First LLC

2