# EXHIBIT 4A

 Orange County Clerk - Court Records Search

## 2025-CA-006191-O : ABACUS GLOBAL MANAGEMENT INC vs. BUERGER, ALAN et al.

| | | | |
|---|---|---|---|
| Case Type: | BC - Business Torts | Date Filed: | 6/30/2025 |
| Location: | Div 43 | UCN: | 482025CA006191A001OX |
| Judge: | Chad K Alvaro | Status: | Pending |
| Citation Number: | BC - Business Torts | Appear By Date: | |

### Parties

| Name | Type | Attorney | Atty Phone |
|---|---|---|---|
| ABACUS GLOBAL MANAGEMENT INC | Plaintiff | JASON STERNBERG | 786-850-3607 |
| ALAN BUERGER | Defendant | | |
| COVENTRY FIRST LLC | Defendant | GLENNYS ORTEGA RUBIN | 407-423-3200 |

### Charge Details

| Offense Date | Charge | Plea | Arrest | Disposition | Sentence |
|---|---|---|---|---|---|

### Docket Events

| Date | Description | Pages |
|---|---|---|
| 7/24/2025 | Motion for Admission of Attorney Pro Hac Vice | 9 |
| 7/24/2025 | Motion for Admission of Attorney Pro Hac Vice | 8 |
| 7/24/2025 | Correspondence | 1 |
| 7/22/2025 | Correspondence | 1 |
| 7/21/2025 | Motion for Admission of Attorney Pro Hac Vice | 5 |
| 7/21/2025 | Motion for Admission of Attorney Pro Hac Vice | 5 |
| 7/16/2025 | Notice Appearance of Counsel | 2 |
| 7/16/2025 | Notice Appearance of Counsel | 2 |
| 7/16/2025 | Order Setting Case Management Conference<br><br>Comments: November 7, 2025 at 10:15 AM | 5 |
| 7/16/2025 | Order Designating Case a Complex Case | 1 |
| 7/14/2025 | Return of Service of Summons<br><br>Comments: on Coventry First LLC - 7/8/2025 | 4 |
| 7/14/2025 | Affidavit of Service<br><br>Comments: on Alan Buerger - 7/13/2025 | 1 |
| 7/2/2025 | Summons Issued Electronically as to<br><br>Comments: EMAILED ATTY | 3 |
| 7/2/2025 | Summons Issued Electronically as to<br><br>Comments: EMAILED ATTY | 3 |
| 7/1/2025 | Civil Cover Sheet | 5 |
| 7/1/2025 | Service Document Unable to be Issued<br><br>Comments: Per Administrative Order No. 2019-08-02, a Business Court Addendum to Civil Cover Sheet is required to be filed with all initial filings that meet the Business Court criteria. | |
| 7/1/2025 | Civil Cover Sheet | 3 |
| 7/1/2025 | Service Document Unable to be Issued | |

| Date | Description | Pages |
|------|-------------|-------|
| | Comments: Business court addendum is required and summons fee paid but no proposed summons provided. | |
| 6/30/2025 | Complaint | 46 |
| 6/30/2025 | Civil Cover Sheet | 3 |
| | Comments: Marked YES for business court. | |
| 6/30/2025 | Case Initiated | |

## Hearings

| Date | Hearing | Time | Location | Pages |
|------|---------|------|----------|-------|

## Financial

| Date | Description | Payer | Amount |
|------|-------------|-------|--------|
| 6/30/2025 | Transaction Assessment | | 420.00 |
| 6/30/2025 | Payment | Jason D Sternberg | -420.00 |
| 7/21/2025 | Transaction Assessment | | 200.00 |
| 7/21/2025 | Payment | Gunster Yoakley and Stewart PA | -200.00 |
| 7/24/2025 | Transaction Assessment | | 100.00 |
| 7/24/2025 | Payment | Shutts and Bowen LLP | -100.00 |
| 7/24/2025 | Transaction Assessment | | 100.00 |
| 7/24/2025 | Payment | Shutts and Bowen LLP | -100.00 |
| | | Balance Due: | 0.00 |

## Bonds

| Description | Status Date | Bond Status | Amount |
|-------------|-------------|-------------|--------|

## Warrants

| Number | Status Description | Issue Date | Service Date | Recall Date | Expiration Date | Warrant Type |
|--------|--------------------|------------|--------------|-------------|-----------------|--------------|