# EXHIBIT 4B

**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I.    CASE STYLE

IN THE CIRCUIT/COUNTY COURT OF THE <u>NINTH</u>  JUDICIAL CIRCUIT,
IN AND FOR <u>ORANGE</u>  COUNTY, FLORIDA

<u>Abacus Global Management Inc</u>
Plaintiff                                                    Case # _____

                                                             Judge  _____

vs.
<u>Alan Buerger, Coventry First LLC</u>
Defendant

### II.    AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐  $8,000 or less
☐  $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☒ over $100,000.00

### III.    TYPE OF CASE     (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
       ☐ Business governance
       ☐ Business torts
       ☐ Environmental/Toxic tort
       ☐ Third party indemnification
       ☐ Construction defect
       ☐ Mass tort
       ☐ Negligent security
       ☐ Nursing home negligence
       ☐ Premises liability—commercial
       ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
       ☐ Commercial foreclosure
       ☐ Homestead residential foreclosure
       ☐ Non-homestead residential foreclosure
       ☐ Other real property actions

☐ Professional malpractice
       ☐ Malpractice—business
       ☐ Malpractice—medical
       ☐ Malpractice—other professional
☒ Other
       ☐ Antitrust/Trade regulation
       ☐ Business transactions
       ☐ Constitutional challenge—statute or ordinance
       ☐ Constitutional challenge—proposed amendment
       ☐ Corporate trusts
       ☐ Discrimination—employment or other
       ☐ Insurance claims
       ☐ Intellectual property
       ☒ Libel/Slander
       ☐ Shareholder derivative action
       ☐ Securities litigation
       ☐ Trade secrets
       ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
      ☐ Residential Evictions
      ☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☒ No ☐

**IV.     REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☒ Nonmonetary declaratory or injunctive relief;
☒ Punitive

**V.     NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

   <u>4</u>

**VI.     IS THIS CASE A CLASS ACTION LAWSUIT?**
     ☐ yes
     ☒ no

**VII.     HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
     ☒ no
     ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.     IS JURY TRIAL DEMANDED IN COMPLAINT?**
     ☒ yes
     ☐ no

**IX.     DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
     ☐ yes
     ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: <u>s/ Jason D Sternberg</u>          Fla. Bar # <u>72887</u>
        Attorney or party                    (Bar # if attorney)

<u>Jason D Sternberg</u>          06/30/2025
 (type or print name)            Date

**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

    **I.        CASE STYLE**

IN THE CIRCUIT/COUNTY COURT OF THE <u>NINTH</u>  JUDICIAL CIRCUIT,
IN AND FOR <u>ORANGE</u>  COUNTY, FLORIDA

<u>Abacus Global Management Inc</u>
Plaintiff                             Case # _____

                                             Judge  _____

vs.
<u>Alan Buerger, Coventry First LLC</u>
Defendant

      **II.        AMOUNT OF CLAIM**
Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐  $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☒ over $100,000.00

      **III.        TYPE OF CASE**      (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
      ☐ Business governance
      ☐ Business torts
      ☐ Environmental/Toxic tort
      ☐ Third party indemnification
      ☐ Construction defect
      ☐ Mass tort
      ☐ Negligent security
      ☐ Nursing home negligence
      ☐ Premises liability—commercial
      ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
      ☐ Commercial foreclosure
      ☐ Homestead residential foreclosure
      ☐ Non-homestead residential foreclosure
      ☐ Other real property actions

☐ Professional malpractice
      ☐ Malpractice—business
      ☐ Malpractice—medical
      ☐ Malpractice—other professional
☒ Other
      ☐ Antitrust/Trade regulation
      ☐ Business transactions
      ☐ Constitutional challenge—statute or ordinance
      ☐ Constitutional challenge—proposed amendment
      ☐ Corporate trusts
      ☐ Discrimination—employment or other
      ☐ Insurance claims
      ☐ Intellectual property
      ☒ Libel/Slander
      ☐ Shareholder derivative action
      ☐ Securities litigation
      ☐ Trade secrets
      ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

- 2 -

☐ Replevins
☐ Evictions
      ☐ Residential Evictions
      ☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☒ No ☐

**IV.    REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☒ Nonmonetary declaratory or injunctive relief;
☒ Punitive

**V.    NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

   4

**VI.    IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.    HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.    IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

**IX.    DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
    ☐ yes
    ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Jason D Sternberg        Fla. Bar # 72887
        Attorney or party              (Bar # if attorney)

Jason D Sternberg          06/30/2025
  (type or print name)           Date

Filing # 226445527 E-Filed 07/01/2025 06:34:56 PM

Corrected

## FORM 1.997.        CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replaces nor supplement the filing and service of pleadings or other documents as required by law. This form shall be filed by the plaintiff or petitioner with the Clerk of Court for purpose of reporting uniform data pursuant to section 25.075, Florida Statute. (See instructions for completion.)

### 1. CASE STYLE

In the Circuit Court of the Ninth Judicial Circuit for Orange County, Florida

ABACUS GLOBAL MANAGEMENT,

Inc., a corporation

Plaintiff(s)

Case Number:_____

Division: _____

v. COVENTRY FIRST LLC, a limited liability com-
pany; ALAN BUERGER, an individual

Defendant(s)

### 2. AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purposes.

- ☐ $8,000 or less        _____
- ☐ $8,001 - $30,000      _____
- ☐ $30,001 - $50,000     _____
- ☐ $50,001 - $75,000     _____
- ☐ $75,001 - $100,000    _____
- ☒ over $100,000.00      _____

### 3. TYPE OF CASE (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an X in both the main category and subcategory boxes.

#### CIRCUIT CIVIL

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence

- ☐ Negligence – other

  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect

- ☐ Homestead residential foreclosure $50,001 - $249,999
- ☐ Homestead residential foreclosure $250,000 or more
- ☐ Non-homestead residential Foreclosure $0 - $50,000
- ☐ Non-homestead residential Foreclosure $50,001- $249,999
- ☐ Non-homestead residential Foreclosure $250,000 or more
- ☐ Other
  - ☐ Antitrust / trade regulation
  - ☐ Business transactions
  - ☐ Constitutional challenge – statute or ordinance
  - ☐ Constitutional challenge – proposed amendment

Form 1.997 (Revised 08/14/2020)                                                                 Page 1 of 5

☐ Mass tort
☐ Negligent security
☐ Nursing home negligence
☐ Premises liability – commercial

☐ Premises liability – residential
☐ Products liability
☐ Real property / Mortgage foreclosure
    ☐ Commercial foreclosure $0 - $50,000
    ☐ Commercial foreclosure $50,001 - $249,999
    ☐ Commercial foreclosure $250,000 or more
    ☐ Homestead residential foreclosure $0 - $50,000

☐ Corporate trusts
☐ Discrimination – employment or other
☐ Insurance claims
☐ Intellectual property

☒ Libel / Slander
☐ Shareholder derivative action
☒ Securities litigation
☐ Trade secrets
☐ Trust litigation

☒ PLEASE CHECK THIS BOX IF THIS CASE IS APPROPRIATE FOR ASSIGNMENT TO THE COMPLEX BUSINESS LITIGATION DIVISION. PLEASE SEE ATTACHED COMPLEX BUSINESS LITIGATION DIVISION ADDENDUM FORM.

