**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| ABACUS GLOBAL MANAGEMENT, INC., a corporation,<br>Plaintiff,<br><br>v.<br><br>COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual,<br>Defendants. | Civil Action No. 6:25-cv-01401-RBD-RMN |

**DEFENDANTS' AGREED TIME-SENSITIVE MOTION FOR EXTENSION TO RESPOND TO COMPLAINT**

Defendants, COVENTRY FIRST LLC and ALAN BUERGER, (together, "Defendants") by and through their undersigned counsel and for good cause shown, hereby move for an extension of the deadline to respond to Plaintiff ABACUS GLOBAL MANAGEMENT, INC.'s ("Abacus") *Complaint* (Doc. No. 1-1) (the "Complaint"). Specifically, Defendants seek an extension from August 1, 2025 to August 29, 2025. Abacus consents to the requested extension.

Pursuant to Local Rule 3.01(e), Defendants state that they seek time-sensitive relief since the present deadline to respond to the Complaint is August 1, 2025. As such, prompt resolution of this matter is needed so that Defendants may be guided accordingly in preparing their response before expiration of the current deadline. Accordingly, Defendants request a ruling on this Motion by July 31, 2025.

## I. <u>LEGAL STANDARD</u>

"When an act may or must be done within a specified time, the court may, for good cause, extend the time" where the request is made before the original time expires. Fed. R. Civ. P. 6(b)(1)(A). "To establish good cause, the party seeking the extension must establish that the schedule could not be met despite the party's diligence." *Ashmore v. Sec'y, Dep't of Transp.*, 503 F. App'x 683, 685 (11th Cir. 2013) (citation omitted).

## II. <u>ARGUMENT</u>

The present deadline to respond to the Complaint is August 1, 2025. *See* Fed. R. Civ. P. 81(c)(2)(c). In drafting their response, Defendants have determined that they cannot adequately meet the present deadline—which falls just 7 days after removal—despite their due diligence.

The Complaint asserts five claims across one hundred and eighty-three (183) paragraphs of allegations. *See* Compl. Specifically, the Complaint alleges claims for defamation, defamation by implication, defamation *per se*, violation of the Florida Deceptive and Unfair Trade Practices Act, and tortious interference with business relations. *Id.* Defendants require additional time to analyze these allegations and to formulate a response. The requested extension will permit Defendants to appropriately do so and will additionally accommodate pre-existing vacation schedules of counsel.

Moreover, Defendants have thus far acted with diligence in defense of the alleged claims. Upon service of the Complaint—originally filed in state court—Defendants first conducted an analysis to determine to remove the action to this Court. Defendants completed that removal on July 25, 2025. Doc. 1. Now that such removal is complete, Defendants may turn to the substantive response.

Defendants thus have good cause for the requested extension since they cannot, despite their due diligence, address the expansive issues in the Complaint within the current time frame.

WHEREFORE, Defendants request, on consent, that this Court enter an Order extending the time for Defendants to respond to the Complaint until August 29, 2025, and grant any other relief that the Court deems just and proper.

**LOCAL RULE 3.01(g) CONFERRAL**

Counsel for Defendants conferred with Abacus' counsel, via telephone and email on July 28-29, 2025, and Abacus does not oppose and agrees to the relief sought herein.

Dated: July 30, 2025

Respectfully submitted,

*/s/ Alfred J. Bennington, Jr.*

ALFRED J. BENNINGTON, JR., ESQ.
GLENNYS ORTEGA RUBIN, ESQ.
BENJAMIN F. ELLIOTT, ESQ.
SHUTTS & BOWEN LLP
300 South Orange Ave.
Suite 1600
Orlando, FL 32801
Telephone: (407) 423-3200
Facsimile: (407) 425-8316

ANDREW J. LEVANDER, ESQ.
(*pro hac vice* application forthcoming)
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
andrew.levander@dechert.com

bbenington@shutts.com
grubin@shutts.com
belliott@shutts.com

MICHAEL H. MCGINLEY, ESQ.
(*pro hac vice* application forthcoming)
BRIAN A. KULP, ESQ.
(*pro hac vice* application forthcoming)
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
michael.mcginley@dechert.com
brian.kulp@dechert.com

ERIC AUSLANDER, ESQ.
(*pro hac vice* application forthcoming)
DECHERT LLP
1900 K Street NW
Washington, DC 20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333
eric.auslander@dechert.com

*Counsel for Defendants Coventry First LLC and Alan Buerger*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I also served these materials via email on the following counsel for Plaintiff Abacus Global Management, Inc.:

ALEX ZUCKERMAN
QUINN EMANUEL URQHART & SULLIVAN, LLP
295 5th Avenue, 9th Floor
New York, NY 10016
alexzuckerman@quinnemanuel.com
(212) 849-7000

JASON D. STERNBERG
DAVID M. WALSH
QUINN EMANUEL URQHART & SULLIVAN, LLP
2601 South Bayshore Drive, 15th Floor
Miami, FL 33133
jasonsternberg@quinnemanuel.com
davidwalsh@quinnemanuel.com
(305) 402-4880

KATHLEEN S. MESSINGER
QUINN EMANUEL URQHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
kathleenmessinger@quinnemanuel.com
(213) 443-3000

JASON W. JOHNSON
GUNSTER, YOAKLEY & STEWART P.A.
200 South Orange Avenue, Suite 1400
Orlando, FL 32801
jjohnson@gunster.com
(407) 406-5255

*<u>/s/ Alfred J. Bennington, Jr.</u>*
**ALFRED J. BENNINGTON, JR., ESQ.**