**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ABACUS GLOBAL MANAGEMENT, INC., a corporation,
Plaintiff,

v.

COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual,
Defendants.

Civil Action No. 6:25-cv-01401-RBD-RMN

**DEFENDANTS' LOCAL RULE 2.02(A) DESIGNATION OF LEAD COUNSEL**

Defendants, COVENTRY FIRST LLC and ALAN BUERGER, by and through their undersigned counsel and pursuant to Local Rule 2.02(a), designate Alfred J. Bennington, Jr., Esq. as their lead counsel.

Dated: July 30, 2025

Respectfully submitted,

*/s/ Alfred J. Bennington, Jr.*

ALFRED J. BENNINGTON, JR., ESQ.
BENJAMIN F. ELLIOTT, ESQ.
GLENNYS ORTEGA RUBIN, ESQ.
SHUTTS & BOWEN LLP
300 South Orange Ave.
Suite 1600
Orlando, FL 32801
Telephone: (407) 423-3200
Facsimile: (407) 425-8316
bbenington@shutts.com
grubin@shutts.com
belliott@shutts.com

ERIC AUSLANDER, ESQ.
(*pro hac vice* application forthcoming)

ANDREW J. LEVANDER, ESQ.
(*pro hac vice* application forthcoming)
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
andrew.levander@dechert.com

MICHAEL H. MCGINLEY, ESQ.
(*pro hac vice* application forthcoming)
BRIAN A. KULP, ESQ.
(*pro hac vice* application forthcoming)
DECHERT LLP

Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
michael.mcginley@dechert.com
brian.kulp@dechert.com

DECHERT LLP
1900 K Street NW
Washington, DC 20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333
eric.auslander@dechert.com

*Counsel for Defendants Coventry First LLC and Alan Buerger*

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I also served these materials via email on the following counsel for Plaintiff Abacus Global Management, Inc.:

ALEX ZUCKERMAN
QUINN EMANUEL URQHART & SULLIVAN, LLP
295 5th Avenue, 9th Floor
New York, NY 10016
alexzuckerman@quinnemanuel.com
(212) 849-7000

JASON D. STERNBERG
DAVID M. WALSH
QUINN EMANUEL URQHART & SULLIVAN, LLP
2601 South Bayshore Drive, 15th Floor
Miami, FL 33133
jasonsternberg@quinnemanuel.com
davidwalsh@quinnemanuel.com
(305) 402-4880

KATHLEEN S. MESSINGER
QUINN EMANUEL URQHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
kathleenmessinger@quinnemanuel.com
(213) 443-3000

JASON W. JOHNSON
GUNSTER, YOAKLEY & STEWART P.A.
200 South Orange Avenue, Suite 1400
Orlando, FL 32801
jjohnson@gunster.com
(407) 406-5255

*/s/ Alfred J. Bennington, Jr.*
ALFRED J. BENNINGTON, JR.