**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ABACUS GLOBAL MANAGEMENT, Inc., a corporation

Plaintiff,

v.

Case No.: 6:25-cv-1401-RBD-RMN
(Fla. Case No. 2025-CA-006191-O)

COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual

Defendants.

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel, Jason D. Sternberg, Esq., of the law firm of Quinn Emanuel Urquhart & Sullivan, LLP hereby enters his appearance as counsel on behalf of Plaintiff, Abacus Global Management, Inc., in the above-captioned action and hereby requests that copies of all further correspondence, notices, filings, and pleadings be served upon the undersigned.

I certify that I am admitted to practice in the Middle District of Florida.

DATED: August 1, 2025

*/s/ Jason Sternberg*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Jason Sternberg (Fla. Bar No. 72887)
jasonsternberg@quinnemanuel.com
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
(305) 402-4880

*Attorney for Plaintiff Abacus Global Management, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 1, 2025, a true and correct copy of the foregoing document was electronically served via the CM/ECF system on all parties authorized to accept service by CM/ECF.

*/s/ Jason Sternberg*
Jason Sternberg