**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ABACUS GLOBAL MANAGEMENT, INC., a foreign corporation

Plaintiff,

v.

Case No.: 6:25-CV-1401-RBD-RMN
(Fla. Case No.: 2025-CA-006191-O)

COVENTRY FIRST LLC, a foreign limited liability company; ALAN BUERGER, an individual

Defendants.

---

# NOTICE OF APPEARANCE

The undersigned attorney, Jason W. Johnson, Esq. of Gunster, Yoakley & Stewart, P.A., hereby files this Notice of Appearance as counsel for Plaintiff, ABACUS GLOBAL MANAGEMENT, INC. All pleadings, records and documentation regarding the above-styled cause are hereby requested to be furnished to the following:

Jason W. Johnson, Esq.
GUNSTER, YOAKLEY & STEWART P.A.
200 South Orange Avenue, Suite 1400
Orlando, Florida 32801
(407) 406-5255; Fax: (407) 849-1233
Primary e-mail: jjohnson@gunster.com
Secondary e-mail: dmowery@gunster.com

Dated: August 5, 2025

Respectfully submitted,

/s/ Jason W. Johnson
Jason W. Johnson, Esq.
FBN: 186538
*Counsel for Plaintiff, Abacus Global Management*
Gunster, Yoakley & Stewart, P.A.
200 S. Orange Ave., Suite 1400
Orlando, Florida 32801
Telephone: 407-406-5255
Email Address: jjohnson@gunster.com
dmowery@gunster.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Jason W. Johnson
Jason W. Johnson, Esq.