**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| ABACUS GLOBAL MANAGEMENT, INC., a corporation,<br><br>Plaintiff,<br><br>v.<br><br>COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual,<br><br>Defendants. | Civil Action No. 6:25-cv-01401 |

**DEFENDANT ALAN BUERGER'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Defendant Alan Buerger, makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

    N/A

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity[1]].

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be. See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

Alan Buerger: Pennsylvania

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

    Plaintiff: Abacus Global Management, Inc.

    Co-Defendant: Coventry First LLC

    Plaintiff's Counsel: Quinn Emanuel Urquhart & Sullivan, LLP; Alex Zuckerman, Esq.; Jason D. Sternberg, Esq.; David M. Walsh, Esq.; Kathleen S. Messinger, Esq.; Gunster, Yoakley & Stewart P.A.; and Jason W. Johnson, Esq.

    Defendants' Counsel: Dechert LLP; Andrew J. Levander, Esq.; Michael H. McGinley, Esq.; Brian A. Kulp, Esq.; Eric Auslander, Esq.; Shutts & Bowen, LLP; Alfred J. Bennington, Jr., Esq.; Glennys Ortega Rubin, Esq.; and Benjamin F. Elliott, Esq.

    Dash Investments LLC

    Buerger 2003 Family Trust

    Alan H. Buerger 2003 Trust for Reid S. Buerger

    Constance M. Buerger

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

    Plaintiff: Abacus Global Management, Inc.

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

    None

6. Identify each person arguably eligible for restitution:

None

☒ I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: August 6, 2025

Respectfully Submitted,

*/s/ Alfred J. Bennington, Jr.*

ALFRED J. BENNINGTON, JR., ESQ.
GLENNYS ORTEGA RUBIN, ESQ.
BENJAMIN F. ELLIOTT, ESQ.
SHUTTS & BOWEN LLP
300 South Orange Ave.
Suite 1600
Orlando, FL 32801
Telephone: (407) 423-3200
Facsimile: (407) 425-8316
bbenington@shutts.com
grubin@shutts.com
belliott@shutts.com

ANDREW J. LEVANDER, ESQ.
(*pro hac vice* application forthcoming)
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
andrew.levander@dechert.com

MICHAEL H. MCGINLEY, ESQ.
(*pro hac vice* application forthcoming)
BRIAN A. KULP, ESQ.
(*pro hac vice* application forthcoming)
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
michael.mcginley@dechert.com
brian.kulp@dechert.com

ERIC AUSLANDER, ESQ.
(*pro hac vice* application forthcoming)
DECHERT LLP
1900 K Street NW
Washington, DC 20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333
eric.auslander@dechert.com

*Counsel for Defendants Coventry First LLC and Alan Buerger*