**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

ABACUS GLOBAL MANAGEMENT, INC., a corporation,

Plaintiff,

v.

COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual,

Defendants.

Case No. 6:25-cv-01401

**UNOPPOSED MOTION FOR SPECIAL ADMISSION
OF ERIC AUSLANDER**

The undersigned, Eric Auslander, respectfully moves for special admission to represent Defendants Coventry First LLC ("Coventry") and Alan Buerger ("Mr. Buerger") in this action. In support of this Motion, the undersigned states as follows:

1. I am an associate at Dechert LLP, which represents Coventry and Mr. Buerger in this matter.

2. I am neither a Florida resident nor a member in good standing of The Florida Bar.

3. I am an admitted member in good standing of the bar of two United States district courts; specifically, the United States District Court for the Southern District of New York and the United States District Court for the Eastern District of Michigan.

4. I have not abused the privilege of special admission by maintaining a regular law practice in Florida. In the past thirty-six months, I have not appeared in any other cases in state or federal court in Florida.

5. I will comply with the federal rules and this Court's local rules.

6. I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

7. I have paid the fee for special admission or will pay the fee upon special admission.

8. I will register with the Court's CM/ECF system.

9. I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

**LOCAL RULE 3.01(g) CERTIFICATION**

Undersigned counsel conferred with counsel for Plaintiff prior to filing this Motion and counsel for Plaintiff does not oppose the relief requested herein.

DATED: August 6, 2025

*/s/ Eric Auslander*
ERIC AUSLANDER
DECHERT LLP
1900 K Street NW
Washington, DC 20006

Telephone: (202) 261-3300
eric.auslander@dechert.com

*/s/ Alfred J. Bennington, Jr.*
ALFRED J. BENNINGTON, JR.
Florida Bar No. 0404985
SHUTTS & BOWEN LLP
300 South Orange Avenue, Suite 1600
Orlando, FL 32801
Telephone: (407) 835-6755
bbennington@shutts.com