**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ABACUS GLOBAL MANAGEMENT, INC., a corporation,
Plaintiff,

v.

COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual,
Defendants.

Civil Action No. 6:25-cv-01401-RBD-RMN

**DEFENDANTS' UPDATED LOCAL RULE 2.02(a) DESIGNATION OF LEAD COUNSEL**

Defendants, COVENTRY FIRST LLC and ALAN BUERGER, by and through their undersigned counsel, and, pursuant to Local Rule 2.02(a), update their prior designation of Alfred J. Bennington, Jr. Esq. as their lead counsel [DE 005], and substitute and designate Andrew J. Levander, Esq. as their lead counsel.

Dated: August 15, 2025

Respectfully submitted,


*/s/ Alfred J. Bennington, Jr.*
ALFRED J. BENNINGTON, JR., ESQ.
BENJAMIN F. ELLIOTT, ESQ.
GLENNYS ORTEGA RUBIN, ESQ.
SHUTTS & BOWEN LLP
300 South Orange Ave.
Suite 1600
Orlando, FL 32801
Telephone: (407) 423-3200
Facsimile: (407) 425-8316
bbenington@shutts.com
grubin@shutts.com
belliott@shutts.com

ANDREW J. LEVANDER, ESQ. (*pro hac vice*)
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
andrew.levander@dechert.com

MICHAEL H. MCGINLEY, ESQ. (*pro hac vice*)
BRIAN A. KULP, ESQ. (*pro hac vice*)
DECHERT LLP
Cira Centre
2929 Arch Street

Philadelphia, PA 19104
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
michael.mcginley@dechert.com
brian.kulp@dechert.com

ERIC AUSLANDER, ESQ. (*pro hac vice*)
DECHERT LLP
1900 K Street NW
Washington, DC 20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333
eric.auslander@dechert.com

*Counsel for Defendants Coventry First LLC and Alan Buerger*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of August, 2025, the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF System, which will send a notification of filing via electronic mail to all counsel of record.

***/s/ Alfred J. Bennington, Jr.***
ALFRED J. BENNINGTON, JR., ESQ.

ORLDOCS 23004435 1