**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ABACUS GLOBAL MANAGEMENT, INC., a corporation,

Plaintiff,

v.

COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual,

Defendants.

Case No. 6:25-cv-01401

**DEFENDANTS' TIME-SENSITIVE CONSENT MOTION FOR LEAVE TO EXCEED PAGE LIMITS AS TO MOTION TO DISMISS**

Defendants Coventry First LLC ("Coventry") and Alan Buerger ("Mr. Buerger") (together, "Defendants"), by and through their undersigned counsel, pursuant to Local Rule 3.01(a), and with the consent of Plaintiff Abacus Global Management, Inc. ("Plaintiff"), hereby move this Court for an order permitting Defendants to exceed the page limit for its anticipated motion to dismiss Plaintiff's *Complaint* (Doc. No. 1-1). Defendants request an additional five (5) pages for their dismissal motion, which is due on August 29, 2025, so that they may fully and adequately address the Complaint's numerous—and factually and legally dense—allegations.

Defendants note, pursuant to Local Rule 3.01(e), that the instant request for additional pages is time-sensitive in that Defendants' deadline to respond to the Complaint is August 29, 2025 and Defendants seek resolution of this Motion in

advance of that deadline so as to be guided accordingly. Thus, Defendants request an order on this Motion by August 27, 2025.

**MEMORANDUM OF LAW AND ARGUMENT**

Local Rule 3.01(a) permits a party to seek leave to exceed the page limit set forth therein, so long as the request does not exceed three (3) pages, inclusive of all parts. Additionally, this Court has the authority and discretion to control its docket. *See Barber v. Am.'s Wholesale Lender*, 289 F.R.D. 364, 366 (M.D. Fla. 2013).

This Motion seeks five (5) additional pages for Defendants' anticipated motion to dismiss the Complaint based on the voluminous allegations therein. Specifically, the Complaint alleges five separate causes of action across one hundred eighty-three (183) paragraphs. Plaintiff's allegations address a highly sophisticated and nuanced industry and discuss the business practices of Plaintiff, Defendants, and third-parties. Defendants require additional briefing space to provide the Court with necessary information and authorities in response to the stated allegations for the Court's consideration.

Defendants do not bring this Motion in an abundance of caution. Instead, Defendants confirmed, after analysis of the Motion, and in good faith, that thirty (30) pages is necessary to cite to the relevant authorities and effectively respond to the Complaint.

WHEREFORE, Defendants, with Plaintiff's consent, request entry of an Order enlarging the page limit of Defendants' forthcoming motion to dismiss the Complaint

by five (5) additional pages, for a total of thirty (30) pages (not inclusive of exhibits), and grant any other relief that the Court deems just and proper.

## LOCAL RULE 3.01(g) CONFERRAL

Defendants' counsel conferred with counsel for Plaintiff via email on August 21 and 22, 2025 in a good faith effort to resolve the issues raised by this Motion. Plaintiff consents to the relief sought herein.

Respectfully submitted,

Dated: August 22, 2025

ANDREW J. LEVANDER, ESQ. (*pro hac vice*)
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
andrew.levander@dechert.com

MICHAEL H. MCGINLEY, ESQ. (*pro hac vice*)
BRIAN A. KULP, ESQ. (*pro hac vice*)
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
michael.mcginley@dechert.com
brian.kulp@dechert.com

*/s/ Alfred J. Bennington, Jr.*
ALFRED J. BENNINGTON, JR., ESQ.
GLENNYS ORTEGA RUBIN, ESQ.
BENJAMIN F. ELLIOTT, ESQ.
SHUTTS & BOWEN LLP
300 South Orange Ave.
Suite 1600
Orlando, FL 32801
Telephone: (407) 423-3200
Facsimile: (407) 425-8316
bbenington@shutts.com
grubin@shutts.com
belliott@shutts.com

ERIC AUSLANDER, ESQ. (*pro hac vice*)
DECHERT LLP
1900 K Street NW
Washington, DC 20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333
eric.auslander@dechert.com

*Counsel for Defendants Coventry First LLC and Alan Buerger*