**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ABACUS GLOBAL MANAGEMENT, INC., a foreign corporation

Plaintiff,

v.

Case No.: 6:25-CV-1401-RBD-RMN
(Fla. Case No.: 2025-CA-006191-O)

COVENTRY FIRST LLC, a foreign limited liability company; ALAN BUERGER, an individual

Defendants.

---

**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF, ABACUS GLOBAL MANAGEMENT, INC.**

COMES NOW Jason Johnson, and the law firm of Gunster, Yoakley & Stewart, P.A., by and through the undersigned attorney, and files this Motion to Withdraw as counsel for Plaintiff, ABACUS GLOBAL MANAGEMENT, INC., and as grounds states:

1. Gunster, Yoakley & Stewart, P.A. was not lead counsel and the Plaintiff, ABACUS GLOBAL MANAGEMENT, INC., has other counsel of record.

2. Plaintiff, ABACUS GLOBAL MANAGEMENT, INC., consents to this requested withdrawal.

WHEREFORE, Jason Johnson and the law firm of Gunster, Yoakley & Stewart, P.A. request this Court enter an order granting this motion, allowing the withdrawal of Jason Johnson and the law firm of Gunster, Yoakley & Stewart, P.A. as counsel for Plaintiff, ABACUS GLOBAL MANAGEMENT, INC., and discharging Jason Johnson and the law firm of Gunster, Yoakley & Stewart, P.A. from further responsibility to act as counsel for ABACUS GLOBAL MANAGEMENT, INC. in this case.

Respectfully submitted,

/s/ Jason W. Johnson
Jason W. Johnson, Esq.
FBN: 186538
*Counsel for Plaintiff, Abacus Global Management*
Gunster, Yoakley & Stewart, P.A.
200 S. Orange Ave., Suite 1400
Orlando, Florida 32801
Telephone: 407-406-5255
Email Address: jjohnson@gunster.com
dmowery@gunster.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Jason W. Johnson
Jason W. Johnson, Esq.