**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ABACUS GLOBAL
MANAGEMENT, INC.,

Plaintiff,

v.

Case No. 6:25-cv-1401-RBD-RMN

COVENTRY FIRST LLC; and ALAN
BUERGER,

Defendants.

---

## ORDER

Before the Court is the parties' Case Management Report. (Doc. 32.) The report indicates that the parties have not yet agreed upon a mediator. Therefore, the parties are directed to confer and then advise the Court on the selection of a mediator no later than **October 20, 2025**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 6, 2025.

ROY B. DALTON, JR.
United States District Judge