IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ABACUS GLOBAL MANAGEMENT, INC., a corporation,
Plaintiff,

v.

COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual,
Defendants.

Case No. 6:25-cv-01401-RBD-RMN

Judge Roy B. Dalton, Jr.

Magistrate Judge Robert M. Norway

# NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that undersigned counsel, Jay B. Shapiro of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., hereby appears as counsel on behalf of Defendants COVENTRY FIRST LLC and ALAN BUERGER, and respectfully requests that all papers in this action be served upon the undersigned at the address stated below.

Dated: October 9, 2025

Respectfully submitted,

*/s/ Jay B. Shapiro*

Jay B. Shapiro
Florida Bar No. 776361
STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
150 W. Flagler Street, Suite 2200
Miami, FL 33130
(305) 789-3200
jshapiro@stearnsweaver.com

*Counsel for Defendants Coventry First*

*LLC and Alan Buerger*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on October 9, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have registered to receive notifications.

*/s/ Jay B. Shapiro*
Jay B. Shapiro