**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| ABACUS GLOBAL MANAGEMENT, INC., a corporation,<br>Plaintiff,<br><br>v.<br><br>COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual,<br>Defendants. | Case No. 6:25-cv-01401-RBD-RMN<br><br>Judge Roy B. Dalton, Jr.<br><br>Magistrate Judge Robert M. Norway |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that undersigned counsel, Viviana I. Vasiu of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., hereby appears as counsel on behalf of Defendants COVENTRY FIRST LLC, and ALAN BUERGER, in this action, and respectfully requests that all papers in this action be served upon the undersigned at the address stated below.

Dated: October 9, 2025

Respectfully submitted,

*/s/ Viviana I. Vasiu*

Viviana I. Vasiu
Florida Bar No. 1011601
STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
150 W. Flagler Street, Suite 2200
Miami, FL 33130
(305) 789-3200
vvasiu@stearnsweaver.com

*Counsel for Defendants Coventry First*

*LLC and Alan Buerger*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on October 9, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have registered to receive notifications.

*/s/ Viviana I. Vasiu*
Viviana I. Vasiu