# EXHIBIT 2

COVENTRY
REDEFINING INSURANCE®

**Coventry Study of Lapetus Life Expectancies: January 2022 through April 2024**

Coventry undertook a study of all Lapetus life expectancy reports it was aware of issued between January 1, 2022 and April 27, 2024. Each Lapetus life expectancy report was compared to all other reports Coventry was aware of issued by Florida-registered life expectancy underwriters dated within 3 months of the corresponding Lapetus life expectancy on the same underlying life. The result of these comparisons was that the Lapetus life expectancy was shorter in 85% of cases. Details of the study are shown in the following table:

| Month of Lapetus report | Quantity of Lapetus reports | Percentage of comparisons where Lapetus is shorter | Average difference in life expectancy (months) |
|---|---|---|---|
| January 2022 | 93 | 83.5% | (37) |
| February 2022 | 126 | 86.4% | (34) |
| March 2022 | 190 | 89.2% | (39) |
| April 2022 | 198 | 83.6% | (34) |
| May 2022 | 227 | 82.9% | (28) |
| June 2022 | 250 | 84.3% | (33) |
| July 2022 | 178 | 86.5% | (31) |
| August 2022 | 172 | 84.2% | (31) |
| September 2022 | 166 | 82.5% | (28) |
| October 2022 | 281 | 86.0% | (31) |
| November 2022 | 176 | 89.4% | (36) |
| December 2022 | 146 | 81.4% | (28) |
| January 2023 | 171 | 81.0% | (27) |
| February 2023 | 126 | 84.6% | (31) |
| March 2023 | 102 | 91.3% | (29) |
| April 2023 | 122 | 87.3% | (32) |
| May 2023 | 119 | 86.9% | (32) |
| June 2023 | 131 | 85.8% | (30) |
| July 2023 | 105 | 88.8% | (35) |
| August 2023 | 93 | 86.3% | (32) |
| September 2023 | 97 | 82.3% | (29) |
| October 2023 | 75 | 85.7% | (28) |
| November 2023 | 145 | 86.9% | (29) |
| December 2023 | 74 | 85.2% | (27) |
| January 2024 | 93 | 84.4% | (31) |
| February 2024 | 63 | 74.6% | (19) |
| March 2024 | 95 | 83.0% | (27) |
| April 2024 | 31 | 84.8% | (24) |
| **Entire study** | **3,845** | **85.1%** | **(31)** |

This confidential report (the "Report") is being furnished on a confidential basis for informational purposes only for the sole and exclusive use of the recipient. By acceptance of this Report, the recipient agrees to keep all information strictly confidential and not to share, publish, transmit, or otherwise reproduce any information provided herein, in whole or in part, in any format to any third party, without the express written consent of Coventry.

While all the information prepared in this Report is believed to be accurate, Coventry makes no representation or warranty, express or implied, concerning the information contained herein or its accuracy or completeness. Coventry expressly disclaims any implied warranty of merchantability or fitness for a particular purpose, including any warranty for the use or the results of the use of this Report with respect to its correctness, quality, accuracy, completeness, or reliability.