**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ABACUS GLOBAL MANAGEMENT, INC., a corporation,
Plaintiff,

v.

COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual,
Defendants.

Civil Action No. 6:25-cv-01401-RBD-RMN

**JOINT MEDIATION NOTICE**

Plaintiff, ABACUS GLOBAL MANAGEMENT, INC. ("Plaintiff"), together with Defendants, COVENTRY FIRST LLC and ALAN BUERGER (together, "Defendants") (Plaintiff and Defendants together, the "Parties"), pursuant to the Court's October 6, 2025 Order (Doc. 43), hereby jointly provide the Court with notice regarding the selection of a mediator in this action following conferral between counsel and mediator in regard to the same.

Specifically, the Parties hereby notify the Court that the mediation in this matter will take place before mediator Julie H. O'Kane of O'Kane Mediation, LLC and is scheduled to take place on October 7, 2026.

Dated: October 20, 2025

Respectfully submitted,

*/s/ Alex Zuckerman*

*/s/ Andrew J. Levander*

ALEX ZUCKERMAN, ESQ.
(*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
alexzuckerman@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000

JASON D. STERNBERG, ESQ.
(Fla. Bar No. 72887)
jasonsternberg@quinnemanuel.com
DAVID M. WALSH, ESQ.
(Fla. Bar No. 1048823)
davidwalsh@quinnemanuel.com
OSVALDO RODRIGUEZ, ESQ.
(Fla. Bar No. 1039307)
osvaldorodriguez@quinnemanuel.com
2601 South Bayshore Drive, 15th Floor
Miami, FL 33133
(305) 402-4880

KATHLEEN S. MESSINGER, ESQ.
(*pro hac vice*)
kathleenmessinger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

*Counsel for Plaintiff Abacus Global Management, Inc.*

ANDREW J. LEVANDER, ESQ.
(*pro hac vice*)
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
andrew.levander@dechert.com

MICHAEL H. MCGINLEY, ESQ.
(*pro hac vice*)
BRIAN A. KULP, ESQ. (*pro hac vice*)
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
michael.mcginley@dechert.com
brian.kulp@dechert.com

ERIC AUSLANDER, ESQ. (*pro hac vice*)
DECHERT LLP
1900 K Street, NW
Washington, DC 20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333
eric.auslander@dechert.com

ALFRED J. BENNINGTON, JR., ESQ.
Florida Bar No. 0404985
GLENNYS ORTEGA RUBIN, ESQ.
Florida Bar No. 556361
BENJAMIN F. ELLIOTT, ESQ.
Florida Bar No. 1010706
SHUTTS & BOWEN LLP

300 South Orange Ave., Suite 1600
Orlando, FL 32801
Telephone: (407) 423-3200
Facsimile: (407) 425-8316
bbennington@shutts.com
grubin@shutts.com
belliott@shutts.com

JAY B. SHAPIRO, ESQ.
Florida Bar No. 776361
VIVIANA I. VASIU, ESQ.
Florida Bar No. 1011601
STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
150 W. Flagler Street, Suite 2200
Miami, FL 33130
(305) 789-3200
jshapiro@stearnsweaver.com
vvasiu@stearnsweaver.com

*Counsel for Defendants Coventry First LLC and Alan Buerger*