**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ABACUS GLOBAL MANAGEMENT, INC.,
a corporation,

Plaintiff,

v.

Case No.: 6:25-cv-1401-RBD-RMN

COVENTRY FIRST LLC,
a limited liability company;
ALAN BUERGER, an individual

Defendants.

---

**PLAINTIFF'S AGREED TIME-SENSITIVE MOTION FOR EXTENSION TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND LEAVE TO EXCEED PAGE LIMITS AS TO OPPOSITION TO MOTION TO DISMISS**

Plaintiff Abacus Global Management, Inc. ("Abacus"), by and through its undersigned counsel and for good cause, hereby moves for an extension of the deadline to respond to the Motion to Dismiss filed by Defendants Coventry First LLC and Alan Buerger (ECF No. 47). Specifically, Abacus seeks an extension from November 4, 2025, to November 18, 2025. In addition, Abacus requests an additional five (5) pages for its response to the Motion to Dismiss, so that it may fully and adequately address the arguments made therein. This is Abacus's first request for an extension of time and leave to exceed page limits. Defendants consent to both the requested time extension and the request for additional pages.

Pursuant to Local Rule 3.01(e), Abacus states that it seeks time-sensitive relief as the present deadline to respond to the Motion to Dismiss is November 4, 2025. As

such, prompt resolution of this matter is needed so that Abacus may be appropriately guided in preparing its response to the Motion to Dismiss before the current deadline. Accordingly, Abacus requests a ruling on this Motion by October 31, 2025.

**ARGUMENT**

The present deadline to respond to the Motion to Dismiss is November 4, 2025. *See* Local Rule 3.01(c). In drafting its response, Abacus has determined that it cannot meet this 14-day deadline despite its due diligence.

The Motion to Dismiss, which was drafted with the benefit of a 14-day extension, raises complex issues that require additional time for analysis. As Defendants noted in their prior request (ECF No. 39), this case concerns over a dozen defamatory statements as well as additional claims. Moreover, Defendants' Motion to Dismiss exceeds the page limit established by Local Rule 3.01(a), necessitating additional time to respond.

The requested extension will provide Abacus with the time it needs to fully respond to Defendants' Motion to Dismiss, in light of the complexity of the issues presented and counsel's other obligations. Abacus has good cause for the requested extension as it cannot, despite its due diligence, address the issues in the Motion to Dismiss within the current time frame.

The Court should also grant leave to file five (5) excess pages for Abacus's response to Defendants' Motion to Dismiss, as it has done for Defendants on two prior occasions. ECF Nos. 30 & 40. Abacus will endeavor to meet the standard 20-page

limit, but it will likely need additional space to fully respond to Defendants' Motion to Dismiss, which itself exceeds the 25-page limit.

WHEREFORE, Abacus requests that this Court enter an Order extending the time for Abacus to respond to Defendants' Motion to Dismiss until November 18, 2025, and enlarging the page limit of Abacus's response to the Motion to Dismiss by five (5) additional pages, for a total of twenty-five (25) pages (not inclusive of exhibits).

**LOCAL RULE 3.01(g) CONFERRAL**

Abacus's counsel conferred with Defendants' counsel via email on October 21-22, 2025, and Defendants do not oppose and agree to the relief sought herein.

DATED: October 24, 2025

Respectfully submitted,

*/s/ Alex Zuckerman*

Alex Zuckerman (*pro hac vice*)
alexzuckerman@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000

*Attorneys for Plaintiff*
*Abacus Global Management, Inc.*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Jason D. Sternberg (Fla. Bar No. 72887)
jasonsternberg@quinnemanuel.com
David M. Walsh (Fla. Bar No. 1048823)
davidwalsh@quinnemanuel.com
Osvaldo Rodriguez (Fla. Bar No. 1039307)
osvaldorodriguez@quinnemanuel.com
2601 South Bayshore Drive, 15th Floor
Miami, FL 33133
(305) 402-4880

Kathleen S. Messinger (*pro hac vice*)
kathleenmessinger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000