**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ABACUS GLOBAL MANAGEMENT, INC., a corporation,

Plaintiff,

v.

COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual,

Defendants.

Case No. 6:25-cv-01401

**DEFENDANTS' UPDATED CERTIFICATE OF SERVCE IN REGARD TO SHORT FORM MOTION TO ENFORCE SUBPOENA AND COMPEL PRODUCTION OF DOCUMENTS**

Defendants Coventry First LLC and Alan Buerger ("Defendants") hereby provide updated certificate of service in regard to the November 25, 2025 *Short Form Motion to Enforce Subpoena and Compel Production of Documents* (DE 54) (the "Motion"). Undersigned hereby certifies that on this 4th day of December, 2025, a copy of the Motion was served via electronic mail and United States Postal Service Priority Mail Express delivery to the following:

Thomas F. Falkenberg
Falkenberg Ives LLP
230 W. Monroe St., Suite 2220
Chicago, IL 60606
Tel: 312.566.4801
tff@falkenbergives.com

*Attorney for non-party Grant Thornton, LLP*

Respectfully submitted,

Dated: December 4, 2025

*/s/ Benjamin F. Elliott*
ALFRED J. BENNINGTON, JR.
GLENNYS ORTEGA RUBIN, ESQ.
BENJAMIN F. ELLIOTT, ESQ.
SHUTTS & BOWEN LLP
300 South Orange Ave.
Suite 1600
Orlando, FL 32801
Telephone: (407) 423-3200
Facsimile: (407) 425-8316
bbenington@shutts.com
grubin@shutts.com
belliott@shutts.com

*Counsel for Defendants Coventry First LLC and Alan Buerger*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of December, 2025, the foregoing was served through the court's electronic-filing system and via electronic mail and United States Postal Service Priority Mail Express delivery to the following non-CM/ECF participants:

Thomas F. Falkenberg
Falkenberg Ives LLP
230 W. Monroe St., Suite 2220
Chicago, IL 60606
Tel: 312.566.4801
tff@falkenbergives.com

*Attorney for non-party Grant Thornton, LLP*

*/s/ Benjamin F. Elliott*
**BENJAMIN F. ELLIOTT, ESQ.**