**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION**

| | | |
|---|---|---|
| ABACUS GLOBAL MANAGEMENT, INC.,<br><br>Plaintiff,<br>v.<br><br>COVENTRY FIRST LLC and ALAN BUERGER,<br><br>Defendants. | ) | Case No. 6:25-cv-01401 |

# Unopposed Motion for Special Admission

Thomas F. Falkenberg, Esquire, moves for special admission to represent Non-Party Grant Thornton LLP in this action.

I am not a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, the Northern District of Illinois.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida: None.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

## Local Rule 3.01(g) Certification

On December 9, I contacted the parties to request their position on this motion. The parties informed me they do not object to my special admission.

Respectfully Submitted,

*/s/Thomas F. Falkenberg*

Thomas F. Falkenberg, 4382-95-TA
FALKENBERG IVES LLP
230 W. Monroe Street, Suite 2220
Chicago, Illinois 60606
Main: 312-566-4800
Direct: 312-566-4801
Email: tff@falkenbergives.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 10, 2025, a true and correct copy of the foregoing document was filed through the Court's Web Portal and by e-mail and United States Postal Service Priority Express delivery to:

Alfred J. Bennington Jr.
Glennys Ortega Rubin
Benjamin F. Elliot
Shutts & Bowen LLP
300 South Orange Avenue
Suite 1600
Orlando, FL 32801
bbennington@shutts.com
grubin@shutts.com
belliott@shutts.com

Alex Zuckerman
Quinn Emanuel Urquhart & Sullivan, LLP
295 Fifth Avenue
New York, NY 10016
alexzuckerman@quinnemanuel.com

Jason Sternberg
David Walsh
Osvaldo Rodriguez
Quinn Emanuel Urquhart & Sullivan, LLP
2601 South Bayshore Dr. Suite 1550
Miami, FL 33133
jasonsternberg@quinnemanuel.com
davidwalsh@quinnemanuel.com
osvaldorodriguez@quinnemanuel.com

Kathleen S. Messinger
Quinn Emanuel Urquhart & Sullivan, LLP
865 S Figueroa St Fl 10
Los Angeles, CA 90017
kathleenmessinger@quinnemanuel.com

*/s/Thomas F. Falkenberg*
Thomas F. Falkenberg