**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION**

| | | |
|---|---|---|
| ABACUS GLOBAL MANAGEMENT, INC.,<br><br>Plaintiff,<br>v.<br><br>COVENTRY FIRST LLC and ALAN BUERGER,<br><br>Defendants. | ) | Case No. 6:25-cv-01401<br><br>**NON-PARTY GRANT THORNTON LLP'S RESPONSE TO SHORT FORM MOTION TO ENFORCE SUBPOENA** |

Grant Thornton LLP served as the independent auditor for Plaintiff Abacus, but Grant Thornton is ***not a party*** to this case. Defendants have sought not only audit workpapers, but also several categories of communications. Defendants have moved to compel production even though (1) Defendants have a pending motion to dismiss and (2) Plaintiff has not yet produced any documents. Defendants' motion makes a mockery of Grant Thornton's non-party status and ignores the parties' meet-and-confer efforts.

During the meet-and-confer process, the parties narrowed the focus to five categories of documents plus a set of documents responsive to search terms. Ex. 1 at 8 (10/31/25 email). Grant Thornton has since produced documents responsive to those first five categories. Ex. 4 at 1 (12/4/25 email).

The email searches remain at issue. Originally, Defendants asked Grant Thornton to search the emails of "the ***10*** custodians that have the most contact with the Abacus relationship" for ***sixty-nine*** search terms. Ex. 1 at 8 (10/31/25 email) (emphasis added). Defendants reduced their demand to six custodians, but continue to demand that 69 terms be applied. Ex. 1 at 6 (11/6/25 email). Grant Thornton has offered to agree to four custodians (Ex. 1 at 5 (11/10/25

email), but there is no reasonable set of search terms on the table. Defendants now insist on ***two different sets of 69 search terms each***. Ex. 1 at 6 (11/6/25 email), Ex. 2 (List A), Ex. 3 (List B).

"In determining whether a subpoena imposes undue burden or expense on a nonparty, courts must balance the requesting party's interests in disclosure against the burden of disclosure on the nonparty." *Narcoosee Acquisitions LLC v. Kohl's Dep't Stores, Inc.*, No. 6:14-cv-203-Orl-41TBS, 2014 U.S. Dist. LEXIS 120376, at *4 (M.D. Fla. Aug. 28, 2014). "Concern for the unwanted burden thrust upon non-parties is a factor entitled to special weight in evaluating the balance of competing needs." *Cusumano v. Microsoft Corp.*, 162 F.3d 708, 717 (1st. Cir. 1998); *accord Arista Records LLC v. Lime Group LLC*, No. 06 CV 5936 (KMW), 2011 WL 781198, at *2 (S.D.N.Y. Mar. 4, 2011) ("where, as here, discovery is sought from a non party, the Court should be particularly sensitive to weighing the probative value of the information sought against the burden of production on the non party"); *Rossman v. EN Engineering*, LLC, 467 F. Supp. 3d 586, 590 (N.D. Ill. 2020) ("courts have consistently held that 'non-party status' is a significant factor to be considered in determining whether the burden imposed by a subpoena is undue," because non-parties "have a different set of expectations than parties").

In this case, the striking overbreadth of Defendants' proposed search terms speaks for itself. Ex. 3, Ex. 4. There are ***almost 70*** of them, and they would encompass documents that have nothing to do with Abacus. To the extent Abacus relies on Grant Thornton's work, pertinent communications involving Abacus can be sought from Abacus. Grant Thornton's internal emails—which Abacus never saw—do not justify this staggering burden.

Defendants' motion should be denied.

Respectfully Submitted,

*/s/Thomas F. Falkenberg*
Thomas F. Falkenberg

FALKENBERG IVES LLP
230 W. Monroe Street, Suite 2220
Chicago, Illinois 60606
Main: 312-566-4800
Direct: 312-566-4801
Email: tff@falkenbergives.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 10, 2025, a true and correct copy of the foregoing document was filed through the Court's Web Portal and served by e-mail and United States Postal Service Priority Express delivery to:

Alfred J. Bennington Jr.
Glennys Ortega Rubin
Benjamin F. Elliot
Shutts & Bowen LLP
300 South Orange Avenue
Suite 1600
Orlando, FL 32801
bbennington@shutts.com
grubin@shutts.com
belliott@shutts.com

Alex Zuckerman
Quinn Emanuel Urquhart & Sullivan, LLP
295 Fifth Avenue
New York, NY 10016
alexzuckerman@quinnemanuel.com

Jason Sternberg
David Walsh
Osvaldo Rodriguez
Quinn Emanuel Urquhart & Sullivan, LLP
2601 South Bayshore Dr. Suite 1550
Miami, FL 33133
jasonsternberg@quinnemanuel.com
davidwalsh@quinnemanuel.com
osvaldorodriguez@quinnemanuel.com

Kathleen S. Messinger
Quinn Emanuel Urquhart & Sullivan, LLP
865 S Figueroa St Fl 10
Los Angeles, CA 90017
kathleenmessinger@quinnemanuel.com

*/s/Thomas F. Falkenberg*
Thomas F. Falkenberg