# EXHIBIT 1

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

---

**From:** Bud Bennington <BBennington@shutts.com>
**Sent:** Friday, November 21, 2025 12:40 PM
**To:** Tom Falkenberg
**Cc:** Benjamin F. Elliott; Glennys Ortega Rubin
**Subject:** Abacus Global Management, Inc. v. Coventry First LLC et al. - Grant Thornton Subpoena

Tom:
As you state, you received a copy of the Subpoena on October 8. Now, over six weeks later and despite numerous communications between our offices, including by phone and through the email communications below, you have not even stated whether your client will agree to produce anything in response to the subpoena despite conceding the propriety of at least a subset of the records. Your client has had ample time to review the requests and at least provide us the courtesy of advising whether it will produce records. Coventry is not obligated to wait some unknown amount of time until Grant Thornton think its time to provide even the most basic of responses.

Again, absent a commitment today by your client to produce responsive records and a reasonable timeframe for same, we will seek Court intervention seeking to overrule your objections to the subpoena. We will proceed to seek court intervention at the time of our choosing. Regards, Bud

Shutts

**Bud Bennington**

*Senior Litigation Partner*
*Admitted in Florida and Colorado*

**Shutts & Bowen LLP**
300 South Orange Avenue, Suite 1600 | Orlando, FL 32801
Direct: (407) 835-6755 | Fax: (407) 849-7255
E-Mail | Biography | V-Card | Website

**Please consider the environment before printing this email**

---

**From:** Tom Falkenberg <tff@falkenbergives.com>
**Sent:** Friday, November 21, 2025 12:58 PM
**To:** Bud Bennington <BBennington@shutts.com>
**Cc:** Benjamin F. Elliott <BElliott@shutts.com>; Glennys Ortega Rubin <GRubin@shutts.com>
**Subject:** Re: Abacus Global Management, Inc. v. Coventry First LLC et al. - Grant Thornton Subpoena

**EXTERNAL: This email originated from outside of the SHUTTS email system. Do not respond, click on any links or open any attachments unless you trust the sender and know the content is safe.**

---

Bud,

The suit was not filed until July 25, and we did not get a subpoena until October 8. We are working in good faith to try and resolve objections we issued. Your requests have been incredibly overbroad, as you have even acknowledged at one point. We will continue to work in good faith to determine an agreeable response and are working towards gathering the documents addressed below, but it requires the involvement of professionals who already have a lot on their plates.

Thomas F. Falkenberg

Logo email signature
230 W. Monroe St., Suite 2220
Chicago, IL 60606
Direct | 312.566.4801 Fax | 312.566.4810
tff@falkenbergives.com | www.falkenbergives.com

---

**From:** Bud Bennington <BBennington@shutts.com>
**Sent:** Thursday, November 20, 2025 4:16 PM
**To:** Tom Falkenberg
**Cc:** Benjamin F. Elliott; Glennys Ortega Rubin
**Subject:** Abacus Global Management, Inc. v. Coventry First LLC et al. - Grant Thornton Subpoena

Tom:
I am following up on Ben's voicemail to you from earlier today with respect to our client's subpoena to your client Grant Thornton. At this point, we have not received ANY response from you attendant to the production of documents to which you do not object. It has now been a week since you stated that you were "checking with your client" and we have heard nothing back from you. Moreover, since Ben's November 11th email, it became apparent that there is a group of documents over which the parties agreed that should not require court intervention. At this juncture, our client is not willing to wait any longer.

**Please confirm by 5pm EST tomorrow, November 21st, 2025 that your client agrees to immediately produce items 1 through 5 on my October 31 email (included below) or we will forthwith proceed to seek Court intervention for such records and other responsive documents to the subpoena.**

Your prompt attention to within is requested. Thank you.

