# EXHIBIT 2

"balance sheet" /p valu*
"contract acquisition"
"fair value calculation"
"fair value method"
"fair value" w/15 "exit price"
"investment method"
"Lapetus LE*"
"LE provider*"
"life expectanc*"
"Life Settlement Calculator"
"Life settlement"
"Longevity Market Assets"
"market-based valuation"
"medical underwrit*"
"National Insurance Brokerage" OR NIB
"net present value"
"policy pricing"
"trade value"
"valuation approach"
"valuation method*"
"Viatical settlement"
@abacuslife.com
@coventry.com
@lewisellis.com
@lmagrp.com
Abacus w/15 valu*
asset w/15 valu*
Buerger
Butcher
Coventry
Dippold
expectanc* w/15 duration
expectanc* w/15 estimat*
expectanc* w/15 long*
expectanc* w/15 overestimate
expectanc* w/15 prediction*
expectanc* w/15 provider
expectanc* w/15 report*
expectanc* w/15 short*
expectanc* w/15 underestimate
expectanc* w/15 valu*
Ganovsky
Jackson
Kirby
Lapetus
Lapetus w/15 asset
Lapetus w/15 estimat*

Lapetus w/15 expectanc*
Lapetus w/15 valu*
LST
McCauley
McLaren
McNealy
Milne
Morrow
NPV
overpa*
pay* w/15 polic*
Plesco
polic* /p overvalu*
polic* w/15 method*
polic* w/15 revenue
polic* w/15 undervalu*
polic* w/15 valu*
pricing w/15 "life settlement policies"
Ricanek
Schulte
underpa*
valuation w/15 "Life insurance policies"