# EXHIBIT 3

| |
|---|
| ("balance sheet" /p valu*) AND (abacus OR lapetus OR coventry OR buerger OR butcher OR dippold OR Ganovsky OR kirby OR McCauley OR McLaren OR McNealy OR Milne OR Morrow OR Ricanek OR Schulte OR "Longevity Market Assets" OR "plesco" OR "@abacuslife.com" OR "@lmagrp.com" OR "@coventry.com" OR "@lapetussolutions.com" OR "@lewisellis.com") |
| ("contract acquisition") AND (abacus OR lapetus OR coventry OR buerger OR butcher OR dippold OR Ganovsky OR kirby OR McCauley OR McLaren OR McNealy OR Milne OR Morrow OR Ricanek OR Schulte OR "Longevity Market Assets" OR "plesco" OR "@abacuslife.com" OR "@lmagrp.com" OR "@coventry.com" OR "@lapetussolutions.com" OR "@lewisellis.com") |
| ("fair value calculation") AND (abacus OR lapetus OR coventry OR buerger OR butcher OR dippold OR Ganovsky OR kirby OR McCauley OR McLaren OR McNealy OR Milne OR Morrow OR Ricanek OR Schulte OR "Longevity Market Assets" OR "plesco" OR "@abacuslife.com" OR "@lmagrp.com" OR "@coventry.com" OR "@lapetussolutions.com" OR "@lewisellis.com") |
| ("fair value method") AND (abacus OR lapetus OR coventry OR buerger OR butcher OR dippold OR Ganovsky OR kirby OR McCauley OR McLaren OR McNealy OR Milne OR Morrow OR Ricanek OR Schulte OR "Longevity Market Assets" OR "plesco" OR "@abacuslife.com" OR "@lmagrp.com" OR "@coventry.com" OR "@lapetussolutions.com" OR "@lewisellis.com") |
| ("fair value" w/15 "exit price") AND (abacus OR lapetus OR coventry OR buerger OR butcher OR dippold OR Ganovsky OR kirby OR McCauley OR McLaren OR McNealy OR Milne OR Morrow OR Ricanek OR Schulte OR "Longevity Market Assets" OR "plesco" OR "@abacuslife.com" OR "@lmagrp.com" OR "@coventry.com" OR "@lapetussolutions.com" OR "@lewisellis.com") |
| ("investment method") AND (abacus OR lapetus OR coventry OR buerger OR butcher OR dippold OR Ganovsky OR kirby OR McCauley OR McLaren OR McNealy OR Milne OR Morrow OR Ricanek OR Schulte OR "Longevity Market Assets" OR "plesco" OR "@abacuslife.com" OR "@lmagrp.com" OR "@coventry.com" OR "@lapetussolutions.com" OR "@lewisellis.com") |
| ("Lapetus LE*") AND (abacus OR lapetus OR coventry OR buerger OR butcher OR dippold OR Ganovsky OR kirby OR McCauley OR McLaren OR McNealy OR Milne OR Morrow OR Ricanek OR Schulte OR "Longevity Market Assets" OR "plesco" OR "@abacuslife.com" OR "@lmagrp.com" OR "@coventry.com" OR "@lapetussolutions.com" OR "@lewisellis.com") |
| ("LE provider*") AND (abacus OR lapetus OR coventry OR buerger OR butcher OR dippold OR Ganovsky OR kirby OR McCauley OR McLaren OR McNealy OR Milne OR Morrow OR Ricanek OR Schulte OR "Longevity Market Assets" OR "plesco" OR "@abacuslife.com" OR "@lmagrp.com" OR "@coventry.com" OR "@lapetussolutions.com" OR "@lewisellis.com") |
| ("life expectanc*") AND (abacus OR lapetus OR coventry OR buerger OR butcher OR dippold OR Ganovsky OR kirby OR McCauley OR McLaren OR McNealy OR Milne OR Morrow OR Ricanek OR Schulte OR "Longevity Market Assets" OR "plesco" OR "@abacuslife.com" OR "@lmagrp.com" OR "@coventry.com" OR "@lapetussolutions.com" OR "@lewisellis.com") |
