EXHIBIT 4

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

---

**From** Tom Falkenberg
**Sent:** Thursday, December 4, 2025 8:02 PM
**To** Bud Benn ngton
**Cc:** Glennys Ortega Rubin; Benjamin F. Elliott; Danielle M. Reyes; Mackenzie J. Atwell; Alex Zuckerman; Kathleen Messinger; Newman, Alexandra
**Subject** Abacus subpoena to Grant Thornton

In follow up to my earlier communications on this subject, I do not believe that a motion is ripe, as we had agreed to a scope of workpapers to be produced and I advised I was working on responding to that. You insisted on a firm date that I could not provide you. And we have a number of valid objections that were issued. I also do not understand why if this was filed on Nov. 25 I am just getting this on Dec. 4, 9 days later.

In any event, attached is a link with documents responsive you the scope of workpaper production identified in your email of Oct. 31. These have been bates labeled GT00001-GT 00150 and marked Confidential or Attorneys' Eyes Only.

As to emails, I pointed out deficiencies in your search terms, which you agreed were too broad. I am waiting on search terms that tie in requests to this client so that we are not forced to review hits relating to clients other than Abacus. Also, let me know if you plan on pursuing the motion in light of this production.

Links expire 2026-01-02

| | | |
|---|---|---|
| GT00001 GT00150 Confidential AEO zip | DOWNLOAD | VIEW |

Thomas F Falkenberg
FALKENBERG IVES LLP
230 W Monroe t , uite 2220
Chicago, IL 60606
Direct | 312 566 4801 Fax | 312 566 4810
tff@falkenbergives com | www falkenbergives com

---

**From:** Lindsay M. Schwallie <LSchwallie@shutts.com>
**Sent:** Thursday, December 4, 2025 10:05 AM
**To:** Tom Falkenberg <tff@falkenbergives.com>
**Cc:** Bud Bennington <BBennington@shutts.com>; Glennys Ortega Rubin <GRubin@shutts.com>; Benjamin F. Elliott <BElliott@shutts.com>; Danielle M. Reyes <DReyes@shutts com>; Mackenzie J. Atwell <MAtwell@shutts.com>
**Subject:** SERVICE OF COURT DOCUMENT - Case No: Case No: 6:25-cv-01401

**The attached court document is being served upon you via email pursuant to Fla. R. Jud. Admin. 2.516**

| | |
|---|---|
| **Court in which proceeding is pending:** | US District Court, Middle District of Florida<br>Orlando Division |
| **Case Number** | 6 25 cv 01401 |
| **Name of initial party on each side** | Abacus Global Management Inc<br><br>vs<br><br>Coventry First LLC and Alan Buerger |
| **Title of each document served** | Defendants Short Form Motion to Enforce Subpoena and Compel Production of Documents, dated November 25, 2025 (Doc. 54) |
| **Sender's Name:**<br>*(not the attorney s name)* | Lindsay Schwallie |

| | |
|---|---|
| **Sender's Telephone Number** | 407 481 6520 |

***Documents must be in PDF format.*** *The e-mail and the attachments together may not exceed 10 megabytes in size. E-mails that exceed the size requirement must be divided into separate e-mails (no one of which may exceed 10 megabytes) and labeled sequentially in the subject line.*

**Lindsay M. Schwallie**
Legal Assistant | Shutts & Bowen LLP
el: (407) 481-6520
300 South Orange Ave., Ste. 1600, Orlando, FL 32801
E-Mail | www.shutts.com