**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ABACUS GLOBAL MANAGEMENT, INC., a corporation,

Plaintiff,

v.

COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual,

Defendants.

Case No. 6:25-cv-01401

**DEFENDANTS' NOTICE IN REGARD TO MOTION TO ENFORCE SUBPOENA AND COMPEL PRODUCTION OF DOCUMENTS**

Defendants Coventry First LLC and Alan Buerger ("Defendants") hereby provide notice of continued conferral between Defendants and third-party Grant Thornton, LLP ("GT") in regard to the November 25, 2025 *Short Form Motion to Enforce Subpoena and Compel Production of Documents* (DE 54) (the "Motion").

Undersigned hereby advises the Court that GT produced a limited set of documents in response to the Subpoena at-issue in the Motion. Accordingly, to the extent that the Motion called for the production of these materials, the parties have resolved their dispute in such regard. Nevertheless, GT has not yet produced responsive correspondence or emails. Similarly, Defendants believe that there are likely other non-email responsive documents that were not included in the referenced production.

Thus, Defendants assert that a portion of the instant dispute was resolved but that significant matters remain outstanding.

Respectfully submitted,

Dated: December 11, 2025

*/s/ Benjamin F. Elliott*
ALFRED J. BENNINGTON, JR., ESQ.
GLENNYS ORTEGA RUBIN, ESQ.
BENJAMIN F. ELLIOTT, ESQ.
SHUTTS & BOWEN LLP
300 South Orange Ave.
Suite 1600
Orlando, FL 32801
Telephone: (407) 423-3200
Facsimile: (407) 425-8316
bbennington@shutts.com
grubin@shutts.com
belliott@shutts.com

*Counsel for Defendants Coventry First LLC and Alan Buerger*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of December, 2025, the foregoing was served through the court's electronic-filing system and via electronic mail and United States Postal Service Priority Mail Express delivery to the following non-CM/ECF participants:

Thomas F. Falkenberg
Falkenberg Ives LLP
230 W. Monroe St., Suite 2220
Chicago, IL 60606
Tel: 312.566.4801
tff@falkenbergives.com

*Attorney for non-party Grant Thornton, LLP*

*/s/ Benjamin F. Elliott*
**BENJAMIN F. ELLIOTT, ESQ.**