**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ABACUS GLOBAL MANAGEMENT, Inc., a corporation

Plaintiff,

v.

COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual

Defendants.

Case No.: 6:25-cv-1401-RBD-RMN
(Fla. Case No. 2025-CA-006191-O)

Magistrate Judge Robert Norway

---

**UNOPPOSED MOTION FOR ENTRY OF**
**ORDER ON SHORT-FORM MOTIONS**

Plaintiff Abacus Global Management, Inc. ("Plaintiff") brings this motion to seek entry of an Order on Short-Form Discovery Motions from this Court.

1. Plaintiff moves this Court to enter the Order on Short-Form Discovery Motions on the Court's website, found at https://www.flmd.uscourts.gov/sites/flmd/files/judges/forms/flmd-norway-order-on-short-form-discovery-motions.pdf.

2. Plaintiff believes in good faith that entry of this Order will allow for discovery disputes to be presented more efficiently and effectively before this Court.

3. Plaintiff conferred with Defendants Coventry First LLC and Alan Buerger via email correspondence. Defendants expressed their consent to Plaintiff's Motion.

4. Plaintiff does not attach the Order on Short-Form Discovery Motions to this Motion, as it has not obtained leave of Court to submit a proposed order. *See* L.R. 3.01(f).

**Local Rule 3.01(g) Certification**

Undersigned counsel conferred via email correspondence with counsel for Defendants Coventry First LLC and Alan Buerger in advance of filing this Motion. Defendants Coventry First LLC and Alan Buerger do not oppose the relief requested herein.

DATED: December 19, 2025

*/s/ Alex Zuckerman*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Alex Zuckerman (*pro hac vice*)
alexzuckerman@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000

Jason D. Sternberg (Fla. Bar No. 72887)
jasonsternberg@quinnemanuel.com
Osvaldo Rodriguez (Fla. Bar No. 1039307)
osvaldorodriguez@quinnemanuel.com
David M. Walsh (Fla. Bar No. 1048823)
davidwalsh@quinnemanuel.com
2601 South Bayshore Drive, 15th Floor
Miami, FL 33133
(305) 402-4880

Kathleen S. Messinger (*pro hac vice*)
kathleenmessinger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

*Attorneys for Plaintiff Abacus Global Management, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 19, 2025, a true and correct copy of the foregoing document was electronically served via the CM/ECF system on all parties authorized to accept service by CM/ECF.

*/s/ Alex Zuckerman*
Alex Zuckerman