IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ABACUS GLOBAL MANAGEMENT, INC., a corporation,

        Plaintiff,

v.

COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual,

        Defendants.

Case No. 6:25-cv-01401-RBD-RMN

## Notice of Pendency of Other Actions

In accordance with Local Rule 1.07(c), Lead Counsel certifies that the instant action is related to the case recently filed in the Western District of North Carolina, *Coventry First LLC et al. v. Lapetus Solutions, Inc.*, 3:25-mc-00169-MOC-DCK (W.D.N.C. 2025).  *See* Exs. A & B.  In that action, Coventry First LLC, and Alan Buerger moved to compel production of documents responsive to the subpoena issued to Lapetus Solutions, Inc. ("Lapetus") as part of the underlying litigation in *Abacus Global Management, Inc. v. Coventry First LLC et al.*, No. 25-cv-01401-RBD-RMN (M.D. Fla. 2025).  *See* Ex. A.  Lapetus has consented to transferring the Motion to Compel to the Middle District of Florida, Orlando Division.  *See* Ex. B.

1

Lead Counsel further certifies a copy of this Notice of Pendency of Other Actions will be served upon each party no later than fourteen days after appearance of the party.

Dated: December 22, 2025

Respectfully Submitted,

/s/ *Andrew J. Levander*

| | |
|---|---|
| MICHAEL H. MCGINLEY (*pro hac vice*) | ANDREW J. LEVANDER (*pro hac vice*) |
| DECHERT LLP | DECHERT LLP |
| Cira Centre | Three Bryant Park |
| 2929 Arch Street | 1095 Avenue of the Americas |
| Philadelphia, PA 19104 | New York, NY 10036 |
| | Telephone: (212) 698-3500 |
| ALFRED J. BENNINGTON, JR. | Facsimile: (212) 698-3599 |
| GLENNYS ORTEGA RUBIN | andrew.levander@dechert.com |
| BENJAMIN F. ELLIOTT | |
| SHUTTS & BOWEN LLP | ERIC AUSLANDER (*pro hac vice*) |
| 300 South Orange Ave. | DECHERT LLP |
| Suite 1600 | 1900 K Street, NW |
| Orlando, FL 32801 | Washington, DC 20006 |

*Counsel for Defendants Coventry First LLC and Alan Buerger*