# EXHIBIT G

# Abacus Puts Lapetus on Primary Life Expectancy Provider List



Jay Jackson, CEO of Abacus Settlements

**Abacus CEO Jay Jackson is impressed with new physician opinions saying whether an insured's health is improving, declining or remaining stable.**



**By Donna Horowitz**

February 03, 2022 08:39 AM

Jay Jackson, CEO of Abacus Settlements LLC, is so impressed with a new service provided by Lapetus Solutions Inc. that he has put the firm on his list of primary life expectancy providers he uses to price policies.

This is a coup for Lapetus because Abacus is the second busiest life settlement provider in the life settlement market. Abacus, which is based in Orlando, Fla., purchased 415 policies with $765.84 million in face value in the secondary market in 2020, according to The Life Settlement Report's most recent survey of the market's volume.

What Jackson especially likes are the new physician opinions in the life expectancy report that go beyond giving an insured's expected remaining lifespan to say whether the person's health is improving, declining or is stable.

He believes that's the only life expectancy provider offering such an opinion as part of a standard life expectancy report without an extra charge. But at least three other LE providers say they offer such information in their standard reviews at no additional cost.

"I'm not suggesting that Lapetus is always right, but it's another source of data that is useful in making an investment decision," Jackson said of the additional health status information.

Lapetus, based in Wilmington, N.C., now joins other primary life expectancy providers that Abacus reaches out to for lifespan forecasts. They are Fasano Associates Inc. of Washington, D.C.; ITM TwentyFirst LLC of Minneapolis; and Predictive Resources LLC of Cincinnati.

"Dr. Jay Olshansky has a very highly regarded reputation in longevity prediction," Jackson said.

He said ITM offers similar opinions, but he believes it costs an additional $150. Neither Lori Austin, president of the underwriting division at ITM, nor Kurt Gearhart, CEO of ITM, responded to requests for comment.

Mike Fasano, president of Fasano Associates, said he offers similar coverage to Lapetus in his standard review at no additional cost. His life expectancy firm is the only other one besides Lapetus that uses physicians to do life expectancy reports.

"Our report includes a narrative that typically would indicate if the person's condition is stable, improving or declining," Fasano said in an email. "We also provide the mortality distribution behind our LE, as well as one for a standard, healthy life. This would appear to capture the same information as Jay's report, but would present it in a different way."

Vince Granieri, CEO of Predictive, said in an email that his firm offers enhanced LE services that has projected the subject's health since his company began calculating life expectancy estimates in 2014. He said he also includes the additional information in his standard review without tacking on an extra cost.

"Some of the other things include providing key indicators to look for in the future that would signal a longer or shorter LE, indicating our opinion on whether other relevant medical information is existent, suggesting what other information would provide us a more complete view of the subject and pointing out known events that might provide additional insight into the subject's health," he said.

Rita Loy, managing director of Polaris Underwriting Technologies, said in an email that there's a difference between statistical and medical underwriting and that companies that primarily rely on statistics to develop a life expectancy may need an "extra" opinion on previous and future changes to health.

She said her firm uses medical staff to review medical records and its narrative reports reflect changes in an individual's health.

"Declines and stability are provided in the narrative and future options for care or treatment are considered as part of our underwriting process," she said. "In times of rapidly changing medical science it is always difficult to predict what the future holds, but we consider new treatments in the technology pipeline."

Jackson said ordering multiple life expectancy reports can cost several thousand dollars, but they're necessary when pricing policies with a million dollars or more in

face value. For an average case, Abacus would pick two providers from the company's list of primary life expectancy providers, but it depends on how complicated the case is to review. For a healthy insured, he may just order one LE report.

Jackson said he put Lapetus on his primary LE provider's list in October, but when he saw the recent addition to the company's reports that was "just icing on the cake."

So far, he has received a couple of the Lapetus reports with the new opinions on health status, which showed that the insureds were maintaining their current conditions, or were stable.

Olshansky, chief scientist and co-founder of Lapetus, said he put out his first review with the new assessment in mid-January.

"We've had feedback from a half a dozen clients and they've all said they really appreciate this," he said.

Olshansky said some of the buyers of his life expectancy reports were drawing their own conclusions about an insured's overall health status, so his firm decided it made more sense to give them the opinion from the physician who reviewed the case based on medical records.

In addition, a Lapetus physician and scientist who reviews a case file also indicates whether there are signals in the medical records that show whether the person might be a super-ager. He defines a super-ager as someone who already has survived to at least 80 and who retains his or her cognitive functioning longer than average and tends to live longer than average for the person's age and gender.

"We added this because several scientists and physicians at Lapetus have a unique expertise involving the study of super-agers, and we thought our clients might find this information useful," Olshansky said in an email.

The third new piece of information tells whether a survival distribution for an insured is normal or skewed toward younger or older ages, he added.

"This is designed to inform our clients whether we're picking up any signals indicating an elevated risk of an earlier death or longer than average life apart from the information already contained in the medical review," Olshansky said. "If there is a skew in the projected survival distribution in either direction, we have to explain why this is so."

He said Lapetus decided to add the new information because his team has unique areas of expertise on survival and longevity.

"We thought we would use that expertise to help our clients develop a more thorough and nuanced understanding of our assessments," Olshansky said. "It's likely we'll be adding or modifying our reporting style at least once a year to keep everything fresh, new, and updated based on the latest information in the world of human survival estimation."

Lapetus, which formed in 2014 and obtained licensure from Florida three years ago, is among the newer life expectancy firms in the market. He said he has seen business increase about 500% since October, although he declined to give precise numbers of how many more life expectancy reviews he's done per month.

"All of the sudden we've had five-fold growth overnight," he said, adding his firm has been adding two to three new clients per month.

"I'm hiring doctors left and right," he said. "I have 18 on-call and I want to bring it up to 35".

"Some are retired, some are no longer seeing patients. I actually like the retired physicians because they bring a wealth of knowledge," Olshansky said.

TAGS    LIFE SETTLEMENTS    FLORIDA    UNDISCLOSED    MIDDLE MARKET

EDITOR'S PICK    LIFE & HEALTH INSURANCE    DISTRICT OF COLUMBIA