# EXHIBIT H

**From:** Jay Jackson jay@abacuslife.com
**Subject:** Call with KKR
**Date:** November 20, 2020 at 13:15
**To:** Jay Olshansky jay@lapetussolutions.com



Hi Jay,

Can you quickly respond to the below open times with KKR for an intro call?  Sorry about the rush, but I want to lock a time before I lose it.

**Wed, 12/2**
9-10 EST

**Thurs, 12/3**
3-5 EST

**Fri, 12/4**
9-10 EST
11-1 EST
2-4 EST

**Mon, 12/7**
10-1 EST
4-5 EST

**Tues, 12/8**
9-12:30 EST
2-5 EST

**Wed, 12/9**
9-9:30 EST

**Thurs, 12/10**
12-1 EST
4-4:30 EST

**Fri, 12/11**
8:30-10 EST
11-1 EST
2-4 EST

LSI000024