# EXHIBIT Q

| | |
|---|---|
| **From:** | Auslander, Eric |
| **Sent:** | Wednesday, January 7, 2026 1:17 PM |
| **To:** | Alex Zuckerman; Kathleen Messinger; McGinley, Michael; Jason Sternberg; Sydney Snower; Osvaldo Rodriguez |
| **Cc:** | Levander, Andrew; Kulp, Brian; Bud Bennington; Glennys Ortega Rubin; Benjamin F. Elliott |
| **Subject:** | RE: Defendants' First Set of Requests for Production |

Alex,

Thank you for your responses on the below issues.

As to the Relevant Time Frame, we believe we are at an impasse given your refusal to produce documents responsive to all RFPs dating back to at least June 1, 2021 (and in some instances we have described, to November 1, 2020). We simply disagree with your assertion below that Abacus's self-described partnership with Lapetus is not central to this case. Given Lapetus's importance to the case, we do not believe it is appropriate to identify "fractional area(s)" of relevance at the start of discovery, particularly where we have already identified for you in our meet and confer letters multiple documents produced already that reflect Lapetus's key role in Abacus's business *prior to* July 2023.

We appreciate your willingness to produce documents concerning Stock Repurchase Plans, as outlined in Defendants' requests. We agree that that request can be subject to the parties' negotiations on custodians and search terms.

With respect to items 3, 4, and 5 outlined below, we are discussing your positions with our client and will come back to you with our responses.

We look forward to speaking with you shortly.

Thanks,
Eric

**Eric Auslander**
Associate

**Dechert LLP**
+1 202 261 3319 Direct
eric.auslander@dechert.com
dechert.com

---

**From:** Alex Zuckerman <alexzuckerman@quinnemanuel.com>
**Sent:** Tuesday, January 6, 2026 5:42 PM
**To:** Auslander, Eric <Eric.Auslander@dechert.com>; Kathleen Messinger <kathleenmessinger@quinnemanuel.com>; McGinley, Michael <Michael.McGinley@dechert.com>; Jason Sternberg <jasonsternberg@quinnemanuel.com>; Sydney Snower <sydneysnower@quinnemanuel.com>; Osvaldo Rodriguez <osvaldorodriguez@quinnemanuel.com>
**Cc:** Levander, Andrew <andrew.levander@dechert.com>; Kulp, Brian <Brian.Kulp@dechert.com>; Bud Bennington <bbennington@shutts.com>; Glennys Ortega Rubin <grubin@shutts.com>; Benjamin F. Elliott <belliott@shutts.com>
**Subject:** RE: Defendants' First Set of Requests for Production

1

Eric,

Regarding the open issues from our most recent meet and confer call:

1. **Relevant Time Frame**: You have now stated two different reasons for wanting to extend the relevant time period before July 3, 2023, Abacus's go-public date. First, you stated you were interested in discovery prior to that date to determine why Abacus went public; we agreed to extend the relevant time period for certain requests in response to that rationale. Now you have stated that you seek an even larger expansion of the relevant time period, including discovery back to 2020 to explore the "nature of Abacus's relationship with Lapetus," because, in your view, that relationship affects "all of the core issues." Indeed, in your Saturday, January 3 letter, you assert without explanation that this expansive discovery (seeking documents from years before the defamatory statements at issue were put out into the world) goes to "how much more than a traditional LE provider role Lapetus played." Defs.' Jan. 3 Letter at 5-6.

    We do not agree that the history of Abacus's relationship with Lapetus is so central to this case. Indeed, as we stated in our December 29 letter, we do not intend to dispute that Abacus utilized Lapetus LEs (as did Coventry) or that Jay Jackson once served on Lapetus's board without authority to make decisions or that Abacus possessed a convertible note interest in Lapetus. Nonetheless, we are amenable to allowing discovery into discrete aspects of the relationship that do appear relevant to the case from the face of the FAC before the July 2023 relevant time period, for example: (i) whether and to what extent Abacus used Lapetus to value policies on its balance sheet, including in deriving the relevant discount rate; or (ii) whether and to what extent Abacus or its counterparties relied on Lapetus in Secondary and Tertiary Market transactions. We note that we have already agreed to produce discovery on a variety of aspects of the Abacus-Lapetus relationship before the relevant time period. *See* Abacus's Nov. 17 Letter at 1 n.1; *id.* 10-11.

    As you noted in your December 23 letter, "nearly every concern Defendants articulated regarding Abacus stems from the fact that Abacus is a public company." Defs.' Dec. 23 Letter at 5. If you can define the fractional area(s) of specific concerns related to Lapetus that do not stem from Abacus's publicly traded status, we are amenable to extending the relevant time period on those limited, specific bases.

2. **Stock Repurchase Plans**: We will produce documents responsive to these requests within a mutually agreed time-period (which should not be controversial given that stock repurchase issues only relate to Abacus's time as a public company), and subject to further revision of the custodians and search term protocol.

3. **Government-Related Inquiries**: We remain willing to search and produce documents relating to communications with regulators, to the extent any exist, and to the extent those communications are tied to the issues in the case. That would include: (i) the valuation of Abacus's stock; (ii) Abacus's use of Lapetus in valuing the policies it holds on its balance sheet; (iii) Abacus's turnover rate; and (iv) Abacus's stock repurchase plans.

4. **Asset-Backed Debt**: We await your proposal of more specific search terms to narrow this request. We understand the statement made by Mr. Buerger in the Tegus Interview, but left yesterday's meet and confer under the impression you were seeking information about alleged debt not captured by that remark. Please define the scope of your request so that we can continue to meaningfully engage.

5. **KKR & Nova**: Following the meet and confer, we understand that you are looking for documents and communications related to insurance policy valuations, the differences between LE providers, and Abacus's decision to pick one LE over another. We stated that we would be willing to produce documents and communications on those topics subject to a reasonable search protocol; however, the parties have not agreed as to the time frame relevant to these requests.

Best regards,