**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| ABACUS GLOBAL MANAGEMENT, INC., a corporation,<br><br>Plaintiff,<br><br>v.<br><br>COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual,<br><br>Defendants. | Case No.: 6:25-cv-01401-RBD-RMN |

**JOINT MOTION TO REQUEST ORAL ARGUMENT**

Pursuant to Local Rule 3.01(i), Plaintiff and Defendants (collectively, the "Parties"), jointly move this Court to schedule oral argument on January 20, 2026, or at the Court's earliest convenience, on the following motions:

1. Defendants' Short Form Motion To Enforce Subpoena And Compel Production Of Documents [ECF No. 54];

2. Plaintiff's First Short Form Motion To Compel Defendants To Produce Documents [ECF No. 66];

3. Plaintiff's Second Short Form Motion To Compel Defendants' Production Of Documents [ECF No. 67]; and

4. Defendants' Motion To Compel Plaintiff To Produce Documents For The Time Period Responsive To Their Requests For Production [ECF No. 68] (collectively, the "Motions").

In support of their motion, the Parties state as follows:

1. On November 25, 2025, Defendants filed their Short Form Motion To Enforce Subpoena And Compel Production Of Documents [ECF No. 54].

2. On December 10, 2025, Non-Party Grant Thornton LLP filed its Response To Short Form Motion To Enforce Subpoena [ECF No. 57].

3. On December 11, 2025, the Court set oral argument [ECF No. 60] on Defendants' Short Form Motion To Enforce Subpoena And Compel Production Of Documents [ECF No. 54];

4. On January 6, 2026, Plaintiff filed its First Short Form Motion To Compel Defendants To Produce Documents [ECF No. 66].

5. Pursuant to this Court's Order dated December 22, 2025 [ECF No. 63], the deadline for Defendants' response to Plaintiff's First Short Form Motion To Compel Defendants To Produce Documents [ECF No. 66] is January 13, 2026.

6. On January 6, 2026, Plaintiff filed its Second Short Form Motion To Compel Defendants' Production Of Documents [ECF No. 67].

7. Pursuant to this Court's Order dated December 22, 2025 [ECF No. 63], the deadline for Defendants' response to Plaintiff's Second Short Form

Motion To Compel Defendants' Production Of Documents [ECF No. 67] is January 13, 2026.

8. On January 7, 2026, Defendants filed a Motion to Compel Plaintiff To Produce Documents For The Time Period Responsive To Their Requests For Production [ECF No. 68].

9. Pursuant to this Court's Order dated December 22, 2025 [ECF No. 63], the deadline for Plaintiff to respond to Defendants' Motion to Compel Plaintiff To Produce Documents For The Time Period Responsive To Their Requests For Production [ECF No. 68] is January 14, 2026.

10. The Parties met and conferred on January 13, 2026 and agreed to request oral argument on the Motions.

11. The Parties state that no more than two hours are necessary for oral argument.

WHEREFORE, the Parties respectfully request the Court to enter an order scheduling the Motions for a two (2) hour hearing on January 20, 2026, or at the Court's earliest convenience.

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 3.01(g), counsel for Plaintiff conferred with Defendants' counsel in advance of filing this motion. Defendants do not oppose the relief requested herein.

DATED: January 13, 2026

/s/ *Alex Zuckerman*
ALEX ZUCKERMAN, ESQ. (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
alexzuckerman@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000

JASON D. STERNBERG. ESQ.
(Fla. Bar No. 72887)
jasonsternberg@quinnemanuel.com
OSVALDO RODRIGUEZ, ESQ.
(Fla. Bar No. 1039307)
osvaldorodriguez@quinnemanuel.com
2601 South Bayshore Drive, 15th Floor
Miami, FL 33133
(305) 402-4880

KATHLEEN S. MESSINGER, ESQ.
(*pro hac vice*)
kathleenmessinger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

*Counsel for Plaintiff Abacus Global Management, Inc.*

*/s/ Andrew J. Levander*
ANDREW J. LEVANDER, ESQ.
(*pro hac vice*)
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
andrew.levander@dechert.com

MICHAEL H. MCGINLEY, ESQ.
(*pro hac vice*)
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
michael.mcginley@dechert.com

ERIC AUSLANDER, ESQ. (*pro hac vice*)
DECHERT LLP
1900 K Street, NW
Washington, DC 20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333
eric.auslander@dechert.com

ALFRED J. BENNINGTON, JR., ESQ.
Florida Bar No. 0404985
GLENNYS ORTEGA RUBIN, ESQ.
Florida Bar No. 556361
BENJAMIN F. ELLIOTT, ESQ.
Florida Bar No. 1010706
SHUTTS & BOWEN LLP
300 South Orange Ave., Suite 1600

Orlando, FL 32801
Telephone: (407) 423-3200
Facsimile: (407) 425-8316
bbennington@shutts.com
grubin@shutts.com
belliott@shutts.com

*Counsel for Defendants Coventry First LLC and Alan Buerger*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 13, 2026, a true and correct copy of the foregoing document was electronically served via the CM/ECF system on all parties authorized to accept service by CM/ECF.

*/s/ Alex Zuckerman*
Alex Zuckerman