**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| ABACUS GLOBAL MANAGEMENT, INC., a corporation,<br><br>Plaintiff,<br><br>v.<br><br>COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual,<br><br>Defendants. | Case No.: 6:25-cv-01401-RBD-RMN |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL [Dkt. 68]**

Defendants seek discovery back to June 2021 and earlier—two years before Abacus went public on July 2, 2023—even though they conceded that their defamatory statements in 2024 and 2025 "stem[] from the fact that Abacus is a public company." Dkt. 66-6 at 6. To compromise, Abacus agreed to produce documents back to 2021 if Defendants could justify targeted requests. Dkt. 68-17 at 3. Defendants refused.

Defendants' rationale keeps changing. Initially they sought pre-2023 documents to assess purported changes in Abacus's valuations. Dkt. 68-10 at 7. As to certain documents, Abacus agreed to expand the time frame by six months prior to its public listing. Dkts. 66-3 at 2; 66-5 at 3. But Defendants pivoted, suggesting ***all***

***documents*** responsive to ***all requests*** are "necessary and relevant [to] the relationship between Abacus and Lapetus, which underlies all of Abacus's claims." *See* Dkt 66-6 at 7.

This case is about whether, in 2024–2025, Defendants defamed Abacus and interfered with its business relationships; not whether Abacus and Lapetus had a relationship in 2021. Dkt. 38 (FAC) ¶ 87. The latter is undisputed. Dkt. 68-15 at 4 n.4. Yet, Defendants have refused to explain, on a request-by-request basis, why they seek pre-2023 documents. *See* Dkt. 68-17.

Defendants' motion should be denied:

***First***, Defendants' demands are irrelevant. The defamatory statements concerning Abacus's ***current*** practices as a public company (all made post-July 2023) are the basis of Abacus's claims. FAC ¶¶ 87–151. They are motivated, in part, by Defendants' unfounded assertion that public companies "manufacture earnings." FAC ¶ 146(a). Documents from years before Abacus went public cannot be relevant to Defendants' recent statements.

***Second***, Defendants' demands are not tethered to the rationale for their requests. For example, Coventry RFPs 32 (audits), 63 (tertiary market purchases), and 65 (Acumen Financial) have nothing to do with Lapetus. Dkt. 68-1 at 19, 23–24. Defendants do not explain why documents responsive to these requests back to 2021 are relevant.

***Third***, Defendants' 86 proposed search terms are not only burdensome and

disproportionate; they also reveal Defendants' attempts to litigate an entirely different case. *See, e.g.*, **Ex. A** at row 4 (every document with "regulator" back to 2021); row 18 (documents related to Carlisle Management back to 2021, which Abacus acquired in 2024); row 37 (every document with "credit union" back to 2021). In many instances, Defendants' proposed time frame doubles their already burdensome and disproportionate requests. Dkt. 68-2 at 8; *see, e.g.*, **Ex. A** at rows 11, 13–14, 17, 20–22, 38 ("Morph*" results in 25,000 documents pre-July 2023—years before Morpheus Research existed[1]—versus 8,000 documents post-July 2023). The Motion should be denied. *See In re Brinker Data Incident Litig.*, 337 F.R.D. 424, 425 (M.D. Fla. 2020) (rejecting time frame because "burden and expense … outweighs its limited potential benefit").

* * *

The Court should deny Defendants' Motion because their requests are irrelevant, disproportionate, and unnecessarily burdensome.

DATED: January 14, 2026

*/s/ Alex Zuckerman*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Alex Zuckerman (*pro hac vice*)
alexzuckerman@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000

[1] *About Morpheus Research*, https://www.morpheus-research.com/about/.

Jason D. Sternberg (Fla. Bar No. 72887)
jasonsternberg@quinnemanuel.com
Osvaldo Rodriguez (Fla. Bar No. 1039307)
osvaldorodriguez@quinnemanuel.com
2601 South Bayshore Drive, 15th Floor
Miami, FL 33133
(305) 402-4880

Kathleen S. Messinger (*pro hac vice*)
kathleenmessinger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

*Attorneys for Plaintiff Abacus Global Management, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 14, 2026, a true and correct copy of the foregoing document was electronically served via the CM/ECF system on all parties authorized to accept service by CM/ECF.

*/s/ Alex Zuckerman*
Alex Zuckerman