# Exhibit A

| | **Defendants' Initial Search Term Proposal** | **Hits + Families (Start 6/1/2021)** | **Hits + Families (Start 7/2/2023)** |
|---|---|---|---|
| 1 | (polic* OR settlement) AND (trade OR sale OR sold OR bid OR list OR tertiary) | 389,025 | 219,103 |
| 2 | (purchas* OR buy OR bought OR trade OR transact* OR sell* OR sold OR bid* OR valu*) AND (affiliate* OR fund OR LMA OR premier OR enhanced OR income fixed OR income plus) | 350,151 | 215,038 |
| 3 | (LE OR LEs OR life expect*) | 282,225 | 154,444 |
| 4 | (SEC OR filing OR "securities and exchange commission" OR regulator*) | 278,761 | 168,129 |
| 5 | (LE OR LEs OR life expect* OR estimate*) AND (review OR analys* OR method*) | 263,704 | 146,391 |
| 6 | Lapetus* OR Lap* | 243,434 | 136,413 |
| 7 | (Lapetus* OR Lap*) AND (note OR invest* OR loan OR stock OR share OR equity) | 184,609 | 95,858 |
| 8 | (Lapetus* OR Lap*) AND (LE OR LEs OR life expect* OR estimate* OR method*) | 179,475 | 94,038 |
| 9 | (Lapetus* OR Lap*) AND (LE OR LEs OR life expect* OR provider) | 162,933 | 83,982 |
| 10 | (VBT OR table*) AND (life expect* OR LE OR LEs OR mort*) | 158,928 | 79,851 |
| 11 | (Lapetus* OR Lap*) AND (LE OR LEs OR life expect*) | 148,711 | 74,456 |
| 12 | (Lapetus* OR Lap*) AND (statement OR invest* OR release) | 146,916 | 76,630 |
| 13 | spread* OR (gain* W/10 polic*) OR (profit W/10 polic*) OR (gain* W/10 trade) OR (profit W/10 trade) | 138,826 | 69,213 |
| 14 | (purchas* OR buy OR bought OR trad* OR transact* OR sell* OR sold OR bid*) AND (secondary OR tertiary) | 134,255 | 65,032 |
| 15 | (Lapetus* OR Lap*) AND (A/E OR actual to expected OR actual-to-expected OR audit* OR stud* OR accur* OR triennial OR analy*) | 131,509 | 66,148 |
| 16 | (SEC OR filing OR "securities and exchange commission" OR regulator*) AND (letter OR comment) | 123,107 | 61,237 |
| 17 | (Lapetus* OR Lap*) AND (clos* OR shut down OR cease OR Lapetus is closing) | 120,039 | 52,852 |
| 18 | Carlisle OR Garcia OR (Jose AND Carlisle) | 97,131 | 65,822 |
| 19 | (Lapetus* OR Lap*) AND (email OR release OR press OR announcement) AND (clos* OR shut down OR cease OR Lapetus is closing) | 88,632 | 40,466 |
| 20 | SPAC OR IPO OR go-public OR ERAC OR east resources | 80,800 | 34,590 |
| 21 | (PS OR Piper) AND (Coventry OR Lapetus* OR Lap* OR valu* OR morph* OR (short W/3 (report OR sell*))) | 76,683 | 29,305 |
| 22 | (TD OR Cowen OR Bergman OR tdsecurities) AND (Coventry OR Lapetus* OR Lap* OR valu* OR morph* OR (short W/3 (report OR sell*))) | 75,738 | 25,734 |
| 23 | Morph* OR (short W/20 (report OR sell*)) | 60,778 | 28,760 |
| 24 | (Lewis OR L&E) AND (Coventry OR Lapetus* OR Lap* OR valu* OR NPV OR FMV OR fair market value OR fair value OR discount rate) | 60,033 | 22,706 |
