**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| ABACUS GLOBAL MANAGEMENT, INC., a corporation,<br><br>Plaintiff,<br><br>v.<br><br>COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual,<br><br>Defendants. | Case No. 6:25-cv-01401<br><br>**JOINT NOTICE IN REGARD TO PENDING DISCOVERY MOTION** |

Pursuant to the Court's December 22, 2025 *Order* (Doc. No. 63), Defendants Coventry First LLC and Alan Buerger (together, "Defendants") and non-party Grant Thornton, LLP ("GT") file this Joint Notice certifying ongoing conferral in regard to *Defendants' Short Form Motion to Enforce Subpoena and Compel Production of Documents* dated November 25, 2025 (Doc. No. 54) (the "Motion"). The Motion seeks an order compelling production of documents pursuant to a *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action* (the "Subpoena") and is scheduled to be heard on January 20, 2026 at 1:30 p.m.

Defendants and GT further state that as a result of their ongoing conferral efforts that they have agreed to the terms of a further document production by GT (the "Supplemental Production"). Defendants and GT further agreed to the following:

1. The Supplemental Production will not include email correspondence between GT and Plaintiff Abacus Global Management, Inc. that is presently in GT's possession (the "Abacus Correspondence");

2. If Defendants are unable to obtain the Abacus Correspondence in whole or in part from Plaintiff, Defendant may request the production of such materials from GT.[1]

Accordingly, Defendants and GT state that there is presently no need for the Court to hold the scheduled January 20, 2026 hearing on the Motion. Defendants reserve the right to petition the Court at a later date, if necessary, after receipt of the Supplemental Production or after determination that Defendants cannot obtain any portion of the Abacus Correspondence from Plaintiff.

This Joint Notice does not address separately pending motions to compel filed by Defendants (Doc. No. 68) or Plaintiff (Doc. Nos., 66, 67), nor the parties' *Joint Motion to Request Oral Argument* (Doc. No. 69).

Respectfully submitted,

Dated: January 17, 2026

/s/Thomas F. Falkenberg
Thomas F. Falkenberg, Esq.
FALKENBERG IVES LLP
230 W. Monroe Street, Suite 2220
Chicago, Illinois 60606
Main: 312-566-4800
Direct: 312-566-4801
Email: tff@falkenbergives.com

*/s/ Benjamin F. Elliott*
ALFRED J. BENNINGTON, JR., ESQ.
GLENNYS ORTEGA RUBIN, ESQ.
BENJAMIN F. ELLIOTT, ESQ.
SHUTTS & BOWEN LLP
300 South Orange Ave.
Suite 1600
Orlando, FL 32801
Telephone: (407) 423-3200
Facsimile: (407) 425-8316

[1] At present, GT objects to such further production while Defendants seek production of such materials from Plaintiff.

Counsel for non-party Grant Thornton, LLP

bbenington@shutts.com
grubin@shutts.com
belliott@shutts.com

Counsel for Defendants Coventry First LLC and Alan Buerger