**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Orlando Division**

| | |
|---|---|
| ABACUS GLOBAL MANAGEMENT, INC., a corporation,<br><br>Plaintiff,<br><br>v.<br><br>COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual,<br><br>Defendants. | Case No.: 6:25-cv-01401-RBD-RMN |

**PLAINTIFF'S NOTICE OF COMPLIANCE WITH JANUARY 20, 2026 ORDER [Dkt. No. 77]**

Plaintiff Abacus Global Management, Inc. hereby files this Notice of Compliance pursuant to the Court's January 20, 2026 Order and states as follows:

1. On January 6, 2026, Plaintiff filed its First Short Form Motion To Compel Defendants To Produce Documents with certain government entities. Dkt. No. 66. Defendants filed their response in opposition on January 13, 2026. Dkt. 70.

2. On January 20, 2026, the Court entered an order directing Plaintiff to:

> [S]erve the government agency(ies) involved in the discovery

> requests with a cover letter explaining the purpose and the following: (1) copies of the discovery requests; (2) copies of Defendant's responses to the discovery requests; (3) the motion to compel; and (4) Defendant's response to the motion. Thereafter, Plaintiff is DIRECTED to file on the docket a notice informing the Court that the proper agencies have been notified.

Dkt. 77.

3. After confirming with Defendants' counsel which are the relevant government agencies with which Defendants have communicated, the undersigned served via email cover letters on the U.S. Securities and Exchange Commission (**Exhibit A**) and the Florida Office of Insurance Regulation (**Exhibit B**) explaining (1) the Court's January 20 Order, (2) the discovery dispute between the parties, and (3) sharing (via ShareFile Link) the aforementioned documents.

DATED: January 26, 2026

*/s/ Alex Zuckerman*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Alex Zuckerman (*pro hac vice*)
alexzuckerman@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000

Jason D. Sternberg (Fla. Bar No. 72887)
jasonsternberg@quinnemanuel.com
Osvaldo Rodriguez (Fla. Bar No. 1039307)
osvaldorodriguez@quinnemanuel.com
2601 South Bayshore Drive, 15th Floor
Miami, FL 33133

(305) 402-4880

Kathleen S. Messinger (*pro hac vice*)
kathleenmessinger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000

*Attorneys for Plaintiff Abacus Global Management, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2026, the foregoing was served upon Defendants' counsel via electronic mail.

/s/ *Alex Zuckerman*
Alex Zuckerman