# EXHIBIT B

**From:** Alex Zuckerman <alexzuckerman@quinnemanuel.com>
**Sent:** Thursday, January 22, 2026 9:10 PM
**To:** insuranceCommissioner@floir.com
**Cc:** Jason Sternberg <jasonsternberg@quinnemanuel.com>; Kathleen Messinger <kathleenmessinger@quinnemanuel.com>; Osvaldo Rodriguez <osvaldorodriguez@quinnemanuel.com>; Levander, Andrew <andrew.levander@dechert.com>; Auslander, Eric <eric.auslander@dechert.com>; McGinley, Michael <michael.mcginley@dechert.com>
**Subject:** Notice Regarding Discovery Requests | Case No. 6:25-cv-014101-RBD-RMN

Commissioner Yaworsky,

Please see the attached correspondence from Abacus Global Management, Inc., sent pursuant to Magistrate Judge Robert M. Norway's order in the pending case *Abacus Global Management, Inc. v. Coventry First LLC, et al.*, Case No. 6:25-cv-01401-RBD-RMN (M.D. Fla.). You can access the exhibits to the letter through this link: https://qe.sharefile.com/public/share/web-s89b59bdd3ecd41159ad6580a9a397539

Best,

Alex

**Alex Zuckerman**
Quinn Emanuel Urquhart & Sullivan, LLP
295 Fifth Avenue
New York, NY 10016
202-270-3474 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
alexzuckerman@quinnemanuel.com
www.quinnemanuel.com
NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

quinn emanuel trial lawyers | new york
295 5th Avenue, 9th Floor, New York, New York 10016 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7234**

WRITER'S EMAIL ADDRESS
**alexzuckerman@quinnemanuel.com**

January 22, 2026

**VIA E-MAIL**

Commissioner Michael Yaworsky
Office of the Commissioner
200 East Gaines Street
Tallahassee, FL 32399
insuranceCommissioner@floir.com

Re: *Abacus Global Management, Inc. v. Coventry First LLC*, 6:25-cv-01401-RBD-RMN (M.D. Fla.)

Commissioner Yaworsky:

We write on behalf of our client Abacus Global Management, Inc., plaintiff in the action currently pending in the United States District Court for the Middle District of Florida, captioned *Abacus Global Management, Inc. v. Coventry First LLC, et al.*, Case No. 6:25-cv-01401-RBD-RMN (M.D. Fla.).

Abacus has moved to compel the production of documents from Defendants regarding certain statements made to government entities that Abacus alleges are defamatory, including the Florida Office of Insurance Regulation. These documents are relevant to Abacus's claims because they go to Defendants' state of mind and the First Amended Complaint alleges that Defendants made defamatory statements to government regulators. *See, e.g.*, FAC ¶¶ 8, 116. Coventry objects on two grounds: first, that the *Noerr-Pennington* doctrine creates a qualified privilege protecting communications with government agencies; and second, that an investigatory privilege bars production of its communications with FLOIR. Abacus disputes both for the reasons set forth in its First Motion to Compel attached hereto.

On January 20, 2026, Magistrate Judge Robert M. Norway directed Abacus to serve the relevant government agencies with notice of its pending motion, among other related files. *See* Dkt. No. 77. Pursuant to that Order, please find attached:

1. Plaintiff's First Requests for Production on Defendants;
2. Plaintiff's First Short Motion to Compel Defendants to Produce Documents, including its exhibits (Dkt. No. 66);

3. Exhibit A to Plaintiff's Motion contains Defendants' Responses and Objections to Plaintiff's First Requests for Production (Dkt. No. 66-1); and
4. Defendants' Response in Opposition to Plaintiff's Motion (Dkt. No. 70).

Sincerely,

*/s/ Alex Zuckerman*

Alex Zuckerman

cc: All counsel of record (via email).