**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Orlando Division**

ABACUS GLOBAL MANAGEMENT, INC., a corporation,

Plaintiff,

v.

COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual,

Defendants.

Case No.: 6:25-cv-01401-RBD-RMN

**JOINT NOTICE REGARDING HEARING ON DISCOVERY MOTIONS**

Pursuant to the Court's December 22, 2025 Order (Dkt. 63), Plaintiff Abacus Global Management, Inc. ("Abacus" or "Plaintiff") and Defendants Coventry First LLC and Alan Buerger (together, "Defendants") file this Joint Notice certifying ongoing conferral regarding Plaintiff's Second Short Form Motion to Compel Defendants' Production of Documents (Dkt. 67) (the "Motion"). The Parties have resolved Defendants' Motion to Compel Plaintiff to Produce Documents for the Time Period Responsive to Their Requests for Production (Dkt. 68). Plaintiff's Motion is scheduled to be heard on January 29, 2026, at 10:00 AM. Despite their ongoing conferral, Plaintiff and Defendants have been unable to resolve any of the issues raised in the

Motion.

DATED: January 27, 2026

/s/ *Alex Zuckerman*
ALEX ZUCKERMAN, ESQ. (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
alexzuckerman@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000

JASON D. STERNBERG. ESQ.
(Fla. Bar No. 72887)
jasonsternberg@quinnemanuel.com
OSVALDO RODRIGUEZ, ESQ.
(Fla. Bar No. 1039307)
osvaldorodriguez@quinnemanuel.com
2601 South Bayshore Drive, 15th Floor
Miami, FL 33133
(305) 402-4880

KATHLEEN S. MESSINGER, ESQ.
(*pro hac vice*)
kathleenmessinger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

*Counsel for Plaintiff Abacus Global Management, Inc.*

Respectfully Submitted,

*/s/ Andrew J. Levander*
ANDREW J. LEVANDER, ESQ.
(*pro hac vice*)
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
andrew.levander@dechert.com

MICHAEL H. MCGINLEY, ESQ.
(*pro hac vice*)
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
michael.mcginley@dechert.com

ERIC AUSLANDER, ESQ. (*pro hac vice*)
DECHERT LLP
1900 K Street, NW
Washington, DC 20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333
eric.auslander@dechert.com

ALFRED J. BENNINGTON, JR., ESQ.
Florida Bar No. 0404985
GLENNYS ORTEGA RUBIN, ESQ.
Florida Bar No. 556361
BENJAMIN F. ELLIOTT, ESQ.
Florida Bar No. 1010706

SHUTTS & BOWEN LLP
300 South Orange Ave., Suite 1600
Orlando, FL 32801
Telephone: (407) 423-3200
Facsimile: (407) 425-8316
bbennington@shutts.com
grubin@shutts.com
belliott@shutts.com

*Counsel for Defendants Coventry First LLC and Alan Buerger*

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2026, a true and correct copy of the foregoing document was electronically served via the CM/ECF system on all parties authorized to accept service by CM/ECF.

/s/ *Alex Zuckerman*
Alex Zuckerman