UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ABACUS GLOBAL MANAGEMENT, INC.,

Plaintiff,

v. Case No. 6:25-cv-1401-RBD-RMN

COVENTRY FIRST LLC and ALAN BUERGER,

Defendants.

| | | | |
|---|---|---|---|
| **United States Magistrate Judge:** | Robert M. Norway | **Courtroom:** | **4C** |
| **Deputy Clerk:** | L. Jernigan | **Counsel for Plaintiff:** | Alex Zuckerman<br>Kathleen S. Messinger<br>Jason Sternberg |
| **Court Reporter** | Amie First<br>amiefirst.courtreporter@gmail.com | **Counsel for Defendant:** | Michael H McGinley<br>Glennys Rubin |
| **Date/Time:**<br><br>**Total Time:** | January 29, 2026<br>10:01 A.M.-10:46 A.M<br>**45 minutes** | | |

**CLERK'S MINUTES**
**Motion to Compel Hearing (Doc 67)**

Case called, appearances made, procedural setting by the Court.
The parties make arguments on the motion.
The Court grants the Motion to Compel at Doc 67.
Court makes findings as stated on the record. Order on motion to be entered.
Court adjourned.