UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ABACUS GLOBAL MANAGEMENT, INC.,

Plaintiff,

vs.

COVENTRY FIRST LLC; and ALAN BUERGER,

Defendants.

Case No. 6:25-cv-1401-RBD-RMN

## ORDER

This matter is before the Court without oral argument on Plaintiff's Motion to Compel Defendants' Production of Documents (Dkt. 67), filed January 6, 2026. Defendants responded in opposition (Dkt. 71), and the Court held a hearing on January 29, 2026. For the reasons stated on the record at the hearing, Plaintiff's Motion is granted.

Accordingly, it is **ORDERED**:

1. Plaintiff's Motion to Compel (Dkt. 67) is **GRANTED**;

2. Defendants' shall produce all documents responsive to Plaintiff's First Set of Requests for Production of Documents Nos. 43–51, 66–67 (Coventry) and 43–49 (Buerger);

3. Plaintiff is granted its reasonable expenses incurred in bringing this Motion pursuant to Federal Rule of Civil Procedure 37(a)(5)(A). The parties are directed to meet and confer as to the amount the expenses incurred filing this motion. If the parties cannot reach an agreement, Plaintiff must file a properly supported motion requesting its reasonable expenses for prosecuting the Motion at the end of the discovery period. Any such Motion and response must comply with the word limits and response times set forth in the Standing Order on Discovery Motions (Dkt. 63).

**DONE** and **ORDERED** in Orlando, Florida, on January 29, 2026.

ROBERT M. NORWAY
*United States Magistrate Judge*

Copies to:

Counsel of Record