**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Orlando Division**

| | |
|---|---|
| ABACUS GLOBAL MANAGEMENT, INC., a corporation,<br><br>Plaintiff,<br><br>v.<br><br>COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual,<br><br>Defendants. | Case No.: 6:25-cv-01401-RBD-RMN |

**PLAINTIFF'S NOTICE OF COMPLIANCE WITH THE COURT'S JANUARY 29, 2026 BENCH ORDER**

Plaintiff Abacus Global Management, Inc. hereby files this Notice of Compliance pursuant to the Court's January 29, 2026 Bench Order and states as follows:

1. On January 26, 2026, Plaintiff filed a Notice of Compliance (Dkt. 79) informing the Court that Plaintiff notified the Securities and Exchange Commission and the Florida Office of Insurance Regulation of Plaintiff's First Short Form Motion To Compel Defendants To Produce Documents (Dkt. 66) (the "Motion") consistent with the Court's January 20, 2026 Order (Dkt. 77).

2. On January 29, 2026, the Parties appeared before the Honorable

Magistrate Judge Robert M. Norway on Plaintiff's Second Short Form Motion to Compel Defendants' Production of Documents. Dkt. 84.

3. During the January 29 hearing, the Court directed the undersigned to notify the SEC and FLOIR that the Court would decide the Motion at an open hearing on February 5, 2026 at 10:00 a.m.

4. After the January 29 hearing and on the same day, the undersigned notified the SEC and FLOIR via email of the Court's February 5 hearing pursuant to the Court's January 29 Bench Order. *See* **Exhibit A**; **Exhibit B**.

5. On January 30, 2026, the SEC responded to the undersigned's January 29 email stating that the SEC "does not intend to make an appearance in the case and does not take any position in the matter." **Exhibit C.**

DATED: January 30, 2026

*/s/ Alex Zuckerman*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Alex Zuckerman (*pro hac vice*)
alexzuckerman@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000

Jason D. Sternberg (Fla. Bar No. 72887)
jasonsternberg@quinnemanuel.com

Osvaldo Rodriguez (Fla. Bar No. 1039307)
osvaldorodriguez@quinnemanuel.com
2601 South Bayshore Drive, 15th Floor
Miami, FL 33133
(305) 402-4880

Kathleen S. Messinger (*pro hac vice*)
kathleenmessinger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000

*Attorneys for Plaintiff Abacus Global Management, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2026, the foregoing was served upon Defendants' counsel via electronic mail.

/s/ *Alex Zuckerman*
Alex Zuckerman