# EXHIBIT A

**From:** Alex Zuckerman
**Sent:** Thursday, January 29, 2026 1:46 PM
**To:** mcgranahanr@sec.gov
**Cc:** Jason Sternberg; Kathleen Messinger; Michael McGinley; Andrew Levander; Eric Auslander
**Subject:** Re: Notice Regarding Discovery Requests | Case No. 6:25-cv-014101-RBD-RMN
**Attachments:** Notice to SEC - 1.22.2026.pdf

Mr. Mcgranahan,

Per Judge Norway's further instruction, you are hereby notified that the court will decide this motion at an open hearing on February 5, 2026 at 10:00 am.

Best,
Alex

On Jan 22, 2026, at 10:09 PM, Alex Zuckerman <alexzuckerman@quinnemanuel.com> wrote:

Mr. McGranahan,

Please see the attached correspondence from Abacus Global Management, Inc., sent pursuant to Magistrate Judge Robert M. Norway's order in the pending case *Abacus Global Management, Inc. v. Coventry First LLC, et al.*, Case No. 6:25-cv-01401-RBD-RMN (M.D. Fla.). You can access the exhibits to the letter through this link: https://qe.sharefile.com/public/share/web-s89b59bdd3ecd41159ad6580a9a397539

Best,
Alex

**Alex Zuckerman**
Quinn Emanuel Urquhart & Sullivan, LLP
295 Fifth Avenue
New York, NY 10016
202-270-3474 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
alexzuckerman@quinnemanuel.com
www.quinnemanuel.com
NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.