# EXHIBIT C

**From:** McFadden, Elizabeth <mcfaddene@SEC.GOV>
**Sent:** Friday, January 30, 2026 4:30 PM
**To:** Alex Zuckerman <alexzuckerman@quinnemanuel.com>
**Cc:** Jason Sternberg <jasonsternberg@quinnemanuel.com>; Kathleen Messinger <kathleenmessinger@quinnemanuel.com>; Michael.McGinley@dechert.com; andrew.levander@dechert.com; Eric.Auslander@dechert.com
**Subject:** Notice Regarding Discovery Requests

**[EXTERNAL EMAIL from mcfaddene@sec.gov]**

Dear Mr. Zuckerman:

I am writing in response to your recent emails to SEC General Counsel Rusty McGranahan concerning the above-referenced case. Please be advised that the SEC does not intend to make an appearance in the case and does not take any position in the matter.

Regards.

Elizabeth McFadden

Elizabeth A. M. McFadden
Deputy General Counsel for General Law
Office of the General Counsel
U.S. Securities and Exchange Commission
100 F Street, NE, Washington, DC 20549
202-551-6813|Mcfaddene@sec.gov

---

**From:** Alex Zuckerman <alexzuckerman@quinnemanuel.com>
**Sent:** Thursday, January 29, 2026 1:46 PM
**To:** McGranahan, Russell <mcgranahanr@SEC.GOV>
**Cc:** Jason Sternberg <jasonsternberg@quinnemanuel.com>; Kathleen Messinger <kathleenmessinger@quinnemanuel.com>; Michael McGinley <Michael.McGinley@dechert.com>; Andrew

Levander <andrew.levander@dechert.com>; Eric Auslander <Eric.Auslander@dechert.com>
**Subject:** Re: Notice Regarding Discovery Requests | Case No. 6:25-cv-014101-RBD-RMN

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Mr. Mcgranahan,

Per Judge Norway's further instruction, you are hereby notified that the court will decide this motion at an open hearing on February 5, 2026 at 10:00 am.

Best,
Alex