# EXHIBIT A

**Jones, Julie**

| | |
|---|---|
| **From:** | Lindsay M. Schwallie <LSchwallie@shutts.com> |
| **Sent:** | Wednesday, November 26, 2025 11:16 AM |
| **To:** | 'alexzuckerman@quinnemanuel.com'; 'jasonsternberg@quinnemanuel.com'; 'davidwalsh@quinnemanuel.com'; 'kathleenmessinger@quinnemanuel.com' |
| **Cc:** | Bud Bennington; Glennys Ortega Rubin; Benjamin F. Elliott; Levander, Andrew; McGinley, Michael; Kulp, Brian; Auslander, Eric; Jones, Julie; Mackenzie J. Atwell; Danielle M. Reyes; Jose A. Flores, Jr. |
| **Subject:** | SERVICE OF COURT DOCUMENT - Case No: Case No: 6:25-cv-01401 |
| **Attachments:** | Non-Party Subpoena- The Terry Group.pdf; Non-Party Subpoena- Acumen.pdf |

**The attached court document is being served upon you via email pursuant to Fla. R. Jud. Admin. 2.516**

| | |
|---|---|
| **Court in which proceeding is pending:** | US District Court, Middle District of Florida<br>Orlando Division |
| **Case Number:** | 6:25-cv-01401 |
| **Name of initial party on each side:** | Abacus Global Management, Inc.<br><br>vs.<br><br>Coventry First LLC and Alan Buerger |
| **Title of each document served:** | 1. Defendants' Notice of Issuance of Subpoena Duces Tecum to Non-Party – The Terry Group.; and<br>2. Defendants' Notice of Issuance of Subpoena Duces Tecum to Non-Party – Acumen Financial Advantage, LLC. |
| **Sender's Name:**<br>*(not the attorney's name)* | Lindsay Schwallie |
| **Sender's Telephone Number:** | 407-481-6520 |

***Documents must be in PDF format.** The e-mail and the attachments together may not exceed 10 megabytes in size. E-mails that exceed the size requirement must be divided into separate e-mails (no one of which may exceed 10 megabytes) and labeled sequentially in the subject line.*

**Lindsay M. Schwallie**
Legal Assistant | Shutts & Bowen LLP
Tel: (407) 481-6520
300 South Orange Ave., Ste. 1600, Orlando, FL 32801
E-Mail | www.shutts.com