# EXHIBIT B

Acumen
FINANCIAL ADVANTAGE

Altura®
CREDIT UNION

# Investment Strategies

Presented by:

Scott Hinkle, J.D., C.F.P.®
Ryan Millman
Chris Harris, CPA
Tim Jensen, CFA

# Who we are

We are the leading financial services firm for credit unions, specializing in investment management, non-qualified deferred compensation, and executive retention. We help credit unions:

- With executive & employee retention
- Maximize yield
- Increase charitable impact

## OUR REACH




## OUR IMPACT

**350+** credit union clients nationwide

**$2B** in assets under management

**750+** compliance audits completed

**$1.02B** average client asset size

**100+** new clients since 2020



© 2025 ACUMEN FINANCIAL ADVANTAGE

# Where innovation meets impact: Our clients

## Join the growing number of credit unions already benefitting from Acumen's solutions

PENFED CREDIT UNION
BELLCO CREDIT UNION
MIDFLORIDA Florida's community credit union
SAFE CREDIT UNION
ROGUE CREDIT UNION
METRO CREDIT UNION
vibe credit union
OneAZ CREDIT UNION
Rockland FEDERAL CREDIT UNION
elements FINANCIAL
Hanscom Federal Credit Union
GREAT LAKES credit union
NOBLE CREDIT UNION

---

"Before working with Acumen Financial Advantage, we were donating approximately $17,000 annually to nonprofit partners. After implementing their program, we project to triple our charitable giving...expanding our support for existing nonprofit partners and new initiatives."

—

JOHN P. BUCKLEY JR
President/CEO, Gerber FCU


© 2025 ACUMEN FINANCIAL ADVANTAGE

# Acumen Background

## ACUMEN HELPS CREDIT UNIONS ACCOMPLISH THE FOLLOWING:

**Employee Benefit Plans (EBPs)** – Generate higher returns to offset employee benefit costs from otherwise impermissible investments

**Charitable Donation Account (CDA)** – Make a greater impact with your charitable giving

**Supplemental Executive Retirement Plans (SERPs)** – Save funding costs by using highly efficient plan structures



© 2025 ACUMEN FINANCIAL ADVANTAGE

# Acumen can help you achieve more than one goal...

**1**

**OFFSETTING**
high cost of employee benefits

**2**

**OPTIMIZING**
investment returns while reducing balance sheet risks

**3**

**MAXIMIZING**
community impact through charitable giving

**4**

**RETAINING**
top talent to ensure long-term stability

# Investments to Offset Employee Benefit Expenses

## NCUA Regulation 12 CFR Part 701.19

- Governs investments held to fund employee benefit plan obligations.
- Credit unions may purchase and hold "otherwise impermissible investments" if the investment is "directly related" to the credit union's obligations to fund employee benefits.
- Investment not subject to the limitations of the Federal Credit Union Act and 12 CFR Part 703 or 704
- Investment Limits
  - By Regulation – investment revenue cannot exceed total employee benefit expenses on an annual basis.
  - By Board Policy – Typically, CUs implement a % of NW limit on the investment amount in addition to the maximum allowed per regulation (average policy limit is 25% of NW)


© 2025 ACUMEN FINANCIAL ADVANTAGE

# Investments to Offset Employee Benefit Expenses

## Employees benefit obligations include:

- Health Benefits
  - Medical, Dental, and Vision plans
  - Life insurance plans
  - Health and dependent care flexible spending accounts
  - Wellness programs
- Retirement plans (both qualified and non-qualified)
- Employee tuition reimbursement
- PTO
  - Paid Vacations
  - Holiday and sick leave
- Legal assistance plan
- Adoption assistance
- Transportation benefits
- Relocation assistance
- Access to a subsidized cafeteria



© 2025 ACUMEN FINANCIAL ADVANTAGE

# Investments to Fund Charitable Donation Accounts

## NCUA Regulation §721.3

Credit Unions may purchase and hold "otherwise impermissible investments" to fund a charitable donation account (CDA) subject to the following:

- Total investment is limited to 5% of net worth at all times
- Assets must be held in segregated custodial account specifically identified as a CDA
- Charities must qualify under IRC Section 501(c)(3)
- Written documentation outlining investment strategies and risk tolerances, liquidation, and distribution provisions
- Distributions – required to distribute 51% of a CDA's total return on assets to qualified charity(ies) over the period of up to 5 years

## NCUA Regulation §702.104.(c)(3)(ii)

- ***Charitable donation accounts.*** Notwithstanding the risk weights assigned in paragraph (c)(2) of this section, a credit union may assign a **100 percent risk weight** to a charitable donation account.



© 2025 ACUMEN FINANCIAL ADVANTAGE

# Life Insurance Funds

| Key Components | Overview |
|---|---|
| **Fund Assets** | • Life insurance policies & cash (underlying collateral)<br>• No leverage<br>• Pool of insurance policies with multiple carriers |
| **Policy Acquisition** | • Policies are acquired typically at 20-25% of face value (death benefit)<br>• Based on discounted cash flows of future death benefit<br>• Average remaining maturity 4-8 years |
| **Fund Returns** | • Stable, bond like returns (equivalent to a “mortality-driven zero-coupon bond”)<br>• Returns generated through policy trading and policy maturities<br>• Low risk |
| **Market** | • Large institutional investors currently buy life insurance policies in the tertiary market (KKR, BlackRock, Berkshire Hathaway, Apollo, and PIMCO)<br>• Growing market |


