# EXHIBIT C

McCORMICK & O'BRIEN, LLP

125 Park Avenue
Twenty-Fifth Floor
New York, New York 10017
USA

Main Number: +1 (212) 320-8972 Main Facsimile: +1 (212) 504-9574

January 21, 2026

**Via Electronic Mail**
Michael H. McGinley, Esq.
Dechert LLP
Cira Centre 2929 Arch Street
Philadelphia, PA 19104
*michael.mcginley@dechert.com*

**Re:** Acumen's responses and objections to Coventry First LLC and Alan Buerger's subpoena duces tecum dated 11.26.2025

Mr. McGinley:

Acumen Financial Advantage ("Acumen") hereby responds and objects to Defendants Coventry First LLC and Alan Buerger's Subpoena Duces Tecum dated November 26, 2025 in the above-captioned case ("Requests") in accordance with its obligations under the Federal Rules of Civil Procedure 26 and 34, and states as follows:

**General Objections**

1. The following general objections form a part of Acumen's response to each Request and are set forth here to avoid the duplication and repetition of restating them for each individual response. One or more general objections may also be specifically referred to in the response or objection to certain Requests for purposes of clarity. Failure to make a specific reference, however, should not be construed as a waiver of any general objection, nor should any specific reference to one or more general objection(s) be construed as a waiver of any other general objection.

2. By responding affirmatively to any Request, Acumen in no way concedes the relevance or materiality of the Request, or of the subject matter of the Request, or the characterization of any facts, events, statements, or documents. Acumen's responses are made subject to its right to object at any time to the relevancy, admissibility, or competency of any information.

3. Acumen's responses to the Requests are made to the best of Acumen's knowledge and are based on information currently known and materials currently available to Acumen. Acumen's responses are also based upon its best, good faith understanding and interpretation of each Request. As such, Acumen's responses are given without prejudice to Acumen's right to produce evidence of any subsequently discovered information and to supplement, revise, correct, or clarify its responses in accordance with the Rules and applicable law.

4. Acumen objects to the Requests, including the "Definitions" and "Instructions" set forth therein, to the extent they are inconsistent with or purport to expand the scope of permissible discovery under the Rules or any other applicable law.

5. Acumen objects to the Requests to the extent that they call for the production of information or communications that are protected by the attorney-client privilege, work product doctrine, or any other statute, rule, doctrine, privilege, or immunity from disclosure. Acumen's responses shall not include any information or documents protected by such privileges, doctrines, statutes, or rules, and any inadvertent disclosure of such information or documents shall not be deemed a waiver of any such privileges, doctrines, statutes, or rules. Acumen reserves the right to claw back any privileged or protected information that is inadvertently disclosed in response to these Requests without waiver of privilege or any other applicable protection.

6. Acumen objects to the Requests to the extent they seek information not relevant to any claim or defense asserted in the underlying action, are not reasonably calculated to lead to the discovery of admissible evidence, or are otherwise beyond the scope of permissible discovery under the Rules and/or any other applicable law.

7. Acumen objects to the Requests to the extent that they seek materials in the possession, custody, or control of the parties to the underlying litigation and are obtainable from those parties through ordinary party discovery making this subpoena duplicative and imposing an undue burden on this non-party.

8. Acumen objects to the Requests to the extent that they seek and/or assume legal conclusions.

**<u>Objections and Responses to Specific Requests for Production</u>**

**<u>Request No. 1:</u>**
Documents and Communications Concerning or with Abacus including those Concerning Abacus's business practices, valuation methods, and Offerings.

**<u>Response to Request No. 1:</u>**
Acumen incorporates the foregoing General Objections by reference as though fully set forth herein. Acumen further objects to this Request as vague, ambiguous, overly broad, unduly burdensome and not likely to lead to the discovery of relevant information.

Acumen also objects on the ground that the materials sought are in the possession, custody, or control of the parties to the underlying litigation and are obtainable from those parties through ordinary party discovery making this subpoena duplicative and imposing an undue burden on Acumen.

Subject to and without waiving its objections, Acumen shall produce relevant, non-privileged documents identified after a search utilizing a reasonable set of search terms.

**<u>Request No. 2:</u>**
Documents and Communications Concerning any actual or potential investment in any fund or investment vehicle affiliated with Abacus that invested in or collateralized by life insurance or life settlement policies.

**<u>Response to Request No. 2:</u>**
Acumen incorporates the foregoing General Objections by reference as though fully set forth herein. Acumen further objects to this Request as vague, ambiguous, overly broad, unduly burdensome and not likely to lead to the discovery of relevant information.

Acumen also objects on the ground that the materials sought are in the possession, custody, or control of the parties to the underlying litigation and are obtainable from those parties through ordinary party discovery making this subpoena duplicative and imposing an undue burden on Acumen.

Subject to and without waiving its objections, Acumen shall produce relevant, non-privileged documents identified after a search utilizing a reasonable set of search terms.

**Response to Request No. 3:**
Documents and Communications Concerning or with Lapetus.

**Response to Request No. 3:**
Acumen incorporates the foregoing General Objections by reference as though fully set forth herein. Acumen further objects to this Request as vague, ambiguous, overly broad, unduly burdensome and not likely to lead to the discovery of relevant information.

Acumen also objects on the ground that the materials sought are in the possession, custody, or control of the parties to the underlying litigation and are obtainable from those parties through ordinary party discovery making this subpoena duplicative and imposing an undue burden on Acumen.

Subject to and without waiving its objections, Acumen shall produce relevant, non-privileged documents identified after a search utilizing a reasonable set of search terms.

**Response to Request No. 4:**
Communications with any credit union Concerning Morpheus, the Morpheus Reports, accounting for life settlements or product offerings from Abacus.

**Response to Request No. 4:**
Acumen incorporates the foregoing General Objections by reference as though fully set forth herein. Acumen further objects to this Request as vague, ambiguous, overly broad, unduly burdensome and not likely to lead to the discovery of relevant information.

Subject to and without waiving its objections, Acumen shall produce relevant, non-privileged documents identified after a search utilizing a reasonable set of search terms.

As indicated above, Acumen will supplement its responses to the Requests within a reasonable period of time.

Acumen is available to meet and confer regarding its responses to any of Defendants' Requests.

Sincerely,

Liam O'Brien