**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Orlando Division**

| | |
|---|---|
| ABACUS GLOBAL MANAGEMENT, INC., a corporation,<br><br>Plaintiff,<br><br>v.<br><br>COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual,<br><br>Defendants. | Case No.: 6:25-cv-01401-RBD-RMN |

**JOINT NOTICE REGARDING HEARING ON MOTION TO COMPEL (DKT. 66)**

Pursuant to the Court's December 22, 2025 Order (Dkt. 63), Plaintiff Abacus Global Management, Inc. ("Abacus" or "Plaintiff") and Defendants Coventry First LLC and Alan Buerger (together, "Defendants") file this Joint Notice certifying ongoing conferral regarding Plaintiff's First Short Form Motion to Compel Defendants' Production of Documents (Dkt. 66) (the "Motion"). The Motion is scheduled to be heard on February 5, 2026, at 10:00 AM.

Following Plaintiff's notices to the Securities and Exchange Commission and the Florida Office of Insurance Regulation, as ordered by the Court (Dkt. 77), Defendants no longer object to producing their responsive

communications with these government agencies. Accordingly, the parties have resolved their dispute in connection with the Motion, and there is presently no need for the Court to hold the scheduled February 5, 2026 hearing. Plaintiff reserves the right to petition the Court for a hearing at a later date, if necessary.

DATED: February 3, 2026

Respectfully Submitted,

/s/ *Alex Zuckerman*
ALEX ZUCKERMAN, ESQ. (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
alexzuckerman@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000

JASON D. STERNBERG. ESQ.
(Fla. Bar No. 72887)
jasonsternberg@quinnemanuel.com
OSVALDO RODRIGUEZ, ESQ.
(Fla. Bar No. 1039307)
osvaldorodriguez@quinnemanuel.com
2601 South Bayshore Drive, 15th Floor
Miami, FL 33133
(305) 402-4880

KATHLEEN S. MESSINGER, ESQ.
(*pro hac vice*)
kathleenmessinger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

*/s/ Andrew J. Levander*
ANDREW J. LEVANDER, ESQ.
(*pro hac vice*)
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
andrew.levander@dechert.com

MICHAEL H. MCGINLEY, ESQ.
(*pro hac vice*)
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
michael.mcginley@dechert.com

ERIC AUSLANDER, ESQ. (*pro hac vice*)
DECHERT LLP
1900 K Street, NW
Washington, DC 20006

*Counsel for Plaintiff Abacus Global Management, Inc.*

Telephone: (202) 261-3300
Facsimile: (202) 261-3333
eric.auslander@dechert.com

ALFRED J. BENNINGTON, JR., ESQ.
Florida Bar No. 0404985
GLENNYS ORTEGA RUBIN, ESQ.
Florida Bar No. 556361
BENJAMIN F. ELLIOTT, ESQ.
Florida Bar No. 1010706
SHUTTS & BOWEN LLP
300 South Orange Ave., Suite 1600
Orlando, FL 32801
Telephone: (407) 423-3200
Facsimile: (407) 425-8316
bbennington@shutts.com
grubin@shutts.com
belliott@shutts.com

*Counsel for Defendants Coventry First LLC and Alan Buerger*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2026, a true and correct copy of the foregoing document was electronically served via the CM/ECF system on all parties authorized to accept service by CM/ECF.

/s/ *Alex Zuckerman*
Alex Zuckerman