# EXHIBIT 1

9:47 LTE

David Lloyd

Thu, Jun 5

Hi David,

Sharing a couple quick thoughts / items with you in advance of the call today. I discussed these points with Gary last night. Note it's critical you join if you can as these are some fundamental issues to be discussed as soon as possible.

1). I've had concerns about the LE business since pretty much joining the company and concerns about the response to the Coventry press release. Our meeting in April at ABL increased those concerns and the article yesterday has enough correct info in it that I can't in good faith continue to work with ABL. I don't trust them. Since they're our primary and basically only client I can no longer lead this business.