# EXHIBIT 7

ABL00078082

Placeholder exhibit filed pursuant to §12.3 of the Parties' Confidentiality Agreement and pending resolution of contemporaneous motion to file under seal.