# EXHIBIT 19

LSI006951

Placeholder exhibit filed pursuant to §12.3 of the Parties' Confidentiality Agreement and pending resolution of contemporaneous motion to file under seal.