# EXHIBIT 21

LSI021545

Placeholder exhibit filed pursuant to §12.3 of the Parties' Confidentiality
Agreement and pending resolution of contemporaneous motion to file under seal.