# EXHIBIT 29

| | Case Reference | Insured Full Name | Insured DOB | Smoking Status | Underwriter | Report Date | Mean | Mortality Multiplier |
|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | E | F | G | H |
| 2 | 3816 | | | NS | LSI | 5/11/2023 | 145 | 3.1 |
| 3 | 3467 | | | NS | ISC | 6/21/2021 | 166 | 10.69 |
| 4 | 7638 | | | NS | Internal | 11/12024 | 164 | 225 |
| 5 | 8121 | | | NS | LSI | 2/10/2025 | 103 | |
| 6 | 8169 | | | NS | Internal | 2/1/2025 | 81 | 375 |
| 7 | 8195 | | | NS | Internal | 3/30/2025 | 60 | |
| 8 | 7224 | | | NS | Internal | 3/30/2025 | 62 | |
| 9 | 7226 | | | NS | Internal | 3/30/2025 | 62 | |
| 10 | 7657 | | | NS | 21st | 3/26/2025 | 63 | |
| 11 | 8095 | | | NS | 21st | 3/26/2025 | 192 | |
| 12 | 8088 | | | NS | LSI | 3/19/2025 | 36 | 200 |
| 13 | 8181 | | | NS | Internal | 3/18/2025 | 84 | |
| 14 | 4769 | | | NS | ISC | 3/14/2025 | 89 | 200 |
| 15 | 7329 | | | NS | ISC | 3/10/2025 | 57 | 650 |
| 16 | 8145 | | | NS | Internal | 3/9/2025 | 125 | |
| 17 | 7785 | | | NS | ISC | 3/7/2025 | 143 | 200 |
| 18 | 8057 | | | NS | ISC | 3/7/2025 | 127 | 225 |
| 19 | 7840 | | | NS | LSI | 2/26/2025 | 266 | 150 |
| 20 | 8168 | | | NS | Internal | 2/23/2025 | 57 | |
| 21 | 8126 | | | NS | Internal | 2/22/2025 | 159 | |
| 22 | 8134 | | | NS | Internal | 2/21/2025 | 153 | |
| 23 | 8128 | | | NS | Internal | 2/20/2025 | 114 | |
| 24 | 7786 | | | NS | 21st | 2/18/2025 | 107 | |
| 25 | 7796 | | | NS | LSI | 2/17/2025 | 147 | |
| 26 | 8135 | | | NS | Internal | 2/17/2025 | 107 | |
| 27 | 7780 | | | NS | LSI | 2/14/2025 | 114 | |
| 28 | 7838 | | | NS | Polaris | 2/14/2025 | 99 | |
| 29 | 8171 | | | NS | Internal | 2/13/2025 | 173 | |
| 30 | 8138 | | | NS | Internal | 2/12/2025 | 168 | |
| 31 | 8173 | | | NS | LSI | 2/10/2025 | 69 | |
| 32 | 7781 | | | NS | LSI | 2/7/2025 | 92 | |
| 33 | 8119 | | | NS | LSI | 2/7/2025 | 52 | |
| 34 | 6587 | | | NS | 21st | 2/6/2025 | 51 | |
| 35 | 7652 | | | NS | ISC | 2/6/2025 | 93 | |
| 36 | 8121 | | | NS | LSI | 2/6/2025 | 67 | |
| 37 | 8122 | | | NS | Internal | 2/5/2025 | 71 | |
| 38 | 8123 | | | NS | LSI | 2/5/2025 | 108 | 200 |
| 39 | 5048 | | | NS | 21st | 1/31/2025 | 71 | |
| 40 | 8063 | | | NS | Internal | 1/31/2025 | 101 | |
| 41 | 8143 | | | NS | Polaris | 1/31/2025 | 55 | 275 |
| 42 | 6581 | | | NS | LSI | 1/30/2025 | 47 | |
| 43 | 8102 | | | NS | Internal | 1/30/2025 | 146 | |
| 44 | 8127 | | | NS | Internal | 1/30/2025 | 108 | |
| 45 | 6581 | | | NS | LSI | 1/29/2025 | 47 | 200 |
| 46 | 7592 | | | NS | ISC | 1/29/2025 | 15 | |
| 47 | 8100 | | | NS | Internal | 1/29/2025 | 144 | |
| 48 | 6331 | | | NS | LSI | 1/27/2025 | 66 | |
| 49 | 6334 | | | NS | LSI | 1/27/2025 | 126 | 200 |
| 50 | 8058 | | | NS | Internal | 1/27/2025 | 111 | |
| 51 | 8103 | | | NS | Internal | 1/27/2025 | 103 | |
| 52 | 8129 | | | NS | Internal | 1/27/2025 | 112 | |
| 53 | 6335 | | | NS | Polaris | 1/23/2025 | 131 | |
| 54 | 6521 | | | NS | Internal | 1/23/2025 | 151 | |
| 55 | 6524 | | | NS | Internal | 1/21/2025 | 192 | |
| 56 | 6591 | | | NS | Internal | 1/21/2025 | 153 | |
| 57 | 7098 | | | NS | LSI | 1/21/2025 | 172 | 125 |
| 58 | 6594 | | | NS | Polaris | 1/20/2025 | 141 | 325 |
| 59 | 8087 | | | NS | Internal | 1/19/2025 | 93 | |
| 60 | 6503 | | | NS | Polaris | 1/18/2025 | 190 | |
| 61 | 6502 | | | NS | Polaris | 1/17/2025 | 106 | |
| 62 | 6567 | | | NS | Polaris | 1/17/2025 | 169 | 300 |
| 63 | 7586 | | | NS | LSI | 1/16/2025 | 118 | |
| 64 | 7587 | | | NS | LSI | 1/16/2025 | 118 | |
| 65 | 8024 | | | NS | LSI | 1/16/2025 | 73 | |
| 66 | 6613 | | | NS | Internal | 1/15/2025 | 196 | |
| 67 | 7586 | | | NS | LSI | 1/15/2025 | 197 | |
| 68 | 7587 | | | NS | LSI | 1/15/2025 | 197 | |
| 69 | 8120 | | | NS | LSI | 1/15/2025 | 30 | 250 |
| 70 | 8137 | | | NS | LSI | 1/15/2025 | 67 | |
| 71 | 7807 | | | NS | LSI | 1/14/2025 | 134 | |
| 72 | 8124 | | | NS | LSI | 1/13/2025 | 102 | 150 |
| 73 | 7794 | | | NS | LSI | 1/10/2025 | 43 | |
| 74 | 7795 | | | NS | LSI | 1/10/2025 | 145 | |
| 75 | 8112 | | | NS | Internal | 1/9/2025 | 48 | |
| 76 | 7795 | | | NS | LSI | 1/8/2025 | 210 | |
| 77 | 8111 | | | NS | Internal | 1/8/2025 | 139 | |
| 78 | 8124 | | | NS | Polaris | 1/8/2025 | 38 | 250 |
| 79 | 7574 | | | NS | Polaris | 1/7/2025 | 120 | |
| 80 | 7242 | | | NS | Fasano | 1/6/2025 | 99 | |
| 81 | 7788 | | | NS | LSI | 1/6/2025 | 77 | 175 |
| 82 | 8022 | | | NS | Internal | 1/6/2025 | 80 | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Case Reference | Insured Full Name | Insured DOB | Smoking Status | Underwriter | Report Date | Mean | Mortality Multiplier |
| | 5268 | | | NS | Internal | 1/5/2025 | 36 | |
| | 7244 | | | NS | LSI | 1/3/2025 | 160 | 500 |
| | 5135 | | | NS | 21st | 12/31/2024 | 12 | Clinical |
| | 5136 | | | NS | 21st | 12/31/2024 | 12 | Clinical |
| | 5138 | | | NS | 21st | 12/31/2024 | 12 | Clinical |
| | 5139 | | | NS | 21st | 12/31/2024 | 12 | Clinical |
| | 5140 | | | NS | 21st | 12/31/2024 | 12 | Clinical |
| | 8089 | | | NS | LSI | 12/30/2024 | 86 | 650 |
| | 8113 | | | NS | Internal | 12/28/2024 | 123 | |
| | 8055 | | | NS | LSI | 12/27/2024 | 176 | |
| | 7797 | | | NS | Internal | 12/20/2024 | 101 | |
| | 7647 | | | NS | Internal | 12/20/2024 | 135 | |
| | 7654 | | | NS | Internal | 12/19/2024 | 83 | |
| | 7809 | | | NS | Polaris | 12/19/2024 | 108 | |
| | 8098 | | | NS | Internal | 12/19/2024 | 149 | |
| | 8110 | | | NS | Internal | 12/19/2024 | 140 | |
| | 8092 | | | NS | LSI | 12/17/2024 | 41 | |
| | 6476 | | | NS | 21st | 12/16/2024 | 72 | Clinical |
| | 7644 | | | NS | Internal | 12/16/2024 | 111 | |
| | 7793 | | | NS | LSI | 12/16/2024 | 93 | 200 |
