# EXHIBIT 36

ABL00078179

Placeholder exhibit filed pursuant to §12.3 of the Parties' Confidentiality Agreement and pending resolution of contemporaneous motion to file under seal.