# EXHIBIT 45

July 2, 2026 30(b)(6) C.McGoff – Deposition

Placeholder exhibit filed pursuant to §12.3 of the Parties' Confidentiality Agreement and pending resolution of contemporaneous motion to file under seal.