# EXHIBIT A

# Judge Allows Abacus to Proceed With Coventry Defamation Suit



Life insurance form. | Ilya Zlatyev/Shutterstock

## Coventry, meanwhile, continues to assert that Abacus 'misleads the public.'

**By Sarah Cohen**

July 14, 2026 05:13 PM

Defendants Coventry First LLC, on July 9, continued to stand by its practices and first amendment rights as a federal judge rejected a motion to dismiss a pending

In July 2025 Abacus filed a suit against Buerger and Coventry alleging the firm had for years made false statements about Abacus to harm its business. Among the allegations made by Coventry was that Abacus underestimated life expectancies, thereby inflating the value of its policies.

"Defendants deny that Abacus is 'transparent' or forthright in its business dealings, much less a victim of any defamation," Coventry said in its July 9 filing, a counterclaim, following a June 25 ruling from Judge Roy B. Dalton, Jr. of the United States District Court, Middle District of Florida to reject part of Coventry's motion to dismiss the lawsuit against Coventry and its cofounder and chairman Alan Buerger by Abacus.

As Coventry's motion to dismiss was denied the matter will move to trial in early April 2027.

"Coventry did nothing but again claim an imaginary right to regurgitate the same phony claims they have been spewing for years," Abacus CEO Jay Jackson told The Life Settlements Report. "These are claims we've demonstrably proven false, and a Federal judge agreed just last month that we've plausibly alleged Coventry's efforts were a scheme to destroy Abacus through malfeasance."

The July 9 countersuit and late June decision to let many of Abacus' allegations move to trial is the latest machination in now-years-long dispute between the two life settlements giants.

"The case is moving ahead rapidly, with depositions of Coventry leadership ongoing," Jackson said. "As this case advances, Coventry's lies and anti-competitive practices are being brought out into the open."

Abacus' complaint describes what it calls a "scheme" by Buerger and Coventry to "undermine Abacus through misleading statements," among them that Abacus leveraged a relationship with Lapetus, which Coventry and Buerger claimed underestimated life expectancies. Coventry also claimed Abacus paid policyholders too much, which allowed it to inflate its stock price.

According to Abacus' 2025 complaint, it used Lapetus among six life expectancy estimates. "None of Abacus's valuation of the policies it already owns, the policies it sells to third parties, or the bespoke investment opportunities it crafts for institutional investors depend on [Lapetus'] life expectancy estimates."

"Discovery thus far has confirmed that Abacus repeatedly misrepresented the truth in its pleadings—and has continued to openly lie and mislead the public and the government—to cover up the serious problems with, and unlawful conduct in, its business," Coventry said in its most recent statement.

Coventry and Buerger had approached industry professionals, "regulators, business partners, customers and investors," assuming the worst and spreading rumors about Abacus "without basis in fact," added Alex Zuckerman, of Quinn Emanuel Urquhard & Sullivan, Abacus' counsel.

"The case will now proceed with depositions of top Coventry executives, including Buerger, whom Abacus believes possess evidence of, in the Court's words, Coventry's 'scheme to destroy Abacus,'" Abacus said in a statement June 26.

TAGS     LIFE SETTLEMENTS          LIFE & HEALTH INSURANCE          UNDISCLOSED

FLORIDA



New:
M&A Deals
Turn market intelligence into deal opportunities.
Discover M&A Deals

COMPANIES

Abacus Global Management Inc. v. Coventry First LLC

---

## PEOPLE

---

Jay Jackson