# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| ABACUS GLOBAL MANAGEMENT, INC., a corporation,<br><br>    Plaintiff,<br><br>v.<br><br><br><br>COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual,<br><br><br><br>    Defendants. | Case No.: 6:25-cv-01401-RBD-RMN |

## DECLARATION OF JAY JACKSON

I, Jay Jackson, declare as follows:

1. I am the Chairman and Chief Executive Officer of Abacus Global Management, Inc. ("Abacus"), Plaintiff in this lawsuit.

2. I have personal knowledge of the facts set forth in this declaration, unless otherwise stated, and I could and would testify to them competently if called as a witness.

1

3. I am familiar with Coventry First LLC's ("Coventry") Answer to Abacus' Amended Complaint, Dkt. 101, as well as the parties' respective renewed Motions to Seal certain exhibits to that Answer, at Dkts. 104 and 105.

4. The documents Abacus seeks to maintain under seal, and which Coventry opposes sealing and seeks to file unredacted on the public docket, contain highly confidential and sensitive business information that would cause severe harm to Abacus and its business if made public.

5. Dkt. 101-2 (ABL00082742) includes details of Abacus' strategic considerations in allocating capital to new acquisitions and investments.

6. Dkt. 101-3 (ABL00082744) contains information regarding how Abacus generates profits in individual transactions, including through use of its proprietary pricing algorithm.

7. Dkt. 101-39 (ABL00011441) contains information regarding Abacus' pricing practices.

8. Dkt. 101-40 (ABL00051306) is a confidential and proprietary study conducted by a third-party consultant related to the life expectancy analysis of a portfolio of policies managed by Carlisle Management, a wholly-owned subsidiary of Abacus, and which is subject to a confidentiality agreement between Carlisle and the third party.

2

9. Dkt. 101-41 (LSI026397) is a draft letter of intent from Abacus to Lapetus' Board of Directors and contains sensitive information regarding the terms and conditions of a proposed transaction.

10. Dkt. 101-34 (ABL00144380) discusses spending decisions and specific data on Abacus' balance sheet, and includes information related to Abacus' valuation methodology.

11. Dkt. 101-37 (ABL00079027) discusses prospective bids and contains information related to the strategic decision-making of Abacus' business partner, which Abacus has an independent duty to keep confidential.

12. Dkt. 101-5 (GT00018), Dkt. 101-6 (ABL00200121), Dkt. 101-7 (ABL00078082), Dkt. 101-8 (ABL00215526), and Dkt. 101-35 (ABL00232270) contain sensitive details regarding Abacus' valuation methodology.

13. Dkt. 101-4 (GT007292), Dkt. 101-9 (GT004072), Dkt. 101-10 (GT004000), Dkt. 101-23 (GT086988), Dkt. 101-26 (GT00126), and Dkt. 101-42 (GT00143) consist of confidential communications with, among, or intended for Abacus' auditors, including details of Abacus' valuation methodology.

14. Dkt. 101-22 (ABL00103519) is a note purchase agreement between Lapetus and an Abacus subsidiary, and contains sensitive information

such as valuation of the underlying notes and the associated sale/purchase terms.

15.     Dkt. 101-27 (ABL00022725) is a draft statement to Abacus' shareholders, which on information and belief was inadvertently produced to Coventry but, in fact, should have been withheld as attorney work product. Counsel for Abacus intends to claw back this document.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on:     July 27, 2026
Orlando, Florida    _____
Jay Jackson

4