# EXHIBIT A

HIGHLY CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


*****************************************************

ABACUS GLOBAL MANAGEMENT, INC.,
a corporation

                                    CASE NO.
            Plaintiff,       6:25-cv-1401-RBD-RMN
vs.

COVENTRY FIRST LLC, a limited
liability company; and
ALAN BUERGER, an individual,

            Defendants.

*****************************************************

HIGHLY CONFIDENTIAL

VIDEOTAPED 30(b)(6) DEPOSITION OF CASEY McGOFF,
REPRESENTATIVE OF MORPHEUS RESEARCH LLC
July 2, 2026
9:07 AM to 3:42 PM
Richmond, Virginia

Job No. FLA 8298349
Reported by:  Leslie D. Etheredge, RMR, CCR

HIGHLY CONFIDENTIAL

Page 2

        Videotaped 30(b)(6) Deposition of CASEY McGOFF,
Representative of Morpheus Research LLC, taken by and
before Leslie D. Etheredge, Registered Merit Reporter,
Certified Court Reporter and Notary Public in and
for the Commonwealth of Virginia at Large, pursuant
to the Federal Rules of Civil Procedure and by
Notice of Deposition, commencing at 9:07 AM,
July 2, 2026, at the location of MCGUIREWOODS LLP,
800 East Canal Street, Richmond, Virginia.

APPEARANCES OF COUNSEL:


QUINN EMANUEL URQUHART & SULLIVAN, LLP
BY:  ALEX ZUCKERMAN, ESQUIRE
295 5th Avenue, 9th Floor
New York, New York 10016
212.849.7234
alexzuckerman@quinnemanuel.com
Counsel for the Plaintiff
and
QUINN EMANUEL URQUHART & SULLIVAN, LLP
BY:  KATHLEEN S. MESSINGER, ESQUIRE
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
213.443.3737
kathleenmessinger@quinnemanuel.com
Counsel for the Plaintiff


DECHERT LLP
BY:  MICHAEL H. MCGINLEY, ESQUIRE
Cira Centre, 2929 Arch Street
Philadelphia, Pennsylvania 19104
215.994.2463
michael.mcginley@dechert.com
Counsel for the Defendants

HIGHLY CONFIDENTIAL

Page 3

APPEARANCES OF COUNSEL:  (continuing)

PUGSLEY WOOD LLP

BY:  BRYAN A. WOOD, ESQUIRE

53 State Street, Suite 500

Boston, Massachusetts 02109

617.665.7979

bryan@pugsleywood.com

Counsel for Morpheus Research LLC and the

Deponent, Casey McGoff


ALSO PRESENT:

Ren Angle, Videographer


Jason Sternberg, Esquire, Quinn Emanuel Urquhart &

Sullivan, LLP (via Zoom)


Brady Cobb, Esquire, In-House Counsel for Abacus

Global Management, Inc. (via Zoom)


Eric Auslander, Esquire, Dechert, Inc. (via Zoom)

Amy Welsh, Esquire, In-House Counsel for Coventry

First LLC (via Zoom)

HIGHLY CONFIDENTIAL

Page 4

I N D E X

WITNESS:                                          PAGE


CASEY McGOFF
        Examination By Mr. Zuckerman          9



                        E X H I B I T S


NO.     DESCRIPTION                              PAGE
Exhibit 1    Morpheus Research June 4, 2025      9
             report

Exhibit 2    Subpoena dated 9/17/2025            25

Exhibit 3    Simon Smart report, Bates          29
             ABL_MR_0000713 to 857
Exhibit 4    Evaluating Life Expectancy          36
             Evaluations, Bates Bauer 0000158
             to 176
Exhibit 5    Document titled Interviewee         38
             #7/Interview Date: 04/17/2025,
             Bates ABL_MR_0006407 to 6423
Exhibit 6    Email, Bates LSI012352 to 12353     44
Exhibit 7    January 29, 2024 letter, Bates      52
             CF00024792 to 24800

Exhibit 8    Email, Bates CF00024763             54

Exhibit 9    Letter, Bates CF00024764 to         54
             24773
Exhibit 10   Letter, Bates CF00024774 to         55
             24780

HIGHLY CONFIDENTIAL

Page 5

Exhibit 11    Emails, Bates CF00028021 to         65
              28030

Exhibit 12    Article titled Lapetus              69
              Actual-To-Expected Deaths Study,
              Bates ABL_MR_0002089 to 2093

Exhibit 13    Petition for Writ of Mandamus       81
              and Expedited Hearing for
              Violations of Florida's Public
              Records Act

Exhibit 14    Text messages, Bates CF00021508     86
              to 21510

Exhibit 15    Document titled Coventry Study      87
              of Lapetus Life Expectancies:
              January 2022 through April 2024,
              Bates ABL_MR_0001128

Exhibit 16    Article titled Abacus Reports       98
              Another Quarterly Profit
              Increase

Exhibit 17    Email chain, Bates CF00005036 to    100
              5037

Exhibit 18    5/1/24 email, Bates CF00011966      103
              to 11968

Exhibit 19    Email chain, Bates CF00009209 to    105
              9211

Exhibit 20    May 1, 2024 letter, Bates           118
              CF00029000 to 29004

