UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ABACUS GLOBAL MANAGEMENT, INC.,

       Plaintiff,

v.                           Case No. 6:25-cv-1401-RBD-RMN

COVENTRY FIRST LLC, and ALAN
BUERGER,

       Defendant.

| United States Magistrate Judge: | Robert M. Norway | Courtroom: | 4C |
|---|---|---|---|
| Deputy Clerk: | L. Jernigan | Counsel for Plaintiff: | Jason Sternberg<br>Jack Furness |
| Audio Recording: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form | Counsel for Defendant: | Benjamin Elliott<br>Michael H McGinley |
| Date/Time: | July 29, 2026<br>10:00 A.M.-10:39 A.M. | | |
| Total Time: | 39 minutes | | |

CLERK'S MINUTES
Motion to File under Seal Hearing (Doc 104 and 105)

Case called, appearances made, procedural setting by the Court.
The parties make arguments on the motion.

- 2 -

The Court grants in part the Motions to Seal at Doc 104 and 105.
Court makes findings as stated on the record. Order to be entered.
Court adjourned.