UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ABACUS GLOBAL
MANAGEMENT, INC.,

      Plaintiff,

vs.

                         Case No.
                         6:25-cv-1401-RBD-RMN

COVENTRY FIRST LLC; and
ALAN BUERGER,

      Defendants.

## ORDER

      This matter is before the Court on Defendants' Motion to File Documents Under Seal (Dkt. 104), and Plaintiff's Motion to File Documents Under Seal (Dkt. 105). Both parties responded to the motions. Dkts. 107, 108, 109. On July 29, 2026, the Court held an in-person hearing on the issues raised. Dkt. 113. For the reasons stated on the record at the hearing, the parties' motions are due to be granted in part and denied in part.

      Accordingly, it is **ORDERED**:

      1.    Defendants' Motion (Dkt. 104) and Plaintiff's Motion (Dkt. 105) are **GRANTED in part and DENIED in part**;

      2.    Documents 101-11; 101-13; 101-16; 101-18; 101-19; 101-20; 101-21; 101-25; 101-29; 101-30; 101-33; and 101-45 (the documents listed in

category A of the list discussed at the hearing) shall be filed un-redacted and un-sealed on the docket;

3.    Defendants' Answer/Counterclaim and Documents 101-3; 101-6; 101-8; 101-9; and 101-10 (the documents listed in category B); and Documents 101-12; 101-14; 101-15; 101-17; 101-24; 101-31; 101-38; 101-43 (the documents listed in category D) shall be filed, if not already, with redactions;

4.    Documents 101-2; 101-4; 101-5; 101-7; 101-22; 101-23; 101-26; 101-27; 101-32; 101-34; 101-35; 101-36; 101-37; 101-39; 101-40; 101-41; 101-42; 101-44 (the documents listed in category C) shall be filed under seal; and

5.    Any other requested relief is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida, on July 29, 2026.

_____
ROBERT M. NORWAY
*United States Magistrate Judge*

Copies to:

Counsel of Record