# EXHIBIT 2

ABL00082742

Filed Under Seal Pursuant to Court Order, Dkt. 115.