# EXHIBIT 3

ABL00082744

**From:** Jay Jackson [jay@abacuslife.com]
**Sent:** 8/23/2021 3:38:08 PM
**To:** Scott Kirby [scott@abacuslife.com]; Sean McNealy [sean@abacuslife.com]; Matt Ganovsky [matt@abacuslife.com]; Bill McCauley [bill@abacuslife.com]
**Subject:** RE: Lapetus Project_data
**Attachments:** image001.png; image002.png; image003.png; image004.jpg

[redacted]

**From:** Scott Kirby <scott@abacuslife.com>
**Sent:** Monday, August 23, 2021 10:16 AM
**To:** Jay Jackson <jay@abacuslife.com>; Sean McNealy <sean@abacuslife.com>; Matt Ganovsky <matt@abacuslife.com>; Bill McCauley <bill@abacuslife.com>
**Subject:** RE: Lapetus Project_data

[redacted]

Sincerely,

Scott Kirby
Managing Partner

*Click Here to use our Life Settlement Calculator*

407.455.7610| scott@abacuslife.com | abacuslife.com | 2101 Park Center Drive, Ste. 170, Orlando, FL 32835 |

ABACUS LIFE
OPTIONS FOR YOUR LIFE INSURANCE

The information contained in this electronic mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be a client communication and/or work product which may contain proprietary information and as such is privileged and confidential. If the reader of this message is not the intended recipient(s) or an agent responsible for delivering it to the intended recipient(s), you are hereby notified that you have received this message and any attachments hereto in error and that any review, dissemination, distribution, or copying of this message whole or in part is strictly prohibited and may subject you to civil and/or criminal penalties under state or federal law. If you have received this message in error, please notify the sender immediately by email, and delete the original message.

**From:** Jay Jackson <jay@abacuslife.com>
**Sent:** Monday, August 23, 2021 9:57 AM
**To:** Sean McNealy <sean@abacuslife.com>; Scott Kirby <scott@abacuslife.com>; Matt Ganovsky <matt@abacuslife.com>; Bill McCauley <bill@abacuslife.com>
**Subject:** FW: Lapetus Project_data

Pleases see below... I have sent this to you before. [redacted]

[redacted]

[redacted]

**From:** Jay Olshansky <jay@lapetussolutions.com>
**Sent:** Friday, March 19, 2021 10:10 PM
**To:** Jay Jackson <jay@abacuslife.com>
**Cc:** Matt Mracek <matt.m@abacuslife.com>
**Subject:** Re: Lapetus Project_data

Gentlemen

Please find attached our analysis of the 28 cases. The bottom line, and I believe the metric you're looking for, is that Lapetus has an accuracy rate of at least 0.94; Fasano had an accuracy rate of 1.25. The goal was to achieve 1.0, so we were significantly closer to perfection, even facing the challenges of reviewing the files nearly 5 years later than Fasano, and not knowing that any of the patients had already died. Further, we made no adjustment for the average 5-year delay in review time, which explains why our LEs were shorter than Fasano in almost every case. Even with our shorter LEs, we were still much closer to perfect accuracy relative to Fasano. It is important to avoid interpreting the accuracy rate of 1.25 as 25% more accurate; it's the distance from 1.0 that determines level of accuracy; the goal is to be closer to 1.0, not further from it.

Let me know if you have any questions. We considered various procedures to adjust the Lapetus LEs to account for the time difference, but in the end we decided that if we were more accurate without the adjustment, we would most certainly have been more accurate with the adjustment because this would have neutralized some of the shorter LEs we generated due to the time lag. Besides, we felt that the only way to generate a reliable adjustment would be to have some of the files re-reviewed by the physicians to determine how the age of the patient might have influenced the outcome. This would have been analytical overkill given that we already were much closer to perfect than Fasano without the adjustment.

The bottom line is that we were somewhere between .94 and 1.0 in accuracy when perfect is defined as 1.0; Fasano was at 1.25. No doubt more accurate numbers would appear if the sample size was larger.

