# EXHIBIT 4

GT007292

Filed Under Seal Pursuant to Court Order, Dkt. 115.