# EXHIBIT 5

GT00018

Filed Under Seal Pursuant to Court Order, Dkt. 115.