# EXHIBIT 6

ABL00200121

**From:** Armando Cabrera [armando@abacuslife.com]
**Sent:** 1/6/2023 7:08:50 PM
**To:** Jay Jackson [jay@abacuslife.com]
**CC:** Kevin David [kevin@lmagrp.com]; Layne Gierke [layne@lmagrp.com]; Shawn Petrunak [shawn@lmagrp.com]
**Subject:** TA Scorecard with Custom Lapetus LEs
**Attachments:** TA Finalized Scorecard_1.6.23.xlsx; image001.png

Hello Jay,

Attached is the first working version of the TA scorecard with the new summary page made to compare IRRs / LEs on cases easily. We went through and added [redacted]

Best,
Armando Cabrera
**Financial Engineer**

321.209.6925| armando@abacuslife.com | abacuslife.com | 2101 Park Center Drive #170, Orlando, FL 32835 |

ABACUS LIFE
OPTIONS FOR YOUR LIFE INSURANCE

The information contained in this electronic mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be a client communication and/or work product which may contain proprietary information and as such is privileged and confidential. If the reader of this message is not the intended recipient(s) or an agent responsible for delivering it to the intended recipient(s), you are hereby notified that you have received this message and any attachments hereto in error and that any review, dissemination, distribution, or copying of this message whole or in part is strictly prohibited and may subject you to civil and/or criminal penalties under state or federal law. If you have received this message in error, please notify the sender immediately by email, and delete the original message.