# EXHIBIT 7

ABL00078082

Filed Under Seal Pursuant to Court Order, Dkt. 115.