# EXHIBIT 8

ABL00215526

**From:** Jay Jackson [jay@abacuslife.com]
**Sent:** 8/23/2021 2:08:45 PM
**To:** Sean McNealy [sean@abacuslife.com]
**Subject:** RE: Food for Thought Re Lapetus

[redacted]

[redacted]

---

**From:** Sean McNealy <sean@abacuslife.com>
**Sent:** Monday, August 23, 2021 9:59 AM
**To:** Jay Jackson <jay@abacuslife.com>
**Subject:** Re: Food for Thought Re Lapetus

[redacted]

Sent from my iPhone

On Aug 23, 2021, at 9:47 AM, Jay Jackson <jay@abacuslife.com> wrote:

[redacted]

---

**From:** Sean McNealy <sean@abacuslife.com>
**Sent:** Monday, August 23, 2021 9:39 AM
**To:** Jay Jackson <jay@abacuslife.com>
**Subject:** Re: Food for Thought Re Lapetus

[redacted]

Sent from my iPhone

On Aug 23, 2021, at 9:27 AM, Jay Jackson <jay@abacuslife.com> wrote:

[redacted]

[redacted]

[redacted]


ABL00215526

[redacted]

**From:** Scott Kirby <scott@abacuslife.com>
**Sent:** Monday, August 23, 2021 7:33 AM
**To:** Jay Jackson <jay@abacuslife.com>; Sean McNealy <sean@abacuslife.com>; Bill McCauley <bill@abacuslife.com>; Matt Ganovsky <matt@abacuslife.com>
**Subject:** Re: Food for Thought Re Lapetus

Hey Jay

[redacted]

[redacted]

Sincerely,

Scott Kirby
Managing Partner

407.455.7610| scott@abacuslife.com | abacuslife.com | 2101 Park Center Drive, Ste. 170, Orlando, FL 32835 |

<image001.png>

The information contained in this electronic mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be a client communication and/or work product which may contain proprietary information and as such is privileged and confidential. If the reader of this message is not the intended recipient(s) or an agent responsible for delivering it to the intended recipient(s), you are hereby notified that you have received this message and any attachments hereto in error and that any review, dissemination, distribution, or copying of this message whole or in part is strictly prohibited and may subject you to civil and/or criminal penalties under state or federal law. If you have received this message in error, please notify the sender immediately by email, and delete the original message.

**From:** Jay Jackson <jay@abacuslife.com>
**Date:** Friday, August 20, 2021 at 7:09 PM
**To:** Scott Kirby <scott@abacuslife.com>, Sean McNealy <sean@abacuslife.com>, Bill McCauley <bill@abacuslife.com>, Matt Ganovsky <matt@abacuslife.com>
**Subject:** Fwd: Food for Thought Re Lapetus

See below. Lapetus really wants us in. [redacted]

Jay Jackson
CEO
Abacus Life
(407) 988-1084

**From:** Karl Ricanek <karl@lapetussolutions.com>
**Sent:** Friday, August 20, 2021 3:29:37 PM
**To:** Jay Jackson <jay@abacuslife.com>

**Cc:** Jay Olshansky <jay@lapetussolutions.com>
**Subject:** Food for Thought Re Lapetus

Jay Jackson -- Jay and I are in agreement, we want you involved with Lapetus. As you are aware it is important to have people you trust and value as partners in a business endeavor. Jay and I trust you. And that says a lot given our experiences to date with industry folks from insurance, life settlements, and VC world.

To demonstrate the founders commitment to make this deal work, Jay and I are willing to provide founders equity to move this forward with you. It is important to us to have strategic investment from a group that shares our values.

Now I have an ask.... I would like to pull forward the next quarter payments by two weeks. I am requesting to issue an invoice this weekend with a payment due on Monday or Tuesday at the latest. This will help Jay and I out tremendously.

PS: I did not include Bill in this email. Feel free to share.

--

Thanks,
Karl Ricanek

**Karl Ricanek, Jr. Ph.D.**
CEO Lapetus Solutions, Inc
**Address:** 936 Baldwin Park Drive, Wilmington NC 28411
**Cell:** 910.547.0994
**Email:** karl@lapetussolutions.com
**Website:** http://www.lapetussolutions.com

Email contents or attachments constitute confidential information and are intended solely for the addressee(s); such information may be further protected from disclosure pursuant to and consistent with an executed NDA/CDA. If you are not the intended recipient of this message or if this message has been sent to you in error, please immediately alert the sender and then, please delete this message and any attachments; as an unintended recipient, any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.