# EXHIBIT 9

GT004072

Appointment

**From:** Ney, Alex [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=6AD6C028BA154443B689340C68EB2A78-NEY, ALEX B]
**Sent:** 11/9/2023 11:07:03 PM
**To:** Ney, Alex [alex.ney@us.gt.com]; Corwin (Cory) Zass [czass@actrisk.com]; Brian Forman [bforman@actrisk.com]; Quinn, Katie [katie.quinn@us.gt.com]; Derkits, Tom [tom.derkits@us.gt.com]

**Subject:** Abacus Life Updated Methodology
**Location:** Microsoft Teams Meeting

**Start:** 11/14/2023 3:00:00 PM
**End:** 11/14/2023 4:00:00 PM
**Show Time As:** Busy

**Required Attendees:** Corwin (Cory) Zass; Brian Forman; Quinn, Katie; Derkits, Tom

---

# Microsoft Teams meeting

**Join on your computer, mobile app or room device**
Click here to join the meeting

Meeting ID: 254 623 115 374
Passcode: w3K7Ss
Download Teams | Join on the web

**Join with a video conferencing device**
teams@mtr.us.gt.com
Video Conference ID: 116 235 817 9
Alternate VTC instructions

**Or call in (audio only)**
+1 708-391-0049,,466468135# United States, Cicero
Phone Conference ID: 466 468 135#
Find a local number | Reset PIN

Learn More | Meeting options

---

**From:** Corwin (Cory) Zass <czass@actrisk.com>
**Sent:** Thursday, November 9, 2023 5:56 PM
**To:** Ney, Alex <Alex.Ney@us.gt.com>; Brian Forman <bforman@actrisk.com>


GT004072

**Cc:** Quinn, Katie <Katie.Quinn@us.gt.com>; Derkits, Tom <Tom.Derkits@us.gt.com>
**Subject:** Re: Abacus Life Updated Methodology

**EXTERNAL EMAIL:** Use caution with links and attachments.

Tues 10-11a eastern.
I will be on Wed coast so early is good.

Cheers Cory

Founder, Principal & Consulting Actuary
Actuarial Risk Management
Actuarial Provider to Top 30 Accounting Firms
Website: www.actrisk.com

Sent from my shoe-phone

---

**From:** Ney, Alex <Alex.Ney@us.gt.com>
**Sent:** Thursday, November 9, 2023 5:52:32 PM
**To:** Corwin (Cory) Zass <czass@actrisk.com>; Brian Forman <bforman@actrisk.com>
**Cc:** Quinn, Katie <Katie.Quinn@us.gt.com>; Derkits, Tom <Tom.Derkits@us.gt.com>
**Subject:** Re: Abacus Life Updated Methodology

[EXTERNAL EMAIL]

Yea EST. Any time better than others?

Sent from phone

---

**From:** Corwin (Cory) Zass <czass@actrisk.com>
**Sent:** Thursday, November 9, 2023 5:50 PM
**To:** Ney, Alex <Alex.Ney@us.gt.com>; Brian Forman <bforman@actrisk.com>
**Cc:** Quinn, Katie <Katie.Quinn@us.gt.com>; Derkits, Tom <Tom.Derkits@us.gt.com>
**Subject:** Re: Abacus Life Updated Methodology

**EXTERNAL EMAIL:** Use caution with links and attachments.

Tues is best. Are those eastern times?

Cheers Cory

Founder, Principal & Consulting Actuary
Actuarial Risk Management
Actuarial Provider to Top 30 Accounting Firms
Website: www.actrisk.com

Sent from my shoe-phone

---

**From:** Ney, Alex <Alex.Ney@us.gt.com>
**Sent:** Thursday, November 9, 2023 17:44
**To:** Brian Forman <bforman@actrisk.com>; Corwin (Cory) Zass <czass@actrisk.com>

**Cc:** Quinn, Katie <Katie.Quinn@us.gt.com>; Derkits, Tom <Tom.Derkits@us.gt.com>
**Subject:** RE: Abacus Life Updated Methodology

[EXTERNAL EMAIL]

Brian,

Can you please give us availability next week? We wanted to put an hour on the calendar to catch up on the below.

