# EXHIBIT 10

GT004000

"Quinn, Katie" <Katie.Quinn@us.gt.com> 11/29/2023 7:02 PM

[redacted]

"Quinn, Katie" <Katie.Quinn@us.gt.com> 11/29/2023 7:02 PM

[redacted]

"Derkits, Tom" <Tom.Derkits@us.gt.com> 11/29/2023 7:04 PM

[redacted] [redacted]

"Derkits, Tom" <Tom.Derkits@us.gt.com> 11/29/2023 7:04 PM

[redacted]

"Quinn, Katie" <Katie.Quinn@us.gt.com> 11/29/2023 7:13 PM

[redacted]

"Quinn, Katie" <Katie.Quinn@us.gt.com> 11/29/2023 7:13 PM

[redacted]

*Derkits, Tom <Tom.Derkits@us.gt.com> <laugh> 11/[redacted]9/2023 7:13 PM*

"Ney, Alex" <Alex.Ney@us.gt.com> 11/29/2023 7:13 PM

[redacted] [redacted] [redacted]

"Quinn, Katie" <Katie.Quinn@us.gt.com> 11/29/2023 7:14 PM

[redacted]

"Quinn, Katie" <Katie.Quinn@us.gt.com> 11/29/2023 7:15 PM

[redacted]

"Quinn, Katie" <Katie.Quinn@us.gt.com> 11/29/2023 7:15 PM

[redacted]

"Ney, Alex" <Alex.Ney@us.gt.com> 11/29/2023 7:15 PM

[redacted]

"Quinn, Katie" <Katie.Quinn@us.gt.com> 11/29/2023 7:15 PM

[redacted]

"Quinn, Katie" <Katie.Quinn@us.gt.com> 11/29/2023 7:16 PM

[redacted]

"Quinn, Katie" <Katie.Quinn@us.gt.com> 11/29/2023 7:16 PM

[redacted]

"Derkits, Tom" <Tom.Derkits@us.gt.com> 11/29/2023 7:16 PM

right

"Derkits, Tom" <Tom.Derkits@us.gt.com> 11/29/2023 7:16 PM

what did he say to that?

"Quinn, Katie" <Katie.Quinn@us.gt.com> 11/29/2023 7:19 PM

[redacted]

"Derkits, Tom" <Tom.Derkits@us.gt.com> 11/29/2023 7:20 PM

[redacted]

"Quinn, Katie" <Katie.Quinn@us.gt.com> 11/29/2023 7:52 PM

[redacted]

"Quinn, Katie" <Katie.Quinn@us.gt.com> 11/29/2023 7:53 PM

[redacted]

"Derkits, Tom" <Tom.Derkits@us.gt.com> 11/29/2023 7:53 PM

[redacted]

"Quinn, Katie" <Katie.Quinn@us.gt.com> 11/29/2023 8:29 PM

[redacted]

"Derkits, Tom" <Tom.Derkits@us.gt.com> 11/29/2023 8:29 PM

[redacted]

"Quinn, Katie" <Katie.Quinn@us.gt.com> 11/29/2023 8:29 PM

[redacted]

"Quinn, Katie" <Katie.Quinn@us.gt.com> 11/29/2023 8:29 PM

[redacted]

"Quinn, Katie" <Katie.Quinn@us.gt.com> 11/29/2023 8:29 PM

[redacted]

"Derkits, Tom" <Tom.Derkits@us.gt.com> 11/29/2023 8:35 PM

[redacted]

"Ney, Alex" <Alex.Ney@us.gt.com> 11/29/2023 8:36 PM

[redacted] [redacted]

*Derkits, Tom <Tom.Derkits@us.gt.com> Laugh 11/29/2023 8:36 PM*

"Quinn, Katie" <Katie.Quinn@us.gt.com> 11/29/2023 8:36 PM

[redacted]

"Quinn, Katie" <Katie.Quinn@us.gt.com> 11/29/2023 8:36 PM

[redacted]

"Ney, Alex" <Alex.Ney@us.gt.com> 11/29/2023 8:36 PM

[redacted]

"Quinn, Katie" <Katie.Quinn@us.gt.com> 11/29/2023 8:36 PM

[redacted]

"Quinn, Katie" <Katie.Quinn@us.gt.com> 11/29/2023 8:37 PM

nice ok that is good

"Quinn, Katie" <Katie.Quinn@us.gt.com> 11/29/2023 8:37 PM

[redacted]

"Ney, Alex" <Alex.Ney@us.gt.com> 11/29/2023 8:37 PM

[redacted]

"Quinn, Katie" <Katie.Quinn@us.gt.com> 11/29/2023 8:38 PM

[redacted]

"Derkits, Tom" <Tom.Derkits@us.gt.com> 11/29/2023 8:39 PM

haha really?

