# EXHIBIT 11

ABL00198280

| | |
|---|---|
| **From:** | Armando Cabrera [armando@abacuslife.com] |
| **Sent:** | 11/19/2021 1:14:29 PM |
| **To:** | Matt Mracek [matt.m@abacuslife.com]; Jay Jackson [jay@abacuslife.com] |
| **Subject:** | Lapetus Case Examples vs Fasano and Short Metrics |
| **Attachments:** | Lapetus Analysis.xlsx; image001.png |

Hello Jay and Matt,

Attached is a sheet outlining the 51 Lapetus cases and showing differences in the Lapetus Ranges to Fasano and Short LEs on each case. Lapetus Mean is significantly lower on average compared to the Fasano (33 months) and lower on average compared to the short (12 months). Note that each case only has on average 2.8 LEs, so comparing Lapetus to the Short LE does not encompass comparison to all LE sources.

Best,
Armando Cabrera
**Financial Analyst**

321.209.6925| armando@abacuslife.com | abacuslife.com | 2101 Park Center Drive #170, Orlando, FL 32835 |



## ABACUS LIFE
OPTIONS FOR YOUR LIFE INSURANCE

The information contained in this electronic mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be a client communication and/or work product which may contain proprietary information and as such is privileged and confidential. If the reader of this message is not the intended recipient(s) or an agent responsible for delivering it to the intended recipient(s), you are hereby notified that you have received this message and any attachments hereto in error and that any review, dissemination, distribution, or copying of this message whole or in part is strictly prohibited and may subject you to civil and/or criminal penalties under state or federal law. If you have received this message in error, please notify the sender immediately by email, and delete the original message.

Highly Confidential - Attorneys' Eyes Only

ABL00198280

ABL00198280