# EXHIBIT 12

ABL00176674

**From:** Trading [trading@slinvest.co.uk]
**Sent:** 3/24/2022 4:14:50 PM
**To:** Daniel Cusimano [daniel@abacuslife.com]; Trading [trading@slinvest.co.uk]; Samantha Butcher [sbutcher@abacuslife.com]; Ioan Roberts [iroberts@slinvest.co.uk]; pam [pam@abacuslife.com]
**Subject:** RE: Redacted - PII Surname: Redacted - PII
**Attachments:** image001.png

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe, any questions please forward to IT. Thank You!

Hi Daniel,

No, we can't currently use Lapetus LEs as they usually seem significantly shorter than the other more established LE providers (as I'm sure you're well aware!) – but it does explain how somebody is willing to pay that price if they're able to use the shorter Lapetus in their pricing!

Please continue sending us these Lapetus / Polaris LEs regardless though, as over time we may build up enough data to use them in some circumstances.

Thanks,

**Steven Clucas** | Senior Pricing Analyst | SL Investment Management Ltd
Telephone (direct): +44 1244 615 650 | E-mail: sclucas@slinvest.co.uk

**From:** Daniel Cusimano <daniel@abacuslife.com>
**Sent:** 23 March 2022 14:40
**To:** Trading <Trading@slinvest.co.uk>; Samantha Butcher <sbutcher@abacuslife.com>; Ioan Roberts <IRoberts@slinvest.co.uk>; pam <pam@abacuslife.com>
**Subject:** RE: Redacted - PII - Surname: Redacted - PII

Hi Steven,

Would the attached Lapetus help you?

*Daniel Cusimano*

**Daniel Cusimano / Case Manager**
**Abacus Life Services, LLC**
**2101 Park Center Dr., Ste# 170**
**Orlando, FL 32835**
**Ph#: (321) 477-1628**
**Fax#: (407) 455 -7765**
**daniel@abacuslife.com**

**ABACUS LIFE**
OPTIONS FOR YOUR LIFE INSURANCE

The information contained in this electronic mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be a client communication and/or work product which may contain proprietary information and as such is privileged and confidential. If the reader of this message is not the intended recipient(s) or an agent responsible for delivering it to the intended recipient(s), you are hereby notified that you have received this message and any attachments hereto in error and that any review, dissemination, distribution, or copying of this message whole or in part is strictly prohibited and may subject you to civil and/or criminal penalties under state or federal law. If you have received this message in error, please notify the sender immediately by email, and delete the original message.

**From:** Trading <Trading@slinvest.co.uk>
**Sent:** Wednesday, March 23, 2022 10:17 AM
**To:** Daniel Cusimano <daniel@abacuslife.com>; Trading <Trading@slinvest.co.uk>; Samantha Butcher <sbutcher@abacuslife.com>; Ioan Roberts <IRoberts@slinvest.co.uk>; pam <pam@abacuslife.com>
**Subject:** RE: Redacted - PII

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe, any questions please forward to IT. Thank You!

Hi Daniel,

Thanks for the feedback, but we can't get anywhere near that level unfortunately. I think somebody else must have a shorter LE we haven't seen to get to that price.

Thanks,

**Steven Clucas** | Senior Pricing Analyst | SL Investment Management Ltd
Telephone (direct): +44 1244 615 650 | E-mail: sclucas@slinvest.co.uk

**From:** Daniel Cusimano <daniel@abacuslife.com>
**Sent:** 22 March 2022 18:46
**To:** Trading <Trading@slinvest.co.uk>; Samantha Butcher <sbutcher@abacuslife.com>; Ioan Roberts <IRoberts@slinvest.co.uk>; pam <pam@abacuslife.com>
**Subject:** RE: Redacted - PII

HI Steven,

[redacted]

Daniel Cusimano

**Daniel Cusimano / Case Manager**
**Abacus Life Services, LLC**
**2101 Park Center Dr., Ste# 170**
**Orlando, FL 32835**
**Ph#: (321) 477-1628**

Fax#: (407) 455 -7765
daniel@abacuslife.com

ABACUS LIFE
OPTIONS FOR YOUR LIFE INSURANCE

The information contained in this electronic mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be a client communication and/or work product which may contain proprietary information and as such is privileged and confidential. If the reader of this message is not the intended recipient(s) or an agent responsible for delivering it to the intended recipient(s), you are hereby notified that you have received this message and any attachments hereto in error and that any review, dissemination, distribution, or copying of this message whole or in part is strictly prohibited and may subject you to civil and/or criminal penalties under state or federal law. If you have received this message in error, please notify the sender immediately by email, and delete the original message.

