# EXHIBIT 13

ABL00024669

| | |
|---|---|
| **From:** | Jay Jackson [jay@abacuslife.com] |
| **Sent:** | 3/31/2022 8:12:11 PM |
| **To:** | Matt Ganovsky [matt@abacuslife.com]; Sean McNealy [sean@abacuslife.com]; Scott Kirby [scott@abacuslife.com] |
| **CC:** | Bill McCauley [bill@abacuslife.com] |
| **Subject:** | FW: Jan/Feb 2022 Lapetus Solutions Board Packet |
| **Attachments:** | Lapetus Solutions Jan&Feb 2022 Board Package.pdf |

Good reading – Interesting how much Coventry is buying from Lapetus.

**From:** Joanna Taylor <joanna@lapetussolutions.com>
**Sent:** Wednesday, March 30, 2022 8:03 PM
**To:** Jim Montgomery <jmontgomery3302@gmail.com>; David Lloyd <david.lloyd@rahms.co.uk>; Jay Olshansky <jay@lapetussolutions.com>; Karl Ricanek <karl@lapetussolutions.com>; Gary Bennett <gary@lapetussolutions.com>; Jay Jackson <jay@abacuslife.com>
**Cc:** Atul Kamra <atul@sixthirty.co>; Bharat Rajaram <BRajaram@aflac.com>; Matthew Gorra <matthew.gorra@dlapiper.com>; Norvell Miller <nmiller@seinteractive.com>; Ben Barbour <ben@lapetussolutions.com>; Shauna Collingwood <shauna@lapetussolutions.com>; Beth Schulte <beth@lapetussolutions.com>; Mark DeLoach <mark@lapetussolutions.com>; Tracy Carroll <tracy@lapetussolutions.com>
**Subject:** Jan/Feb 2022 Lapetus Solutions Board Packet

Hope your week is going well!
Apologies this is being distributed late, but please find attached the January/February Lapetus Solutions Board Packet. The March board packet will be distributed next week.
Thank you for your help and time,
Joanna

Thanks,

Joanna Taylor
Assistant Secretary
Lapetus Solutions, Inc.
www.lapetussolutions.com
910-620-3040 m

Highly Confidential – Attorneys' Eyes Only

ABL00024669

ABL00024669