# EXHIBIT 14

ABL00177296

**From:** Daniel Cusimano [daniel@abacuslife.com]
**Sent:** 4/26/2022 3:38:21 PM
**To:** Trading [trading@slinvest.co.uk]; Samantha Butcher [sbutcher@abacuslife.com]
**CC:** pam [pam@abacuslife.com]
**Subject:** RE: Reject: SL Ref: Redacted - PII
**Attachments:** image001.png

Hi Fred,

I appreciate the feedback and will let you know when we have any other LEs.

Daniel Cusimano

Daniel Cusimano / Case Manager
Abacus Life Services, LLC
2101 Park Center Dr., Ste# 170
Orlando, FL 32835
Ph#: (321) 477-1628
Fax#: (407) 455 -7765
daniel@abacuslife.com

ABACUS LIFE
OPTIONS FOR YOUR LIFE INSURANCE

The information contained in this electronic mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be a client communication and/or work product which may contain proprietary information and as such is privileged and confidential. If the reader of this message is not the intended recipient(s) or an agent responsible for delivering it to the intended recipient(s), you are hereby notified that you have received this message and any attachments hereto in error and that any review, dissemination, distribution, or copying of this message whole or in part is strictly prohibited and may subject you to civil and/or criminal penalties under state or federal law. If you have received this message in error, please notify the sender immediately by email, and delete the original message.

**From:** Trading <Trading@slinvest.co.uk>
**Sent:** Tuesday, April 26, 2022 11:32 AM
**To:** Daniel Cusimano <daniel@abacuslife.com>; Trading <Trading@slinvest.co.uk>; Samantha Butcher <sbutcher@abacuslife.com>
**Cc:** pam <pam@abacuslife.com>
**Subject:** RE: Reject: SL Ref: Redacted - PII

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe, any questions please forward to IT. Thank You!

Afternoon Daniel,

[redacted]

Given Lapetus tend to be shorter than the mainstream LE providers accepted by our clients, I think an LE coming in that much shorter is unlikely.

I am happy to be proved wrong though and can review if that happens. However, I think any contingent bid won't be that useful unless you disagree heavily.


ABL00177296

Thanks,

**Frederick Bell** | Senior Actuarial Analyst | SL Investment Management Ltd

Direct: +44 1244 615 655 | Reception: +44 1244 615 999 | Fax: +44 1244 318 142 | www.slinvest.co.uk

**From:** Daniel Cusimano <daniel@abacuslife.com>
**Sent:** 26 April 2022 15:44
**To:** Trading <Trading@slinvest.co.uk>; Samantha Butcher <sbutcher@abacuslife.com>
**Cc:** pam <pam@abacuslife.com>
**Subject:** RE: Reject: SL Ref: **Redacted - PII**

Hi Fred,

Can you offer contingent on a second le?

Daniel Cusimano

**Daniel Cusimano / Case Manager**
**Abacus Life Services, LLC**
**2101 Park Center Dr., Ste# 170**
**Orlando, FL 32835**
**Ph#: (321) 477-1628**
**Fax#: (407) 455 -7765**
**daniel@abacuslife.com**

ABACUS LIFE
OPTIONS FOR YOUR LIFE INSURANCE

The information contained in this electronic mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be a client communication and/or work product which may contain proprietary information and as such is privileged and confidential. If the reader of this message is not the intended recipient(s) or an agent responsible for delivering it to the intended recipient(s), you are hereby notified that you have received this message and any attachments hereto in error and that any review, dissemination, distribution, or copying of this message whole or in part is strictly prohibited and may subject you to civil and/or criminal penalties under state or federal law. If you have received this message in error, please notify the sender immediately by email, and delete the original message.

**From:** Trading <Trading@slinvest.co.uk>
**Sent:** Tuesday, April 26, 2022 4:27 AM
**To:** Samantha Butcher <sbutcher@abacuslife.com>; Matt Ganovsky <matt@abacuslife.com>; pam <pam@abacuslife.com>
**Subject:** Reject: SL Ref: **Redacted - PII**

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe, any questions please forward to IT. Thank You!

Good morning,

Please be advised we have rejected the following case:

Ref:
Surname:
Policy Number:

**Redacted - PII**

At this time, none of our clients are able to generate an offer for this policy.

Reject Reason: Additional life expectancy required to proceed – Clients do not accept Lapetus LE reports in isolation.

Any market feedback would be greatly appreciated.

If you have any queries please do not hesitate to contact us.

Kind Regards
Fred Bell
+44 1244 615 655

CONFIDENTIALITY NOTICE: This e-mail and any accompanying documents contain confidential information intended for a specific individual or company. This information is private and protected by law. If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution, or the taking of any action based on the contents of this information, is strictly prohibited. You are also requested to advise us immediately if you receive information not addressed to you by using the reply facility in your e-mail software and permanently delete the message from your system. All messages sent and received by SL Investment Management Ltd are monitored for virus, high-risk file extensions and inappropriate content. As a result users should be aware that mail might be accessed. We have put measures in place to maintain the confidentiality of e-mail content. LIABILITY NOTICE: We make every effort to keep our network free from viruses. You should, however, check this e-mail, and any attachments to it, for viruses, as we can take no responsibility for any virus that may be transferred by way of this e-mail, and internet communications may not be secure. SL Investment Management Ltd is authorised and regulated by the Financial Conduct Authority and is a registered company in England and Wales. Registered at: One City Place, Queens Road, Chester, CH1 3BQ, Registered No. 02485382, Telephone 01244 317999. For your protection, we may record and monitor calls.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

CONFIDENTIALITY NOTICE: This e-mail and any accompanying documents contain confidential information intended for a specific individual or company. This information is private and protected by law. If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution, or the taking of any action based on the contents of this information, is strictly prohibited. You are also requested to advise us immediately if you receive information not addressed to you by using the reply facility in your e-mail software and permanently delete the message from your system. All messages sent and received by SL Investment Management Ltd are monitored for virus, high-risk file extensions and inappropriate content. As a result users should be aware that mail might be accessed. We have put measures in place to maintain the confidentiality of e-mail content. LIABILITY NOTICE: We make every effort to keep our network free from viruses. You should, however, check this e-mail, and any attachments to it, for viruses, as we can take no responsibility for any virus that may be transferred by way of this e-mail, and internet communications may not be secure. SL Investment Management Ltd is authorised and regulated by the Financial Conduct Authority and is a registered company in England and Wales. Registered at: One City Place, Queens Road, Chester, CH1 3BQ, Registered No. 02485382, Telephone 01244 317999. For your protection, we may record and monitor calls.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security,

compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.