# EXHIBIT 15

ABL00176953

**From:** Brian Hurley [bhurley@acceleratedls.com]
**Sent:** 4/8/2022 6:33:54 PM
**To:** Erika Blackwell [erika@abacuslife.com]; Scott Kirby [scott@abacuslife.com]
**CC:** Samantha Butcher [sbutcher@abacuslife.com]; Annette Hurley [ahurley@acceleratedls.com]; Jonathan Polter [jpolter@acceleratedls.com]
**Subject:** RE: New case Redacted - PII
**Attachments:** image002.png; image003.png

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe, any questions please forward to IT. Thank You!

Hi Erika and Scott,

[redacted] Thanks for providing the Lapetus LEs, which provide a nice overall summary of the health issues / history of the insureds. However, as you realize, their LE projections are often much more aggressive than traditional widely accepted LE reports.

[redacted] Hopefully we don't get into the same situation with Coventry like we did [redacted]

Thanks,

Brian Hurley
Managing Partner
Accelerated Life Solutions

64 SE 7th Ave
Delray Beach, FL 33483
Office #: (888) 666-5915 ext. 302
Fax #: (321) 206-4574
Cell #: (407) 947-6837
bhurley@acceleratedls.com

Accelerated Life Solutions

**From:** Erika Blackwell <erika@abacuslife.com>
**Sent:** Thursday, April 7, 2022 4:45 PM
**To:** Brian Hurley <bhurley@acceleratedls.com>; Annette Hurley <AHurley@acceleratedls.com>
**Cc:** Scott Kirby <scott@abacuslife.com>; Samantha Butcher <sbutcher@abacuslife.com>
**Subject:** New case Redacted - PII

Hi Brian,

[redacted] Let us know if you have any interest in these, thanks!

https://www.dropbox.com/sh/6foj1h1c4gmgyg4/AADWQ1ttADtDgo01Jz0lQZfRa?dl=0

**Regards,**


ABL00176953

**Erika Blackwell**
**Policy Acquisition Manager**

407.988.1072| erika@abacuslife.com | abacuslife.com | 2101 Park Center Drive #170, Orlando, FL 32835 |

ABACUS LIFE
OPTIONS FOR YOUR LIFE INSURANCE

The information contained in this electronic mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be a client communication and/or work product which may contain proprietary information and as such is privileged and confidential. If the reader of this message is not the intended recipient(s) or an agent responsible for delivering it to the intended recipient(s), you are hereby notified that you have received this message and any attachments hereto in error and that any review, dissemination, distribution, or copying of this message whole or in part is strictly prohibited and may subject you to civil and/or criminal penalties under state or federal law. If you have received this message in error, please notify the sender immediately by email, and delete the original message.