# EXHIBIT 16

ABL00009625

| | |
|---|---|
| **From:** | Matt Mracek [matt.m@abacuslife.com] |
| **Sent:** | 3/30/2022 5:54:22 PM |
| **To:** | Jay Jackson [jay@lmatts.com]; Samantha Butcher [sbutcher@abacuslife.com] |
| **CC:** | Bill McCauley [bill@abacuslife.com] |
| **Subject:** | RE: Policy Valuation for LMATT Series 2024 |
| **Attachments:** | image001.png; image002.png |

Blend Scenarios:

1 – AVS (248), Lapetus (72) = 2,387,101
2 – LSI (230), Lapetus (72) = 2,559,667
3 – Polaris (209), Lapetus (72) = 2,764,718

Here are a few scenarios.



**Matt Mracek**
Director of Policy Operations

Phone: 407.337.3026
Email: matt.m@abacuslife.com
2101 Park Center Drive, Suite 170
Orlando, FL 32835



**ABACUS LIFE**
OPTIONS FOR YOUR LIFE INSURANCE

The information contained in this electronic mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be a client communication and/or work product which may contain proprietary information and as such is privileged and confidential. If the reader of this message is not the intended recipient(s) or an agent responsible for delivering it to the intended recipient(s), you are hereby notified that you have received this message and any attachments hereto in error and that any review, dissemination, distribution, or copying of this message whole or in part is strictly prohibited and may subject you to civil and/or criminal penalties under state or federal law. If you have received this message in error, please notify the sender immediately by email, and delete the original message.

**From:** Jay Jackson <Jay@lmatts.com>
**Sent:** Wednesday, March 30, 2022 1:45 PM
**To:** Matt Mracek <matt.m@abacuslife.com>; Samantha Butcher <sbutcher@abacuslife.com>
**Cc:** Bill McCauley <bill@abacuslife.com>
**Subject:** Re: Policy Valuation for LMATT Series 2024

Got it. We need a blend what LE provider is the next shortest?

Jay Jackson
CEO
Abacus Life
(407) 988-1084

**From:** Matt Mracek <matt.m@abacuslife.com>
**Sent:** Wednesday, March 30, 2022 1:43:55 PM
**To:** Jay Jackson <Jay@lmatts.com>; Samantha Butcher <sbutcher@abacuslife.com>
**Cc:** Bill McCauley <bill@abacuslife.com>
**Subject:** RE: Policy Valuation for LMATT Series 2024

Long is AVS at 248 months = $774,016 (prob. NPV)

Highly Confidential – Attorneys' Eyes Only

ABL00009625

ABL00009625

4 LEs are between 204-209 months. 8% probabilistic valuation at 209 months is 1,511,590.



**Matt Mracek**
Director of Policy Operations

Phone: 407.337.3026
Email: matt.m@abacuslife.com
2101 Park Center Drive, Suite 170
Orlando, FL 32835



**ABACUS LIFE**
OPTIONS FOR YOUR LIFE INSURANCE

The information contained in this electronic mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be a client communication and/or work product which may contain proprietary information and as such is privileged and confidential. If the reader of this message is not the intended recipient(s) or an agent responsible for delivering it to the intended recipient(s), you are hereby notified that you have received this message and any attachments hereto in error and that any review, dissemination, distribution, or copying of this message whole or in part is strictly prohibited and may subject you to civil and/or criminal penalties under state or federal law. If you have received this message in error, please notify the sender immediately by email, and delete the original message.

---

**From:** Jay Jackson <Jay@lmatts.com>
**Sent:** Wednesday, March 30, 2022 1:40 PM
**To:** Matt Mracek <matt.m@abacuslife.com>; Samantha Butcher <sbutcher@abacuslife.com>
**Cc:** Bill McCauley <bill@abacuslife.com>
**Subject:** Re: Policy Valuation for LMATT Series 2024

Let's resubmit on the blend — yes all policies in the note Val at 8. What is the valuation on the long at 8%?

Jay Jackson
CEO
Abacus Life
(407) 988-1084

---

**From:** Matt Mracek <matt.m@abacuslife.com>
**Sent:** Wednesday, March 30, 2022 1:26:12 PM
**To:** Jay Jackson <Jay@lmatts.com>; Samantha Butcher <sbutcher@abacuslife.com>
**Cc:** Bill McCauley <bill@abacuslife.com>
**Subject:** RE: Policy Valuation for LMATT Series 2024

I agree that is very high. Yes, it was Lapetus only. I didn't expect him to drop DR to an 8%. I expected an increase to discount rate due to the LE provider, one LE on policy that large, and potentially age. I also didn't know if he would blend a 72 month with a 200 month LE.

