# EXHIBIT 17

ABL00216070

**From:** Susan Long [susan.long@abacuslife.com]
**Sent:** 3/29/2022 9:44:18 PM
**To:** Jay Jackson [jay@abacuslife.com]; Stuart Little [stuart@abacuslife.com]
**Subject:** RE: Redacted CBIZ Conversion Case)
**Attachments:** image001.png

I'll talk to SB or MM about this one tomorrow morning.

**Please notify our office if the policy is in grace or in danger of lapsing. Premiums must be maintained so policies remain in good standing throughout the valuation and contracting periods.**

Kindest regards,
Susan Long, FLMI
Policy Acquisition Manager

321-300-7083 | susan.long@abacuslife.com | abacuslife.com | 2101 Park Center Drive STE 170, Orlando, FL 32835

ABACUS LIFE
OPTIONS FOR YOUR LIFE INSURANCE

The information contained in this electronic mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be a client communication and/or work product which may contain proprietary information and as such is privileged and confidential. If the reader of this message is not the intended recipient(s) or an agent responsible for delivering it to the intended recipient(s), you are hereby notified that you have received this message and any attachments hereto in error and that any review, dissemination, distribution, or copying of this message whole or in part is strictly prohibited and may subject you to civil and/or criminal penalties under state or federal law. If you have received this message in error, please notify the sender immediately by email, and delete the original message.

---

**From:** Jay Jackson <jay@abacuslife.com>
**Sent:** Tuesday, March 29, 2022 5:43 PM
**To:** Susan Long <susan.long@abacuslife.com>; Stuart Little <stuart@abacuslife.com>
**Subject:** Re: Redacted CBIZ Conversion Case)

Let's look at pricing on the Lapetus and see if we can get to an offer.

Jay Jackson
CEO
Abacus Life
(407) 988-1084

---

**From:** Susan Long <susan.long@abacuslife.com>
**Sent:** Tuesday, March 29, 2022 5:01:51 PM
**To:** Jay Jackson <jay@abacuslife.com>; Stuart Little <stuart@abacuslife.com>
**Subject:** RE: Redacted BIZ Conversion Case)

[redacted] Waiting to hear back.

**Please notify our office if the policy is in grace or in danger of lapsing. Premiums must be maintained so policies remain in good standing throughout the valuation and contracting periods.**

Kindest regards,
Susan Long, FLMI
Policy Acquisition Manager

321-300-7083 | susan.long@abacuslife.com | abacuslife.com | 2101 Park Center Drive STE 170, Orlando, FL 32835

ABACUS LIFE
OPTIONS FOR YOUR LIFE INSURANCE

The information contained in this electronic mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be a client communication and/or work product which may contain proprietary information and as such is privileged and confidential. If the reader of this message is not the intended recipient(s) or an agent responsible for delivering it to the intended recipient(s), you are hereby notified that you have received this message and any attachments hereto in error and that any review, dissemination, distribution, or copying of this message whole or in part is strictly prohibited and may subject you to civil and/or criminal penalties under state or federal law. If you have received this message in error, please notify the sender immediately by email, and delete the original message.

---

**From:** Jay Jackson <jay@abacuslife.com>
**Sent:** Tuesday, March 29, 2022 4:30 PM
**To:** Susan Long <susan.long@abacuslife.com>; Stuart Little <stuart@abacuslife.com>
**Subject:** Re: Redacted (CBIZ Conversion Case)

Please stay on me for this. [redacted]

Jay Jackson
CEO
Abacus Life
(407) 988-1084

---

**From:** Susan Long <susan.long@abacuslife.com>
**Sent:** Monday, March 28, 2022 12:51:56 PM
**To:** Stuart Little <stuart@abacuslife.com>
**Cc:** Jay Jackson <jay@abacuslife.com>
**Subject:** RE: Redacted (CBIZ Conversion Case)

I asked Daniel to send to SL, RR and Fidelity.

**Please notify our office if the policy is in grace or in danger of lapsing. Premiums must be maintained so policies remain in good standing throughout the valuation and contracting periods.**

Kindest regards,
Susan Long, FLMI
Policy Acquisition Manager

321-300-7083 | susan.long@abacuslife.com | abacuslife.com | 2101 Park Center Drive STE 170, Orlando, FL 32835

ABACUS LIFE
OPTIONS FOR YOUR LIFE INSURANCE

The information contained in this electronic mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be a client communication and/or work product which may contain proprietary information and as such is privileged and confidential. If

the reader of this message is not the intended recipient(s) or an agent responsible for delivering it to the intended recipient(s), you are hereby notified that you have received this message and any attachments hereto in error and that any review, dissemination, distribution, or copying of this message whole or in part is strictly prohibited and may subject you to civil and/or criminal penalties under state or federal law. If you have received this message in error, please notify the sender immediately by email, and delete the original message.

---

**From:** Stuart Little <stuart@abacuslife.com>
**Sent:** Monday, March 28, 2022 11:27 AM
**To:** Susan Long <susan.long@abacuslife.com>
**Cc:** Jay Jackson <jay@abacuslife.com>
**Subject:** FW: (Redacted) (CBIZ Conversion Case)

Hey Sue,

Yes, we'll need to ship this lapetus only – [redacted]

Regards,

Stu

---

**From:** Susan Long <susan.long@abacuslife.com>
**Sent:** Monday, March 28, 2022 11:21 AM
**To:** Stuart Little <stuart@abacuslife.com>
**Subject:** Redacted

Stu,

[redacted] Matt won't bid off a Lapetus only. [redacted] It's doubtful we will be able to find another LE to match up with the Lapetus. Do you want this shipped out with Lapetus only? I think other LE's are likely going to be in the 160-170M range.

**Please notify our office if the policy is in grace or in danger of lapsing. Premiums must be maintained so policies remain in good standing throughout the valuation and contracting periods.**

Kindest regards,
Susan Long, FLMI
Policy Acquisition Manager

321-300-7083 | susan.long@abacuslife.com | abacuslife.com | 2101 Park Center Drive STE 170, Orlando, FL 32835

ABACUS LIFE
OPTIONS FOR YOUR LIFE INSURANCE

The information contained in this electronic mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be a client communication and/or work product which may contain proprietary information and as such is privileged and confidential. If the reader of this message is not the intended recipient(s) or an agent responsible for delivering it to the intended recipient(s), you are hereby notified that you have received this message and any attachments hereto in error and that any review, dissemination, distribution, or copying of this message whole or in part is strictly prohibited and may subject you to civil and/or criminal penalties under state or federal law. If you have received this message in error, please notify the sender immediately by email, and delete the original message.