# EXHIBIT 18

LSI020156

| From: | Jay Olshansky [jay@lapetussolutions.com] |
|---|---|
| on behalf of | Jay Olshansky <jay@lapetussolutions.com> [jay@lapetussolutions.com] |
| Sent: | 1/16/2025 7:09:14 PM |
| To: | Armando Cabrera [armando@abacuslife.com]; Karl Ricanek [karl@lapetussolutions.com]; John Dippold [jdippold@lapetussolutions.com] |
| Subject: | updates from Lapetus |

Hi Armando

Karl passed along your inquiry about an update. This will be preliminary because not all of our numbers are exact or quite up to date, but you'll get a good sense of where everything is trending. Keep in mind that our greatest interest as an LE provider is to come closest to the observed age at death as we can for all decedents, given the information provided to us; and for those still alive, we're interested in what percentage of those alive we predicted would be alive. The State of Florida also provides LE companies a window of time following an assessment during which, if death occurs and we predicted this to happen in that window, is considered accurate; or if death has not yet happened and we correctly predicted that, would also have a designation of accurate. Here you go, in no particular order.

1. Alive status accuracy: This calculation is not yet done, but I have reason to believe it will be above ~ 96%
2. A/E Death age ratio (which you've defined) is approximately ~ 95%; approaching ~ 98% when deaths occur above age 90.
3. I haven't seen the Alive Age Ratio the way you calculate it, but I'm guessing this will be north of ~ 98%.
* Taken together, the combination of accurately predicting alive and dead status using these methods will be north of about ~ 96%.
4. Distance to Death (D2D) Metric: This analysis was suggested by Jose's where we went through all of the decedents evaluated by Lapetus that were also evaluated by two other LE providers (unnamed here) [a perfect apples-to-apples comparison]. To me this is a key metric because it gets at how close we actually came in predicting when death would occur -- which is our primary charge as an LE provider. I'm pleased to report that Lapetus was closer to the observed age at death relative to other LE providers by an average of 8.4 months. To be clear, if clients in the LE industry want an assessment that comes closest to predicting when death will occur in the three years following an assessment, Lapetus would be the best choice. The other LE companies are consistently long! Ordinarily I might be able to inform you why they seem to be consistently long, but these companies do not provide any information on their methodology, so they're operating in a black box and I just don't know why this occurs.
5. We also ran an assessment of A/E using a traditional actuarial approach -- which is to compare the observed number of deaths with the number predicted to occur. Those ratios vary widely depending on age and gender, but the range is from ~ 24% to ~72%. I can understand why this would look odd to the uninitiated, but we will also demonstrate following this analysis that it's possible to generate a 100% A/E using this method, and exhibit observed ages at death that are grossly off in both directions (long and short) from the prediction made by an LE company. This type of assessment masks the true value of the LE (empirically validated using D2D); and it should only be used for algorithm-based LE assessments where D2D apparently is not considered relevant. All Lapetus assessments are clinical reviews. The key issue here is how one estimates the number of deaths (the "expected" component in the equation) among people that are currently alive -- which is a primary driver of this statistic. If this A/E is the only thing presented to an investor or other interested party, this creates a highly distorted view of the accuracy of the assessments and its value to the client and the industry in general.
All of this information will appear in one form or another in our report to the State of Florida. Please be reminded that the numbers shown here, except the D2D, is likely to change slightly as we update our analysis to include the most recent time window (which is what we're doing now).

Let me know if you have any questions.

CONFIDENTIAL                                                                                LSI020156

LSI020156

Best,

Jay

S. Jay Olshansky, Ph.D.
Chief Scientist and Co-Founder
Cell: 847-347-8585
Email: jay@lapetussolutions.com
Website: http://www.lapetussolutions.com
Home Page: www.sjayolshansky.com

CONFIDENTIAL

LSI020157

LSI020156