**COUNTY CIVIL**

☐ Small Claims
☐ Civil
☐ Real property/Mortgage foreclosure
☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-Residential Evictions
☐ Other civil (non-monetary)

4. **REMEDIES SOUGHT** (Check all that apply):
☒ Monetary;
☒ Non-monetary declaratory or injunctive relief;
☒ Punitive

5. **NUMBER OF CAUSES OF ACTION:** ____5____

(Specify) Defamation; Defamation by Implication; Defamation *Per Se;* Deceptive and Unfair Trade Practices,

§ 501.204, Fla. Stat.; Tortious Interference with Business Relations

6. **IS THIS CASE A CLASS ACTION LAWSUIT?**

☐ Yes

☒ No

7. **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**

☒ No

☐ Yes. If "Yes", list all related cases by name, case number and court. _____

_____

_____

Form 1.997 (Revised 08/14/2020)                    Page 2 of 5

**8. IS JURY TRIAL DEMANDED IN COMPLAINT?**

☒ Yes

☐ No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature _____     FL Bar Number ___72887_____

Attorney or Party                                              (Bar Number if attorney)

___Jason Sternberg_____                    ___July 1, 2025_____

Type or Print Name                                               Date

Form 1.997 (Revised 08/14/2020)                                        Page 3 of 5

CIVIL COVER SHEET BUSINESS COURT ADDENDUM
PARTY OR ATTORNEY FILING ACTION MUST SELECT WHICH APPLIES

Cases Subject to Business Court. The principles set out below shall guide the parties and the Court in the assignment of cases to Business Court. All jury, non-jury, injunction and class action cases shall be assigned to Business Court if they are among the following types of actions:

    A.    Any of the following where the amount in controversy is **$500,000.00 or more**:

    ___    1.    Claims arising from U.C.C. related transactions;

    ___    2.    Claims arising from the purchases and sales of business or the assets of a business including contract disputes and business torts;

    ___    3.    Claims involving the sale of goods or services by or to business enterprises;

    ___    4.    Claims involving non-consumer bank or brokerage accounts, including loan, deposit, cash management, and investment accounts;

    ___    5.    Claims arising from the purchase, sale, lease of real or personal property or security interests therein, excluding commercial landlord tenant claims;

    ___    6.    Claims related to surety bonds;

    ___    7.    Franchisee/franchisor relationships and liabilities;

    ___    8.    Malpractice claims of non-medical professionals in connection with rendering services to a business enterprise;

    ___    9.    Insurance coverage disputes, bad faith suits, and third party indemnity actions against insurers arising under policies issued to businesses, such as those claims arising under a commercial general liability policy or commercial property policy; and

    _X_    10.    Other complex disputes of a commercial nature, excluding those listed in Section II of Administrative Order Number 2019-08-02  Cases eligible under this category will normally have four or more parties, multiple claims and defenses, third party, cross or counterclaims, complex factual or legal issues, or other unusual features warranting assignment to Business Court.

Page 4 of 5

B.    Any of the following without regard to the amount in controversy:

_____    1.    Actions relating to the internal affairs or governance, dissolution or liquidation rights or obligations between or among owners (shareholders, partners, members), or liability or indemnity of managers (officers, directors, managers, trustees, or members or partners functioning as managers) of corporations, partnerships, limited partnerships, limited liability companies or partnerships, professional associations, business trusts, joint ventures or other business enterprises;

_____    2.    Actions relating to trade secrets and non-compete agreements;

_____    3.    Intellectual property claims;

_X_    4.    Actions relating to securities or relating to or arising under the state securities laws or antitrust statutes;

_____    5.    Shareholder derivative suits and class actions involving claims that are subject to Business Court, pursuant to Administrative Order Number 2019-08-02; and

_____    6.    Actions relating to corporate trust affairs or director and officer liability.

*NOTE*:  A copy of the Civil Cover Sheet and this Addendum must be served with the Complaint for all Business Court cases.  See Administrative Order Number 2019-08-02 for further Business Court requirements.

Page 5 of 5

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT,
IN AND FOR ORANGE COUNTY, FLORIDA

Case No.: 2025-CA-006191-O
Division: 43

ABACUS GLOBAL MANAGEMENT, INC., a corporation,

Petitioner,

and

COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual,

Respondent.

# SUMMONS:
# ORDEN DE COMPARECENCIA:
# CITATION:

TO/PARA/A: (name of party to be served), Alan Buerger                                                    ,
{address (including city and state)/location for service} 8850 Montgomery Ave, Glenside, PA 19038-8310              ,

# IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court.
A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case.
If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).
If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also serve a copy of your written response on the party serving this summons at:
QUINN EMANUEL URQUHART & SULLIVAN, LLP / Jason Sternberg, Esq. / 2601 S. Bayshore Drive Suite 1550, Miami, FL 33133

If the party serving summons has designated email address(es) for service or is represented by an attorney, you may designate email address(es) for service by or on you. Service must be in accordance with Florida Rule of Judicial Administration 2.516.
Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit

Court's office. You may review these documents, upon request.

You must keep the Clerk of the Circuit Court's office notified of your current address. (You may file Designation of Current Mailing and Email Address).

# IMPORTANTE

Usted ha sido demandado legalmente, Tiene veinte (20) dias, contados a Partir del recibo de esta notificacion, para contestar la demanda adjunto, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo  rotegera; si usted desea que el tribunal considere su defensa, debe
presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales, Si lo desea, puede usted consultar a un abogado immediatament. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparencen en la guia telefonica. Si desa responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante al tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney." (Demandate o Abogado del Demanadante).

QUINN EMANUEL URQUHART &
SULLIVAN, LLP / Jason Sternberg, Esq. /
2601 S. Bayshore Drive, Suite 1550
Miami, FL 33133

# IMPORTANT

Des poursuites judiciaries ont ete enterprises contre ous. Vous avez 20 jours consecutifts a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre response ecrite, avec mentin du numero de dossier ci-dessus et du nom des paties nommees isi, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre response ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur de Tribunal. Il y a d'autres obligations juridiques et vous pouvez reqerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).
Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

QUINN EMANUEL URQUHART &
SULLIVAN, LLP / Jason Sternberg, Esq. /
2601 S. Bayshore Drive,  Suite 1550
Miami, FL 33133

THE STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE: You are commanded to serve this summons and a copy of the
complaint in this lawsuit on the above-named person.

07/02/2025

TIFFANY M. RUSSELL
CLERK OF THE CIRCUIT COURT

By: *Naline S. Bahadur*

Deputy Clerk

**Civil Division**
**425 N. Orange Avenue**
**Room 350**
**Orlando, Florida 32801**

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT,
IN AND FOR ORANGE COUNTY, FLORIDA

Case No.: 2025-CA-006191-O
Division: 43

ABACUS GLOBAL MANAGEMENT, INC., a corporation,

Petitioner,

and

COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual,

Respondent.

# SUMMONS:
# ORDEN DE COMPARECENCIA:
# CITATION:

TO/PARA/A: (name of party to be served), COVENTRY FIRST LLC ,
{address (including city and state)/location for service} CHIEF FINANCIAL OFFICER 200 E. GAINES ST. TALLAHASSEE, FL 32399 ,

# IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court.

A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case.

If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also serve a copy of your written response on the party serving this summons at:
 Quinn Emanuel Urquhart & Sullivan, LLP / Jason Sternberg, Esq. / 2601 S. Bayshore Drive Suite 1550, Miami, FL 33133

If the party serving summons has designated email address(es) for service or is represented by an attorney, you may designate email address(es) for service by or on you. Service must be in accordance with Florida Rule of Judicial Administration 2.516.

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit

Court's office. You may review these documents, upon request.

You must keep the Clerk of the Circuit Court's office notified of your current address. (You may file Designation of Current Mailing and Email Address).

# IMPORTANTE

Usted ha sido demandado legalmente, Tiene veinte (20) dias, contados a Partir del recibo de esta notificacion, para contestar la demanda adjunto, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo  rotegera; si usted desea que el tribunal considere su defensa, debe
presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales, Si lo desea, puede usted consultar a un abogado immediatament. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparencen en la guia telefonica. Si desa responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante al tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney." (Demandate o Abogado del Demanadante).