Shutts

**Bud Bennington**
*Senior Litigation Partner*
*Admitted in Florida and Colorado*

**Shutts & Bowen LLP**
300 South Orange Avenue, Suite 1600 | Orlando, FL 32801
Direct: (407) 835-6755 | Fax: (407) 849-7255
E-Mail | Biography | V-Card | Website

**Please consider the environment before printing this email**

---

**From:** Benjamin F. Elliott
**Sent:** Tuesday, November 18, 2025 1:01 PM
**To:** 'Tom Falkenberg' <tff@falkenbergives.com>
**Cc:** Glennys Ortega Rubin <GRubin@shutts.com>; Lindsay M. Schwallie <LSchwallie@shutts.com>; Danielle M. Reyes <DReyes@shutts.com>; Bud Bennington <BBennington@shutts.com>
**Subject:** RE: Abacus Global Management, Inc. v. Coventry First LLC et al. - Grant Thornton Subpoena

Thank you.

**Benjamin F. Elliott**
Partner | Shutts & Bowen LLP
Tel: (407) 481-6513
300 South Orange Ave., Ste. 1600, Orlando, FL 32801
E-Mail | www.shutts.com

Shutts

---

**From:** Tom Falkenberg <tff@falkenbergives.com>
**Sent:** Tuesday, November 18, 2025 10:30 AM
**To:** Benjamin F. Elliott <BElliott@shutts.com>
**Cc:** Glennys Ortega Rubin <GRubin@shutts.com>; Lindsay M. Schwallie <LSchwallie@shutts.com>; Danielle M. Reyes <DReyes@shutts.com>; Bud Bennington <BBennington@shutts.com>
**Subject:** Re: Abacus Global Management, Inc. v. Coventry First LLC et al. - Grant Thornton Subpoena

**EXTERNAL: This email originated from outside of the SHUTTS email system. Do not respond, click on any links or open any attachments unless you trust the sender and know the content is safe.**

I am waiting to hear back from GT and just followed up again.

Thomas F. Falkenberg

Logo email signature
230 W. Monroe St., Suite 2220
Chicago, IL 60606
Direct | 312.566.4801 Fax | 312.566.4810
tff@falkenbergives.com | www.falkenbergives.com

---

**From:** Benjamin F. Elliott <BElliott@shutts.com>
**Sent:** Tuesday, November 18, 2025 8:24 AM
**To:** Tom Falkenberg
**Cc:** Glennys Ortega Rubin; Lindsay M. Schwallie; Danielle M. Reyes; Bud Bennington
**Subject:** RE: Abacus Global Management, Inc. v. Coventry First LLC et al. - Grant Thornton Subpoena

Good Morning Tom,

Any update on this?

Thanks
Ben

**Benjamin F. Elliott**
Partner | Shutts & Bowen LLP
Tel: (407) 481-6513
300 South Orange Ave., Ste. 1600, Orlando, FL 32801
E-Mail | www.shutts.com

Shutts

---

**From:** Tom Falkenberg <tff@falkenbergives.com>
**Sent:** Thursday, November 13, 2025 1:07 PM
**To:** Benjamin F. Elliott <BElliott@shutts.com>
**Cc:** Glennys Ortega Rubin <GRubin@shutts.com>; Lindsay M. Schwallie <LSchwallie@shutts.com>; Danielle M. Reyes <DReyes@shutts.com>; Bud Bennington <BBennington@shutts.com>
**Subject:** Re: Abacus Global Management, Inc. v. Coventry First LLC et al. - Grant Thornton Subpoena

I am checking on whether the scope below is acceptable to GT. If so we will gather that material.

Thomas F. Falkenberg

Logo email signature
230 W. Monroe St., Suite 2220
Chicago, IL 60606
Direct | 312.566.4801 Fax | 312.566.4810
tff@falkenbergives.com | www.falkenbergives.com

**From:** Benjamin F. Elliott <BElliott@shutts.com>
**Sent:** Tuesday, November 11, 2025 2:15 PM
**To:** Tom Falkenberg
**Cc:** Glennys Ortega Rubin; Lindsay M. Schwallie; Danielle M. Reyes; Bud Bennington
**Subject:** RE: Abacus Global Management, Inc. v. Coventry First LLC et al. - Grant Thornton Subpoena

Tom,

Thank you for getting back to us. Based on the below back and forth, there is consensus on Grant Thornton producing items 1 through 5 on Bud's October 31 email. *Please let us know when we can expect this production*.