| ("Life Settlement Calculator") AND (abacus OR lapetus OR coventry OR buerger OR butcher OR dippold OR Ganovsky OR kirby OR McCauley OR McLaren OR McNealy OR Milne OR Morrow OR Ricanek OR Schulte OR "Longevity Market Assets" OR "plesco" OR "@abacuslife.com" OR "@lmagrp.com" OR "@coventry.com" OR "@lapetussolutions.com" OR "@lewisellis.com") |
| ("Life settlement") AND (abacus OR lapetus OR coventry OR buerger OR butcher OR dippold OR Ganovsky OR kirby OR McCauley OR McLaren OR McNealy OR Milne OR Morrow OR Ricanek OR Schulte OR "Longevity Market Assets" OR "plesco" OR "@abacuslife.com" OR "@lmagrp.com" OR "@coventry.com" OR "@lapetussolutions.com" OR "@lewisellis.com") |
| ("Longevity Market Assets") AND (abacus OR lapetus OR coventry OR buerger OR butcher OR dippold OR Ganovsky OR kirby OR McCauley OR McLaren OR McNealy OR Milne OR Morrow OR Ricanek OR Schulte OR "Longevity Market Assets" OR "plesco" OR "@abacuslife.com" OR "@lmagrp.com" OR "@coventry.com" OR "@lapetussolutions.com" OR "@lewisellis.com") |
| ("market-based valuation") AND (abacus OR lapetus OR coventry OR buerger OR butcher OR dippold OR Ganovsky OR kirby OR McCauley OR McLaren OR McNealy OR Milne OR Morrow OR Ricanek OR Schulte OR "Longevity Market Assets" OR "plesco" OR "@abacuslife.com" OR "@lmagrp.com" OR "@coventry.com" OR "@lapetussolutions.com" OR "@lewisellis.com") |
| ("medical underwrit*") AND (abacus OR lapetus OR coventry OR buerger OR butcher OR dippold OR Ganovsky OR kirby OR McCauley OR McLaren OR McNealy OR Milne OR Morrow OR Ricanek OR Schulte OR "Longevity Market Assets" OR "plesco" OR "@abacuslife.com" OR "@lmagrp.com" OR "@coventry.com" OR "@lapetussolutions.com" OR "@lewisellis.com") |
| ("National Insurance Brokerage" OR NIB) AND (abacus OR lapetus OR coventry OR buerger OR butcher OR dippold OR Ganovsky OR kirby OR McCauley OR McLaren OR McNealy OR Milne OR Morrow OR Ricanek OR Schulte OR "Longevity Market Assets" OR "plesco" OR "@abacuslife.com" OR "@lmagrp.com" OR "@coventry.com" OR "@lapetussolutions.com" OR "@lewisellis.com") |
| ("net present value") AND (abacus OR lapetus OR coventry OR buerger OR butcher OR dippold OR Ganovsky OR kirby OR McCauley OR McLaren OR McNealy OR Milne OR Morrow OR Ricanek OR Schulte OR "Longevity Market Assets" OR "plesco" OR "@abacuslife.com" OR "@lmagrp.com" OR "@coventry.com" OR "@lapetussolutions.com" OR "@lewisellis.com") |
| ("policy pricing") AND (abacus OR lapetus OR coventry OR buerger OR butcher OR dippold OR Ganovsky OR kirby OR McCauley OR McLaren OR McNealy OR Milne OR Morrow OR Ricanek OR Schulte OR "Longevity Market Assets" OR "plesco" OR "@abacuslife.com" OR "@lmagrp.com" OR "@coventry.com" OR "@lapetussolutions.com" OR "@lewisellis.com") |
| ("trade value") AND (abacus OR lapetus OR coventry OR buerger OR butcher OR dippold OR Ganovsky OR kirby OR McCauley OR McLaren OR McNealy OR Milne OR Morrow OR Ricanek OR Schulte OR "Longevity Market Assets" OR "plesco" OR "@abacuslife.com" OR "@lmagrp.com" OR "@coventry.com" OR "@lapetussolutions.com" OR "@lewisellis.com") |