| 25 | fair value OR FMV OR fair market value | 59,277 | 41,940 |
| 26 | (ULI OR transamerica.com OR (Bonnie W/2 Gerst) OR (Mont* W/2 Jackson) OR (Brenda W/2 Calman)) AND (Abacus OR ABL OR Coventry OR Lapetus* OR Lap* OR valu* OR NPV OR LE OR LEs OR life expect* OR polic*) | 57,332 | 26,504 |

| | Defendants' Initial Search Term Proposal | Hits + Families (Start 6/1/2021) | Hits + Families (Start 7/2/2023) |
|---|---|---|---|
| 27 | (polic* OR life expect* OR LE OR LEs) AND (net present OR fair value OR NPV OR FMV) | 55,571 | 39,729 |
| 28 | (Buerger OR Coventry OR Lapetus OR Lap*) AND (GT OR Grant Thornton) | 48,280 | 12,964 |
| 29 | (Lewis OR L&E) AND (press release OR report) | 47,545 | 17,227 |
| 30 | (Lapetus* OR Lap*) AND IRR AND 30 | 47,048 | 14,853 |
| 31 | (morph* OR hinden* OR Anderson) AND (valu* OR FMV OR fair market value OR fair value) | 46,836 | 16,720 |
| 32 | (purchas* OR buy OR bought OR trade OR transact* OR sell* OR sold OR bid*) AND Carlisle | 44,842 | 39,666 |
| 33 | (Lapetus* OR Lap*) AND (LE OR LEs) AND (GT OR Grant Thornton) | 43,590 | 9,450 |
| 34 | (polic* OR portfolio*) AND (fair value OR FMV) | 43,576 | 32,331 |
| 35 | Coventry OR Buerger | 41,021 | 29,497 |
| 36 | (Audit* OR NPV OR FMV OR fair market value OR fair value) AND (GT OR Grant Thornton) | 38,320 | 21,468 |
| 37 | Credit union OR UCU OR Calva | 34,324 | 8,916 |
| 38 | Morph* | 33,874 | 8,243 |
| 39 | (life expect* OR LE OR LEs) AND (fair value OR FMV OR fair market value) | 30,059 | 21,380 |
| 40 | (Jay OR Jackson) AND (Lap* OR Lapetus*) AND (board OR director) | 29,358 | 18,646 |
| 41 | discount rate | 27,746 | 18,926 |
| 42 | Manpreet OR Singh | 25,807 | 2,961 |
| 43 | press release AND (Coventry OR Buerger OR Lapetus* OR Lap* OR valu*) | 25,655 | 17,626 |
| 44 | Growth Fund OR "Longevity Growth and Income Fund" OR (Growth W/3 Fund) | 23,733 | 21,150 |
| 45 | (pipeline OR deal flow OR potential) AND (Carlisle OR Garcia OR Jose) | 23,092 | 19,590 |
| 46 | (SEC OR filing OR "securities and exchange commission" OR regulator* OR disclos* OR N-2 OR registration statement) AND (growth fund OR "Longevity Growth and Income Fund" OR (Growth W/3 Fund)) | 19,472 | 17,519 |
| 47 | (Growth Fund OR "Longevity Growth and Income Fund" OR (Growth W/3 Fund)) AND (launch* OR start OR rais*) | 15,878 | 14,134 |
| 48 | Life Insurance Settlement Association OR Life Insurance Settlements Association OR fireside chat OR fire side chat OR (debate AND Buerger) | 14,340 | 10,561 |
| 49 | Terry AND (Lapetus* OR Lap* OR valu* OR life expect*) | 14,225 | 8,388 |
| 50 | (Riley OR BRS) AND (Coventry OR Lapetus* OR Lap* OR valu* OR morph* OR (short W/3 (report OR sell*))) | 13,276 | 9,488 |
| 51 | (Growth Fund OR "Longevity Growth and Income Fund" OR (Growth W/3 Fund)) AND (Lapetus* OR Lap* OR dataset OR data set) | 12,335 | 10,848 |