© 2025 ACUMEN FINANCIAL ADVANTAGE

# Abacus Life (ABL: NASD)

- Largest buyer of life settlements in the US; founded in 2004; HQ in Orlando, FL; 150+ Employees; 15k+ inbound inquiries per month
- Top Institutional Holders: Goldman Sachs, Principal Financial Group, Vanguard
- Regulatory Oversight: SEC, NASD, FINRA, 49 state insurance regulators
- Auditor: Grant Thorton, Deloitte, Lewis & Ellis (actuary)



© 2025 ACUMEN FINANCIAL ADVANTAGE

# Abacus Life Insurance Funds

- 2 funds currently available to Credit Unions
- Funds are structed as partnerships with ABL as the General Partner (GP) and CUs as the Limited Partners (LP).
- Investments are *Equity Securities* with 3rd party verified Net Asset Values (NAV) provided quarterly
- Subject to "marked-to-market" accounting treatment
- Changes in NAV will have an impact to P&L



© 2025 ACUMEN FINANCIAL ADVANTAGE

# Abacus Life Insurance Funds – Fixed Product

| Premier Income Fixed – 5 year term | |
|---|---|
| Preferred Return (paid quarterly) | 10.0% |
| Cumulative Preferred Return | 50.0% |
| Profit Sharing | Yes (~ 0-2%) |
| Extension Options | Annual Election for up to 5 Years |

# Abacus Life Insurance Funds – Bonus Product

| Premier Income Plus – 5 year term | |
|---|---|
| Up Front Bonus | 15.0% of NAV<br>(17.65% of Investment) |
| Preferred Return<br>(paid semi-annually) | 7.25% |
| Cumulative Preferred Return | 60.0% |
| Profit Sharing | Yes (~ 0-2%) |
| Extension Options | One 5 Year Option |

# Risks

| Risk Type | Potential Risk | Mitigating Factors |
|---|---|---|
| Credit | • Carrier Default/Insolvency | • 40-60 insurance carriers in the fund<br>• Carrier concentration limited to 15%<br>• Average credit rating = A+ |
| Liquidity/ Extension | • Investment has five year lockup | • Dividends paid in cash quarterly/semi-annually<br>• Policies in fund are traded to generate cash flow and earnings<br>• Potential to re-market to other investors |
| Concentration | • Perception of small fund with few investors | • Funds have $500M in capacity<br>• Ownership spread out among hundreds of investors |
| Market | • Collateral declines in value | • Death benefit is contractually guaranteed<br>• $30B market<br>• $5B in annual volumes |
| Interest Rate | • Shocks to interest rates | • Not correlated with interest rate market |
| Reputation | • Negative perception of investing in Life Settlement Funds | • ABL buys policies from consumers for more than their cash surrender value and typically higher than their competitors<br>• Full medical underwriting of insureds<br>• All parties to insurance policies must sign off on the sale of the policy to Abacus, including beneficiaries<br>• Most policy transactions are brought to Abacus by financial advisors of the insureds. |

# Otherwise Impermissible Asset Types

| BONDS | EQUITIES |
|---|---|
| Corporate Bonds/Mutual Funds/ETFs | Mutual Funds/ Stocks/ETFs |
| Annuities | Private Equity/Private Credit |
| Whole Life Insurance | Index/Variable Life Insurance |
| **Life Insurance Funds** | |



© 2025 ACUMEN FINANCIAL ADVANTAGE

# CU Financial Profile

| Balance Sheet | |
|---|---|
| **Total Assets** | **$2,538,612,000** |
| Total Cash | $194,006,000 |
| Total Investments | $525,577,000 |
| AFS Debt Securities Market Value | $504,887,000 |
| AFS Debt Securities Book Value | $559,892,000 |
| Unrealized Gains (Losses) on AFS Debt Securities | -$55,005,000 |
| Maturity Bucket < 1 Year | $86,782,000 |
| Maturity Bucket 1-3 Years | $39,538,000 |
| Maturity Bucket 3-5 Years | $227,562,000 |
| Maturity Bucket 5-10 Years | $147,475,000 |
| Maturity Bucket > 10 Years | $3,531,000 |
| **Total Cash + Investments** | **$719,583,000** |
| Total Loans | $1,724,044,000 |
| Total Deposits | $2,283,302,000 |
| Total Borrowings | $0 |
| Unrealized Gains (Losses) on AFS Debt Securities | -$55,005,000 |
| **Total Net Worth** | **$281,974,000** |

| Income Statement (YTD) | | |
|---|---|---|
| Total Revenue | $137,616,000 | |
| Net Income | $21,872,000 | |
| Employee Comp & Benefit Expense | $37,411,000 | |
| **Estimated Amount of Employee Benefit Expense** | **$6,235,167** | Assumes 20% of Compensation Expense |
| **Estimated Amount of Employee Benefit Expense-Annualized** | **$8,313,556** | |

| Key Ratios | |
|---|---|
| **Yield on Cash/Investments** | **2.74%** |
| **Net Interest Margin** | **3.57%** |
| Operating Expense Ratio | 4.06% |
| Efficiency Ratio | 66.6% |
| **Return on Assets** | **1.14%** |
| **Net Worth Ratio** | **11.1%** |
| **Cash/Assets Ratio** | **7.6%** |
| **Cash+Investments/Assets Ratio** | **28.3%** |
| **Unrealized Gain (Loss) on AFS Debt Securities Ratio** | **-9.8%** |
| Loan/Deposit Ratio | 75.5% |
| Loans + Investments/Deposit Ratio | 98.5% |