| | 8105 | | | NS | LSI | 12/16/2024 | 36 | |
| | 8164 | | | NS | LSI | 12/16/2024 | 33 | |
| | 7792 | | | NS | Internal | 12/14/2024 | 131 | |
| | 7798 | | | NS | Internal | 12/13/2024 | 86 | |
| | 7789 | | | NS | Internal | 12/12/2024 | 172 | |
| | 8083 | | | NS | LSI | 12/9/2024 | 166 | 475 |
| | 8028 | | | NS | Internal | 12/6/2024 | 148 | |
| | 5735 | | | NS | Polaris | 12/4/2024 | 64 | 375 |
| | 7336 | | | NS | 21st | 12/4/2024 | 42 | Clinical |
| | 7593 | | | NS | Internal | 12/4/2024 | 172 | |
| | 8133 | | | NS | Internal | 12/4/2024 | 132 | |
| | 7640 | | | NS | 21st | 12/3/2024 | 72 | Clinical |
| | 8101 | | | NS | Internal | 12/3/2024 | 95 | |
| | 7805 | | | NS | Polaris | 12/2/2024 | 37 | 200 |
| | 8060 | | | NS | Fasano | 11/27/2024 | 27 | 1.95 |
| | 5984 | | | NS | 21st | 11/26/2024 | 79 | |
| | 7322 | | | NS | LSI | 11/25/2024 | 38 | |
| | 8172 | | | NS | Polaris | 11/25/2024 | 34 | 300 |
| | 7836 | | | NS | LSI | 11/21/2024 | 100 | 200 |
| | 7639 | | | NS | Internal | 11/19/2024 | 109 | |
| | 8099 | | | NS | LSI | 11/19/2024 | 117 | 225 |
| | 7636 | | | NS | Internal | 11/18/2024 | 145 | |
| | 8064 | | | NS | Internal | 11/17/2024 | 82 | |
| | 7808 | | | NS | Internal | 11/15/2024 | 109 | |
| | 7083 | | | NS | LSI | 11/14/2024 | 89 | 175 |
| | 7651 | | | NS | Fasano | 11/14/2024 | 165 | 155 |
| | 5695 | | | NS | 21st | 11/11/2024 | 60 | Clinical |
| | 7107 | | | NS | Internal | 11/11/2024 | 144 | |
| | 8136 | | | NS | Internal | 11/9/2024 | 145 | |
| | 7651 | | | NS | Internal | 11/8/2024 | 189 | |
| | 7240 | | | NS | Internal | 11/7/2024 | 130 | |
| | 7596 | | | NS | LSI | 11/7/2024 | 72 | |
| | 7806 | | | NS | LSI | 11/7/2024 | 105 | 200 |
| | 7212 | | | NS | Internal | 11/6/2024 | 55 | |
| | 8093 | | | NS | LSI | 11/6/2024 | 102 | 225 |
| | 7102 | | | NS | Internal | 11/5/2024 | 194 | |
| | 8026 | | | NS | Internal | 11/5/2024 | 137 | |
| | 6176 | | | NS | ISC | 11/4/2024 | 150 | 275 |
| | 7127 | | | NS | LSI | 11/4/2024 | 42 | 200 |
| | 8085 | | | NS | Internal | 11/2/2024 | 115 | |
| | 6492 | | | NS | Internal | 11/1/2024 | 178 | |
| | 7106 | | | NS | LSI | 10/31/2024 | 107 | |
| | 4770 | | | NS | 21st | 10/30/2024 | 35 | |
| | 6958 | | | NS | Internal | 10/30/2024 | 107 | |
| | 7110 | | | NS | Internal | 10/30/2024 | 72 | |
| | 8144 | | | NS | Polaris | 10/30/2024 | 89 | 200 |
| | 8025 | | | NS | LSI | 10/29/2024 | 85 | 275 |
| | 7338 | | | NS | Internal | 10/28/2024 | 142 | |
| | 6482 | | | NS | Internal | 10/23/2024 | 151 | |
| | 6961 | | | NS | Internal | 10/23/2024 | 143 | |
| | 7092 | | | NS | Internal | 10/22/2024 | 134 | |
| | 7155 | | | NS | Internal | 10/22/2024 | 137 | |
| | 8056 | | | NS | Internal | 10/22/2024 | 74 | |
| | 6185 | | | NS | FASMR | 10/21/2024 | 188 | 110 |
| | 7323 | | | NS | Internal | 10/21/2024 | 129 | |
| | 7324 | | | NS | Internal | 10/21/2024 | 129 | |
| | 8198 | | | NS | Polaris | 10/18/2024 | 32 | 225 |
| | 7156 | | | NS | Polaris | 10/11/2024 | 151 | 125 |
| | 5610 | | | NS | Polaris | 10/8/2024 | 75 | 150 |
| | 8086 | | | NS | 21st | 10/8/2024 | 133 | |
| | 5851 | | | NS | FASMR | 10/7/2024 | 118 | 135 |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| | Case Reference | Insured Full Name | Insured DOB | Smoking Status | Underwriter | Report Date | Mean | Mortality Multiplier |
| | 7086 | | | NS | Internal | 10/7/2024 | 130 | |
| | 6324 | | | NS | Internal | 10/5/2024 | 172 | |
| | 7088 | | | NS | Internal | 10/4/2024 | 68 | |
| | 8081 | | | SM | Internal | 10/1/2024 | 103 | |
| | 7097 | | | NS | 21st | 9/26/2024 | 52 | Clinical |
| | 6481 | | | NS | LSI | 9/24/2024 | 132 | 200 |
| | 6485 | | | NS | Predictive | 9/23/2024 | 144 | |
| | 6153 | | | NS | Internal | 9/22/2024 | 176 | |
| | 7277 | | | NS | Internal | 9/20/2024 | 145 | |
| | 7236 | | | NS | Internal | 9/19/2024 | 83 | |
| | 6339 | | | NS | Polaris | 9/17/2024 | 107 | |
| | 6184 | | | NS | LSI | 9/16/2024 | 62 | 250 |
| | 7111 | | | NS | Internal | 9/16/2024 | 116 | |
| | 7643 | | | NS | Internal | 9/15/2024 | 132 | |
| | 5729 | | | NS | Internal | 9/13/2024 | 83 | |
| | 6065 | | | NS | Internal | 9/10/2024 | 226 | |
| | 7328 | | | NS | Polaris | 9/10/2024 | 54 | 250 |
| | 6164 | | | NS | FASMR | 9/8/2024 | 174 | 140 |
| | 6194 | | | NS | Internal | 9/5/2024 | 171 | |
| | 7100 | | | NS | Polaris | 9/5/2024 | 49 | 225 |
| | 5706 | | | NS | Internal | 9/4/2024 | 153 | |
| | 7084 | | | NS | Internal | 9/4/2024 | 145 | |
| | 6177 | | | NS | FASMR | 9/3/2024 | 149 | 125 |
| | 8066 | | | NS | FASMR | 9/3/2024 | 143 | 215 |
| | 8114 | | | NS | FASMR | 9/3/2024 | 143 | 215 |
| | 6193 | | | NS | Internal | 9/1/2024 | 159 | |
| | 6337 | | | NS | Internal | 9/1/2024 | 67 | |
| | 6345 | | | NS | Internal | 9/1/2024 | 104 | |
| | 6174 | | | NS | Internal | 8/31/2024 | 147 | |
| | 7096 | | | NS | Internal | 8/31/2024 | 147 | |
| | 7801 | | | NS | FASMR | 8/31/2024 | 51 | 160 |
| | 6338 | | | NS | Internal | 8/30/2024 | 139 | |
| | 7206 | | | NS | Polaris | 8/29/2024 | 80 | 150 |
| | 5849 | | | NS | Fasano | 8/27/2024 | 59 | 220 |
| | 6191 | | | NS | Internal | 8/27/2024 | 104 | |
| | 4778 | | | NS | FASMR | 8/26/2024 | 21 | 125 |
| | 5955 | | | NS | Internal | 8/26/2024 | 44 | |
| | 6179 | | | NS | Internal | 8/26/2024 | 80 | |
| | 8061 | | | NS | Internal | 8/26/2024 | 160 | |
| | 5235 | | | NS | Polaris | 8/24/2024 | 143 | 255 |
| | 6179 | | | NS | Internal | 8/24/2024 | 88 | |
| | 6192 | | | NS | Polaris | 8/24/2024 | 110 | 200 |
| | 6192 | | | NS | Polaris | 8/23/2024 | 60 | 150 |
| | 6344 | | | NS | Internal | 8/22/2024 | 112 | |
| | 7094 | | | SM | Internal | 8/22/2024 | 138 | |
| | 6170 | | | NS | LSI | 8/20/2024 | 108 | 150 |