Exhibit 21    February 28, 2025 letter with       123
              attachments, Bates LSI001651 to
              1673

Exhibit 22    Email chain, Bates CF00007702 to    150
              7705

Exhibit 23    Document titled Interviewee #19/    156
              Interview Date: 04/25/2025,
              Bates ABL_MR_0006647 to 6664

Exhibit 24    6/4/25 Josh May email, Bates        181
              CF00028467 to 28484

HIGHLY CONFIDENTIAL

Page 6

Exhibit 25   Morpheus Research June 12, 2025   183
             report

Exhibit 26   Email chain, Bates CF00028362 to   186
             28462

Exhibit 27   Abacus Global Management press   199
             releases, June 10, 2025

Exhibit 28   Email chain, Bates   203
             ABL_MR_0002502 to 2505

Exhibit 29   Agreement, Bates ABL00687053 to   218
             687058

HIGHLY CONFIDENTIAL

Page 7

THE VIDEOGRAPHER:  Good morning.  We are going on the record at approximately 9:07 AM on Thursday, July 2, 2026.

This is media unit one in the video-recorded deposition of Casey McGoff, taken by plaintiff, for the counsel in the matter Abacus Global Management, Inc. vs. Coventry First LLC and Alan Buerger, filed in the U.S. District Court for the Middle District of Florida, Orlando Division, Case No. 6:25-cv-1401.

The location of this deposition is 800 East Canal Street, Richmond, Virginia 23219.

My name is Ren Angle, representing Veritext Legal Solutions, and I am the videographer.

The court reporter is Leslie Etheredge from the firm Veritext Legal Solutions.

Would counsel please identify themselves for the record.

MR. ZUCKERMAN:  Yes.  For plaintiff, Abacus Global Management, I am Alex Zuckerman from the law firm Quinn Emanuel.

I am joined by my colleague, Kathleen

HIGHLY CONFIDENTIAL

Page 8

Messinger, here to my left, and Jason Sternberg is on the Zoom.

We are also joined by Brady Cobb, in-house counsel for the client.

MR. McGINLEY:  And Michael McGinley, on behalf of defendants, from Dechert LLP.

I am joined by my colleague, Eric Auslander, as well as in-house counsel for Coventry, Ms. Amy Welsh.

MR. WOOD:  Bryan Wood, Pugsley Wood, on behalf of the witness.

THE VIDEOGRAPHER:  Thank you.  Would the court reporter please swear in the witness such that we can proceed.

HIGHLY CONFIDENTIAL

Page 9

CASEY McGOFF, first being duly sworn, testified as follows:

EXAMINATION

BY MR. ZUCKERMAN:

Q.    Good morning, Mr. McGoff.  I'm going to start by handing you what has been marked or what will be marked as Exhibit 1.

(Morpheus Research June 4, 2025 report was marked as Exhibit 1.)

Q.    And we'll be referring to this throughout the day.

Do you recognize this document?

A.    I do.

Q.    What is this?

A.    This is a report that my company authored and published last year focused on Abacus Global Management.

Q.    About your company, whose idea was it to call it Morpheus?

A.    I don't recall.  It was a group-naming effort.

Q.    It's been called Morpheus since you've worked there?

A.    Yes, I founded the business.

Q.    What's the meaning of that name?

HIGHLY CONFIDENTIAL

Page 39

your report, Exhibit 1?

A.     My understanding was Coventry hired Professor Bauer and paid him to help with their studies or, rather, hired him to conduct a study.

Q.     And does that differ from a peer-reviewed study, when someone is paid to do a study?

MR. McGINLEY:  Objection.

A.     In our view, certainly.  I mean we just -- Considering the incentives, if you're paying someone for something, that's not independent.

Q.     So you did not consider the studies that Professor Bauer did on behalf of Coventry to be independent sources of --

A.     Not completely independent but still valuable sources of information.

Q.     What do you -- what do you -- Why does it matter whether it's independent?

A.     Well, Coventry has an incentive to make a competitor look bad, so, if they're paying an academic to conduct a study, then there could be some bias in there, so I think, like with everything that we do, we would still read -- consume the information and try to judge its merit with that in mind.

HIGHLY CONFIDENTIAL

Page 134

to believe or you, as a member of the investing public, that Abacus was conducting a fraud using Lapetus?

A.    I think that they definitely wanted, and, in my opinion, it seems like they wanted the investing community to believe that Abacus's assets were overvalued because of using too short life expectancy estimates from Lapetus.

MR. WOOD:  Let's take a break.

MR. ZUCKERMAN:  Let's take a break.

THE VIDEOGRAPHER:  The time is approximately 11:36 PM, and we're going off the record.

THE COURT REPORTER:  It's 12:36.

THE VIDEOGRAPHER:  12:36.  Sorry.

(Recess from 12:36 PM to 1:29 PM.)

THE VIDEOGRAPHER:  The time is approximately 1:29 PM, and we are back on the record.

BY MR. ZUCKERMAN:

Q.    We were talking earlier about Abacus's produc -- Abacus's profits, their returns; and you had said that their returns were something that you were suspicious of, given the amount they were paying for policies.