We would prefer not to mention Fasano's name in anything that goes public as we do not wish to disparage anyone. They do provide a valuable service to the industry, and my understanding is that they too appreciate the importance of having trained physicians review the files.

I hope this is clear.

Best,

Jay and the Biodemography Team





**S. Jay Olshansky, Ph.D.**
**Chief Scientist and Co-Founder**
**Cell:** 847-347-8585
**Email:** jay@lapetussolutions.com
**Website:** http://www.lapetussolutions.com
**Home Page:** www.sjayolshansky.com

On Fri, Mar 19, 2021 at 10:55 AM Jay Jackson <jay@abacuslife.com> wrote:

That's great. Thank you!

**From:** Jay Olshansky <jay@lapetussolutions.com>
**Sent:** Friday, March 19, 2021 11:42 AM
**To:** Matt Mracek <matt.m@abacuslife.com>
**Cc:** Jay Jackson <jay@abacuslife.com>
**Subject:** Re: Lapetus Project_data

By way of update, we're done with our initial analysis of the data. The results were actually better than I had originally anticipated. We're doing an internal review now; and probably one more test analysis; so we should have something to you either over the weekend or by early next week. There's a remote chance it will be done today.

Best,

JayO

[redacted]

[redacted]

**S. Jay Olshansky, Ph.D.**
**Chief Scientist and Co-Founder**
**Cell:** 847-347-8585
**Email:** jay@lapetussolutions.com
**Website:** http://www.lapetussolutions.com
**Home Page:** www.sjayolshansky.com

On Thu, Mar 18, 2021 at 10:02 PM Matt Mracek <matt.m@abacuslife.com> wrote:

Sounds good. Nice hustle. We are looking forward to the time we get to mark a portfolio using your LE.

Get Outlook for iOS

**From:** Jay Olshansky <jay@lapetussolutions.com>
**Sent:** Thursday, March 18, 2021 10:56:01 PM
**To:** Matt Mracek <matt.m@abacuslife.com>
**Cc:** Jay Jackson <jay@abacuslife.com>
**Subject:** Re: Lapetus Project_data

Got it. Interesting.

We've come up with our strategy for analyzing the data -- I'm running it now but we'll need a bit of time to digest the results and do the write up.

Thanks,

JayO

[redacted]

[redacted]

**S. Jay Olshansky, Ph.D.**
**Chief Scientist and Co-Founder**
**Cell:** 847-347-8585
**Email:** jay@lapetussolutions.com
**Website:** http://www.lapetussolutions.com
**Home Page:** www.sjayolshansky.com

On Thu, Mar 18, 2021 at 9:53 PM Matt Mracek <matt.m@abacuslife.com> wrote:

That date of death is accurate, 7/26/19. Confirmed on death certificate. Fasano LE date of 8/2/19 also confirmed. This death we didn't learn about until after.

Get Outlook for iOS

---

**From:** Jay Olshansky <jay@lapetussolutions.com>
**Sent:** Thursday, March 18, 2021 10:42:42 PM
**To:** Matt Mracek <matt.m@abacuslife.com>
**Cc:** Jay Jackson <jay@abacuslife.com>
**Subject:** Re: FW: Lapetus Project_data

Matt

Please check on case # 463. Currently the listed DOD is before the Fasano assessment date.

Thanks,

Jay

[redacted]

[redacted]

**S. Jay Olshansky, Ph.D.**
**Chief Scientist and Co-Founder**
**Cell:** 847-347-8585
**Email:** jay@lapetussolutions.com
**Website:** http://www.lapetussolutions.com
**Home Page:** www.sjayolshansky.com

On Thu, Mar 18, 2021 at 1:55 PM Jay Olshansky <jay@lapetussolutions.com> wrote:

It's simpler than you think.

1. Consider someone aged 60 in the U.S. (male/female combined). LE = 83.81. At age 61 the LE = 84.02. You would think it might be 84.81 at age 61, but it's not because the person is a year older where the risk of death is higher, so the actual gain is 0.79 years instead of 1.0 years. The magnitude of the gain reduces as you get older for obvious reasons. At age 70 the LE reduction per year is .71; at age 80 it's .56; at age 90 it's .37. You can linearly interpolate for exact ages in between.