We currently are free as follows:

T: 9:30 – 12 / 1-2 / 3-4
W: 1-2 / 4-5:30
R: 3:30 – 5:30

**From:** Brian Forman <bforman@actrisk.com>
**Sent:** Monday, October 30, 2023 2:47 PM
**To:** Ney, Alex <Alex.Ney@us.gt.com>; Corwin (Cory) Zass <czass@actrisk.com>
**Cc:** Quinn, Katie <Katie.Quinn@us.gt.com>; Derkits, Tom <Tom.Derkits@us.gt.com>
**Subject:** RE: Abacus Life Updated Methodology

**EXTERNAL EMAIL:** Use caution with links and attachments.

Alex:

We have reviewed the Abacus Life document as you requested. [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

*Brian Forman, F.S.A., M.A.A.A.*
*Senior Consulting Actuary*
Actuarial Risk Management
*An Independent Member of the BDO Alliance USA*
Actuarial Provider to Top 30 Accounting Firms
(512) 345-5200

**From:** Ney, Alex <Alex.Ney@us.gt.com>
**Sent:** Tuesday, October 24, 2023 11:44 AM
**To:** Corwin (Cory) Zass <czass@actrisk.com>
**Cc:** Brian Forman <bforman@actrisk.com>; Quinn, Katie <Katie.Quinn@us.gt.com>; Derkits, Tom <Tom.Derkits@us.gt.com>
**Subject:** Abacus Life Updated Methodology

[EXTERNAL EMAIL]

Hi Cory,

Apologies for the wait on this. Management was updating their valuation, and we wanted to send you the most recent version. As we previously discussed, the Company is planning to take their valuation process in house, instead of using

Lewis & Ellis. This memo documents that process. Please review and let us know if you have any initial thoughts, questions, concerns, etc that we can discuss and bring up with management as necessary as they proceed with finalizing this implementation.

Also, I'm adding Tom Derkits to the email as well who is another manager who will be helping us out.

Thanks,

Alex Ney

Audit – Senior Manager

**D** +1 215 814 1757

**E** alex.ney@us.gt.com

**GT.COM**

Two Commerce Square, 2001 Market Street, Suite 700

Philadelphia, PA 19103

This communication may come from Grant Thornton LLP or one of its subsidiaries. Grant Thornton LLP is the U.S. member firm of Grant Thornton International Ltd. Grant Thornton International Ltd and its member firms are not a worldwide partnership, as each member firm is a separate and distinct legal entity. In the U.S., visit Grant Thornton LLP at GT.com. Please understand that, unless expressly stated otherwise, any written advice given by Grant Thornton LLP that is contained in, forwarded with, or attached to this e-mail is: (1) limited to the matters and potential tax consequences specifically addressed herein, and (2) not intended or written by Grant Thornton LLP as advice on the application or potential application of any penalties that may be imposed under any federal, state, or foreign statute or regulation in any manner. This e-mail is intended solely for the person or entity to which it is addressed and may contain confidential and/or privileged information. Any review, dissemination, copying, printing or other use of this e-mail by persons or entities other than the addressee is prohibited. If you have received this e-mail in error, please contact the sender immediately and delete the material from any computer.

Please consider the environment before printing this email.

This communication may come from Grant Thornton LLP or one of its subsidiaries. Grant Thornton LLP is the U.S. member firm of Grant Thornton International Ltd. Grant Thornton International Ltd and its member firms are not a worldwide partnership, as each member firm is a separate and distinct legal entity. In the U.S., visit Grant Thornton LLP at GT.com. Please understand that, unless expressly stated otherwise, any written advice given by Grant Thornton LLP that is contained in, forwarded with, or attached to

the e-mail is: (1) limited to the matters and potential tax consequences specifically addressed herein, and; (2) not intended or written by Grant Thornton LLP as advice on the application or potential application of any penalties that may be imposed under any federal, state, or foreign statute or regulation in any manner. This e-mail is intended solely for the person or entity to which it is addressed and may contain confidential and/or privileged information. Any review, dissemination, copying, printing or other use of this e-mail by persons or entities other than the addressee is prohibited. If you have received this e-mail in error, please contact the sender immediately and delete the material from any computer.

Please consider the environment before printing this email.

This communication may come from Grant Thornton LLP or one of its subsidiaries. Grant Thornton LLP is the U.S. member firm of Grant Thornton International Ltd. Grant Thornton International Ltd and its member firms are not a worldwide partnership, as each member firm is a separate and distinct legal entity. In the U.S., visit Grant Thornton LLP at GT.com. Please understand that, unless expressly stated otherwise, any written advice given by Grant Thornton LLP that is contained in, forwarded with, or attached to this e-mail is: (1) limited to the matters and potential tax consequences specifically addressed herein, and; (2) not intended or written by Grant Thornton LLP as advice on the application or potential application of any penalties that may be imposed under any federal, state, or foreign statute or regulation in any manner. This e-mail is intended solely for the person or entity to which it is addressed and may contain confidential and/or privileged information. Any review, dissemination, copying, printing or other use of this e-mail by persons or entities other than the addressee is prohibited. If you have received this e-mail in error, please contact the sender immediately and delete the material from any computer.

Please consider the environment before printing this email.