"Derkits, Tom" <Tom.Derkits@us.gt.com> 11/29/2023 8:39 PM

that would've totally set him off

"Ney, Alex" <Alex.Ney@us.gt.com> 11/29/2023 8:41 PM

are they public

"Quinn, Katie" <Katie.Quinn@us.gt.com> 11/29/2023 8:43 PM

nah they are private

"Quinn, Katie" <Katie.Quinn@us.gt.com> 11/29/2023 8:43 PM

[redacted]

"Derkits, Tom" <Tom.Derkits@us.gt.com> 11/29/2023 8:52 PM

[redacted]

"Ney, Alex" <Alex.Ney@us.gt.com> 11/29/2023 8:53 PM

[redacted]

"Quinn, Katie" <Katie.Quinn@us.gt.com> 11/29/2023 9:02 PM

haha tom if you start driving around in a bentley we'll know it was you

Derkits, Tom <Tom.Derkits@us.gt.com> <laugh> 11/29/2023 9:03 PM

"Quinn, Katie" <Katie.Quinn@us.gt.com> 11/29/2023 9:03 PM

i talked to cairns, we have some plans. i'm going to loop in craig miller and RRLA as soon as i can

"Quinn, Katie" <Katie.Quinn@us.gt.com> 11/29/2023 9:03 PM

and cairns suggested we get either Janet or Seth infront of Jay once we know what the plan is

"Quinn, Katie" <Katie.Quinn@us.gt.com> 11/29/2023 9:04 PM

[redacted]

"Ney, Alex" <Alex.Ney@us.gt.com> 11/29/2023 9:05 PM

alright

**"Quinn, Katie" <Katie.Quinn@us.gt.com> 11/29/2023 9:08 PM**

doesn't have to be too intense, but just good for us to get our recollection down now while its fresh

**"Derkits, Tom" <Tom.Derkits@us.gt.com> 11/29/2023 9:13 PM**

what's the person's name from coventry?

**"Ney, Alex" <Alex.Ney@us.gt.com> 11/29/2023 9:17 PM**

im not sure

**"Quinn, Katie" <Katie.Quinn@us.gt.com> 11/29/2023 9:21 PM**

reed burger i think

**"Quinn, Katie" <Katie.Quinn@us.gt.com> 11/29/2023 9:23 PM**

reid buerger

**"Derkits, Tom" <Tom.Derkits@us.gt.com> 11/29/2023 9:44 PM**

just a reminder that i'm on fto tomorrow and friday

**"Derkits, Tom" <Tom.Derkits@us.gt.com> 11/29/2023 9:44 PM**

my flight got delayed till later tomorrow though so i'll be available during the day

**"Quinn, Katie" <Katie.Quinn@us.gt.com> 11/29/2023 9:44 PM**

working at your new job?

**"Quinn, Katie" <Katie.Quinn@us.gt.com> 11/29/2023 9:44 PM**

where are you heading? can we come?

**"Derkits, Tom" <Tom.Derkits@us.gt.com> 11/29/2023 9:44 PM**

fort lauderdale

**"Derkits, Tom" <Tom.Derkits@us.gt.com> 11/29/2023 9:44 PM**

maybe i'll see connor

**"Derkits, Tom" <Tom.Derkits@us.gt.com> 11/29/2023 9:45 PM**

or i should link up with jay lol

**"Quinn, Katie" <Katie.Quinn@us.gt.com> 11/29/2023 9:46 PM**

haha yeah take jay out to lunch will ya?

*Derkits, Tom <Tom.Derkits@us.gt.com> +laugh 11/29/2023 9:48 PM*

**"Quinn, Katie" <Katie.Quinn@us.gt.com> 11/29/2023 9:46 PM**

enjoy your time off!

**"Derkits, Tom" <Tom.Derkits@us.gt.com> 11/29/2023 9:48 PM**

thanks!

**"Derkits, Tom" <Tom.Derkits@us.gt.com> 11/29/2023 9:48 PM**

definitely looking forward to the warm weather