**From:** Trading <Trading@slinvest.co.uk>
**Sent:** Wednesday, March 16, 2022 12:06 PM
**To:** Samantha Butcher <sbutcher@abacuslife.com>; Matt Ganovsky <matt@abacuslife.com>; pam <pam@abacuslife.com>
**Subject:** **Redacted - PII**

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe, any questions please forward to IT. Thank You!

This communication is not intended to create a binding contract. The offer amount is an indicative price based on the policy and insured information that you have provided including your optimised premium stream (if submitted). If any of the information is incorrect SL Investment Management and its clients reserve the right to amend or withdraw their offer. We strongly recommend that you double check that the details are correct prior to conveying the offer to the seller.

If feedback is not received by close of business (EST) on the 'Offer Valid Until' date below, we will assume that the offer has not been accepted and will close this case. If you require an extension to the deadline, please e-mail trading@slinvest.co.uk quoting the SL reference number and an updated offer will be communicated in due course.

----------------Offer Summary----------------------------------------

SL Reference Number:
Surname: **Redacted - PII**
Policy Number:
Holding Life Company: Pacific Life Insurance Company
Net Death Benefit: $500,000.00
Retained Death Benefit: $0.00
[redacted] [redacted]
Estimated Completion Date: 31 May 2022
Assumptions:

-------------------------------------------------------------------

Regards,

Steven Clucas
+44 1244 615 650

CONFIDENTIALITY NOTICE: This e-mail and any accompanying documents contain confidential information intended for a specific individual or company. This information is private and protected by law. If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution, or the taking of any action based on the contents of

this information, is strictly prohibited. You are also requested to advise us immediately if you receive information not addressed to you by using the reply facility in your e-mail software and permanently delete the message from your system. All messages sent and received by SL Investment Management Ltd are monitored for virus, high-risk file extensions and inappropriate content. As a result users should be aware that mail might be accessed. We have put measures in place to maintain the confidentiality of e-mail content. LIABILITY NOTICE: We make every effort to keep our network free from viruses. You should, however, check this e-mail, and any attachments to it, for viruses, as we can take no responsibility for any virus that may be transferred by way of this e-mail, and internet communications may not be secure. SL Investment Management Ltd is authorised and regulated by the Financial Conduct Authority and is a registered company in England and Wales. Registered at: One City Place, Queens Road, Chester, CH1 3BQ, Registered No. 02485382, Telephone 01244 317999. For your protection, we may record and monitor calls.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

CONFIDENTIALITY NOTICE: This e-mail and any accompanying documents contain confidential information intended for a specific individual or company. This information is private and protected by law. If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution, or the taking of any action based on the contents of this information, is strictly prohibited. You are also requested to advise us immediately if you receive information not addressed to you by using the reply facility in your e-mail software and permanently delete the message from your system. All messages sent and received by SL Investment Management Ltd are monitored for virus, high-risk file extensions and inappropriate content. As a result users should be aware that mail might be accessed. We have put measures in place to maintain the confidentiality of e-mail content. LIABILITY NOTICE: We make every effort to keep our network free from viruses. You should, however, check this e-mail, and any attachments to it, for viruses, as we can take no responsibility for any virus that may be transferred by way of this e-mail, and internet communications may not be secure. SL Investment Management Ltd is authorised and regulated by the Financial Conduct Authority and is a registered company in England and Wales. Registered at: One City Place, Queens Road, Chester, CH1 3BQ, Registered No. 02485382, Telephone 01244 317999. For your protection, we may record and monitor calls.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

CONFIDENTIALITY NOTICE: This e-mail and any accompanying documents contain confidential information intended for a specific individual or company. This information is private and protected by law. If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution, or the taking of any action based on the contents of this information, is strictly prohibited. You are also requested to advise us immediately if you receive information not addressed to you by using the reply facility in your e-mail software and permanently delete the message from your system. All messages sent and received by SL Investment Management Ltd are monitored for virus, high-risk file extensions and inappropriate content. As a result users should be aware that mail might be accessed. We have put measures in place to maintain the confidentiality of e-mail content. LIABILITY NOTICE: We make every effort to keep our network free from viruses. You should, however, check this e-mail, and any attachments to it, for viruses, as we can take no responsibility for any virus that may be transferred by way of this e-mail, and internet communications may not be secure. SL Investment Management Ltd is authorised and regulated by the Financial Conduct Authority and is a registered company in England and Wales. Registered at: One City Place, Queens Road, Chester, CH1

3BQ, Registered No. 02485382, Telephone 01244 317999. For your protection, we may record and monitor calls.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.