If we can resend with a second LE due to size of policy and he blends at the same 8%, valuation will look fine.



**Matt Mracek**
Director of Policy Operations

Phone: 407.337.3026
Email: matt.m@abacuslife.com
2101 Park Center Drive, Suite 170
Orlando, FL 32835



**ABACUS LIFE**
OPTIONS FOR YOUR LIFE INSURANCE

Highly Confidential – Attorneys' Eyes Only

ABL00009626

ABL00009625

The information contained in this electronic mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be a client communication and/or work product which may contain proprietary information and as such is privileged and confidential. If the reader of this message is not the intended recipient(s) or an agent responsible for delivering it to the intended recipient(s), you are hereby notified that you have received this message and any attachments hereto in error and that any review, dissemination, distribution, or copying of this message whole or in part is strictly prohibited and may subject you to civil and/or criminal penalties under state or federal law. If you have received this message in error, please notify the sender immediately by email, and delete the original message.

**From:** Jay Jackson <Jay@lmatts.com>
**Sent:** Wednesday, March 30, 2022 1:04 PM
**To:** Samantha Butcher <sbutcher@abacuslife.com>; Matt Mracek <matt.m@abacuslife.com>
**Cc:** Bill McCauley <bill@abacuslife.com>
**Subject:** FW: Policy Valuation for LMATT Series 2024

Is this right? It looks really high. Is that because we did Lapetus only?

**From:** Scott Morrow <smorrow@lewisellis.com>
**Sent:** Wednesday, March 30, 2022 12:56 PM
**To:** Bill McCauley <Bill@lmatts.com>
**Cc:** Jay Jackson <Jay@lmatts.com>; Tim DeMars <tdemars@lewisellis.com>
**Subject:** RE: Policy Valuation for LMATT Series 2024

Bill/Jay,
Attached is a draft of the report, along with the Appendix from the report in spreadsheet form. The values shown assume that the Net DB schedule provided in the excel file has already been reduced to account for the RDB amount of 1.75M shown in the datatape. Please confirm that this is correct.

Once you have had a chance to review, then let us know if you have any questions. Thanks!!

Scott

Scott E. Morrow, FSA, MAAA, FIA
Vice President & Principal
Lewis & Ellis, Inc., Actuaries and Consultants
11225 College Blvd., Suite 320
Overland Park, KS 66210

Office phone: (913) 491-3388
Fax: (913) 642-9777

**From:** Bill McCauley <Bill@lmatts.com>
**Sent:** Tuesday, March 29, 2022 5:13 PM
**To:** Scott Morrow <smorrow@lewisellis.com>
**Cc:** Jay Jackson <Jay@lmatts.com>; Tim DeMars <tdemars@lewisellis.com>
**Subject:** Re: Policy Valuation for LMATT Series 2024

That's great. Thanks Scott!

Sent from my iPhone

On Mar 29, 2022, at 5:56 PM, Scott Morrow <smorrow@lewisellis.com> wrote:

Highly Confidential – Attorneys' Eyes Only

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe, any questions please forward to IT. Thank You!

Bill/Jay,

I should have a report ready for you to review tomorrow.

Scott

Scott E. Morrow, FSA, MAAA, FIA
Vice President & Principal
Lewis & Ellis, Inc., Actuaries and Consultants
11225 College Blvd., Suite 320
Overland Park, KS 66210

Office phone: (913) 491-3388
Fax: (913) 642-9777

**From:** Jay Jackson <Jay@lmatts.com>
**Sent:** Tuesday, March 29, 2022 1:01 PM
**To:** Bill McCauley <Bill@lmatts.com>; Scott Morrow <smorrow@lewisellis.com>
**Subject:** Re: Policy Valuation for LMATT Series 2024

Also Scott per our docs we need the market val done at 8%

Jay Jackson
CEO
Abacus Life
(407) 988-1084

**From:** Bill McCauley <Bill@lmatts.com>
**Sent:** Tuesday, March 29, 2022 9:47:14 AM
**To:** Scott Morrow <smorrow@lewisellis.com>
**Cc:** Jay Jackson <Jay@lmatts.com>
**Subject:** Policy Valuation for LMATT Series 2024

Hi Scott,

I hope all is well.  Please find attached a data tape for the policy that LMATT Series 2024 owned as of 3/31/2022.  We'll be adding more policies in Q2 but this policy is the only one purchased in Q1 2022.  Can you please perform a valuation on the attached?  If you have any questions, please let us know.

Thanks,
Bill

Highly Confidential – Attorneys' Eyes Only