Quinn Emanuel Urquhart & Sullivan, LLP / Jason Sternberg, Esq.
2601 S. Bayshore Drive Suite 1550
Miami, FL 33133

# IMPORTANT

Des poursuites judiciaries ont ete enterprises contre ous. Vous avez 20 jours consecutifts a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre response ecrite, avec mentin du numero de dossier ci-dessus et du nom des paties nommees isi, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre response ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur de Tribunal. Il y a d'autres obligations juridiques et vous pouvez reqerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

Quinn Emanuel Urquhart & Sullivan, LLP / Jason Sternberg, Esq.
2601 S. Bayshore Drive Suite 1550
Miami, FL 33133

THE STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE: You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named person.

TIFFANY M. RUSSELL
CLERK OF THE CIRCUIT COURT

07/02/2025

By: _Naline S. Bahadur_
Deputy Clerk

Civil Division
425 N. Orange Avenue
Room 350
Orlando, Florida 32801

Filing # 227222082 E-Filed 07/14/2025 05:16:49 PM

QUINN EMANUEL URQUHART & SULLIVAN, LLP 295 5TH AVENUE NEW YORK, NY 10016

| | |
|---|---|
| | Client's File No.: _____ |
| **AFFIDAVIT OF SERVICE** | Case No.: 2025-CA-006191-O |
| | Date Filed: July 1, 2025 |
| **IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT** | Court Date: _____ |
| **IN AND FOR ORANGE COUNTY, FLORIDA** | Division: 43 |

**ABACUS GLOBAL MANAGEMENT, INC., a corporation,**

*vs*                                                    Petitioner

**COVENTRY FIRST LLC, a limited liability company, ALAN BUERGER, an individual,**

Respondent

STATE OF  PENNSYLVANIA COUNTY OF      PHILADELPHIA   SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of   Pennsylvania

That on the following date:      July 8, 2025     , at the following time:      7:59 AM     ,

at          8850 MONTGOMERY AVENUE, GLENSIDE, PA 19038          deponent served the within

Summons/Citation, Complaint, Civil Cover Sheet and Civil Cover Sheet with Business Court Addendum

[X]  Papers so served were properly endorsed with the Case No. and date of filing.

Upon: **ALAN BUERGER, an individual** _____

[X] **Individual**   By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[ ] **Responsible**  By delivering to and leaving with _____ , _____
**Person**                                                                                                        Relationship
a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[ ] dwelling place     [ ] place of business/employment      [  ] last known address within the State.  [ ] usual place of abode

[ ] **Corporation**  By delivering to and leaving with _____ said individual to be _____
**LLC / LLP**  who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing**  By affixing a true copy thereof to the door, being the defendant/respondent's   [ ] dwelling place    [ ] place of business/employment
**To Door**  [  ] last known address within the State. [  ] usual place of abode

[ ] **Previous**  Deponent previously attempted to serve the above named defendant/respondent on:
**Attempts**

**Perceived**  Gender:   Male   Race:    White    Color of hair:   Bald   Age:  Over 65 Yrs.   Height:   5ft 9inch - 6ft 0inch
**Description**
**of Recipient**  Weight:   Over 200 Lbs.   Other Features: _____

[ ] **Mail**  A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed First Class mail to the above address _____ .
on

[ ] **WITNESS**  Subpoena Fee Tendered in the amount of $.
**FEES**

[X] **MILITARY**  I asked the person spoken to whether defendant was in active military service of the United States in any capacity whatever and
**SERVICE**  received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[X] **Other**  I received the documents for service on July 3, 2025 @ 10:05 a.m. Attempted service on 07/03/25 @ 7:43 p.m., on Saturday, 07/05/25 @ 4:11 p.m. and on 07/06/25 @ 1:58 p.m. The location is a gated property and you have to call through the buzzer directory. There was no answer on all attempts. On July 8, 2025. I arrived for a stakeout at 6:30 a.m. Around 7:50 a.m., the landscapers arrived and I followed them into the compound. I knocked on the door and spoke with the housekeeper. She then went to get the Subject and he  came outside and I personally served him said documents.

Sworn to before me on   July 13th, 2025

PROCESS SERVER - PRINT NAME BELOW SIGNATURE
Jodi L. Broder

PROCESS SERVER LICENSE #

*COURT SUPPORT, INC. 265 POST AVE #150, WESTBURY, NY 11590 LICENSE #1382542-DCA*       **Work Order #  1500646**

Commonwealth of Pennsylvania - Notary Seal
JOSELYNN COOK - Notary Public
Philadelphia County
My Commission Expires August 31, 2028
Commission Number 1299280

Case 6:25-cv-01401-RBD-RMN   Document 1-5   Filed 07/25/25   Page 20 of 62 PageID 167

| | | |
|---|---|---|
| ABACUS GLOBAL MANAGEMENT, INC. | **CASE #:** | **2025-CA-006191-O** |
| | **COURT:** | **9TH JUDICIAL CIRCUIT** |
| | **COUNTY:** | **ORANGE** |
| PLAINTIFF(S) | **DFS-SOP #:** | **25-000171999** |

VS.

COVENTRY FIRST LLC, ET AL

DEFENDANT(S)

_____/

SUMMONS, COMPLAINT, CIVIL COVER SHEET

# NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the of the State of Florida. Said process was received in my office by ELECTRONIC DELIVERY on Thursday, July 3, 2025 and a copy was forwarded by ELECTRONIC DELIVERY on Tuesday, July 8, 2025 to the designated agent for the named entity as shown below.

COVENTRY FIRST LLC
DONNA MOCH
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

**\*Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule 1.080.**

JASON STERNBERG
ATTORNEY
QUINN EMANUEL TRIAL LAWYERS
2601 SOUTH BAYSHORE DRIVE
1550
MIAMI, FL 33133

KS1

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT,
IN AND FOR ORANGE COUNTY, FLORIDA

Case No.: 2025-CA-006191-O

Division: 43

ABACUS GLOBAL MANAGEMENT, INC., a corporation,

Petitioner,

and

COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual,

Respondent.

# SUMMONS:
# ORDEN DE COMPARECENCIA:
# CITATION:

TO/PARA/A: (name of party to be served), COVENTRY FIRST LLC ,
{address (including city and state)/location for service} CHIEF FINANCIAL OFFICER 200 E. GAINES ST. TALLAHASSEE, FL 32399 ,

# IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court.
A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case.
If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).
If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also serve a copy of your written response on the party serving this summons at:
 Quinn Emanuel Urquhart & Sullivan, LLP / Jason Sternberg, Esq. / 2601 S. Bayshore Drive Suite 1550, Miami, FL 33133

If the party serving summons has designated email address(es) for service or is represented by an attorney, you may designate email address(es) for service by or on you. Service must be in accordance with Florida Rule of Judicial Administration 2.516.
Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit

Court's office. You may review these documents, upon request.

You must keep the Clerk of the Circuit Court's office notified of your current address. (You may file Designation of Current Mailing and Email Address).

# IMPORTANTE

Usted ha sido demandado legalmente, Tiene veinte (20) dias, contados a Partir del recibo de esta notificacion, para contestar la demanda adjunto, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo  rotegera; si usted desea que el tribunal considere su defensa, debe
presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales, Si lo desea, puede usted consultar a un abogado immediatament. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparencen en la guia telefonica. Si desa responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante al tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney." (Demandate o Abogado del Demanadante).

Quinn Emanuel Urquhart & Sullivan, LLP / Jason Sternberg, Esq.
2601 S. Bayshore Drive Suite 1550
Miami, FL 33133

# IMPORTANT

Des poursuites judiciaries ont ete enterprises contre ous. Vous avez 20 jours consecutifts a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre response ecrite, avec mentin du numero de dossier ci-dessus et du nom des paties nommees isi, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre response ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur de Tribunal. Il y a d'autres obligations juridiques et vous pouvez reqerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

Quinn Emanuel Urquhart & Sullivan, LLP / Jason Sternberg, Esq.
2601 S. Bayshore Drive Suite 1550
Miami, FL 33133

THE STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE: You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named person.