Otherwise, we have not reached an agreement on the email search. While we understand the position you articulate below, we do not agree with your characterization of the relevancy of the documents in your client's possession or our prior discussion of the need for an email search in addition to collection of materials responsive to items 1 through 5. We will continue to reserve our rights on seeking an appropriate email production.

For today, and as I request above, please advise us of when Grant Thornton will produce the agreed-upon materials.

Regards,
Ben

**Benjamin F. Elliott**
Partner | Shutts & Bowen LLP
Tel: (407) 481-6513
300 South Orange Ave., Ste. 1600, Orlando, FL 32801
E-Mail | www.shutts.com

Shutts

**From:** Tom Falkenberg <tff@falkenbergives.com>
**Sent:** Monday, November 10, 2025 4:12 PM
**To:** Bud Bennington <BBennington@shutts.com>
**Cc:** Benjamin F. Elliott <BElliott@shutts.com>; Glennys Ortega Rubin <GRubin@shutts.com>; Lindsay M. Schwallie <LSchwallie@shutts.com>
**Subject:** Re: Abacus Global Management, Inc. v. Coventry First LLC et al. - Grant Thornton Subpoena

This is still a incredibly burdensome search, and we maintain our objection as to the email portion of your proposal. First, 6 is too many custodians. Not that many have substantive contact on the audits. We will agree to 4.

The terms are still incredibly burdensome, and now you propose we take the initial steps you ask for, and then go through a second entire search of emails for these very overbroad terms. That is more effort than before, and duplicative.

I have read the complaint and the documents you are seeking strain relevancy. We are agreeable to the search of the workpaper files from the audit for the information noted below in 1-5, but maintain our objection to email

searches you outline below. This is way more burdensome that is appropriate for a non-party. You are able to get emails to and from Abacus from Abacus and that should be sufficient for your needs.

Tom

Thomas F. Falkenberg

Logo email signature
230 W. Monroe St., Suite 2220
Chicago, IL 60606
Direct | 312.566.4801 Fax | 312.566.4810
tff@falkenbergives.com | www.falkenbergives.com

---

**From:** Bud Bennington <BBennington@shutts.com>
**Sent:** Thursday, November 6, 2025 8:46 PM
**To:** Tom Falkenberg
**Cc:** Benjamin F. Elliott; Glennys Ortega Rubin; Lindsay M. Schwallie
**Subject:** FW: Abacus Global Management, Inc. v. Coventry First LLC et al. - Grant Thornton Subpoena

Tom:

With respect to the custodians, lets meet in the middle and say the top 6. Also, in case it's not already clear, we would also like you to disclose to us the identity of the selected custodians.

As to the search terms, you raise a fair concern. To address, we propose the following:

To the extent that Grant Thornton maintains physical or digital folders that are specific to Abacus, we request that you run our original terms (List A) against those folders for responsive materials.
To the extent that the identified custodians "tag" or otherwise designate their emails in some way that is attributable to Abacus, we request that you run the original terms (List A) against those designated emails, and
After performing the aforementioned steps as may be applicable, we propose using the adjusted search terms (List B) to generally search the emails of the identified custodians.

The adjusted search terms (List B) limit many of the original searches to include a secondary condition comprised of certain names and entities involved in the matter which should alleviate your stated concern. Both Lists A and B are included in the attachment to this email.

Finally, for purposes of clarity, our proposal above is applicable only to Step 6 referenced in our Oct. 31 email below and we would still request completion of Steps 1-5 therein. Moreover, and as mentioned initially but especially in light of the use of a second condition in List B, we reserve the right to seek further disclosure either through additional wave(s) of search terms or court intervention after we see an initial production.

Please advise as to your position. TY.