| ("valuation approach") AND (abacus OR lapetus OR coventry OR buerger OR butcher OR dippold OR Ganovsky OR kirby OR McCauley OR McLaren OR McNealy OR Milne OR Morrow OR Ricanek OR Schulte OR "Longevity Market Assets" OR "plesco" OR "@abacuslife.com" OR "@lmagrp.com" OR "@coventry.com" OR "@lapetussolutions.com" OR "@lewisellis.com") |
| ("valuation method*") AND (abacus OR lapetus OR coventry OR buerger OR butcher OR dippold OR Ganovsky OR kirby OR McCauley OR McLaren OR McNealy OR Milne OR Morrow OR Ricanek OR Schulte OR "Longevity Market Assets" OR "plesco" OR "@abacuslife.com" OR "@lmagrp.com" OR "@coventry.com" OR "@lapetussolutions.com" OR "@lewisellis.com") |
| ("Viatical settlement") AND (abacus OR lapetus OR coventry OR buerger OR butcher OR dippold OR Ganovsky OR kirby OR McCauley OR McLaren OR McNealy OR Milne OR Morrow OR Ricanek OR Schulte OR "Longevity Market Assets" OR "plesco" OR "@abacuslife.com" OR "@lmagrp.com" OR "@coventry.com" OR "@lapetussolutions.com" OR "@lewisellis.com") |
| @abacuslife.com |
| @coventry.com |
| @lewisellis.com |
| @lmagrp.com |
| Abacus w/15 valu* |
| (asset w/15 valu*) AND (abacus OR lapetus OR coventry OR buerger OR butcher OR dippold OR Ganovsky OR kirby OR McCauley OR McLaren OR McNealy OR Milne OR Morrow OR Ricanek OR Schulte OR "Longevity Market Assets" OR "plesco" OR "@abacuslife.com" OR "@lmagrp.com" OR "@coventry.com" OR "@lapetussolutions.com" OR "@lewisellis.com") |
| Buerger |
| Butcher |
| Coventry |
| Dippold |
| (expectanc* w/15 duration) AND (abacus OR lapetus OR coventry OR buerger OR butcher OR dippold OR Ganovsky OR kirby OR McCauley OR McLaren OR McNealy OR Milne OR Morrow OR Ricanek OR Schulte OR "Longevity Market Assets" OR "plesco" OR "@abacuslife.com" OR "@lmagrp.com" OR "@coventry.com" OR "@lapetussolutions.com" OR "@lewisellis.com") |
| (expectanc* w/15 estimat*) AND (abacus OR lapetus OR coventry OR buerger OR butcher OR dippold OR Ganovsky OR kirby OR McCauley OR McLaren OR McNealy OR Milne OR Morrow OR Ricanek OR Schulte OR "Longevity Market Assets" OR "plesco" OR "@abacuslife.com" OR "@lmagrp.com" OR "@coventry.com" OR "@lapetussolutions.com" OR "@lewisellis.com") |
| (expectanc* w/15 long*) AND (abacus OR lapetus OR coventry OR buerger OR butcher OR dippold OR Ganovsky OR kirby OR McCauley OR McLaren OR McNealy OR Milne OR Morrow OR Ricanek OR Schulte OR "Longevity Market Assets" OR "plesco" OR "@abacuslife.com" OR "@lmagrp.com" OR "@coventry.com" OR "@lapetussolutions.com" OR "@lewisellis.com") |
| (expectanc* w/15 overestimate) AND (abacus OR lapetus OR coventry OR buerger OR butcher OR dippold OR Ganovsky OR kirby OR McCauley OR McLaren OR McNealy OR Milne OR Morrow OR Ricanek OR Schulte OR "Longevity Market Assets" OR "plesco" OR "@abacuslife.com" OR "@lmagrp.com" OR "@coventry.com" OR "@lapetussolutions.com" OR "@lewisellis.com") |
| (expectanc* w/15 prediction*) AND (abacus OR lapetus OR coventry OR buerger OR butcher OR dippold OR Ganovsky OR kirby OR McCauley OR McLaren OR McNealy OR Milne OR Morrow OR Ricanek OR Schulte OR "Longevity Market Assets" OR "plesco" OR "@abacuslife.com" OR "@lmagrp.com" OR "@coventry.com" OR "@lapetussolutions.com" OR "@lewisellis.com") |