| 52 | (Coventry OR Buerger) AND (media OR marketing OR advertis* OR press OR news OR article OR Donna OR Horowitz OR LSR OR the deal) | 12,258 | 8,746 |
| 53 | Maxim AND (Coventry OR Lapetus* OR Lap* OR valu* OR morph* OR (short W/3 (report OR sell*))) | 10,165 | 828 |
| 54 | LISA AND (conference OR fireside chat OR fire side chat OR debate OR Buerger) | 9,470 | 6,418 |

| | **Defendants' Initial Search Term Proposal** | **Hits + Families (Start 6/1/2021)** | **Hits + Families (Start 7/2/2023)** |
|---|---|---|---|
| 55 | (OIR OR office of insurance regulation) AND (inquir* OR audit* OR letter* OR review* OR investigat*) | 8,658 | 2,907 |
| 56 | (profit OR loss) AND Coventry | 8,221 | 6,060 |
| 57 | (OIR OR Office of Insurance Regulation) AND (license OR application) | 6,840 | 1,863 |
| 58 | Northland AND (Coventry OR Lapetus* OR Lap* OR valu* OR morph* OR (short W/3 (report OR sell*))) | 5,439 | 2,470 |
| 59 | (pricing model) AND (Lapetus* OR Lap*) | 5,162 | 2,110 |
| 60 | fund* AND deal* AND (Coventry OR Buerger) | 5,129 | 3,433 |
| 61 | (Alliance Global Partners OR AGP OR A.G.P.) AND (Coventry OR Lapetus* OR Lap* OR valu* OR morph* OR (short W/3 (report OR sell*))) | 4,803 | 3,462 |
| 62 | (fund of one OR fund-of-one) | 4,577 | 3,949 |
| 63 | Scott W/2 (Morrow OR Hinkle) | 4,223 | 3,267 |
| 64 | discount rate W/20 (high* OR low*) | 4,203 | 3,482 |
| 65 | Kligerman AND (Coventry OR Lapetus* OR Lap* OR valu* OR morph* OR (short W/3 (report OR sell*))) | 3,636 | 3,073 |
| 66 | Acumen AND (Coventry OR Lapetus* OR Lap* OR valu* OR morph*) | 2,858 | 2,436 |
| 67 | (Lewis OR L&E) AND (morph* OR (short W/3 (report OR sell*))) | 2,697 | 1,748 |
| 68 | Olshansky AND (LE OR LEs OR life expect*) | 2,189 | 1,560 |
| 69 | OIR AND Writ | 1,758 | 253 |
| 70 | Buerger AND (LE OR LEs OR life expect*) | 1,411 | 1,246 |
| 71 | Hinden* OR (Anderson W/5 Nat*) | 1,124 | 827 |
| 72 | Olshansky AND (Coventry OR Buerger) AND (LE OR LEs OR life expect*) | 1,104 | 1,027 |
| 73 | (Coventry OR Buerger) AND (pipeline OR deal flow) | 751 | 576 |
| 74 | OIR AND Coventry AND (Lapetus* OR Lap*) | 332 | 264 |
| 75 | Dippold | 321 | 313 |
| 76 | Tegus | 281 | 279 |
| 77 | Dippold AND (quit* OR terminat* OR notic* OR resign* OR push* OR depart* OR fire* OR meet*) | 264 | 256 |
| 78 | Tegus AND (Coventry OR Buerger) | 229 | 229 |
| 79 | Mangrove OR Polisi OR mangrovepartners | 218 | 176 |
| 80 | '$740 Million SPAC | 191 | 191 |
| 81 | Dippold AND (LE OR LEs OR life expect*) | 127 | 119 |
| 82 | Morph AND employee* | 91 | 64 |
| 83 | Dippold AND (concern* OR short) | 61 | 53 |
| 84 | Dippold AND (Coventry OR Buerger) AND (LE OR LEs OR life expect*) | 59 | 51 |
| 85 | Veddis | 36 | 36 |
| 86 | manpreet@veddis.com | 2 | 2 |