© 2025 ACUMEN FINANCIAL ADVANTAGE

# CU Financial Profile

| Assets Used to Fund EE Benefit Plans and CDAs | | Call Report Lines |
|---|---|---|
| Securities | $0 | Sched B Line 10a |
| Other Investments | $0 | Sched B Line 10b |
| Other Assets | | Sched B Line 10.c. |
| Split Dollar Life Insurance (Collateral Assignment) | $10,784,000 | Sched B Line 10.c.I.a |
| Split Dollar Life Insurance (Endorsement) | $0 | Sched B Line 10.c.I.b |
| Other Insurance reported in Assets | $9,874,000 | Sched B Line 10.c.II |
| Other Non-insurance | $0 | Sched B Line 10.c.III |
| Total Assets used to fund EBP | **$20,657,000** | |
| Total Assets used to fund EBP/Net Worth | **7.3%** | |
| Total Assets used to fund CDAs | **$5,666,000** | Sched B Line 11 |
| Total Assets used to fund CDAs/Net Worth | **2.0%** | |
| | | |
| EBP Investment Limit % of Net Worth | **25%** | Per CU Board Policy or Regulatory Soft Cap of 25% of NW |
| EBP Investment Limit $ | $70,493,500 | |
| Total Assets used to fund EBP | $20,657,000 | |
| **Additional Assets available for EBP Investment** | **$49,836,500** | |
| | | |
| CDA Investment Limit % of Net Worth | **5%** | Per CU Board Policy or Regulatory Cap of 5% of NW |
| CDA Investment Limit $ | $14,098,700 | |
| Total Assets used to fund CDA | $5,666,000 | |
| **Additional Assets available for CDA Investment** | **$8,432,700** | |
| | | |
| **Total Assets available to fund EBP and CDA Investments per Limits** | **$84,592,200** | |
| **Total Assets currently used to fund EBP and CDA Investments** | **$26,323,000** | |
| **Total Assets remaining to fund EBP and CDA Investments** | **$58,269,200** | |



© 2025 ACUMEN FINANCIAL ADVANTAGE

# ABL 10% Fixed Product – To Offset Employee Benefit Obligations

- Assume $20M Investment
- Provides for 10% annual return
- 50% cumulative return after 5 years
- 100% cumulative return after 10 years
- Assumes benefit expense increases 3% annually

| Period Ending | Plan Year | Investment | Bonus | Dividend Rate | Income | Annual Benefit Expense | Difference | Cumulative Income / Expense |
|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) |
| 2025 | 1 | **$20,000,000** | **$0** | 10.00% | $2,000,000 | ($6,000,000) | ($4,000,000) | ($4,000,000) |
| 2026 | 2 | | | 10.00% | $2,000,000 | ($6,180,000) | ($4,180,000) | ($8,180,000) |
| 2027 | 3 | | | 10.00% | $2,000,000 | ($6,365,400) | ($4,365,400) | ($12,545,400) |
| 2028 | 4 | | | 10.00% | $2,000,000 | ($6,556,362) | ($4,556,362) | ($17,101,762) |
| 2029 | 5 | | | 10.00% | $2,000,000 | ($6,753,053) | ($4,753,053) | ($21,854,815) |
| 2030 | 6 | | | 10.00% | $2,000,000 | ($6,955,644) | ($4,955,644) | ($26,810,459) |
| 2031 | 7 | | | 10.00% | $2,000,000 | ($7,164,314) | ($5,164,314) | ($31,974,773) |
| 2032 | 8 | | | 10.00% | $2,000,000 | ($7,379,243) | ($5,379,243) | ($37,354,016) |
| 2033 | 9 | | | 10.00% | $2,000,000 | ($7,600,620) | ($5,600,620) | ($42,954,637) |
| 2034 | 10 | | | 10.00% | $2,000,000 | ($7,828,639) | ($5,828,639) | ($48,783,276) |
| **TOTAL:** | | | | | **$20,000,000** | **($68,783,276)** | | |


© 2025 ACUMEN FINANCIAL ADVANTAGE

# ABL 7.25% Bonus Product – To Offset Employee Benefit Obligations

- Assume $20M Investment
- Generates a 17.65% bonus on day 1 (15% of NAV)
- 7.25% dividend rate includes both CU investment plus the bonus
- 60% cumulative return after 5 years
- 103% cumulative return after 10 years
- Assumes benefit expense increases 3% annually

| Period Ending | Plan Year | Investment | Bonus | Dividend Rate | Income | Annual Benefit Expense | Difference | Cumulative Income / Expense |
|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) |
| 2025 | 1 | **$20,000,000** | **$3,529,412** | 7.25% | $1,705,882 | ($6,000,000) | ($4,294,118) | ($4,294,118) |
| 2026 | 2 | | | 7.25% | $1,705,882 | ($6,180,000) | ($4,474,118) | ($8,768,235) |
| 2027 | 3 | | | 7.25% | $1,705,882 | ($6,365,400) | ($4,659,518) | ($13,427,753) |
| 2028 | 4 | | | 7.25% | $1,705,882 | ($6,556,362) | ($4,850,480) | ($18,278,233) |
| 2029 | 5 | | | 7.25% | $1,705,882 | ($6,753,053) | ($5,047,171) | ($23,325,403) |
| 2030 | 6 | | | 7.25% | $1,705,882 | ($6,955,644) | ($5,249,762) | ($28,575,165) |
| 2031 | 7 | | | 7.25% | $1,705,882 | ($7,164,314) | ($5,458,431) | ($34,033,597) |
| 2032 | 8 | | | 7.25% | $1,705,882 | ($7,379,243) | ($5,673,361) | ($39,706,957) |
| 2033 | 9 | | | 7.25% | $1,705,882 | ($7,600,620) | ($5,894,738) | ($45,601,696) |
| 2034 | 10 | | | 7.25% | $1,705,882 | ($7,828,639) | ($6,122,757) | ($51,724,452) |
| **TOTAL:** | | | | | **$17,058,824** | **($68,783,276)** | | |
| **Total Income w/ Bonus** | | | | | **$20,588,235** | | | |