| | 6170 | | | NS | LSI | 8/20/2024 | 57 | 125 |
| | 4772 | | | NS | LSI | 8/16/2024 | 73 | 225 |
| | 7243 | | | NS | ISC | 8/16/2024 | 72 | 375 |
| | 5199 | | | NS | Polaris | 8/14/2024 | 147 | 125 |
| | 6159 | | | NS | Polaris | 8/14/2024 | 133 | 150 |
| | 7215 | | | NS | LSI | 8/13/2024 | 37 | 300 |
| | 8084 | | | NS | Internal | 8/12/2024 | 83 | |
| | 8150 | | | NS | Internal | 8/11/2024 | 174 | |
| | 5724 | | | NS | Internal | 8/9/2024 | 171 | |
| | 8178 | | | NS | Fasano | 8/8/2024 | 21 | 212 |
| | 5693 | | | NS | FASMR | 8/6/2024 | 125 | 275 |
| | 5740 | | | NS | Internal | 8/6/2024 | 85 | |
| | 5684 | | | NS | Internal | 8/5/2024 | 103 | |
| | 5735 | | | NS | LSI | 8/5/2024 | 46 | 175 |
| | 6474 | | | NS | FASMR | 8/5/2024 | 110 | 155 |
| | 6491 | | | NS | Internal | 8/5/2024 | 153 | |
| | 5745 | | | NS | Internal | 8/1/2024 | 156 | |
| | 6475 | | | NS | Internal | 8/1/2024 | 128 | |
| | 8159 | | | NS | 21st | 7/31/2024 | 6 | Clinical |
| | 5623 | | | NS | Internal | 7/29/2024 | 147 | |
| | 7237 | | | NS | Internal | 7/29/2024 | 169 | |
| | 5613 | | | NS | Polaris | 7/25/2024 | 61 | 150 |
| | 7103 | | | NS | FASMR | 7/24/2024 | 219 | 120 |
| | 7105 | | | NS | FASMR | 7/24/2024 | 219 | 120 |
| | 7237 | | | NS | FASMR | 7/24/2024 | 62 | 595 |
| | 5628 | | | NS | Polaris | 7/23/2024 | 57 | |
| | 5769 | | | NS | FASMR | 7/20/2024 | 147 | 140 |
| | 7154 | | | NS | LSI | 7/12/2024 | 151 | 275 |
| | 8068 | | | NS | LSI | 7/12/2024 | 151 | 275 |
| | 5730 | | | NS | LSI | 7/11/2024 | 46 | 100 |
| | 5233 | | | NS | LSI | 7/9/2024 | 26 | 225 |
| | 5233 | | | NS | LSI | 7/8/2024 | 33 | 200 |
| | 5850 | | | NS | Internal | 7/8/2024 | 62 | |
| | 5715 | | | NS | Polaris | 7/1/2024 | 30 | |
| | 5697 | | | NS | Internal | 6/30/2024 | 92 | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Case Reference | Insured Full Name | Insured DOB | Smoking Status | Underwriter | Report Date | Mean | Mortality Multiplier |
| 245 | 5742 | | | NS | Internal | 6/30/2024 | 122 | |
| 246 | 8156 | | | NS | Internal | 6/30/2024 | 112 | |
| 247 | 5717 | | | NS | FASMR | 6/29/2024 | 174 | 110 |
| 248 | 8157 | | | NS | Internal | 6/27/2024 | 93 | |
| 249 | 5952 | | | NS | Internal | 6/26/2024 | 144 | |
| 250 | 5232 | | | NS | LSI | 6/25/2024 | 103 | 550 |
| 251 | 5852 | | | NS | FASMR | 6/25/2024 | 44 | 265 |
| 252 | 6954 | | | NS | 21st | 6/25/2024 | 22 | |
| 253 | 6954 | | | NS | ITM 21st | 6/25/2024 | 22 | 8.78 |
| 254 | 7238 | | | NS | Polaris | 6/25/2024 | 103 | 150 |
| 255 | 7238 | | | NS | Polaris | 6/25/2024 | 60 | 165 |
| 256 | 8125 | | | NS | LSI | 6/25/2024 | 103 | 550 |
| 257 | 8154 | | | NS | LSI | 6/24/2024 | 61 | |
| 258 | 8163 | | | NS | LSI | 6/24/2024 | 125 | 175 |
| 259 | 5721 | | | NS | Internal | 6/23/2024 | 115 | |
| 260 | 5244 | | | NS | FASMR | 6/18/2024 | 95 | 140 |
| 261 | 8153 | | | NS | Internal | 6/18/2024 | 74 | |
| 262 | 5710 | | | NS | Internal | 6/17/2024 | 81 | |
| 263 | 5728 | | | NS | Internal | 6/12/2024 | 44 | |
| 264 | 5235 | | | NS | LSI | 6/11/2024 | 86 | 175 |
| 265 | 5703 | | | NS | FASMR | 6/11/2024 | 63 | 180 |
| 266 | 5813 | | | NS | LSI | 6/11/2024 | 70 | 525 |
| 267 | 5961 | | | NS | FASMR | 6/11/2024 | 14 | |
| 268 | 5600 | | | NS | LSI | 6/10/2024 | 42 | 115 |
| 269 | 5231 | | | NS | LSI | 6/7/2024 | 97 | |
| 270 | 4983 | | | SM | LSI | 6/5/2024 | 113 | 300 |
| 271 | 4987 | | | SM | LSI | 6/5/2024 | 113 | 300 |
| 272 | 5701 | | | NS | Internal | 6/5/2024 | 147 | |
| 273 | 5702 | | | NS | Internal | 6/5/2024 | 147 | |
| 274 | 5746 | | | NS | FASMR | 6/5/2024 | 180 | 230 |
| 275 | 5713 | | | NS | LSI | 6/3/2024 | 79 | 2100 |
| 276 | 5719 | | | NS | FASMR | 6/3/2024 | 173 | 115 |
| 277 | 5217 | | | NS | Internal | 5/31/2024 | 213 | |
| 278 | 5218 | | | NS | Internal | 5/31/2024 | 213 | |
| 279 | 5733 | | | NS | Internal | 5/31/2024 | 103 | |
| 280 | 5307 | | | NS | Internal | 5/30/2024 | 24 | |
| 281 | 5380 | | | NS | Internal | 5/30/2024 | 24 | |
| 282 | 5236 | | | NS | Internal | 5/28/2024 | 144 | |
| 283 | 4488 | | | NS | FASMR | 5/25/2024 | 53 | 205 |
| 284 | 5052 | | | NS | FASMR | 5/25/2024 | 100 | 100 |
| 285 | 5246 | | | NS | Polaris | 5/24/2024 | 42 | |
| 286 | 5394 | | | NS | Internal | 5/23/2024 | 70.8 | |
| 287 | 7142 | | | NS | 21st | 5/23/2024 | 58 | |
| 288 | 7589 | | | NS | LSI | 5/23/2024 | 149 | |
| 289 | 5701 | | | NS | FASMR | 5/22/2024 | 228 | 100 |
| 290 | 5702 | | | NS | FASMR | 5/22/2024 | 228 | 100 |
| 291 | 5011 | | | NS | Internal | 5/21/2024 | 119 | |
| 292 | 5011 | | | NS | Internal | 5/21/2024 | 74 | |
| 293 | 5219 | | | NS | Fasano | 5/21/2024 | 100 | 535 |
| 294 | 5330 | | | NS | Internal | 5/21/2024 | 60 | |
| 295 | 6330 | | | SM | FASMR | 5/20/2024 | 54 | 155 |
| 296 | 7144 | | | NS | LSI | 5/20/2024 | 143 | 225 |
| 297 | 8152 | | | NS | Internal | 5/20/2024 | 69 | |
| 298 | 6330 | | | NS | Internal | 5/19/2024 | 82 | |
| 299 | 7637 | | | NS | Polaris | 5/19/2024 | 33 | 160 |
| 300 | 6578 | | | NS | Internal | 5/17/2024 | 115 | |
| 301 | 5692 | | | NS | LSI | 5/16/2024 | 48 | 200 |
| 302 | 5734 | | | NS | Internal | 5/16/2024 | 134 | |
| 303 | 5734 | | | NS | Internal | 5/16/2024 | 91 | |
| 304 | 5632 | | | NS | LSI | 5/14/2024 | 169 | 325 |
| 305 | 5692 | | | NS | LSI | 5/14/2024 | 32 | 350 |
| 306 | 5211 | | | NS | Internal | 5/12/2024 | 158 | |
| 307 | 4517 | | | NS | FASMR | 5/11/2024 | 96 | 165 |
| 308 | 4534 | | | NS | Polaris | 5/9/2024 | 28 | 325 |
| 309 | 5055 | | | NS | Internal | 5/8/2024 | 249 | |
| 310 | 5056 | | | NS | Internal | 5/8/2024 | 63 | |
| 311 | 5616 | | | NS | FASMR | 5/6/2024 | 221 | 125 |
| 312 | 5736 | | | NS | FASMR | 5/6/2024 | 143 | 120 |