2. Just take the difference in time frame for the evaluation in whole months; use the % above to get at the true value based on the older age; add that back to the absolute difference; subtract from the Fasano estimate, and you now have your adjustment.

I'll show you when we talk.

Jay

[redacted]

[redacted]

S. Jay Olshansky, Ph.D.
Chief Scientist and Co-Founder
Cell: 847-347-8585
Email: jay@lapetussolutions.com
Website: http://www.lapetussolutions.com
Home Page: www.sjayolshansky.com

On Thu, Mar 18, 2021 at 10:01 AM Matt Mracek <matt.m@abacuslife.com> wrote:

Jay,

A couple options we've considered:

1. Calendar age the Fasano LE
2. Use mortality curve from Fasano LE date and begin at Lapetus LE date (i.e. rolldown)
3. Use Fasano LE rolldown the curve and add mortality improvement considering your LE had to assume no health change since fasano LE date

We want your opinion/suggestions on how to accurately compare two different dates of underwriting.

Thanks,



Matt Mracek
Director of Policy Operations

Phone: 407.337.3026
Email: matt.m@abacuslife.com
2101 Park Center Drive, Suite 170
Orlando, FL 32835

ABACUS LIFE
OPTIONS FOR YOUR LIFE INSURANCE

The information contained in this electronic mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be a client communication and/or work product which may contain proprietary information and as such is privileged and confidential. If the reader of this message is not the intended recipient(s) or an agent responsible for delivering it to the intended recipient(s), you

are hereby notified that you have received this message and any attachments hereto in error and that any review, dissemination, distribution, or copying of this message whole or in part is strictly prohibited and may subject you to civil and/or criminal penalties under state or federal law. If you have received this message in error, please notify the sender immediately by email, and delete the original message.

**From:** Jay Olshansky <jay@lapetussolutions.com>
**Sent:** Thursday, March 18, 2021 10:58 AM
**To:** Jay Jackson <jay@abacuslife.com>
**Cc:** Matt Mracek <matt.m@abacuslife.com>
**Subject:** Re: FW: Lapetus Project_data

Very interesting. I'll look again for the DOD -- didn't see it at first glance.

Also, you'll need to adjust the Fasano LE to account for the time difference between the two LE assessments. The simple solution is to subtract the number of months from the Fasano LE representing the time passed to our LE assessment. This won't be precise, but it'll be close enough for now. The true number will vary by up to two months or so depending on the amount of time passed.

**S. Jay Olshansky, Ph.D.**
**Chief Scientist and Co-Founder**
**Cell:** 847-347-8585
**Email:** jay@lapetussolutions.com
**Website:** http://www.lapetussolutions.com
**Home Page:** www.sjayolshansky.com

On Thu, Mar 18, 2021 at 9:51 AM Jay Jackson <jay@abacuslife.com> wrote:

3pm works great. All of these clients have died. The spreadsheet should have a column with the DOD.

**From:** Jay Olshansky <jay@lapetussolutions.com>
**Sent:** Thursday, March 18, 2021 10:45 AM
**To:** Jay Jackson <jay@abacuslife.com>
**Cc:** Matt Mracek <matt.m@abacuslife.com>
**Subject:** Re: FW: Lapetus Project_data

Hi Jay and Matt

I'll be available after 3 p.m. eastern time for a call.

Thanks for sending these data. Do you have information on whether any of these people have died?

JayO

**S. Jay Olshansky, Ph.D.**
**Chief Scientist and Co-Founder**
**Cell:** 847-347-8585
**Email:** jay@lapetussolutions.com
**Website:** http://www.lapetussolutions.com
**Home Page:** www.sjayolshansky.com

On Thu, Mar 18, 2021 at 9:05 AM Jay Jackson <jay@abacuslife.com> wrote:

Hi Jay,

Had a great meeting with Kirk yesterday. Do you have time for a quick call to discuss the attached. We are working on reconciling Fasano vs Lapetus reports that we had on mortalities. I would like to build a logical data comparison and could really use your input.

All the best,

Jay