TIFFANY M. RUSSELL
CLERK OF THE CIRCUIT COURT

07/02/2025

By: *Naline S. Bahadur*
Deputy Clerk

Civil Division
425 N. Orange Avenue
Room 350
Orlando, Florida 32801

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT, IN AND FOR ORANGE AND OSCEOLA COUNTIES, FLORIDA

ABACUS GLOBAL MANAGEMENT INC.

        Plaintiff(s),

vs.

BUERGER, ALAN et al.

        Defendant(s).

_____/

| | |
|---|---|
| Case No. | 2025-CA-006191-O |
| Division | 43 (Orange County) |
| | 23 (Osceola County) |

## ORDER DESIGNATING CASE AS COMPLEX AND DIRECTIONS TO THE CLERK OF COURT

THIS CAUSE was considered to designate this case a "complex case" as defined in Florida Rules of General Practice and Judicial Administration 1.201. Being fully advised in the circumstances, the Court determines that the case meets the criteria for proceeding under the rule and designates it as a "complex case."

The Clerk of the Court shall designate this case a "complex case," update the Court's records accordingly, and report such designation and the case activity to the Florida Supreme Court pursuant to Section 25.075, Fla. Stat., and Florida Rules of General Practice and Judicial Administration 2.245(a).

DONE and ORDERED.

07/16/2025 09:52:10
2025-CA-006191-O

eSigned by Chad Alvaro  07/16/2025 09:52:10 8U4aqEyF

Chad K. Alvaro
CIRCUIT JUDGE

Copies to Counsel of Record via
Florida's E-Filing Portal

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT, IN AND FOR ORANGE AND OSCEOLA COUNTIES, FLORIDA

ABACUS GLOBAL MANAGEMENT INC.

        Plaintiff(s)

vs.

BUERGER, ALAN et al.

        Defendant(s).

_____/

Case No.     2025-CA-006191-O

Division     43 (Orange County)
               23 (Osceola County)

## ORDER SETTING
## CASE MANAGEMENT CONFERENCE

THIS MATTER came before the Court on a finding that the case is a "complex case" and the Court, being duly advised in the premises, finds that it is

ORDERED and ADJUDGED as follows:

1.     Notice is hereby given that on **November 07, 2025**, at **10:15AM** in Courtroom 9A, Orange County Courthouse, 425 N Orange Ave., Orlando, FL 32801. The undersigned shall convene a Case Management Conference ("CMC") in this cause. Parties may appear remotely using the division's WebEx link:

https://ninthcircuit.webex.com/join/BusinessCourt

Attendee cameras must be activated. Parties are expected to comport themselves as though present in-person in the courtroom. AI-assisted note taking applications are not permitted in the meeting space.

2.     All documents shall be electronically filed with the Clerk of the Court. This case is governed by the Business Court Procedures (BCP) which can be found at:

http://www.ninthcircuit.org/divisions/business-court

Plaintiff's counsel is ordered to confirm all parties subsequently named or appearing herein have been served copies of this order.

3.      Lead trial counsel shall appear for the CMC pursuant to BCP 6.4. Clients are not required to attend the CMC. Regardless of the pendency of any undecided motions, Trial Counsel shall meet no less than 30 days in advance of the CMC and address the following subjects, along with other appropriate topics, including those set forth in Florida Rule of Civil Procedure 1.200(a), some of which subjects and topics will be incorporated into a Case Management Order:

a.      a brief factual statement of the case;

b.      pleading issues, including service of process, venue, joinder of additional parties, theories of liability, damages claimed, and applicable defenses;

c.      the identity and number of any motions to dismiss or other preliminary or pre-discovery motions which have been filed and the time period in which they shall be filed, briefed and argued;

d.      a discovery plan and schedule including the length of the discovery period, the anticipated number of fact and expert depositions to be permitted and, as appropriate, the length and sequence of such depositions;

e.      anticipated areas of any expert testimony, timing for identification of experts, responses to expert discovery, and exchange of expert reports;

f.      an estimate of the volume of documents and computerized information likely to be the subject of discovery from parties and nonparties and whether there are technological means which may render document discovery more manageable at an acceptable cost;

g.      the advisability of using the general magistrate or special magistrate for fact finding, mediation, or discovery disputes or such other matters as the parties may agree upon;

h.      the time period after the close of discovery within which post-discovery dispositive motions shall be filed, briefed, and argued, and a tentative schedule for such activities;

i.      the possibility of settlement and the timing of alternative dispute resolution,

2

including the selection of a mediator or arbitrator(s);

j.      whether or not a party or parties desire to use technologically advanced methods of presentation or court-reporting and, to the extent that this is the case, a determination of the following:

i.      fairness issues, including but not necessarily limited to use of such capabilities by some but not all of the parties and/or by parties whose resources permit or require variations in the use of such capabilities;

ii.     issues related to compatibility of court and party facilities and equipment;

iii.    issues related to the use of demonstrative exhibits and any balancing of relevance and potential prejudice which may need to occur in connection with such exhibits; and,

iv.     such other issues related to the use of the Court's and parties' special technological facilities as may be raised by any party or the Court or its technological advisor, given the nature of the case and the resources of the parties.

k.      a good faith estimate by counsel for each party based upon consultation with all of the parties of the attorney's fees and costs each party is likely to incur in pursuing the litigation through trial court adjudication;

l.      a preliminary listing of the principal legal and factual issues which counsel believes will need to be decided in the case;

m.      a preliminary listing of any legal principles and facts that are not in dispute;

n.      a good faith estimate by counsel for each party of the length of time to try the case;

o.      whether a demand for jury trial has been made;

3

p.      the deadline for filing motions in limine; and,

q.      the track to which the case will be assigned. The Complex Business Litigation Court typically employs the following management tracks: Business Expedited (Target Trial Date within 13 months of the filing of the complaint); Business Standard (Target Trial Date within 18 months of the filing of the complaint); and Business Complex (Target Trial Date within 24 months of the filing of the complaint) and Complex Construction. If the case is a Complex Construction case, then the following topics shall also be addressed:

i.      the selection of a Special Magistrate to be used in the case and the compensation for the Special Magistrate;

ii.     whether the parties will produce discovery through disc exchange or through a virtual depository.  If the parties select a virtual depository, then the parties shall designate a cloud depository service;

iii.    the selection of a court reporting service to be used in the case;

iv.     The selection of a mediator to be used in the case; and,

v.      deadlines for destructive testing and extrapolation support testing.

4.      Within 14 days of the meeting among Trial Counsel, but no less than 14 days in advance of the Case Management Conference, the parties shall file a Joint Case Management Report pursuant to BCP 6.3 addressing the matters described above. If the case is a Complex Construction case, Plaintiff shall serve a Preliminary Defect List on all parties at least 14 calendar days in advance of the Case Management Conference. The Preliminary Defect List shall provide Defendants with sufficient information to identify which, if any, additional parties should be joined in the action.

5.      All counsel and parties are responsible for filing the Joint Case Management Report in full compliance with this Order. Plaintiff's counsel shall have the primary responsibility to coordinate the meeting of Lead Trial Counsel and unrepresented parties in person, and the filing of the Joint Case

4

Management Report. If counsel is unable to coordinate such compliance, counsel shall timely notify the Court by written motion or request for a status conference.

DONE and ORDERED.

eSigned by Chad Alvaro  07/16/2025 09:52:12 Ttp7WH-3

Chad K. Alvaro
CIRCUIT JUDGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was filed with the Clerk of the Court by using the Florida Courts E-Filing Portal System. Accordingly, a copy of the foregoing is being served on this day to all attorney(s)/interested parties identified on the ePortal Electronic Service List, via transmission of Notices of Electronic Filing generated by the ePortal System.