Regards,
Bud

Shutts

**Bud Bennington**
*Senior Litigation Partner*
*Admitted in Florida and Colorado*

---

**Shutts & Bowen LLP**
300 South Orange Avenue, Suite 1600 | Orlando, FL 32801
Direct: (407) 835-6755 | Fax: (407) 849-7255
E-Mail | Biography | V-Card | Website

**Please consider the environment before printing this email**

---

**From:** Tom Falkenberg <tff@falkenbergives.com>
**Sent:** Monday, November 3, 2025 2:48 PM
**To:** Bud Bennington <BBennington@shutts.com>
**Cc:** Benjamin F. Elliott <BElliott@shutts.com>; Glennys Ortega Rubin <GRubin@shutts.com>
**Subject:** RE: Abacus Global Management, Inc. v. Coventry First LLC et al. - Grant Thornton Subpoena

EXTERNAL: This email originated from outside of the SHUTTS email system. Do not respond, click any links or open any attachments unless you trust the sender and know the content is safe.

Bud,

In response to the below, looking for documents from 10 custodians is greatly excessive and a very significant undertaking. That is way more than have a significant role in an audit. I propose the top 3 billers. Let me know if that is agreeable. As to the searches, you have nothing connecting the generic terms you use to Abacus. These searches are tremendously overbroad. It is one thing to have a last name of someone that for instance worked for Abacus. But we are not simply going to search terms like "asset w/15 valu*" that is not also using Abacus as a connector. And you have no date range here.

Please give this some additional work using search terms that link hits to this audit. I am very confident no court would make a non party do searches like what you have proposed.

Tom

Thomas F. Falkenberg

FALKENBERG IVES LLP
230 W. Monroe St., Suite 2220
Chicago, IL 60606
Direct | 312.566.4801 Fax | 312.566.4810
tff@falkenbergives.com | www.falkenbergives.com

**From:** Bud Bennington <BBennington@shutts.com>
**Sent:** Friday, October 31, 2025 3:05 PM
**To:** Tom Falkenberg <tff@falkenbergives.com>
**Cc:** Benjamin F. Elliott <BElliott@shutts.com>; Glennys Ortega Rubin <GRubin@shutts.com>
**Subject:** FW: Abacus Global Management, Inc. v. Coventry First LLC et al. - Grant Thornton Subpoena

Tom:

Please allow this email to serve as a continuation of our conferral with respect to defendants Coventry First LLC and Alan Buerger's subpoena to your client—Grant Thornton, LLP—in the above-referenced matter.

Following our conversation earlier this week, we spoke with our client attendant to your proposal as to how to proceed with respect to the subpoena. Defendants are willing to work with you pursuant to your proposal to see if we can get through the issues without Court intervention and in an efficient manner, but reserve the right to pursue production of responsive materials via Court order if we decide that necessary documents are not adequately produced through a cooperative effort. Accordingly, and consistent with your proposal, we suggest the following parallel efforts to start:

Production of audits and audit work papers related to the following topics:
Life expectancy estimates;
Valuations of life insurance policies owned by Abacus or any entity managed/controlled by Abacus;
Abacus's balance sheet valuation model; and
Work, role, or involvement of Lapetus or any employee of Lapetus in Abacus's business and the use by Abacus of Lapetus life expectancy estimates for any purpose.
To the extent not produced in response to No. 1 above, production of documents that show GT's opinions related to the topics referenced therein and materials upon which such opinions are based.
Production of documents and or communications related to the October 24, 2024 letter sent to David Kraynick of Grant Thornton and the matters discussed therein.
Production of documents or communications related to Coventry.
Production of documents and or communications related to National Insurance Brokerage, LLC.
Documents responsive to the search terms listed in the attached "Exhibit 1-Proposed GT Search Terms". For purposes of this search, we propose searching the records of the 10 custodians that have the most contact with the Abacus relationship.

Please confirm your agreement as to this initial protocol. We are available to discuss as necessary following your review. Have a nice weekend.

Best regards,
Bud

**Bud Bennington**
*Senior Litigation Partner*
*Admitted in Florida and Colorado*

**Shutts & Bowen LLP**
300 South Orange Avenue, Suite 1600 | Orlando, FL 32801

Direct: (407) 835-6755 | Fax: (407) 849-7255

E-Mail | Biography | V-Card | Website

**Please consider the environment before printing this email**