| (expectanc* w/15 provider) AND (abacus OR lapetus OR coventry OR buerger OR butcher OR dippold OR Ganovsky OR kirby OR McCauley OR McLaren OR McNealy OR Milne OR Morrow OR Ricanek OR Schulte OR "Longevity Market Assets" OR "plesco" OR "@abacuslife.com" OR "@lmagrp.com" OR "@coventry.com" OR "@lapetussolutions.com" OR "@lewisellis.com") |
| (expectanc* w/15 report*) AND (abacus OR lapetus OR coventry OR buerger OR butcher OR dippold OR Ganovsky OR kirby OR McCauley OR McLaren OR McNealy OR Milne OR Morrow OR Ricanek OR Schulte OR "Longevity Market Assets" OR "plesco" OR "@abacuslife.com" OR "@lmagrp.com" OR "@coventry.com" OR "@lapetussolutions.com" OR "@lewisellis.com") |
| (expectanc* w/15 short*) AND (abacus OR lapetus OR coventry OR buerger OR butcher OR dippold OR Ganovsky OR kirby OR McCauley OR McLaren OR McNealy OR Milne OR Morrow OR Ricanek OR Schulte OR "Longevity Market Assets" OR "plesco" OR "@abacuslife.com" OR "@lmagrp.com" OR "@coventry.com" OR "@lapetussolutions.com" OR "@lewisellis.com") |
| (expectanc* w/15 underestimate) AND (abacus OR lapetus OR coventry OR buerger OR butcher OR dippold OR Ganovsky OR kirby OR McCauley OR McLaren OR McNealy OR Milne OR Morrow OR Ricanek OR Schulte OR "Longevity Market Assets" OR "plesco" OR "@abacuslife.com" OR "@lmagrp.com" OR "@coventry.com" OR "@lapetussolutions.com" OR "@lewisellis.com") |
| (expectanc* w/15 valu*) AND (abacus OR lapetus OR coventry OR buerger OR butcher OR dippold OR Ganovsky OR kirby OR McCauley OR McLaren OR McNealy OR Milne OR Morrow OR Ricanek OR Schulte OR "Longevity Market Assets" OR "plesco" OR "@abacuslife.com" OR "@lmagrp.com" OR "@coventry.com" OR "@lapetussolutions.com" OR "@lewisellis.com") |
| Ganovsky |
| Jackson |
| Kirby |
| Lapetus |

| |
|---|
| Lapetus w/15 asset |
| Lapetus w/15 estimat* |
| Lapetus w/15 expectanc* |
| Lapetus w/15 valu* |
| LST AND (abacus OR lapetus OR coventry OR buerger OR butcher OR dippold OR Ganovsky OR kirby OR McCauley OR McLaren OR McNealy OR Milne OR Morrow OR Ricanek OR Schulte OR "Longevity Market Assets" OR "plesco" OR "@abacuslife.com" OR "@lmagrp.com" OR "@coventry.com" OR "@lapetussolutions.com" OR "@lewisellis.com") |
| McCauley |
| McLaren |
| McNealy |
| Milne |
| Morrow |
| NPV AND (abacus OR lapetus OR coventry OR buerger OR butcher OR dippold OR Ganovsky OR kirby OR McCauley OR McLaren OR McNealy OR Milne OR Morrow OR Ricanek OR Schulte OR "Longevity Market Assets" OR "plesco" OR "@abacuslife.com" OR "@lmagrp.com" OR "@coventry.com" OR "@lapetussolutions.com" OR "@lewisellis.com") |
| overpa* AND (abacus OR lapetus OR coventry OR buerger OR butcher OR dippold OR Ganovsky OR kirby OR McCauley OR McLaren OR McNealy OR Milne OR Morrow OR Ricanek OR Schulte OR "Longevity Market Assets" OR "plesco" OR "@abacuslife.com" OR "@lmagrp.com" OR "@coventry.com" OR "@lapetussolutions.com" OR "@lewisellis.com") |