# ABL 10% Fixed Product v. COLI

| Period Starting | Plan Year | Current COLI | | | Proposed Asset | | | Difference | |
|---|---|---|---|---|---|---|---|---|---|
| | | Cash Value | Yield | Earnings | Investment | Yield | Earnings | Annual Difference | Cumulative Gain/Loss |
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) |
| 2025 | 1 | $9,873,596 | 5.00% | $493,680 | $9,873,596 | 10.00% | $987,360 | $493,680 | $493,680 |
| 2026 | 2 | $10,367,276 | 5.00% | $518,364 | $9,873,596 | 10.00% | $987,360 | $468,996 | $962,676 |
| 2027 | 3 | $10,885,640 | 5.00% | $544,282 | $9,873,596 | 10.00% | $987,360 | $443,078 | $1,405,753 |
| 2028 | 4 | $11,429,922 | 5.00% | $571,496 | $9,873,596 | 10.00% | $987,360 | $415,864 | $1,821,617 |
| 2029 | 5 | $12,001,418 | 5.00% | $600,071 | $9,873,596 | 10.00% | $987,360 | $387,289 | $2,208,905 |
| 2030 | 6 | $12,601,489 | 5.00% | $630,074 | $9,873,596 | 10.00% | $987,360 | $357,285 | $2,566,191 |
| 2031 | 7 | $13,231,563 | 5.00% | $661,578 | $9,873,596 | 10.00% | $987,360 | $325,781 | $2,891,972 |
| 2032 | 8 | $13,893,141 | 5.00% | $694,657 | $9,873,596 | 10.00% | $987,360 | $292,703 | $3,184,675 |
| 2033 | 9 | $14,587,798 | 5.00% | $729,390 | $9,873,596 | 10.00% | $987,360 | $257,970 | $3,442,644 |
| 2034 | 10 | $15,317,188 | 5.00% | $765,859 | $9,873,596 | 10.00% | $987,360 | $221,500 | $3,664,145 |



© 2025 ACUMEN FINANCIAL ADVANTAGE

# ABL 7.25% Bonus Product v. COLI

| Period Starting | Plan Year | Current COLI | | | Proposed Asset | | | Difference | |
|---|---|---|---|---|---|---|---|---|---|
| | | Cash Value | Yield | Earnings | Investment | Yield | Earnings | Annual Difference | Cumulative Gain/Loss |
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) |
| Day 1 Bonus | | | | | $9,873,596 | 17.65% | $1,742,399 | $1,742,399 | $1,742,399 |
| 2025 | 1 | $9,873,596 | 5.00% | $493,680 | $11,615,995 | 7.25% | $842,160 | $348,480 | $2,090,879 |
| 2026 | 2 | $10,367,276 | 5.00% | $518,364 | $11,615,995 | 7.25% | $842,160 | $323,796 | $2,414,675 |
| 2027 | 3 | $10,885,640 | 5.00% | $544,282 | $11,615,995 | 7.25% | $842,160 | $297,878 | $2,712,553 |
| 2028 | 4 | $11,429,922 | 5.00% | $571,496 | $11,615,995 | 7.25% | $842,160 | $270,664 | $2,983,216 |
| 2029 | 5 | $12,001,418 | 5.00% | $600,071 | $11,615,995 | 7.25% | $842,160 | $242,089 | $3,225,305 |
| 2030 | 6 | $12,601,489 | 5.00% | $630,074 | $11,615,995 | 7.25% | $842,160 | $212,085 | $3,437,390 |
| 2031 | 7 | $13,231,563 | 5.00% | $661,578 | $11,615,995 | 7.25% | $842,160 | $180,582 | $3,617,972 |
| 2032 | 8 | $13,893,141 | 5.00% | $694,657 | $11,615,995 | 7.25% | $842,160 | $147,503 | $3,765,474 |
| 2033 | 9 | $14,587,798 | 5.00% | $729,390 | $11,615,995 | 7.25% | $842,160 | $112,770 | $3,878,244 |
| 2034 | 10 | $15,317,188 | 5.00% | $765,859 | $11,615,995 | 7.25% | $842,160 | $76,300 | $3,954,544 |



© 2025 ACUMEN FINANCIAL ADVANTAGE

# Sell Underwater Securities Strategy

- Sell $40M in securities w/ 8% unrealized loss
- Invest $20M into ABL Bonus fund
- 17.65% bonus on day 1 (15% of NAV) offsets loss on securities
- Increase annual revenue by $1.4M/yr from:
  - ABL Bonus Fund = ~$620k/yr +
  - Reinvesting $20M in Excess Liquidity = $800k/yr (assumed 4% below)

## Premier Income Plus (5yr 7.25% Fixed Rate w/ 15% Bonus of NAV) Summary of Results

| | | New Investment | Securities Sold | Variance | | |
|---|---|---|---|---|---|---|
| 5 | Year Product | | | | | |
| | Investment Amount | $ 20,000,000 | $ (40,000,000) | ($20,000,000) | Excess Funds from Sale | |
| 17.65% | Up Front Bonus | $3,530,000 | | $3,530,000 | | |
| | Loss on Sale | | ($3,478,261) | ($3,478,261) | Realized loss | |
| 7.25% | Year 1 Interest | $1,705,925 | ($1,086,957) | $618,968 | For securities sold, WA Yield = | 2.50% |
| 7.25% | Year 2-5 Interest | $6,823,700 | ($4,347,826) | $2,475,874 | New Investment, WAL = | 4.40 |
| | Reinvestment (5 yrs) | $4,000,000 | $0 | $4,000,000 | | |
| | **Cumulative Return $** | **$16,059,625** | **($8,913,043)** | **$7,146,582** | | |
| | **Cumulative Return %** | **80.3%** | **-20.5%** | **35.7%** | | |
| | **CAGR** | **12.5%** | **4.1%** | **8.4%** | | |