| 313 | 4412 | | | NS | 21st | 5/3/2024 | 54 | Clinical |
| 314 | 7592 | | | SM | FASMR | 5/3/2024 | 108 | 175 |
| 315 | 5054 | | | NS | Fasano | 5/2/2024 | 111 | |
| 316 | 4168 | | | NS | Internal | 5/1/2024 | 149 | |
| 317 | 8151 | | | NS | Internal | 5/1/2024 | 103 | |
| 318 | 5206 | | | NS | Internal | 4/30/2024 | 61 | |
| 319 | 4664 | | | NS | FASMR | 4/29/2024 | 63 | 130 |
| 320 | 5706 | | | NS | LSI | 4/29/2024 | 199 | 100 |
| 321 | 5818 | | | NS | LSI | 4/29/2024 | 85 | |
| 322 | 5042 | | | NS | Internal | 4/24/2024 | 137 | |
| 323 | 5207 | | | NS | Internal | 4/23/2024 | 84 | |
| 324 | 5209 | | | NS | Internal | 4/23/2024 | 149 | |
| 325 | 5854 | | | NS | Internal | 4/19/2024 | 64 | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Case Reference | Insured Full Name | Insured DOB | Smoking Status | Underwriter | Report Date | Mean | Mortality Multiplier |
| 326 | 6336 | | | NS | LSI | 4/18/2024 | 96 | 200 |
| 327 | 5250 | | | NS | LSI | 4/17/2024 | 70 | 200 |
| 328 | 5249 | | | NS | Polaris | 4/16/2024 | 108 | 175 |
| 329 | 5009 | | | NS | LSI | 4/15/2024 | 167 | 100 |
| 330 | 5801 | | | NS | Polaris | 4/12/2024 | 131 | 225 |
| 331 | 5808 | | | NS | FASMR | 4/11/2024 | 108 | 115 |
| 332 | 5813 | | | NS | FASMR | 4/7/2024 | 115 | 140 |
| 333 | 4915 | | | NS | Fasano | 4/5/2024 | 54 | |
| 334 | 4986 | | | NS | Internal | 4/5/2024 | 98 | |
| 335 | 5816 | | | NS | Internal | 4/3/2024 | 115 | |
| 336 | 5823 | | | NS | Polaris | 4/2/2024 | 131 | 150 |
| 337 | 5022 | | | NS | Internal | 4/1/2024 | 59 | |
| 338 | 5807 | | | NS | Fasano | 4/1/2024 | 169 | |
| 339 | 5018 | | | NS | Internal | 3/27/2024 | 144 | |
| 340 | 5067 | | | NS | Internal | 3/27/2024 | 144 | |
| 341 | 4928 | | | NS | Fasano | 3/26/2024 | 64 | |
| 342 | 4919 | | | NS | Polaris | 3/25/2024 | 48 | 200 |
| 343 | 5022 | | | NS | Internal | 3/25/2024 | 101 | |
| 344 | 5078 | | | NS | Internal | 3/25/2024 | 109 | |
| 345 | 4762 | | | NS | FASMR | 3/24/2024 | 124 | 145 |
| 346 | 5248 | | | NS | Internal | 3/24/2024 | 129 | |
| 347 | 5819 | | | NS | FASMR | 3/24/2024 | 124 | 145 |
| 348 | 7089 | | | NS | Polaris | 3/23/2024 | 32 | 1.85 |
| 349 | 4733 | | | NS | FASMR | 3/22/2024 | 129 | 100 |
| 350 | 4976 | | | NS | Polaris | 3/22/2024 | 60 | |
| 351 | 3971 | | | NS | FASMR | 3/21/2024 | 72 | 570 |
| 352 | 5015 | | | NS | Polaris | 3/20/2024 | 73 | 200 |
| 353 | 8197 | | | NS | LSI | 3/20/2024 | 155 | 225 |
| 354 | 4982 | | | NS | LSI | 3/18/2024 | 56 | 125 |
| 355 | 5198 | | | NS | Internal | 3/18/2024 | 192 | |
| 356 | 5039 | | | NS | Internal | 3/15/2024 | 90 | |
| 357 | 4971 | | | NS | Polaris | 3/14/2024 | 36 | |
| 358 | 7143 | | | NS | Polaris | 3/14/2024 | 106 | 250 |
| 359 | 3857 | | | NS | Polaris | 3/13/2024 | 75 | 175 |
| 360 | 5198 | | | NS | Polaris | 3/13/2024 | 96 | 225 |
| 361 | 8198 | | | NS | Fasano | 3/13/2024 | 21 | 203 |
| 362 | 3850 | | | NS | Polaris | 3/12/2024 | 90 | |
| 363 | 5731 | | | NS | LSI | 3/11/2024 | 29 | 250 |
| 364 | 4677 | | | NS | Polaris | 3/8/2024 | 89 | 375 |
| 365 | 5754 | | | NS | Polaris | 3/7/2024 | 75 | 175 |
| 366 | 7216 | | | NS | Internal | 3/7/2024 | 53 | |
| 367 | 5761 | | | NS | Internal | 3/6/2024 | 82 | |
| 368 | 7229 | | | NS | 21st | 3/4/2024 | 48 | Clinical |
| 369 | 7231 | | | NS | Internal | 3/3/2024 | 81 | |
| 370 | 5000 | | | NS | Internal | 2/27/2024 | 145 | |
| 371 | 5196 | | | NS | ISC | 2/27/2024 | 92 | 350 |
| 372 | 5749 | | | NS | Internal | 2/24/2024 | 71 | |
| 373 | 5768 | | | NS | Internal | 2/24/2024 | 71 | |
| 374 | 6535 | | | NS | Internal | 2/23/2024 | 33 | |
| 375 | 5820 | | | NS | LSI | 2/21/2024 | 112 | 225 |
| 376 | 4762 | | | NS | Internal | 2/20/2024 | 136 | |
| 377 | 4736 | | | NS | FASMR | 2/17/2024 | 143 | 140 |
| 378 | 4682 | | | NS | Internal | 2/16/2024 | 80 | |
| 379 | 7214 | | | NS | Internal | 2/15/2024 | 30 | |
| 380 | 4549 | | | NS | Polaris | 2/14/2024 | 63 | 250 |
| 381 | 5763 | | | NS | Internal | 2/14/2024 | 128 | |
| 382 | 5747 | | | NS | Polaris | 2/8/2024 | 64 | |
| 383 | 5060 | | | NS | Internal | 2/7/2024 | 96 | |
| 384 | 5812 | | | NS | Internal | 2/4/2024 | 102 | |
| 385 | 4472 | | | NS | Polaris | 1/31/2024 | 47 | 200 |
| 386 | 8196 | | | NS | Polaris | 1/31/2024 | 116 | 150 |
| 387 | 5811 | | | NS | LSI | 1/29/2024 | 148 | 150 |
| 388 | 3347 | | | NS | Polaris | 1/26/2024 | 24 | |
| 389 | 5046 | | | NS | Polaris | 1/26/2024 | 74 | 200 |
| 390 | 5821 | | | NS | LSI | 1/24/2024 | 161 | 175 |
| 391 | 5810 | | | NS | FASMR | 1/23/2024 | 40 | 200 |
| 392 | 5810 | | | NS | FASMR | 1/23/2024 | 39 | 165 |
| 393 | 5247 | | | NS | LSI | 1/18/2024 | 92 | 200 |
| 394 | 6959 | | | NS | LSI | 1/18/2024 | 109 | 400 |
| 395 | 7649 | | | NS | Internal | 1/18/2024 | 93 | |
| 396 | 5814 | | | NS | Internal | 1/17/2024 | 87 | |
| 397 | 4655 | | | NS | Internal | 1/10/2024 | 166 | |
| 398 | 4924 | | | NS | Internal | 1/10/2024 | 91 | |
| 399 | 4998 | | | NS | Internal | 1/9/2024 | 136 | |
| 400 | 5809 | | | NS | FASMR | 1/9/2024 | 51 | 240 |
| 401 | 4553 | | | NS | Internal | 1/3/2024 | 80 | |
| 402 | 5240 | | | NS | Predictive | 1/1/2024 | 117 | 3.81 |
| 403 | 4467 | | | NS | Internal | 12/29/2023 | 43 | |
| 404 | 4364 | | | NS | Internal | 12/21/2023 | 192 | |
| 405 | 4990 | | | NS | LSI | 12/20/2023 | 82 | 200 |
| 406 | 5800 | | | NS | Internal | 12/20/2023 | 187 | |

| | Case Reference | Insured Full Name | Insured DOB | Smoking Status | Underwriter | Report Date | Mean | Mortality Multiplier |
|---|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G | H |
| 4663 | | | NS | FASMR | 12/17/2023 | 147 | 140 |
| 5196 | | | NS | Internal | 12/14/2023 | 135 | |
| 5806 | | | NS | LSI | 12/14/2023 | 52 | |