Shenise Baker, Judicial Assistant for Chad K. Alvaro

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Human Resources, Orange County Courthouse, 425 N. Orange Avenue, Suite 510, Orlando, Florida, (407) 836-2303, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

Filing # 227373369 E-Filed 07/16/2025 12:07:08 PM

**IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA**

ABACUS GLOBAL MANAGEMENT,
INC., a corporation,

      Plaintiff,

                                        Case No.: 2025-CA-006191-O

v.                                        Division 43

COVENTRY FIRST LLC, a limited liability
company; ALAN BUERGER, an individual,

      Defendants.

---

## NOTICE OF APPEARANCE

      COMES NOW, Alfred J. Bennington, Jr., of the law firm of Shutts & Bowen LLP, and

respectfully gives notice of his appearance as counsel for Defendants, COVENTRY FIRST LLC,

and ALAN BUERGER, and requests service of all filings, orders, notices and other documents

and materials relating to this action, at the following designation of email addresses for service:

                    Primary:  bbennington@shutts.com
                    Secondary:  jclaudio@shutts.com

      Dated: July 16, 2025

                                  Respectfully submitted,

                                  */s/ Alfred J. Bennington, Jr.*
                                  **ALFRED J. BENNINGTON, JR., ESQ.**
                                  Florida Bar No. 0404985
                                  Email:  bbennington@shutts.com
                                  Secondary Email: jclaudio@shutts.com
                                  **SHUTTS & BOWEN LLP**
                                  300 South Orange Avenue, Suite 1600
                                  Orlando, Florida 32801
                                  Telephone: (407) 835-6755
                                  Facsimile: (407) 849-7255

                                  *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2025, a true and correct copy of the foregoing was electronically filed using the Court's E-Filing portal, which will serve a copy, via electronic mail, upon all counsel of record.

<u>/s/ Alfred J. Bennington, Jr.</u>

**ALFRED J. BENNINGTON, JR., ESQ.**

ORLDOCS 22891152 1

**IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA**

ABACUS GLOBAL MANAGEMENT,
INC., a corporation,

      Plaintiff,

v.

COVENTRY FIRST LLC, a limited liability
company; ALAN BUERGER, an individual,

      Defendants.

Case No.: 2025-CA-006191-O
Division 43

## <u>NOTICE OF APPEARANCE</u>

COMES NOW, Glennys Ortega Rubin, of the law firm of Shutts & Bowen LLP, and respectfully gives notice of her appearance as counsel for Defendants, COVENTRY FIRST LLC, and ALAN BUERGER, and requests service of all filings, orders, notices and other documents and materials relating to this action, at the following designation of email addresses for service:

      Primary:  grubin@shutts.com
      Secondary:  dreyes@shutts.com

Dated: July 16, 2025

*/s/ Glennys Ortega Rubin*
**GLENNYS ORTEGA RUBIN, ESQ.**
Florida Bar No. 556361
Email:  grubin@shutts.com
Secondary Email:  dreyes@shutts.com
**SHUTTS & BOWEN LLP**
300 South Orange Avenue, Suite 1600
Orlando, Florida 32801
Telephone: (407) 423-3200
Facsimile: (407) 425-8316

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2025, a true and correct copy of the foregoing was electronically filed using the Court's E-Filing portal, which will serve a copy, via electronic mail, upon all counsel of record.

/s/ Glennys Ortega Rubin
**GLENNYS ORTEGA RUBIN, ESQ.**

ORLDOCS 22891165 1

IN THE CIRCUIT COURT OF
THE NINTH JUDICIAL
CIRCUIT, IN AND FOR ORANGE
COUNTY, FLORIDA

ABACUS GLOBAL
MANAGEMENT, INC., a foreign
corporation

      Plaintiff,

v.

Case No.: 2025-CA-006191-O

COVENTRY FIRST LLC, a foreign
limited liability company; ALAN
BUERGER, an individual

      Defendants.

_____

## VERIFIED MOTION FOR ADMISSION TO APPEAR *PRO HAC VICE* OF ALEX ZUCKERMAN PURSUANT TO FLORIDA RULE OF JUDICIAL ADMINISTRATION 2.510

Comes now, Alex Zuckerman, Movant herein, and respectfully represents the following:

1.     Movant resides in New York and is not a resident of the State of Florida.

2.     Movant is an attorney licensed to practice law in the State of New York and is a member of the law firm of Quinn Emanuel Urquhart & Sullivan, LLP with offices at 295 5th Avenue, 9th Floor, New York, New York 10016; telephone number: (212) 849-7000; facsimile number: (212) 849-7100; email address: alexzuckerman@quinnemanuel.com.

ACTIVE:37831151.1

3.    Movant has been retained as a member of the above-named law firm on May 14, 2025 by Plaintiff to provide legal representation in connection with the above-styled matter now pending before the above-named court of the State of Florida.

4.    Movant is an active member in good standing and currently eligible to practice law in the following jurisdiction:

| JURISDICTION | ATTORNEY/BAR NUMBER |
|---|---|
| New York State Bar Association | 5513031 |

5.    There have been no disciplinary, suspension, disbarment, or contempt proceedings initiated against Movant in the preceding five (5) years.

6.    Movant, either by resignation, withdrawal, or otherwise, never has terminated or attempted to terminate Movant's office as an attorney in order to avoid administrative, disciplinary, disbarment, or suspension proceedings.

7.    Movant is not an inactive member of The Florida Bar.

8.    Movant is not now a member of The Florida Bar.

9.    Movant is not a suspended member of The Florida Bar.

10.    Movant is not a disbarred member of The Florida Bar nor has Movant received a disciplinary resignation from The Florida Bar.

11.    Local counsel of record associated with Movant in this matter is Jason W. Johnson, Florida Bar No. 186538, who is an active member in good standing of The Florida Bar and is a member of the law firm of Gunster, Yoakley & Stewart,

2

ACTIVE:37831151.1

P.A., with offices at 200 S Orange Ave Ste 1400, Orlando, FL 32801-3438, telephone

number: (407) 406-5255, and email address: jjohnson@gunster.com.

12.    Movant has read the applicable provisions of Florida Rule of Judicial

Administration 2.510 and Rule 1-3.10 of the Rules Regulating The Florida Bar and

certifies that this verified motion complies with those rules.

13.    Movant agrees to comply with the provisions of the Florida Rules of

Professional Conduct and consents to the jurisdiction of the courts and the Bar of the

State of Florida.

WHEREFORE, Movant respectfully requests permission to appear in this

court for all further proceedings with respect to this cause only.

DATED this 21st day of July, 2025

By: /s/ Alex Zuckerman
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Alex Zuckerman
alexzuckerman@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000

*Movant*

STATE OF NEW YORK
COUNTY OF NEW YORK

I, Alex Zuckerman, do hereby swear or affirm under penalty of perjury that I

am the Movant in the above-styled matter; that I have read the foregoing motion and

3

ACTIVE:37831151.1

know the contents thereof, and the contents are true of my own knowledge and belief.

DATED this 21st day of July, 2025.

/s/ *Alex Zuckerman*
Alex Zuckerman

I hereby consent to be associated as local counsel of record in this cause pursuant to Florida Rule of Judicial Administration 2.510.

DATED this 21st day of July, 2025.

Respectfully submitted,

By:  /s/ *Jason W. Johnson*
Jason W. Johnson
Florida Bar No. 186538
**GUNSTER, YOAKLEY &
STEWART, P.A.**
200 South Orange Avenue, Suite 1400
Orlando, Florida 32801
Telephone: (407)
Facsimile: (407)
Primary Email: JJohnson@Gunster.com
Secondary Email: DMowery@Gunster,com

4

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing verified motion was served by mail to PHV Admissions, The Florida Bar, 651 East Jefferson Street, Tallahassee, Florida 32399- 2333 and by electronic delivery to counsel of record via the Florida e-filing portal on this 21st day of July, 2025, and that the movant has paid the fees described in the Rules Regulating The Florida Bar concerning non-Florida lawyers appearances in a Florida court or has notified the Florida Bar of movant's request for a judicial waivers of said fees.