| (pay* w/15 polic*) AND (abacus OR lapetus OR coventry OR buerger OR butcher OR dippold OR Ganovsky OR kirby OR McCauley OR McLaren OR McNealy OR Milne OR Morrow OR Ricanek OR Schulte OR "Longevity Market Assets" OR "plesco" OR "@abacuslife.com" OR "@lmagrp.com" OR "@coventry.com" OR "@lapetussolutions.com" OR "@lewisellis.com") |
| Plesco |
| (polic* /p overvalu*) AND (abacus OR lapetus OR coventry OR buerger OR butcher OR dippold OR Ganovsky OR kirby OR McCauley OR McLaren OR McNealy OR Milne OR Morrow OR Ricanek OR Schulte OR "Longevity Market Assets" OR "plesco" OR "@abacuslife.com" OR "@lmagrp.com" OR "@coventry.com" OR "@lapetussolutions.com" OR "@lewisellis.com") |
| (polic* w/15 method*) AND (abacus OR lapetus OR coventry OR buerger OR butcher OR dippold OR Ganovsky OR kirby OR McCauley OR McLaren OR McNealy OR Milne OR Morrow OR Ricanek OR Schulte OR "Longevity Market Assets" OR "plesco" OR "@abacuslife.com" OR "@lmagrp.com" OR "@coventry.com" OR "@lapetussolutions.com" OR "@lewisellis.com") |
| (polic* w/15 revenue) AND (abacus OR lapetus OR coventry OR buerger OR butcher OR dippold OR Ganovsky OR kirby OR McCauley OR McLaren OR McNealy OR Milne OR Morrow OR Ricanek OR Schulte OR "Longevity Market Assets" OR "plesco" OR "@abacuslife.com" OR "@lmagrp.com" OR "@coventry.com" OR "@lapetussolutions.com" OR "@lewisellis.com") |
| (polic* w/15 undervalu*) AND (abacus OR lapetus OR coventry OR buerger OR butcher OR dippold OR Ganovsky OR kirby OR McCauley OR McLaren OR McNealy OR Milne OR Morrow OR Ricanek OR Schulte OR "Longevity Market Assets" OR "plesco" OR "@abacuslife.com" OR "@lmagrp.com" OR "@coventry.com" OR "@lapetussolutions.com" OR "@lewisellis.com") |
| (polic* w/15 valu*) AND (abacus OR lapetus OR coventry OR buerger OR butcher OR dippold OR Ganovsky OR kirby OR McCauley OR McLaren OR McNealy OR Milne OR Morrow OR Ricanek OR Schulte OR "Longevity Market Assets" OR "plesco" OR "@abacuslife.com" OR "@lmagrp.com" OR "@coventry.com" OR "@lapetussolutions.com" OR "@lewisellis.com") |
| (pricing w/15 "life settlement policies") AND (abacus OR lapetus OR coventry OR buerger OR butcher OR dippold OR Ganovsky OR kirby OR McCauley OR McLaren OR McNealy OR Milne OR Morrow OR Ricanek OR Schulte OR "Longevity Market Assets" OR "plesco" OR "@abacuslife.com" OR "@lmagrp.com" OR "@coventry.com" OR "@lapetussolutions.com" OR "@lewisellis.com") |
| Ricanek |
| Schulte |
| underpa* AND (abacus OR lapetus OR coventry OR buerger OR butcher OR dippold OR Ganovsky OR kirby OR McCauley OR McLaren OR McNealy OR Milne OR Morrow OR Ricanek OR Schulte OR "Longevity Market Assets" OR "plesco" OR "@abacuslife.com" OR "@lmagrp.com" OR "@coventry.com" OR "@lapetussolutions.com" OR "@lewisellis.com") |
| (valuation w/15 "Life insurance policies") AND (abacus OR lapetus OR coventry OR buerger OR butcher OR dippold OR Ganovsky OR kirby OR McCauley OR McLaren OR McNealy OR Milne OR Morrow OR Ricanek OR Schulte OR "Longevity Market Assets" OR "plesco" OR "@abacuslife.com" OR "@lmagrp.com" OR "@coventry.com" OR "@lapetussolutions.com" OR "@lewisellis.com") |