**Additional Reinvestment Returns**

| | |
|---|---|
| Reinvestment Amount | $ 20,000,000 |
| Reinvestment Rate | 4.00% |
| Annual Earnings | $800,000 |
| Total Earnings | $4,000,000 |

# CDA – ABL 10.0% Fixed Fund

| | | Asset Income and Distributions | | | | | P&L Impact | |
|---|---|---|---|---|---|---|---|---|
| Period Starting | Plan Year | Investment | Bonus | Yield | Income | Distribution to Charity (51%) | Net Earnings (49%) | Cumulative Net Income |
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) |
| 2025 | 1 | **$5,000,000** | **$0** | 10.00% | $500,000 | ($255,000) | $245,000 | $245,000 |
| 2026 | 2 | | | 10.00% | $500,000 | ($255,000) | $245,000 | $490,000 |
| 2027 | 3 | | | 10.00% | $500,000 | ($255,000) | $245,000 | $735,000 |
| 2028 | 4 | | | 10.00% | $500,000 | ($255,000) | $245,000 | $980,000 |
| 2029 | 5 | | | 10.00% | $500,000 | ($255,000) | $245,000 | $1,225,000 |
| **TOTAL:** | | | | | **$2,500,000** | **($1,275,000)** | **$1,225,000** | |



© 2025 ACUMEN FINANCIAL ADVANTAGE

# Summary

- **Credit Union** can invest in "otherwise impermissible investments" to fund EBP and CDA objectives.
- **Credit Union** could consider using the Abacus Funds to create income to offset the cost of employee benefit expenses and charitable donation expenses, as well as sell underwater securities to the extent appropriate.


© 2025 ACUMEN FINANCIAL ADVANTAGE

# Disclaimer and contact information

This presentation is intended to provide a general overview of important estate, business succession, and retirement concepts. Neither Acumen Insurance Solutions, nor its representatives, provide tax or legal advice. These concepts do not involve securities. They involve the use of life insurance, which is not FDIC or SIPC insured, and are subject to the claims paying ability of the issuing carrier. Life insurance products may contain limitations and exclusions. Pricing provided is based on a point-in-time and is subject to financial and medical underwriting.

**SCOTT B. HINKLE, JD, CFP**

shinkle@acumenfa.com
CA License: #0B49665



© 2025 ACUMEN FINANCIAL ADVANTAGE

# Thank you!



© 2025 ACUMEN FINANCIAL ADVANTAGE

# Appendix



© 2025 ACUMEN FINANCIAL ADVANTAGE

# 5yr Fixed Product – NAV Performance (Q3 2025)

| Period | Beginning Balance NAV | Ending Balance NAV | Units | NAV per unit | Change in NAV per unit | ITD Return |
|---|---|---|---|---|---|---|
| 03-01-2025 - 03-31-2025 | - | $ 92,573,621.00 | 92,404.62 | $ 1,001.83 | 0.18% | 2.81% |
| 04-01-2025 - 04-30-2025 | $ 92,573,621.00 | $ 94,360,331.00 | 92,404.62 | $ 1,021.16 | 1.93% | |
| 05-01-2025 - 05-31-2025 | $ 94,360,330.00 | $ 115,861,668.00 | 110,303.33 | $ 1,050.39 | 2.86% | |
| 06-01-2025 - 06-30-2025 | $ 115,861,669.00 | $ 120,034,411.00 | 116,638.33 | $ 1,029.12 | -2.03% | |
| 07-01-2025 - 07-31-2025 | $ 120,034,411.00 | $ 130,279,166.00 | 125,244.83 | $ 1,040.20 | 1.08% | |
| 08-01-2025 - 08-31-2025 | $ 130,279,166.00 | $ 145,202,257.00 | 138,977.15 | $ 1,044.79 | 0.44% | |
| 09-01-2025 - 09-30-2025 | $ 145,202,257.00 | $ 151,473,116.00 | 147,327.15 | $ 1,028.14 | -1.59% | |

# 5yr Bonus Product – NAV Performance (Q3 2025)

| Period | Beginning Balance NAV | Ending Balance NAV | Units | NAV per unit | Change in NAV per unit | ITD Return |
|---|---|---|---|---|---|---|
| 03-01-2025 - 03-31-2025 | - | $ 31,764,706.00 | 31,764.71 | $ 1,000.00 | 0.00% | 1.35% |
| 04-01-2025 - 04-30-2025 | $ 31,764,706.00 | $ 32,265,393.00 | 31,764.71 | $ 1,015.76 | 1.58% | |
| 05-01-2025 - 05-31-2025 | $ 32,265,392.00 | $ 76,958,102.00 | 74,835.29 | $ 1,028.37 | 1.24% | |
| 06-01-2025 - 06-30-2025 | $ 76,958,102.00 | $ 122,054,336.00 | 119,070.59 | $ 1,025.06 | -0.32% | |
| 07-01-2025 - 07-31-2025 | $ 122,054,336.00 | $ 129,960,002.00 | 128,276.47 | $ 1,013.12 | -1.16% | |
| 08-01-2025 - 08-31-2025 | $ 129,960,002.00 | $ 146,185,572.00 | 144,452.94 | $ 1,011.99 | -0.11% | |
| 09-01-2025 - 09-30-2025 | $ 146,185,572.00 | $ 147,896,819.00 | 145,923.53 | $ 1,013.52 | 0.15% | |