| 4648 | | | NS | Internal | 12/13/2023 | 147 | |
| 4995 | | | NS | Internal | 12/12/2023 | 133 | |
| 4676 | | | NS | LSI | 12/11/2023 | 133 | 325 |
| 6484 | | | NS | 21st | 12/4/2023 | 48 | Clinical |
| 8131 | | | NS | 21st | 12/4/2023 | 48 | Clinical |
| 5594 | | | NS | Internal | 12/1/2023 | 44 | 125 |
| 4335 | | | NS | Polaris | 11/29/2023 | 105 | 150 |
| 4551 | | | NS | Polaris | 11/28/2023 | 126 | 175 |
| 7141 | | | NS | ISC | 11/28/2023 | 33 | 5.75 |
| 4927 | | | NS | Polaris | 11/25/2023 | 53 | 200 |
| 4551 | | | NS | Polaris | 11/21/2023 | 84 | 150 |
| 4552 | | | NS | LSI | 11/20/2023 | 87 | 150 |
| 4370 | | | NS | Internal | 11/19/2023 | 188 | |
| 5265 | | | NS | Internal | 11/19/2023 | 57 | |
| 4325 | | | NS | Internal | 11/17/2023 | 132 | |
| 4379 | | | NS | LSI | 11/15/2023 | 64 | 125 |
| 4631 | | | NS | Internal | 11/15/2023 | 84 | |
| 6618 | | | NS | Polaris | 11/14/2023 | 174 | 325 |
| 7581 | | | NS | Internal | 11/14/2023 | 132 | |
| 3920 | | | NS | Internal | 11/12/2023 | 213 | |
| 5831 | | | NS | Internal | 11/11/2023 | 190 | |
| 4436 | | | NS | Polaris | 11/10/2023 | 180 | 225 |
| 4015 | | | NS | 21st | 11/6/2023 | 40 | Clinical |
| 4458 | | | NS | Internal | 11/4/2023 | 144 | |
| 4373 | | | NS | Internal | 11/3/2023 | 91 | |
| 5025 | | | NS | Internal | 11/1/2023 | 114 | |
| 4532 | | | NS | FASMR | 10/24/2023 | 151 | 135 |
| 4411 | | | NS | Internal | 10/21/2023 | 81 | |
| 4366 | | | NS | Internal | 10/19/2023 | 84 | |
| 4391 | | | NS | Internal | 10/18/2023 | 169 | |
| 4468 | | | NS | Internal | 10/16/2023 | 76 | |
| 6064 | | | NS | Polaris | 10/16/2023 | 142 | 1.75 |
| 4421 | | | NS | Internal | 10/13/2023 | 113 | |
| 4449 | | | NS | Internal | 10/10/2023 | 153 | |
| 4448 | | | NS | Polaris | 10/9/2023 | 135 | 350 |
| 4490 | | | NS | Polaris | 10/9/2023 | 51 | 200 |
| 4925 | | | NS | LSI | 10/4/2023 | 134 | 200 |
| 4019 | | | NS | LSI | 10/3/2023 | 120 | 300 |
| 4507 | | | NS | Internal | 10/3/2023 | 178 | |
| 4897 | | | NS | LSI | 10/3/2023 | 120 | 300 |
| 4491 | | | NS | Internal | 10/2/2023 | 118 | |
| 4779 | | | NS | Polaris | 10/2/2023 | 72 | 250 |
| 5969 | | | NS | Polaris | 10/2/2023 | 44 | 275 |
| 4775 | | | NS | Polaris | 10/1/2023 | 71 | 150 |
| 6504 | | | NS | Polaris | 10/1/2023 | 123 | 250 |
| 5251 | | | NS | Polaris | 9/30/2023 | 76 | 200 |
| 5252 | | | NS | Polaris | 9/30/2023 | 76 | 200 |
| 5798 | | | NS | Polaris | 9/30/2023 | 76 | 200 |
| 5838 | | | NS | Polaris | 9/30/2023 | 76 | 200 |
| 5983 | | | NS | Polaris | 9/27/2023 | 41 | 250 |
| 8149 | | | NS | Polaris | 9/27/2023 | 110 | 175 |
| 5112 | | | NS | Internal | 9/26/2023 | 53 | |
| 4775 | | | NS | Internal | 9/21/2023 | 72 | |
| 4338 | | | NS | FASMR | 9/19/2023 | 212 | 100 |
| 4407 | | | NS | Internal | 9/18/2023 | 164 | |
| 5260 | | | NS | Internal | 9/18/2023 | 45 | |
| 5261 | | | NS | Internal | 9/18/2023 | 50 | |
| 5266 | | | NS | Internal | 9/18/2023 | 53 | |
| 3991 | | | NS | Polaris | 9/17/2023 | 97 | 175 |
| 5267 | | | NS | Internal | 9/16/2023 | 59 | |
| 5802 | | | NS | Internal | 9/16/2023 | 113 | |
| 4767 | | | NS | Internal | 9/15/2023 | 50 | |
| 5263 | | | NS | Internal | 9/15/2023 | 65 | |
| 5258 | | | NS | Internal | 9/14/2023 | 48 | |
| 5264 | | | NS | Internal | 9/14/2023 | 55 | |
| 5269 | | | NS | Internal | 9/13/2023 | 46 | |
| 8162 | | | NS | Internal | 9/13/2023 | 80 | |
| 5259 | | | NS | Internal | 9/12/2023 | 51 | |
| 5144 | | | NS | Internal | 9/8/2023 | 83 | |
| 4185 | | | NS | Internal | 9/7/2023 | 108 | |
| 4134 | | | NS | LSI | 9/6/2023 | 72 | 100 |
| 4658 | | | NS | Internal | 9/2/2023 | 135 | |
| 4442 | | | NS | Internal | 8/30/2023 | 126 | |
| 4456 | | | NS | Polaris | 8/25/2023 | 52 | |
| 6527 | | | NS | Internal | 8/25/2023 | 151 | |
| 4142 | | | NS | Internal | 8/23/2023 | 193 | |
| 4438 | | | NS | Internal | 8/22/2023 | 156 | |
| 4464 | | | NS | LSI | 8/21/2023 | 57 | 125 |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| | Case Reference | Insured Full Name | Insured DOB | Smoking Status | Underwriter | Report Date | Mean | Mortality Multiplier |
| 488 | 3816 | | | NS | Polaris | 8/12/2023 | 59 | 200 |
| 489 | 4368 | | | NS | Internal | 8/12/2023 | 179 | |
| 490 | 4336 | | | NS | Polaris | 8/11/2023 | 29 | 225 |
| 491 | 4040 | | | NS | FASMR | 8/10/2023 | 206 | 140 |
| 492 | 3805 | | | NS | Polaris | 8/9/2023 | 103 | 150 |
| 493 | 3517 | | | NS | Internal | 8/6/2023 | 65 | |
| 494 | 4533 | | | NS | FASMR | 8/5/2023 | 207 | 110 |
| 495 | 3576 | | | NS | Polaris | 8/4/2023 | 74 | 175 |
| 496 | 4349 | | | NS | Fasano | 8/3/2023 | 160 | |
| 497 | 4482 | | | NS | Polaris | 7/31/2023 | 144 | 300 |
| 498 | 5803 | | | NS | Internal | 7/29/2023 | 155 | |
| 499 | 4548 | | | NS | LSI | 7/28/2023 | 49 | 650 |
| 500 | 4548 | | | NS | FASMR | 7/27/2023 | 180 | 105 |
| 501 | 3562 | | | NS | Polaris | 7/24/2023 | 120 | |
| 502 | 4445 | | | NS | Internal | 7/24/2023 | 121 | |
| 503 | 3853 | | | NS | FASMR | 7/20/2023 | 199 | 115 |
| 504 | 4417 | | | NS | Internal | 7/20/2023 | 179 | |
| 505 | 4476 | | | NS | Internal | 7/12/2023 | 105 | |
| 506 | 4049 | | | NS | Predictive | 7/11/2023 | 212 | 1.94 |
| 507 | 3488 | | | NS | Polaris | 7/8/2023 | 119 | 225 |
| 508 | 4353 | | | NS | LSI | 7/7/2023 | 34 | 500 |
| 509 | 4486 | | | NS | Internal | 7/7/2023 | 157 | |
| 510 | 3446 | | | NS | Polaris | 6/28/2023 | 189 | 650 |
| 511 | 7787 | | | NS | Polaris | 6/20/2023 | 96 | 200 |
| 512 | 8175 | | | NS | LSI | 6/19/2023 | 45 | 150 |
| 513 | 3431 | | | NS | Internal | 6/14/2023 | 167 | |
| 514 | 3858 | | | NS | Internal | 6/14/2023 | 135 | |
| 515 | 4031 | | | NS | FASMR | 6/13/2023 | 144 | 100 |
| 516 | 4472 | | | NS | LSI | 6/7/2023 | 82 | 300 |