/s/  *Jason W. Johnson*
Jason W. Johnson

5

ACTIVE:37831151.1

IN THE CIRCUIT COURT OF
THE NINTH JUDICIAL
CIRCUIT, IN AND FOR ORANGE
COUNTY, FLORIDA

ABACUS GLOBAL
MANAGEMENT, INC., a foreign
corporation

      Plaintiff,

v.

COVENTRY FIRST LLC, a foreign
limited liability company; ALAN
BUERGER, an individual

      Defendants.

Case No.: 2025-CA-006191-O

---

## VERIFIED MOTION FOR ADMISSION TO APPEAR *PRO HAC VICE* OF KATHLEEN S. MESSINGER PURSUANT TO FLORIDA RULE OF JUDICIAL ADMINISTRATION 2.510

Comes now, Kathleen S. Messinger, Movant herein, and respectfully represents the following:

1.    Movant resides in California and is not a resident of the State of Florida.

2.    Movant is an attorney licensed to practice law in the State of California and is a member of the law firm of Quinn Emanuel Urquhart & Sullivan, LLP with offices at 865 S. Figueroa St., 10th Floor, Los Angeles, California 90017; telephone number: (213) 443-3000; facsimile number: (213) 443-3100; email address: kathleenmessinger@quinnemanuel.com.

ACTIVE:37820854.1

3.    Movant has been retained as a member of the above-named law firm on May 14, 2025 by Plaintiff to provide legal representation in connection with the above-styled matter now pending before the above-named court of the State of Florida.

4.    Movant is an active member in good standing and currently eligible to practice law in the following jurisdiction:

| JURISDICTION | ATTORNEY/BAR NUMBER |
|---|---|
| State Bar of California | 329983 |

5.    There have been no disciplinary, suspension, disbarment, or contempt proceedings initiated against Movant in the preceding five years.

6.    Movant, either by resignation, withdrawal, or otherwise, never has terminated or attempted to terminate Movant's office as an attorney in order to avoid administrative, disciplinary, disbarment, or suspension proceedings.

7.    Movant is not an inactive member of The Florida Bar.

8.    Movant is not now a member of The Florida Bar.

9.    Movant is not a suspended member of The Florida Bar.

10.    Movant is not a disbarred member of The Florida Bar nor has Movant received a disciplinary resignation from The Florida Bar.

11.    Local counsel of record associated with Movant in this matter is Jason W. Johnson, Florida Bar No. 186538, who is an active member in good standing of The Florida Bar and is a member of the law firm of Gunster, Yoakley & Stewart,

2

ACTIVE:37820854.1

P.A., with offices at 200 S Orange Ave Ste 1400, Orlando, FL 32801-3438, telephone number: (407) 406-5255, and email address: jjohnson@gunster.com.

12.    Movant has read the applicable provisions of Florida Rule of Judicial Administration 2.510 and Rule 1-3.10 of the Rules Regulating The Florida Bar and certifies that this verified motion complies with those rules.

13.    Movant agrees to comply with the provisions of the Florida Rules of Professional Conduct and consents to the jurisdiction of the courts and the Bar of the State of Florida.

WHEREFORE, Movant respectfully requests permission to appear in this court for all further proceedings with respect to this cause only.

DATED this 21st day of July, 2025

By: /s/ Kathleen S. Messinger
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kathleen S. Messinger
kathleenmessinger@quinnemanuel.com
865 S. Figueroa St., 10th Floor,
Los Angeles, California 90017

*Movant*

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

I, Kathleen S. Messinger, do hereby swear or affirm under penalty of perjury that I am the Movant in the above-styled matter; that I have read the foregoing

3

ACTIVE:37820854.1

motion and know the contents thereof, and the contents are true of my own knowledge and belief.

DATED this 21st day of July, 2025.

/s/ *Kathleen S. Messinger*
Kathleen S. Messinger


I hereby consent to be associated as local counsel of record in this cause pursuant to Florida Rule of Judicial Administration 2.510.

DATED this 21st day of July, 2025.

Respectfully submitted,

By:   /s/ *Jason W. Johnson*
Jason W. Johnson
Florida Bar No. 186538
**GUNSTER, YOAKLEY &**
**STEWART, P.A.**
200 South Orange Avenue, Suite 1400
Orlando, Florida 32801
Telephone: (407)
Facsimile: (407)
Primary Email: JJohnson@Gunster.com
Secondary Email: DMowery@Gunster,com

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing verified motion was served by mail to PHV Admissions, The Florida Bar, 651 East Jefferson Street, Tallahassee, Florida 32399- 2333 and by electronic delivery to counsel of record via the Florida e-filing portal on this 21st day of July, 2025, and that the movant has paid the fees described in the Rules Regulating The Florida Bar concerning non-Florida lawyers appearances in a Florida court or has notified the Florida Bar of movant's request for a judicial waivers of said fees.

/s/  *Jason W. Johnson*
Jason W. Johnson

5

Filing # 227764125 E-Filed 07/22/2025 10:22:40 AM

# Ɫ Gunster

Writer's Direct Dial Number: (407) 406-5255
Writer's E-Mail Address: jjohnson@gunster.com

July 22, 2025

***Via Florida E-Filing Portal***
Honorable Chad K. Alvaro
Orange County Courthouse
425 N. Orange Avenue
Orlando, Florida  32801

Re:    Abacus Global Management, Inc. v. Coventry First, LLC and Alan Buerger
Case No.: 2025-CA-006191

Dear Judge Alvaro:

Enclosed for your review are two proposed Orders on Verified Motions for Admission to Appear *Pro Hac Vice* of Alex Zuckerman and Kathleen S. Messinger along with copies of the Verified Motion for Admission to Appear *Pro Hac Vice* of Alex Zuckerman and Verified Motion for Admission to Appear *Pro Hac Vice* of Kathleen S. Messinger which was e-filed on July 21, 2025.  All parties have agreed to the form of the attached Orders.

Should you have any further questions, please do not hesitate to contact me.

Sincerely,

Jason W. Johnson
Shareholder

JWJ:dm
Enclosures
cc:
Jason W. Johnson, Esq. at:
jjohnson@gunster.com and dmowery@gunster.com
Kathleen Messinger, Esq. at:
kathleenmessinger@quinnemanuel.com
Alex Zuckerman, Esq. at:
alexzuckerman@quinnemanuel.com
Alfred J. Benington, Jr., Esq. at
bbennington@shutts.com and jclaudio@shutts.com
Glennys Ortega Rubin, Esq. at
grubin@shutts.com and dreyes@shutts.com

ACTIVE:37834179.1

Case 6:25-cv-01401-RBD-RMN   Document 1-5   Filed 07/25/25   Page 45 of 62 PageID 192



ALFRED J. BENNINGTON, JR.
Senior Litigation Partner
Member Florida & Colorado Bar
Shutts & Bowen LLP
300 South Orange Avenue
Suite 1600
Orlando, FL 32801
DIRECT    (407) 835-6755
FAX       (407) 849-7255
EMAIL     BBennington@shutts.com

July 24, 2025

**VIA EMAIL (43orange@ninthcircuit.org)**
The Honorable Chad K. Alvaro
Orange County Courthouse
425 N. Orange Avenue
Orlando, FL  32801

Re:   *Abacus Global Management, Inc. v. Coventry First LLC; Alan Buerger*
      Case No: 2025-CA-006191-O
      Division: 43

Dear Judge Alvaro:

The undersigned and the law firm of Shutts & Bowen LLP represent the Defendants in the above-referenced action.

Attached please find enclosed copies of (1) *Andrew J. Levander's Verified Motion to Appear Pro Hac Vice Pursuant to Florida Rule of General Practice and Judicial Administration 2.510*; and (2) *Michael H. McGinley's Verified Motion to Appear Pro Hac Vice Pursuant to Florida Rule of General Practice and Judicial Administration 2.510*, which were filed July 24, 2025.