# LMA II Fund – NAV Performance (Q2 2025)



# Carrier Concentration – Summary (Q3 2025)

| Related Owner - Name | Policy Death Benefit | Cost Basis | DB % of Total | Fair Value | FV % of Total | FV / DB | Unrealized Gain $ | Unrealized Gain % |
|---|---|---|---|---|---|---|---|---|
| **Enhanced Income Fixed, LP** | $38,343,585 | $9,123,830 | 4.0% | $10,130,853 | 3.3% | 26.4% | $1,007,023 | 11.0% |
| **Enhanced Income Plus LP** | $19,496,000 | $4,779,895 | 2.1% | $5,772,727 | 1.9% | 29.6% | $992,832 | 20.8% |
| **Premier Income Fixed, LP** | $451,367,434 | $134,110,183 | 47.5% | $146,594,743 | 47.5% | 32.5% | $12,484,559 | 9.3% |
| **Premier Income Plus LP** | $441,672,290 | $115,561,672 | 46.4% | $146,294,953 | 47.4% | 33.1% | $30,733,281 | 26.6% |
| | | | | | | | | |
| | **$950,879,309** | **$263,575,581** | **100.0%** | **$308,793,275** | **100.0%** | **32.5%** | **$45,217,695** | **17.2%** |

# Carrier Concentration – 5 yr Fixed Product (Q3 2025)

| Insurance Company - Company Legal Name | Carrier Rating | Sum of Policy Death Benefit | Sum of Cost Basis | Count of Policy ID | DB % of Total | Sum of Fair Value | Sum of FV % of Total | Unrealized Gain ($) | Unrealized Gain (%) |
|---|---|---|---|---|---|---|---|---|---|
| Brighthouse Life Insurance Company | A | $14,873,000 | $5,728,750 | 7 | 3.30% | $6,791,878 | 4.6% | $1,063,128 | 18.6% |
| Talcott Resolution | B++ | $20,032,317 | $6,036,000 | 4 | 4.44% | $6,702,648 | 4.6% | $666,648 | 11.0% |
| The Hartford | A- | $10,000,000 | $4,620,000 | 1 | 2.22% | $4,819,308 | 3.3% | $199,308 | 4.3% |
| Prudential | A+ | $11,545,000 | $3,498,676 | 8 | 2.56% | $3,691,571 | 2.5% | $192,895 | 5.5% |
| Penn Mutual | A+ | $5,560,000 | $3,192,000 | 2 | 1.23% | $3,441,890 | 2.3% | $249,890 | 7.8% |
| Principal Life | A+ | $12,744,105 | $2,965,000 | 4 | 2.82% | $3,034,385 | 2.1% | $69,385 | 2.3% |
| Protective Life Insurance Company | A+ | $10,011,121 | $2,091,860 | 12 | 2.22% | $2,485,132 | 1.7% | $393,272 | 18.8% |
| American General Life Insurance Company | A | $10,537,485 | $2,258,117 | 10 | 2.33% | $2,465,043 | 1.7% | $206,926 | 9.2% |
| Athene Life Insurance Company of New York | A+ | $5,000,000 | $2,220,000 | 1 | 1.11% | $2,450,901 | 1.7% | $230,901 | 10.4% |
| SBLI | A- | $4,000,000 | $1,650,000 | 1 | 0.89% | $2,046,804 | 1.4% | $396,804 | 24.0% |
| John Hancock Life Insurance Company of New York | A+ | $3,750,000 | $1,760,000 | 2 | 0.83% | $1,859,077 | 1.3% | $99,077 | 5.6% |
| AuguStar Financial | A | $7,600,000 | $1,836,000 | 4 | 1.68% | $1,851,849 | 1.3% | $15,849 | 0.9% |
| Accordia Life and Annuity Company | A | $3,975,000 | $1,656,000 | 7 | 0.88% | $1,716,827 | 1.2% | $60,827 | 3.7% |
| New York Life | A++ | $15,740,000 | $1,501,201 | 5 | 3.49% | $1,667,592 | 1.1% | $166,391 | 11.1% |
| United of Omaha Life Insurance Company | A+ | $4,275,000 | $835,000 | 4 | 0.95% | $890,021 | 0.6% | $55,021 | 6.6% |
| West Coast Life Insurance Company | A+ | $1,350,000 | $764,319 | 2 | 0.30% | $863,918 | 0.6% | $99,599 | 13.0% |