| 517 | 8175 | | | NS | FASMR | 5/30/2023 | 41 | 285 |
| 518 | 4051 | | | NS | LSI | 5/24/2023 | 114 | 250 |
| 519 | 4044 | | | NS | LSI | 5/18/2023 | 127 | 300 |
| 520 | 3787 | | | NS | LSI | 5/4/2023 | 191 | 500 |
| 521 | 4891 | | | NS | FASMR | 4/20/2023 | 148 | 100 |
| 522 | 3435 | | | NS | ISC | 4/19/2023 | 73 | 3000 |
| 523 | 3989 | | | NS | Polaris | 4/16/2023 | 48 | 200 |
| 524 | 3365 | | | NS | Internal | 4/12/2023 | 91 | |
| 525 | 3432 | | | NS | Polaris | 4/10/2023 | 182 | 150 |
| 526 | 5799 | | | NS | FASMR | 4/6/2023 | 43 | 155 |
| 527 | 7650 | | | NS | Polaris | 3/31/2023 | 118 | 375 |
| 528 | 6526 | | | NS | Fasano | 3/30/2023 | 84 | |
| 529 | 7104 | | | NS | LSI | 3/29/2023 | 69 | 700 |
| 530 | 3434 | | | NS | 21st | 3/24/2023 | 36 | Clinical |
| 531 | 5752 | | | NS | Polaris | 3/22/2023 | 12 | |
| 532 | 4176 | | | NS | Internal | 3/17/2023 | 60 | |
| 533 | 3551 | | | NS | Internal | 3/16/2023 | 130 | |
| 534 | 6495 | | | NS | Polaris | 3/15/2023 | 116 | 200 |
| 535 | 3459 | | | NS | Polaris | 3/9/2023 | 145 | 175 |
| 536 | 3789 | | | NS | Internal | 3/9/2023 | 47 | |
| 537 | 6528 | | | NS | FASMR | 2/28/2023 | 114 | 135 |
| 538 | 7120 | | | NS | Polaris | 2/23/2023 | 104 | 150 |
| 539 | 7113 | | | NS | LSI | 2/16/2023 | 55 | 3200 |
| 540 | 8179 | | | NS | LSI | 2/15/2023 | 69 | 2800 |
| 541 | 3447 | | | NS | LSI | 1/31/2023 | 104 | 4000 |
| 542 | 8190 | | | NS | Internal | 1/31/2023 | 58 | |
| 543 | 6529 | | | NS | FASMR | 1/28/2023 | 221 | 115 |
| 544 | 5972 | | | NS | LSI | 1/26/2023 | 152 | 150 |
| 545 | 8177 | | | NS | Polaris | 1/24/2023 | 156 | 125 |
| 546 | 5976 | | | NS | Fasano | 1/23/2023 | 104 | |
| 547 | 6614 | | | NS | Polaris | 1/23/2023 | 140 | 300 |
| 548 | 5966 | | | NS | Internal | 1/20/2023 | 175 | |
| 549 | 3460 | | | NS | 21st | 1/18/2023 | 40 | Clinical |
| 550 | 6566 | | | NS | Internal | 1/15/2023 | 125 | |
| 551 | 6550 | | | NS | Internal | 1/13/2023 | 146 | |
| 552 | 6538 | | | NS | LSI | 1/11/2023 | 88 | 900 |
| 553 | 5976 | | | NS | FASMR | 1/5/2023 | 158 | 110 |
| 554 | 3454 | | | NS | Internal | 12/31/2022 | 156 | |
| 555 | 6531 | | | NS | Predictive | 12/28/2022 | 134 | 519 |
| 556 | 6549 | | | NS | LSI | 12/28/2022 | 93 | 775 |
| 557 | 6558 | | | NS | Polaris | 12/23/2022 | 118 | 100 |
| 558 | 5212 | | | NS | LSI | 12/22/2022 | 46 | 150 |
| 559 | 6494 | | | NS | Polaris | 12/20/2022 | 174 | 100 |
| 560 | 6549 | | | NS | LSI | 12/20/2022 | 210 | 225 |
| 561 | 6584 | | | NS | Polaris | 12/20/2022 | 174 | 100 |
| 562 | 6544 | | | NS | ISC | 12/9/2022 | 132 | 250 |
| 563 | 5968 | | | NS | LSI | 12/6/2022 | 175 | 125 |
| 564 | 5968 | | | NS | LSI | 12/6/2022 | 125 | 175 |
| 565 | 6532 | | | NS | Internal | 12/1/2022 | 94 | |
| 566 | 6541 | | | NS | Polaris | 12/1/2022 | 75 | 175 |
| 567 | 6498 | | | NS | FASMR | 11/23/2022 | 148 | 110 |
| 568 | 3455 | | | NS | Polaris | 11/22/2022 | 170 | |

|  | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
|  | Case Reference | Insured Full Name | Insured DOB | Smoking Status | Underwriter | Report Date | Mean | Mortality Multiplier |
| 3807 |  |  | NS | Polaris | 11/18/2022 | 62 | 350 |
| 3176 |  |  | NS | Polaris | 11/16/2022 | 44 | 200 |
| 5013 |  |  | NS | Polaris | 11/16/2022 | 44 | 200 |
| 5102 |  |  | NS | Polaris | 11/16/2022 | 44 | 200 |
| 4786 |  |  | NS | Polaris | 11/3/2022 | 59 | 175 |
| 5053 |  |  | NS | FASMR | 11/3/2022 | 184 | 125 |
| 6534 |  |  | NS | Internal | 11/2/2022 | 187 |  |
| 6530 |  |  | NS | Internal | 11/1/2022 | 181 | 100 |
| 6539 |  |  | NS | Polaris | 10/27/2022 | 176 | 125 |
| 6539 |  |  | NS | Polaris | 10/27/2022 | 123 | 175 |
| 3455 |  |  | NS | LSI | 10/24/2022 | 136 | 100 |
| 6533 |  |  | NS | Polaris | 10/24/2022 | 172 | 250 |
| 6540 |  |  | NS | Polaris | 10/20/2022 | 73 | 275 |
| 4735 |  |  | NS | Fasano | 10/18/2022 | 87 |  |
| 5972 |  |  | NS | Polaris | 10/18/2022 | 119 | 200 |
| 6545 |  |  | NS | LSI | 10/12/2022 | 140 | 125 |
| 4784 |  |  | NS | LSI | 10/10/2022 | 117 | 225 |
| 8191 |  |  | NS | Internal | 10/1/2022 | 99 |  |
| 8193 |  |  | NS | Internal | 10/1/2022 | 116 | 150 |
| 5970 |  |  | NS | Polaris | 9/29/2022 | 158 | 150 |
| 4783 |  |  | NS | Internal | 9/27/2022 | 167 |  |
| 5242 |  |  | NS | LSI | 9/26/2022 | 60 | 3000 |
| 6554 |  |  | NS | Polaris | 9/17/2022 | 144 | 200 |
| 6536 |  |  | NS | LSI | 9/16/2022 | 129 | 150 |
| 3069 |  |  | NS | Polaris | 9/9/2022 | 32 | 175 |
| 6575 |  |  | NS | Internal | 9/8/2022 | 142 |  |
| 6542 |  |  | NS | 21st | 9/7/2022 | 48 |  |
| 5977 |  |  | NS | Polaris | 8/21/2022 | 108 |  |
| 6543 |  |  | NS | LSI | 8/5/2022 | 202 | 275 |
| 6553 |  |  | NS | Polaris | 8/2/2022 | 68 | 150 |
| 7121 |  |  | NS | Polaris | 8/2/2022 | 86 | 100 |
| 6605 |  |  | NS | Polaris | 7/29/2022 | 61 | 275 |
| 6561 |  |  | NS | Polaris | 7/27/2022 | 158 | 300 |
| 6562 |  |  | NS | Polaris | 7/27/2022 | 158 | 300 |
| 6605 |  |  | NS | Polaris | 7/27/2022 | 99 | 150 |
| 6544 |  |  | NS | LSI | 7/26/2022 | 151 | 160 |
| 7331 |  |  | NS | Internal | 7/19/2022 | 159 |  |
| 7337 |  |  | NS | Internal | 7/19/2022 | 159 |  |
| 8176 |  |  | NS | LSI | 7/18/2022 | 95 |  |
| 7335 |  |  | NS | Internal | 7/15/2022 | 106 |  |
| 6552 |  |  | NS | Polaris | 7/14/2022 | 90 | 125 |
| 5969 |  |  | NS | LSI | 7/7/2022 | 78 |  |
| 6497 |  |  | NS | LSI | 7/6/2022 | 81 | 200 |
| 7334 |  |  | NS | Internal | 7/3/2022 | 63 |  |
| 6548 |  |  | NS | Internal | 6/30/2022 | 209 |  |
| 5981 |  |  | NS | FASMR | 6/22/2022 | 172 | 150 |
| 5982 |  |  | NS | Internal | 6/14/2022 | 128 |  |
| 6578 |  |  | NS | Internal | 6/14/2022 | 163 |  |
| 8147 |  |  | NS | FASMR | 6/13/2022 | 109 | 163 |