Also enclosed are the proposed (1) *Order Granting Andrew J. Levander's Verified Motion to Appear Pro Hac Vice Pursuant to Florida Rule of General Practice and Judicial Administration 2.510*; and (2) *Order Granting Michael H. McGinley's Verified Motion to Appear Pro Hac Vice Pursuant to Florida Rule of General Practice and Judicial Administration 2.510* (in Word format). Opposing counsel has reviewed and approved the proposed form of Orders.

If the attached Orders meet with Your Honor's approval, please execute same and have your judicial assistant e-file the Order via the e-portal, which will electronically serve a copy to all counsel of record.

Thank you for your time and consideration.

Sincerely,

Shutts & Bowen LLP

/s/ /Alfred J. Bennington, Jr.

Alfred J. Bennington, Jr., Esq.

Enclosures (4)

shutts.com | FORT LAUDERDALE | JACKSONVILLE | MIAMI | ORLANDO | SARASOTA | TALLAHASSEE | TAMPA | WEST PALM BEACH

Case 6:25-cv-01401-RBD-RMN   Document 1-5   Filed 07/25/25   Page 46 of 62 PageID 193

**IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT,
IN AND FOR ORANGE COUNTY, FLORIDA**

ABACUS GLOBAL MANAGEMENT,
INC., a Florida corporation,

        Plaintiff,

v.

COVENTRY FIRST LLC; a limited
liability company; ALAN BUERGER, an
individual,

        Defendants.

_____/

CASE NO.: 2025-CA-006191-O
Division: 43

### ANDREW J. LEVANDER'S VERIFIED MOTION TO APPEAR *PRO HAC VICE* PURSUANT TO FLORIDA RULE OF GENERAL PRACTICE AND JUDICIAL ADMINISTRATION 2.510

Comes now Andrew J. Levander, Esq., Movant herein, and respectfully represents the following:

1.      Movant resides in New York, New York.  Movant is not a resident of the State of Florida.

2.      Movant is an attorney and member of the law firm of Dechert LLP ("Dechert"), with offices in California, Massachusetts, New York, North Carolina, Pennsylvania, Texas, the District of Columbia, Belgium, France, Germany, Ireland, Luxembourg, Singapore, United Arab Emirates, and the United Kingdom.  Movant primarily practices out of Dechert's New York office, which is located at Three

Bryant Park, 1095 Avenue of the Americas, New York, New York 10036. The phone number for this office is (212) 698-3500.

3.    Movant has been retained, as a member of the above-named law firm, on or about July 3, 2025, by Defendants COVENTRY FIRST LLC ("Coventry") and ALAN BUERGER ("Buerger") (together, "Defendants") to provide legal representation in connection with the above-styled matter now pending before the above-named court located in the State of Florida.

4.    Movant is an active member in good standing and currently eligible to practice law in the following jurisdictions:

| Jurisdiction | Attorney/Bar Number (as applicable) |
|---|---|
| State of New York | 1216118 |
| District of Columbia | 282277 |
| Supreme Court of the United States | |
| U.S. Court of Appeals for the District of Columbia Circuit | |
| U.S. Court of Appeals for the Second Circuit | |
| U.S. Court of Appeals for the Third Circuit | |
| U.S. Court of Appeals for the Fourth Circuit | |
| U.S. Court of Appeals for the Fifth Circuit | |
| U.S. Court of Appeals for the Seventh Circuit | |
| U.S. Court of Appeals for the Ninth Circuit | |
| U.S. Court of Appeals for the Tenth Circuit | |

| | |
|---|---|
| U.S. District Court for the Southern District of New York | |
| U.S. District Court for the Eastern District of New York | |
| U.S. District Court for the Eastern District of Michigan | |
| N.Y. Supreme Court Appellate 1st Department | |

5.      A judicial officer or entity responsible for attorney regulation has neither initiated disciplinary, suspension, disbarment or contempt proceedings nor disciplined, suspended, disbarred or held Movant in contempt in the preceding five (5) years.

6.      Movant, either by resignation, withdrawal, or otherwise, has never terminated or attempted to terminate Movant's office as an attorney, in order to avoid administrative, disciplinary, disbarment, or suspension proceedings.

7.      Movant is not an inactive member of The Florida Bar.

8.      Movant is not now a member of The Florida Bar.

9.      Movant is not a suspended member of The Florida Bar.

10.      Movant is not a disbarred member of The Florida Bar nor has Movant received a disciplinary resignation or disciplinary revocation from The Florida Bar.

11.      Movant has not previously been disciplined or held in contempt by reason of misconduct committed while engaged in representation pursuant to Florida Rule of General Practice and Judicial Administration 2.510.

12.    To the best of Movant's recollection, Movant has not filed any motion to appear as counsel in Florida state or federal courts during the past five (5) years.

13.    Local counsel of record associated with Movant in this matter is Alfred J. Bennington, Jr., Esq., who is an active member, in good standing, of The Florida Bar (Alfred J. Bennington, Jr., Florida Bar Number is 0404985), as well as a partner of the law firm of Shutts & Bowen LLP, which, among other Florida offices, has an office located at 300 South Orange Avenue, Suite 1600, Orlando, Orange County, Florida 32801, and a telephone number of (407) 423-3200.

14.    Movant has read the applicable provisions of Florida Rule of General Practice and Judicial Administration 2.510 and Rule 1-3.10 of the Rules Regulating The Florida Bar and certifies that this Verified Motion complies with those rules.

15.    Movant agrees to comply with the provisions of the Florida Rules of Professional Conduct and consents to the jurisdiction of the courts and the Bar of the State of Florida.

DATED this 24th day of July, 2025.

/s/ Andrew J. Levander
**Andrew J. Levander, Esq.**
Email: andrew.levander@dechert.com
**Dechert LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036-6797
Telephone: (212) 698-3683
Facsimile: (212) 698-3599

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Business Court Procedures Rule 5.3, I, Andrew J. Levander, Esq., Movant, certify that on July 17, 2025, via email, counsel for Defendants conferred with Jason Johnson, Esq., counsel for Plaintiff, and Mr. Johnson advised that the Plaintiff does not oppose this Verified Motion.

/s/ Andrew J. Levander
**Andrew J. Levander, Esq.**

## **VERIFICATION**

STATE OF NEW YORK

COUNTY OF NEW YORK

I, ANDREW J. LEVANDER, do hereby swear or affirm, under penalty of perjury, that I am the Movant in the above-styled matter; that I have read the foregoing Verified Motion and know the contents thereof, and the contents are true of my own knowledge and belief.

*/s/ Andrew J. Levander*
**Andrew J. Levander, Esq.**

DATED this 24th day of July, 2025.

STATE OF FLORIDA

COUNTY OF ORANGE

I, ALFRED J. BENNINGTON, JR., ESQ., do hereby consent to be associated as local counsel of record in this cause pursuant to Florida Rule of General Practice and Judicial Administration 2.510.

DATED this 24th day of July, 2025.

/s/ Alfred J. Bennington, Jr.
**ALFRED J. BENNINGTON, JR., ESQ.**
Florida Bar No. 0404985
Email: bbennington@shutts.com
Secondary Email: jclaudio@shutts.com
**SHUTTS & BOWEN LLP**
300 South Orange Avenue, Suite 1600
Orlando, Florida 32801
Telephone: (407) 835-6755
Fax: (407) 425-8316

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Verified

Motion was served by mail to PHV Admissions, The Florida Bar, 651 East Jefferson

Street, Tallahassee, Florida 32399-2333 and was filed with the Clerk of Court by

using the Florida Court E-Filing Portal, which will automatically send an email

notification of such filing upon all counsel of record, and that the Movant has paid

the fees described in the Rules Regulating The Florida Bar concerning non-Florida

lawyers appearances in a Florida court or has notified The Florida Bar of Movant's

request for a judicial waiver of said fees.