| Genworth Life and Annuity | B- | $3,025,000 | $859,219 | 7 | 0.67% | $863,858 | 0.6% | $4,639 | 0.5% |
| Lincoln Benefit Life | A- | $1,225,000 | $806,000 | 3 | 0.27% | $821,369 | 0.6% | $15,369 | 1.9% |
| Nationwide Life Insurance Company | A+ | $4,964,900 | $743,000 | 3 | 1.10% | $807,994 | 0.6% | $64,994 | 8.7% |
| MassMutual | A++ | $1,450,000 | $683,000 | 2 | 0.32% | $655,830 | 0.4% | ($27,170) | -4.0% |
| Wilton Reassurance Life Company of New York | A+ | $2,100,000 | $476,382 | 2 | 0.47% | $599,775 | 0.4% | $123,393 | 25.9% |
| North American Company for Life and Health Insurance | A+ | $1,200,000 | $425,000 | 4 | 0.27% | $593,604 | 0.4% | $168,604 | 39.7% |
| Sun Life Assurance of Canada | A+ | $1,000,000 | $568,000 | 1 | 0.22% | $590,307 | 0.4% | $22,307 | 3.9% |
| Wilcac Life Insurance Company | A+ | $1,000,000 | $528,000 | 1 | 0.22% | $565,723 | 0.4% | $37,723 | 7.1% |
| Zurich | A+ | $750,000 | $480,000 | 1 | 0.17% | $524,621 | 0.4% | $44,621 | 9.3% |
| Minnesota Life Insurance Company | A+ | $3,000,000 | $420,000 | 1 | 0.66% | $447,913 | 0.3% | $27,913 | 6.6% |
| Midland National Life Insurance Company | A+ | $1,436,034 | $368,250 | 6 | 0.32% | $432,109 | 0.3% | $63,859 | 17.3% |
| Ameritas Life Insurance Corp. | A | $2,300,000 | $272,500 | 2 | 0.51% | $295,531 | 0.2% | $23,031 | 8.5% |
| Ameritas Life Insurance Corp. of New York | A | $500,000 | $82,000 | 1 | 0.11% | $81,436 | 0.1% | ($564) | -0.7% |
| | A+ | $1,500,000 | $150,000 | 1 | 0.33% | $174,545 | 0.1% | $24,545 | 16.4% |
| Security Mutual Life Insurance Company of New York | A- | $650,000 | $193,000 | 2 | 0.14% | $241,437 | 0.2% | $48,437 | 25.1% |
| American National Insurance Company | A | $1,000,000 | $158,000 | 1 | 0.22% | $237,253 | 0.2% | $79,253 | 50.2% |
| Metropolitan Life | A+ | $1,000,000 | $191,960 | 1 | 0.22% | $237,197 | 0.2% | $45,237 | 23.6% |
| Lincoln Life & Annuity Co. of New York | A | $1,000,000 | $161,999 | 1 | 0.22% | $203,183 | 0.1% | $41,184 | 25.4% |
| MetLife | A+ | $350,000 | $175,097 | 2 | 0.08% | $201,736 | 0.1% | $26,639 | 15.2% |
| Kansas City Life Insurance Company | A- | $300,000 | $195,000 | 1 | 0.07% | $201,133 | 0.1% | $6,133 | 3.1% |
| Jackson National Life Insurance Company | B++ | $800,000 | $159,500 | 2 | 0.18% | $172,914 | 0.1% | $13,414 | 8.4% |
| Banner Life Insurance Company | A+ | $250,000 | $145,000 | 1 | 0.06% | $154,897 | 0.1% | $9,897 | 6.8% |
| Symetra Life Insurance Company | A | $1,100,000 | $93,500 | 2 | 0.24% | $154,816 | 0.1% | $61,316 | 65.6% |
| Primerica Life Insurance Company | A+ | $215,000 | $98,000 | 1 | 0.05% | $104,119 | 0.1% | $6,119 | 6.2% |
| Athene Annuity & Life Co. | A | $139,766 | $74,000 | 1 | 0.03% | $73,058 | 0.0% | ($942) | -1.3% |
| USAA Life Insurance Company | A++ | $100,000 | $61,500 | 1 | 0.02% | $66,684 | 0.0% | $5,184 | 8.4% |
| American Fidelity Assurance Company | A+ | $150,000 | $26,215 | 1 | 0.03% | $37,346 | 0.0% | $11,130 | 42.5% |
| **Grand Total** | | **$451,367,434** | **$134,110,183** | **223** | **100.00%** | **$146,594,743** | **100.0%** | **$12,484,559** | **9.3%** |