| 6577 |  |  | NS | Internal | 6/10/2022 | 145 |  |
| 6557 |  |  | NS | ISC | 6/9/2022 | 27 | 100 |
| 5974 |  |  | NS | Internal | 6/4/2022 | 174 |  |
| 5979 |  |  | NS | LSI | 6/1/2022 | 109 | 250 |
| 6516 |  |  | NS | Internal | 6/1/2022 | 69 |  |
| 6559 |  |  | NS | 21st | 5/31/2022 | 30 | Clinical |
| 6556 |  |  | NS | Internal | 5/27/2022 | 188 |  |
| 6551 |  |  | NS | Fasano | 5/18/2022 | 213 | 140 |
| 5982 |  |  | NS | Polaris | 5/17/2022 | 156 | 200 |
| 5973 |  |  | NS | Polaris | 5/14/2022 | 189 | 200 |
| 4506 |  |  | NS | LSI | 5/10/2022 | 151 | 400 |
| 4506 |  |  | NS | LSI | 5/9/2022 | 210 | 100 |
| 6560 |  |  | NS | FASMR | 5/6/2022 | 173 | 195 |
| 6546 |  |  | NS | AVS | 5/5/2022 | 196 | 400 |
| 7578 |  |  | NS | 21st | 4/21/2022 | 24 | Clinical |
| 6570 |  |  | NS | Internal | 4/20/2022 | 200 |  |
| 6514 |  |  | NS | Polaris | 4/12/2022 | 90 |  |
| 6563 |  |  | NS | ISC | 4/12/2022 | 24 |  |
| 6574 |  |  | NS | LSI | 4/11/2022 | 100 | 2200 |
| 7119 |  |  | NS | Internal | 4/11/2022 | 146 |  |
| 5837 |  |  | NS | Internal | 4/5/2022 | 187 |  |
| 5837 |  |  | NS | Internal | 4/5/2022 | 160 |  |
| 6512 |  |  | NS | Internal | 4/1/2022 | 120 |  |
| 6571 |  |  | NS | FASMR | 3/30/2022 | 159 | 140 |
| 6572 |  |  | NS | 21st | 3/25/2022 | 96 | Clinical |
| 6568 |  |  | NS | Internal | 3/23/2022 | 165 |  |
| 6569 |  |  | NS | Internal | 3/23/2022 | 165 |  |
| 6547 |  |  | NS | AVS | 3/17/2022 | 132 | 240 |
| 6525 |  |  | NS | FASMR | 3/8/2022 | 149 | 197 |
| 6520 |  |  | NS | Internal | 2/23/2022 | 86 |  |
| 4779 |  |  | NS | Internal | 2/22/2022 | 83 |  |
| 5984 |  |  | NS | FASMR | 2/22/2022 | 59 | 315 |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| | Case Reference | Insured Full Name | Insured DOB | Smoking Status | Underwriter | Report Date | Mean | Mortality Multiplier |
| | 6519 | | | NS | 21st | 2/18/2022 | 46 | |
| | 6579 | | | NS | AVS | 2/17/2022 | 84 | |
| | 5967 | | | NS | Internal | 2/3/2022 | 224 | |
| | 6590 | | | NS | Predictive | 1/31/2022 | 228 | 256 |
| | 5836 | | | NS | Internal | 1/29/2022 | 186 | |
| | 7112 | | | NS | Internal | 1/26/2022 | 115 | |
| | 6496 | | | NS | ISC | 1/25/2022 | 107 | 325 |
| | 6579 | | | NS | 21st | 1/20/2022 | 84 | Clinical |
| | 5086 | | | NS | Fasano | 1/18/2022 | 50 | 220 |
| | 6582 | | | NS | Internal | 1/13/2022 | 138 | |
| | 6583 | | | NS | Internal | 1/13/2022 | 138 | |
| | 5975 | | | NS | Internal | 1/1/2022 | 196 | |
| | 6547 | | | NS | 21st | 12/28/2021 | 95 | |
| | 6493 | | | NS | FASMR | 12/14/2021 | 174 | 170 |
| | 6522 | | | NS | FASMR | 12/14/2021 | 174 | 170 |
| | 6585 | | | NS | Internal | 12/9/2021 | 144 | |
| | 5241 | | | NS | Internal | 12/6/2021 | 116 | |
| | 6600 | | | NS | Internal | 11/28/2021 | 194 | |
| | 4777 | | | NS | Internal | 11/27/2021 | 108 | |
| | 5793 | | | NS | ISC | 11/24/2021 | 181 | 1.25 |
| | 5241 | | | NS | Internal | 11/22/2021 | 201 | |
| | 6586 | | | NS | LSI | 11/17/2021 | 211 | 100 |
| | 6589 | | | NS | Internal | 11/11/2021 | 122 | |
| | 7583 | | | NS | Internal | 11/10/2021 | 104 | |
| | 7332 | | | NS | Elevation | 10/29/2021 | 67 | |
| | 6508 | | | NS | ISC | 10/26/2021 | 207 | |
| | 6509 | | | NS | ISC | 10/26/2021 | 207 | |
| | 6510 | | | NS | ISC | 10/26/2021 | 207 | |
| | 6511 | | | NS | ISC | 10/26/2021 | 207 | |
| | 6523 | | | NS | Internal | 10/25/2021 | 136 | |
| | 6573 | | | NS | Internal | 10/7/2021 | 224 | |
| | 5834 | | | NS | Internal | 10/6/2021 | 170 | |
| | 6586 | | | NS | FASMR | 10/4/2021 | 166 | |
| | 4780 | | | NS | FASMR | 9/30/2021 | 56 | 204 |
| | 6555 | | | NS | LSI | 9/7/2021 | 210 | |
| | 6604 | | | NS | Fasano | 8/23/2021 | 194 | |
| | 6588 | | | NS | ISC | 8/13/2021 | 100 | |
| | 7334 | | | NS | Polaris | 8/12/2021 | 123 | |
| | 6603 | | | NS | Fasano | 8/4/2021 | 72 | |
| | 5832 | | | NS | Predictive | 8/2/2021 | 138 | 265 |
| | 6576 | | | NS | LSI | 7/30/2021 | 75 | 3000 |
| | 6500 | | | NS | ISC | 7/29/2021 | 124 | |
| | 6606 | | | NS | LSI | 7/29/2021 | 164 | 125 |
| | 6607 | | | NS | LSI | 7/29/2021 | 164 | 125 |
| | 7118 | | | NS | ISC | 7/21/2021 | 25 | |
| | 5245 | | | NS | LSI | 7/20/2021 | 78 | |
| | 6602 | | | NS | 21st | 6/30/2021 | 48 | Clinical |
| | 6598 | | | NS | ISC | 6/25/2021 | 87 | |
| | 7116 | | | NS | AVS | 6/22/2021 | 48 | |
| | 4363 | | | NS | LSI | 6/14/2021 | 65 | 150 |
| | 6601 | | | NS | Internal | 6/10/2021 | 60 | |
| | 5105 | | | NS | ISC | 5/19/2021 | 51 | |
| | 7117 | | | NS | ISC | 5/19/2021 | 51 | |
| | 6599 | | | NS | LSI | 5/11/2021 | 97 | 225 |
| | 8091 | | | NS | LSI | 4/14/2021 | 145 | |
| | 4497 | | | NS | FASMR | 4/13/2021 | 163 | |
| | 5625 | | | NS | ISC | 4/8/2021 | 44 | 2.75 |
| | 6595 | | | NS | 21st | 3/8/2021 | 96 | Clinical |
| | 6596 | | | NS | Predictive | 2/23/2021 | 27 | |
| | 8174 | | | NS | LSI | 2/16/2021 | 132 | 300 |
| | 5001 | | | NS | Predictive | 1/28/2021 | 119 | |
| | 6597 | | | NS | LSI | 1/26/2021 | 55 | |
| | 6597 | | | NS | LSI | 1/26/2021 | 51 | 325 |
| | 4776 | | | NS | Fasano | 1/19/2021 | 141 | |
| | 7114 | | | NS | PR Advisory | 1/8/2021 | 190 | 169 |
| | 7115 | | | NS | Internal | 1/6/2021 | 138 | |
| | 5251 | | | NS | Fasano | 12/28/2020 | 136 | |
| | 5252 | | | NS | Fasano | 12/28/2020 | 136 | |
| | 5798 | | | NS | Fasano | 12/28/2020 | 136 | |
| | 5838 | | | NS | Fasano | 12/28/2020 | 136 | |
| | 8184 | | | NS | Fasano | 12/22/2020 | 25 | |
| | 5098 | | | NS | LSI | 12/18/2020 | 54 | 2.85 |
| | 5731 | | | NS | Fasano | 12/18/2020 | 57 | |
| | 8188 | | | NS | 21st | 12/11/2020 | 59 | |
| | 5833 | | | NS | Fasano | 11/30/2020 | 132 | |
| | 5795 | | | NS | LSI | 11/23/2020 | 74 | 1.25 |
| | 4504 | | | NS | Fasano | 10/23/2020 | 143 | |