This 24th day of July, 2025

*/s/ Alfred J. Bennington, Jr.*
**Alfred J. Bennington, Jr., Esq.**

Case 6:25-cv-01401-RBD-RMN    Document 1-5    Filed 07/25/25    Page 54 of 62 PageID 201

# IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT, IN AND FOR ORANGE COUNTY, FLORIDA

ABACUS GLOBAL MANAGEMENT, INC., a Florida corporation,

       Plaintiff,

v.

COVENTRY FIRST LLC; a limited liability company; ALAN BUERGER, an individual,

       Defendants.

_____/

CASE NO.: 2025-CA-006191-O
Division: 43

## MICHAEL H. MCGINLEY'S VERIFIED MOTION TO APPEAR *PRO HAC VICE* PURSUANT TO FLORIDA RULE OF GENERAL PRACTICE AND JUDICIAL ADMINISTRATION 2.510

Comes now Michael H. McGinley, Esq., Movant herein, and respectfully represents the following:

1.    Movant resides in Gladwyne, Pennsylvania. Movant is not a resident of the State of Florida.

2.    Movant is an attorney and member of the law firm of Dechert LLP ("Dechert"), with offices in California, Massachusetts, New York, North Carolina, Pennsylvania, Texas, the District of Columbia, Belgium, France, Germany, Ireland, Luxembourg, Singapore, United Arab Emirates, and the United Kingdom. Movant primarily practices out of Dechert's Philadelphia office, which is located at 2929

Arch Street, Philadelphia, PA, 19104. The phone number for this office is (215) 994-4000.

3.      Movant has been retained, as a member of the above-named law firm, on or about July 3, 2025, by Defendants COVENTRY FIRST LLC ("Coventry") and ALAN BUERGER ("Buerger") (together, "Defendants") to provide legal representation in connection with the above-styled matter now pending before the above-named court located in the State of Florida.

4.      Movant is an active member, in good standing, and currently eligible to practice law in the following jurisdictions:

| Jurisdiction | Attorney/Bar Number (as applicable) |
|---|---|
| State of Pennsylvania | 325545 |
| District of Columbia | 1006943 |
| Supreme Court of the United States | |
| U.S. Court of Appeals for the District of Columbia Circuit | |
| U.S. Court of Appeals for the Second Circuit | |
| U.S. Court of Appeals for the Third Circuit | |
| U.S. Court of Appeals for the Fourth Circuit | |
| U.S. Court of Appeals for the Fifth Circuit | |
| U.S. Court of Appeals for the Sixth Circuit | |

| | |
|---|---|
| U.S. Court of Appeals for the Seventh Circuit | |
| U.S. Court of Appeals for the Eighth Circuit | |
| U.S. Court of Appeals for the Ninth Circuit | |
| U.S. Court of Appeals for the Eleventh Circuit | |
| United States District Court for the District of Columbia | |
| United States District Court for the Eastern District of Pennsylvania | |

5.    A judicial officer or entity responsible for attorney regulation has neither initiated disciplinary, suspension, disbarment or contempt proceedings nor disciplined, suspended, disbarred or held Movant in contempt in the preceding five (5) years.

6.    Movant, either by resignation, withdrawal, or otherwise, has never terminated or attempted to terminate Movant's office as an attorney, in order to avoid administrative, disciplinary, disbarment, or suspension proceedings.

7.    Movant is not an inactive member of The Florida Bar.

8.    Movant is not now a member of The Florida Bar.

9.    Movant is not a suspended member of The Florida Bar.

10.    Movant is not a disbarred member of The Florida Bar nor has Movant received a disciplinary resignation or disciplinary revocation from The Florida Bar.

11.     Movant has not previously been disciplined or held in contempt by reason of misconduct committed while engaged in representation pursuant to Florida Rule of General Practice and Judicial Administration 2.510.

12.     To the best of Movant's recollection, Movant has applied for and was granted permission to appear as counsel in Florida courts during the past five (5) years in only the following cases:

- *United States ex rel. D'Anna v. Lee Mem. Health Sys.*, No. 2:14-cv-00437-JLB-NPM (M.D. Fla.)

- *United States ex rel. Zafirov v. Fla. Med. Assocs., et al.*, No. 8:19-cv-01236-KKM-SPF (M.D. Fla.)

- *Human Rights Def. Ctr. v. Inch, et al.*, No. 9:21-cv-81391-DMM (S.D. Fla.)

- *Innovatus Capital Partners, LLC v. 777 Partners LLC*, No. 2022-004772-CA-01 (11th Judicial Circuit, Miami-Dade Cnty.)

13.     Local counsel of record associated with Movant in this matter is Alfred J. Bennington, Jr., Esq., who is an active member in good standing of The Florida Bar (Alfred J. Bennington, Jr., Florida Bar Number is 0404985), as well as a partner of the law firm of Shutts & Bowen LLP, which, among other Florida offices, has an office located at 300 South Orange Avenue, Suite 1600, Orlando, Orange County, Florida 32801, and a telephone number of (407) 423-3200.

14.    Movant has read the applicable provisions of Florida Rule of General Practice and Judicial Administration 2.510 and Rule 1-3.10 of the Rules Regulating The Florida Bar and certifies that this Verified Motion complies with those rules.

15.    Movant agrees to comply with the provisions of the Florida Rules of Professional Conduct and consents to the jurisdiction of the courts and the Bar of the State of Florida.

DATED this 24th day of July, 2025.

/s/ Michael H. McGinley
**Michael H. McGinley, Esq.**
Email: michael.mcginley@dechert.com
**Dechert LLP**
Cira Centre
2929 Arch Street
Philadelphia, Pennsylvania 19104-2808
Telephone: (215) 994-2463

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Business Court Procedures Rule 5.3, I, Michael H. McGinley, Esq., Movant, certify that on July 17, 2025, via email, counsel for Defendants conferred with Jason Johnson, Esq., counsel for Plaintiff, and Mr. Johnson advised that the Plaintiff does not oppose this Verified Motion.

/s/ Michael H. McGinley
**Michael H. McGinley, Esq.**

## VERIFICATION

STATE OF PENNSYLVANIA

COUNTY OF PHILADELPHIA

I, MICHAEL H. MCGINLEY, ESQ., do hereby swear or affirm, under penalty of perjury, that I am the Movant in the above-styled matter; that I have read the foregoing Verified Motion and know the contents thereof, and the contents are true of my own knowledge and belief.

*/s/ Michael H. McGinley*
**Michael H. McGinley, Esq.**

DATED this 24th day of July, 2025.

STATE OF FLORIDA

COUNTY OF ORANGE

I, ALFRED J. BENNINGTON, JR., ESQ., do hereby consent to be associated as local counsel of record in this cause pursuant to Florida Rule of General Practice and Judicial Administration 2.510.

DATED this 24th day of July, 2025.

/s/ Alfred J. Bennington, Jr.
**ALFRED J. BENNINGTON, JR., ESQ.**
Florida Bar No. 0404985
Email: bbennington@shutts.com
Secondary Email: jclaudio@shutts.com
**SHUTTS & BOWEN LLP**
300 South Orange Avenue, Suite 1600
Orlando, Florida 32801
Telephone: (407) 835-6755
Fax: (407) 425-8316

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Verified Motion was served by mail to PHV Admissions, The Florida Bar, 651 East Jefferson Street, Tallahassee, Florida 32399-2333 and was filed with the Clerk of Court by using the Florida Court E-Filing Portal, which will automatically send an email notification of such filing upon all counsel of record, and that the Movant has paid the fees described in the Rules Regulating The Florida Bar concerning non-Florida lawyers appearances in a Florida court or has notified The Florida Bar of Movant's request for a judicial waiver of said fees.

This 24th day of July, 2025

*/s/ Alfred J. Bennington, Jr.*
**Alfred J. Bennington, Jr. Esq.**