# Carrier Concentration – 5 yr Bonus Product (Q3 2025)

| Insurance Company - Company Legal Name | Carrier Rating | Sum of Policy Death Benefit | Sum of Cost Basis | Count of Policy ID | DB % of Total | Sum of Fair Value | Sum of FV % of Total | Unrealized Gain ($) | Unrealized Gain (%) |
|---|---|---|---|---|---|---|---|---|---|
| ⊟ Lincoln National Life Insurance Company | A | $66,719,293 | $20,673,166 | 24 | 15.11% | $24,945,166 | 17.1% | $4,272,000 | 20.7% |
| ⊟ Principal Life | A+ | $59,800,000 | $11,627,779 | 10 | 13.54% | $19,519,961 | 13.3% | $7,892,182 | 67.9% |
| ⊟ John Hancock Life Insurance Company (U.S.A.) | A+ | $47,700,000 | $12,509,645 | 15 | 10.80% | $15,468,447 | 10.6% | $2,958,801 | 23.7% |
| ⊟ Ameritas Life Insurance Corp. | A | $37,850,000 | $13,400,000 | 5 | 8.57% | $14,403,028 | 9.8% | $1,003,028 | 7.5% |
| ⊟ Equitable | A | $54,295,000 | $9,621,274 | 16 | 12.29% | $12,311,368 | 8.4% | $2,690,094 | 28.0% |
| ⊟ Pacific Life Insurance Company | A+ | $32,010,000 | $9,764,500 | 8 | 7.25% | $12,043,259 | 8.2% | $2,278,759 | 23.3% |
| ⊟ Talcott Resolution | B++ | $17,250,000 | $5,955,000 | 4 | 3.91% | $6,962,835 | 4.8% | $1,007,835 | 16.9% |
| ⊟ Transamerica | A | $23,825,000 | $4,893,611 | 5 | 5.39% | $6,728,294 | 4.6% | $1,834,683 | 37.5% |
| ⊟ The Guardian Life Insurance Company of America | A++ | $8,000,000 | $3,160,000 | 1 | 1.81% | $4,123,960 | 2.8% | $963,960 | 30.5% |
| ⊟ Protective Life Insurance Company | A+ | $12,195,000 | $3,505,000 | 4 | 2.76% | $4,095,246 | 2.8% | $590,246 | 16.8% |
| ⊟ TIAA-CREF Life Insurance Company | A++ | $10,000,000 | $2,315,000 | 2 | 2.26% | $2,876,556 | 2.0% | $561,556 | 24.3% |
| ⊟ New England Life Insurance Company | A | $7,298,500 | $2,360,000 | 2 | 1.65% | $2,796,257 | 1.9% | $436,257 | 18.5% |
| ⊟ American General Life Insurance Company | A | $6,290,000 | $1,578,000 | 5 | 1.42% | $2,157,966 | 1.5% | $579,966 | 36.8% |
| ⊟ Brighthouse Life Insurance Company | A | $8,649,999 | $1,718,000 | 9 | 1.96% | $2,108,519 | 1.4% | $390,519 | 22.7% |
| ⊟ New York Life | A++ | $4,150,000 | $1,317,000 | 3 | 0.94% | $1,820,421 | 1.2% | $503,421 | 38.2% |
| ⊟ Accordia Life and Annuity Company | A | $5,000,000 | $1,520,000 | 1 | 1.13% | $1,711,571 | 1.2% | $191,571 | 12.6% |
| ⊟ United of Omaha Life Insurance Company | A+ | $2,300,000 | $1,098,000 | 2 | 0.52% | $1,261,093 | 0.9% | $163,093 | 14.9% |
| ⊟ ReliaStar Life Insurance Company | A | $2,400,000 | $752,000 | 3 | 0.54% | $1,172,422 | 0.8% | $420,422 | 55.9% |
| ⊟ Prudential | A+ | $5,000,000 | $977,097 | 5 | 1.13% | $1,127,385 | 0.8% | $150,288 | 15.4% |
| ⊟ MetLife | A+ | $3,600,000 | $964,000 | 2 | 0.82% | $1,073,127 | 0.7% | $109,127 | 11.3% |
| ⊟ Penn Mutual | A+ | $5,467,110 | $860,000 | 3 | 1.24% | $1,036,090 | 0.7% | $176,090 | 20.5% |
| ⊟ Nationwide Life Insurance Company | A+ | $4,250,000 | $770,000 | 2 | 0.96% | $943,164 | 0.6% | $173,164 | 22.5% |
| ⊟ Security Life of Denver Insurance Company | A- | $2,750,000 | $859,000 | 4 | 0.62% | $937,236 | 0.6% | $78,236 | 9.1% |
| ⊟ North American Company for Life and Health Insuran | A+ | $1,400,000 | $329,000 | 3 | 0.32% | $716,816 | 0.5% | $387,816 | 117.9% |
| ⊟ Genworth Life and Annuity | B- | $2,608,500 | $553,100 | 4 | 0.59% | $653,122 | 0.4% | $100,022 | 18.1% |
| ⊟ AuguStar Financial | A | $2,130,000 | $528,000 | 3 | 0.48% | $628,270 | 0.4% | $100,270 | 19.0% |
| ⊟ Lincoln Benefit Life | A- | $1,500,000 | $407,500 | 2 | 0.34% | $531,005 | 0.4% | $123,505 | 30.3% |
| ⊟ Illinois Mutual Life Insurance Company | A- | $1,500,000 | $240,000 | 1 | 0.34% | $392,789 | 0.3% | $152,789 | 63.7% |
| ⊟ Symetra Life Insurance Company | A | $1,100,000 | $160,000 | 1 | 0.25% | $273,180 | 0.2% | $113,180 | 70.7% |
| ⊟ American Fidelity Assurance Company | A+ | $600,000 | $223,000 | 2 | 0.14% | $269,753 | 0.2% | $46,753 | 21.0% |
| ⊟ Beneficial Life Insurance Company | A- | $500,000 | $195,000 | 1 | 0.11% | $228,261 | 0.2% | $33,261 | 17.1% |
| ⊟ Banner Life Insurance Company | A+ | $500,000 | $150,000 | 1 | 0.11% | $207,600 | 0.1% | $57,600 | 38.4% |
| ⊟ Jackson National Life Insurance Company | A | $600,000 | $120,000 | 1 | 0.14% | $183,628 | 0.1% | $63,628 | 53.0% |
| ⊟ US Financial Life Insurance Company | A- | $360,000 | $135,000 | 1 | 0.08% | $166,397 | 0.1% | $31,397 | 23.3% |
| ⊟ Midland National Life Insurance Company | A+ | $251,388 | $104,000 | 2 | 0.06% | $121,068 | 0.1% | $17,068 | 16.4% |
| ⊟ Wilcac Life Insurance Company | A+ | $200,000 | $85,000 | 1 | 0.05% | $96,671 | 0.1% | $11,671 | 13.7% |
| ⊟ C.M. Life Insurance Company | A- | $500,000 | $60,000 | 1 | 0.11% | $83,296 | 0.1% | $23,296 | 38.8% |
| ⊟ American National Insurance Company | A | $975,000 | $33,000 | 1 | 0.22% | $68,631 | 0.0% | $35,631 | 108.0% |
| ⊟ Metropolitan Life | A+ | $147,500 | $41,000 | 1 | 0.03% | $51,096 | 0.0% | $10,096 | 24.6% |
| **Grand Total** | | **$441,672,290** | **$115,561,672** | **161** | **100.00%** | **$146,294,953** | **100.0%** | **$30,733,281** | **26.6%** |