| | 8065 | | | NS | ISC | 10/23/2020 | 76 | |
| | 5115 | | | NS | Fasano | 10/6/2020 | 71 | |
| | 8185 | | | NS | 21st | 10/5/2020 | 46 | |
| | 5112 | | | NS | Fasano | 8/4/2020 | 52 | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| | Case Reference | Insured Full Name | Insured DOB | Smoking Status | Underwriter | Report Date | Mean | Mortality Multiplier |
| 731 | 5114 | | | NS | Internal | 7/8/2020 | 143 | |
| 732 | 8194 | | | NS | AVS | 3/6/2020 | 126 | 180 |
| 733 | 5624 | | | NS | AVS | 2/10/2020 | 120 | 3.05 |
| 734 | 5132 | | | NS | LSI | 2/7/2020 | 115 | 175 |
| 735 | 6608 | | | NS | LSI | 1/9/2020 | 103 | |
| 736 | 3458 | | | NS | 21st | 12/17/2019 | 36 | Clinical |
| 737 | 4774 | | | NS | Predictive | 12/1/2019 | 72 | |
| 738 | 7233 | | | NS | AVS | 10/30/2019 | 89 | |
| 739 | 5137 | | | NS | Fasano | 10/23/2019 | 78 | |
| 740 | 5983 | | | NS | LSI | 10/23/2019 | 72 | |
| 741 | 4190 | | | NS | LSI | 10/18/2019 | 107 | |
| 742 | 5145 | | | NS | ISC | 10/8/2019 | 82 | |
| 743 | 4771 | | | NS | Fasano | 10/3/2019 | 150 | |
| 744 | 6609 | | | NS | LSI | 10/3/2019 | 86 | Clinical (doesn't indicate mean or median) |
| 745 | 5622 | | | NS | LSI | 10/1/2019 | 50 | Clinical (doesn't indicate mean or median) |
| 746 | 5123 | | | NS | 21st | 9/25/2019 | 60 | Clinical |
| 747 | 5002 | | | NS | Fasano | 9/20/2019 | 196 | |
| 748 | 8158 | | | NS | Fasano | 9/12/2019 | 118 | |
| 749 | 5128 | | | NS | Fasano | 9/10/2019 | 74 | |
| 750 | 6612 | | | NS | Predictive | 8/29/2019 | 82 | |
| 751 | 5124 | | | NS | 21st | 8/28/2019 | 180 | |
| 752 | 5762 | | | NS | EMSI | 8/8/2019 | 115 | |
| 753 | 5839 | | | NS | LSI | 7/17/2019 | 39 | 250 |
| 754 | 7230 | | | NS | Elevation | 7/2/2019 | 88 | |
| 755 | 5151 | | | NS | Fasano | 5/31/2019 | 29 | |
| 756 | 3991 | | | NS | LSI | 5/17/2019 | 178 | 150 |
| 757 | 5255 | | | NS | Fasano | 4/26/2019 | 90 | |
| 758 | 5180 | | | NS | LSI | 4/24/2019 | 34 | |
| 759 | 5153 | | | NS | Fasano | 4/19/2019 | 261 | |
| 760 | 5153 | | | NS | Fasano | 4/19/2019 | 199 | |
| 761 | 6610 | | | NS | Fasano | 4/19/2019 | 48 | |
| 762 | 5254 | | | NS | Predictive | 4/17/2019 | 109 | |
| 763 | 7232 | | | NS | EMSI | 4/17/2019 | 100 | |
| 764 | 5767 | | | NS | AVS | 4/11/2019 | 57 | |
| 765 | 5744 | | | NS | Predictive | 3/28/2019 | 76 | 3.54 |
| 766 | 5744 | | | NS | Predictive | 3/27/2019 | 155 | 2.05 |
| 767 | 7228 | | | NS | EMSI | 3/27/2019 | 165 | |
| 768 | 4322 | | | NS | LSI | 3/21/2019 | 69 | |
| 769 | 4428 | | | NS | LSI | 3/21/2019 | 69 | |
| 770 | 7246 | | | NS | Predictive | 3/18/2019 | 107 | |
| 771 | 7246 | | | NS | EMSI | 3/11/2019 | 104 | |
| 772 | 7227 | | | NS | EMSI | 3/5/2019 | 115 | |
| 773 | 5765 | | | NS | EMSI | 2/19/2019 | 165 | |
| 774 | 6507 | | | NS | 21st | 1/14/2019 | 96 | |
| 775 | 5965 | | | NS | ISC | 12/31/2018 | 86 | |
| 776 | 5758 | | | NS | Fasano | 12/17/2018 | 155 | |
| 777 | 5759 | | | NS | EMSI | 12/17/2018 | 131 | |
| 778 | 5764 | | | NS | Fasano | 12/6/2018 | 167 | |
| 779 | 5974 | | | NS | 21st | 11/29/2018 | 36 | |
| 780 | 5753 | | | NS | Predictive | 11/27/2018 | 62 | |
| 781 | 5748 | | | NS | Elevation | 11/16/2018 | 116 | |
| 782 | 7220 | | | NS | Predictive | 11/14/2018 | 108 | |
| 783 | 7217 | | | NS | Predictive | 10/24/2018 | 116 | |
| 784 | 7218 | | | NS | Predictive | 10/24/2018 | 116 | |
| 785 | 7330 | | | NS | EMSI | 10/19/2018 | 121 | |
| 786 | 6160 | | | NS | LSI | 10/3/2018 | 114 | 2.5 |
| 787 | 7330 | | | NS | AVS | 10/3/2018 | 81 | 165 |
| 788 | 5415 | | | NS | Internal | 10/1/2018 | 51 | |
| 789 | 7209 | | | NS | 21st | 9/27/2018 | 69 | Clinical |
| 790 | 5396 | | | NS | AVS | 9/14/2018 | 52 | 115 (post-changes) |
| 791 | 5262 | | | NS | AVS | 9/4/2018 | 74 | 1 (post-changes) |
| 792 | 8160 | | | NS | Internal | 9/1/2018 | 75 | |
| 793 | 8161 | | | NS | Internal | 9/1/2018 | 75 | |
| 794 | 7219 | | | NS | Predictive | 8/30/2018 | 85 | |
| 795 | 7213 | | | NS | Elevation | 8/29/2018 | 86 | |
| 796 | 5257 | | | NS | Predictive | 8/11/2018 | 78 | |
| 797 | 5757 | | | NS | AVS | 7/9/2018 | 134 | 110 (Post-changes) |
| 798 | 5160 | | | NS | AVS | 6/18/2018 | 120 | Clinical - post changes |
| 799 | 7333 | | | NS | AVS | 6/18/2018 | 55 | 140 (post-changes) |
| 800 | 5760 | | | NS | AVS | 5/31/2018 | 111 | 125 (post-changes) |
| 801 | 5270 | | | NS | Internal | 4/6/2018 | 180 | |
| 802 | 5111 | | | NS | Fasano | 4/3/2018 | 89 | |
| 803 | 8192 | | | NS | AVS | 3/2/2018 | 111 | 225 (post-change) |
| 804 | 5755 | | | NS | AVS | 2/5/2018 | 122 | 140 (post-change) |
| 805 | 5750 | | | NS | Predictive | 1/4/2018 | 142 | |
| 806 | 5766 | | | NS | Predictive | 1/4/2018 | 142 | |
| 807 | 5176 | | | NS | Fasano | 12/28/2017 | 49 | |
| 808 | 5177 | | | NS | Fasano | 12/28/2017 | 49 | |
| 809 | 8187 | | | NS | AVS | 12/18/2017 | 106 | 180 (post-change) |
| 810 | 5753 | | | NS | Predictive | 12/9/2017 | 133 | |
| 811 | 5395 | | | NS | Fasano | 10/9/2017 | 118 | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Case Reference | Insured Full Name | Insured DOB | Smoking Status | Underwriter | Report Date | Mean | Mortality Multiplier |
| 812 | 7234 | | | NS | AVS | 8/11/2017 | 130 | 210 (post-change) |
| 813 | 7211 | | | NS | AVS | 4/18/2017 | 108 | Clinical (post-change) |
| 814 | 5287 | | | NS | Fasano | 12/30/2016 | 91 | |
| 815 | 7223 | | | NS | Fasano | 12/12/2014 | 157 | |
| 816 | 8189 | | | NS | AVS | 6/3/2014 | 90 | Clinical (Pre-change) |
| 817 | 5315 | | | NS | AVS | 4/2/2014 | 135 | 235 |
| 818 | 7222 | | | NS | 21st | 6/27/2013 | 127 | 1.99 |
| 819 | 7210 | | | NS | AVS | 11/30/2012 | 125 | 100 |
| 820 | 7121 | | | NS | FASMR | 1/6/2022 | 73 | |