# EXHIBIT 19

LSI006951

Trade Secret

# AMENDMENT TO

## Lapetus Solutions, Inc. A/E and Distance to Death (D2D) Metric Report State of Florida, February 28, 2025

## April 30, 2025

### Reason for Amendment

LE companies are required by the State of Florida to submit analyses of their experience data for the previous five years. When Lapetus first reported results in February of 2022, there were only three years worth of data to report. In our latest report submitted in February of 2025, Lapetus reported on the most recent three years worth of data that had not been previously reported on. As such, the State of Florida has the last five years worth of experience data in hand. In this amendment Lapetus has combined data from the last two years of the first report with experience data from the past three years of the most recent report to create a combined 5-year summary document. Contained within this amendment are all data, methods, and assumptions used by Lapetus to generate this report – information needed to replicate this analysis in accordance with standard scientific practices.

### Data and Methods

For this report, rather than calculating A/E based off of the current life table used by Lapetus as a frame of reference (e.g., the Human Mortality Database – mortality.org; HMD 2019) and a custom A/E calculation that takes closeness to death (referred to here as "distance-to-death" – D2D) into account for all decedents in the database, Lapetus calculated A/E using a historical A/E mortality basis as defined in <u>Actuarial Standard of Practice No. 48</u>. Expected deaths for each report are based off of the life table and survival probability calculations used at that report's underwriting date. During the combined five years reported here, the only major change in survival probability methodology was switching the baseline life table used from HMD 2016 to HMD 2019 (provided below).

#### Calculation of *Expected* Deaths in the A/E Estimate

*Expected* deaths for a single case after N years = 1 - (conditional survival probability* at year N)
*conditional survival probabilities vary depending on age, gender, underwriting date, medical records, and clinician-derived assessment of remaining duration of life.

Total cumulative *expected* deaths (E) = summation of the individual *expected* deaths for clinical LE assessments completed in the time frame between Jan 2, 2020 and Jan 1, 2025 (N = 14,012).

### Results

The results shown below represent standard actuarial calculations of A/E that are designed to reflect survival predictions based on a debit-credit methodology reflecting an automated LE assessment protocol. This methodology is intended specifically to optimize for A/E since the

1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

LSI006951
LSI006951

Trade Secret

industry standard prior to the existence of Lapetus was largely based on automated underwriting based on keyword searches of the medical records. As noted in the Lapetus 2025 report, all clinical LEs completed by Lapetus are generated by board-certified physicians who use the published medical/scientific literature as the basis for estimating remaining duration of life. Since the medical/scientific literature uses base life tables published by the Social Security Administration or the Human Mortality Database as their frame of reference, all clinical assessments of remaining life must match the frame of reference used by that literature. The use of VBT tables, for example, which is common with algorithm-based LE assessments, would lead to artificially high (overestimates) of survival because they don't match the frame of reference from the medical literature. As such, the Actuarial Standard of Practice No. 48 does not apply to Lapetus' clinical assessments. Nevertheless, in the interest of adhering to State of Florida guidelines, A/E as applied to automated underwriting platforms, have been applied to Lapetus's clinical assessments. The more appropriate "distance-to-death" metric for clinical assessments that optimizes for estimating remaining lifespan, is reported in the February 2025 Lapetus filing to the State of Florida; which is updated in this amendment.

### A/E for Jan 2, 2020 through Jan 1, 2025 (historical mortality basis, deaths collected through Jan 27, 2025)*

*The "deaths collected" date is later than the time frame used for the calculation of A/E as a way for Lapetus to provide a more complete death count.

| Filters | Count | Percentage | Expected | Actual | A/E Ratio |
|---|---|---|---|---|---|
| All | 14,012 | 100.0% | 2,612.94 | 1,085 | 41.5% |
| LE: 0 - 24 months | 753 | 5.4% | 457.20 | 219 | 47.9% |
| LE: 25 - 48 months | 2,539 | 18.1% | 869.61 | 427 | 49.1% |
| LE: 49 - 72 months | 2,737 | 19.5% | 582.66 | 230 | 39.5% |
| LE: 73 - 108 months | 3,066 | 21.9% | 383.74 | 125 | 32.6% |
| LE: 109 - 144 months | 2,283 | 16.3% | 190.98 | 54 | 28.3% |
| LE: 145 - 180 months | 1,537 | 11.0% | 87.25 | 14 | 16.0% |
| LE: 180+ | 1,097 | 7.8% | 41.50 | 16 | 38.6% |
| < 70 | 2,928 | 20.9% | 411.96 | 182 | 44.2% |
| 70 - 79 | 4,742 | 33.8% | 578.17 | 173 | 29.9% |
| 80 - 89 | 4,194 | 29.9% | 836.65 | 341 | 40.8% |
| 90+ | 2,148 | 15.3% | 786.17 | 389 | 49.5% |
| Male | 10,088 | 72.0% | 1,800.47 | 745 | 41.4% |
| Male, < 70 | 2,385 | 17.0% | 334.24 | 122 | 36.5% |
| Male, 70 - 79 | 3,712 | 26.5% | 478.44 | 152 | 31.8% |
| Male, 80 - 89 | 2,928 | 20.9% | 596.87 | 264 | 44.2% |
| Male, 90+ | 1,063 | 7.6% | 390.92 | 207 | 53.0% |
| Female | 3,924 | 28.0% | 812.47 | 340 | 41.8% |
| Female, < 70 | 543 | 3.9% | 77.72 | 60 | 77.2% |
| Female, 70 - 79 | 1,030 | 7.4% | 99.73 | 21 | 21.1% |
| Female, 80 - 89 | 1,266 | 9.0% | 239.78 | 77 | 32.1% |
| Female, 90+ | 1,085 | 7.7% | 395.25 | 182 | 46.0% |

2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

LSI006952

LSI006951

Trade Secret

**Distance to Death (D2D) for Jan 2, 2020 through Jan 1, 2025 (deaths collected through Jan 27, 2025):**

Total Number of Unique Clinical LE Reports Completed Jan 2, 2020 to Jan 1, 2025: 14,012

Total Cases Accurately Identified (e.g., Maturations That Occurred Within the Prediction Window + Clinical Cases Alive That Were Predicted to be Alive): 13,267

**Lapetus Cumulative D2D Accuracy (weighted by alive/dead status) (1/2/20 - 1/1/25): 94.7% (13,267/14,012)**

**Lapetus D2D Accuracy For Decedents: 44.4 percent (502/1,131)**

Unique Maturations: 1,131
Maturations That Occurred Within the Prediction Window: 502
Maturations with Age at Death Overestimated: 1,059
Maturations With Age at Death Underestimated: 72

**Lapetus D2D Accuracy For Alive Patients = 99.1 percent (12,765/12,881)**

Clinical Cases Alive: 12,881
Clinical Cases Alive That Were Predicted to be Alive: 12,765
Clinical Cases Alive Predicted to be Deceased: 116

**Mortality Table (HMD 2019):**

| gender | year | qx | lx | dx | Lx | Tx | ex |
|--------|------|---------|--------|-----|-------|---------|-------|
| male | 0 | 0.00604 | 100000 | 604 | 99479 | 7647797 | 76.48 |
| male | 1 | 0.00042 | 99396 | 41 | 99375 | 7548318 | 75.94 |
| male | 2 | 0.00026 | 99354 | 25 | 99341 | 7448943 | 74.97 |
| male | 3 | 0.00019 | 99328 | 18 | 99318 | 7349602 | 73.99 |
| male | 4 | 0.00015 | 99309 | 14 | 99302 | 7250283 | 73.01 |
| male | 5 | 0.00014 | 99294 | 13 | 99287 | 7150981 | 72.02 |
| male | 6 | 0.00013 | 99280 | 12 | 99274 | 7051693 | 71.03 |
| male | 7 | 0.00012 | 99267 | 11 | 99261 | 6952419 | 70.04 |
| male | 8 | 0.00012 | 99255 | 11 | 99249 | 6853157 | 69.05 |
| male | 9 | 0.00012 | 99244 | 11 | 99238 | 6753907 | 68.05 |
| male | 10 | 0.00014 | 99232 | 13 | 99225 | 6654669 | 67.06 |
| male | 11 | 0.00015 | 99218 | 14 | 99210 | 6555444 | 66.07 |

3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

LSI006953

LSI006951

Trade Secret

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| male | 12 | 0.00016 | 99203 | 15 | 99195 | 6456233 | 65.08 |
| male | 13 | 0.00018 | 99187 | 17 | 99178 | 6357037 | 64.09 |
| male | 14 | 0.00025 | 99169 | 24 | 99157 | 6257859 | 63.10 |
| male | 15 | 0.00035 | 99144 | 34 | 99127 | 6158702 | 62.12 |
| male | 16 | 0.00049 | 99110 | 48 | 99085 | 6059574 | 61.14 |
| male | 17 | 0.00063 | 99061 | 62 | 99030 | 5960488 | 60.17 |
| male | 18 | 0.00090 | 98999 | 89 | 98954 | 5861458 | 59.21 |
| male | 19 | 0.00102 | 98910 | 100 | 98859 | 5762503 | 58.26 |
| male | 20 | 0.00112 | 98809 | 110 | 98753 | 5663644 | 57.32 |
| male | 21 | 0.00131 | 98698 | 129 | 98633 | 5564890 | 56.38 |
| male | 22 | 0.00132 | 98569 | 130 | 98504 | 5466256 | 55.46 |
| male | 23 | 0.00134 | 98439 | 131 | 98373 | 5367752 | 54.53 |
| male | 24 | 0.00140 | 98307 | 137 | 98238 | 5269379 | 53.60 |
| male | 25 | 0.00151 | 98169 | 148 | 98095 | 5171141 | 52.68 |
| male | 26 | 0.00157 | 98021 | 153 | 97944 | 5073045 | 51.75 |
| male | 27 | 0.00161 | 97867 | 157 | 97788 | 4975101 | 50.84 |
| male | 28 | 0.00170 | 97709 | 166 | 97626 | 4877312 | 49.92 |
| male | 29 | 0.00177 | 97543 | 172 | 97457 | 4779685 | 49.00 |
| male | 30 | 0.00184 | 97371 | 179 | 97281 | 4682228 | 48.09 |
| male | 31 | 0.00187 | 97191 | 181 | 97101 | 4584946 | 47.17 |
| male | 32 | 0.00189 | 97010 | 183 | 96918 | 4487845 | 46.26 |
| male | 33 | 0.00195 | 96826 | 188 | 96732 | 4390927 | 45.35 |
| male | 34 | 0.00207 | 96638 | 200 | 96537 | 4294194 | 44.44 |
| male | 35 | 0.00213 | 96437 | 205 | 96335 | 4197656 | 43.53 |
| male | 36 | 0.00220 | 96232 | 211 | 96126 | 4101321 | 42.62 |
| male | 37 | 0.00230 | 96020 | 220 | 95910 | 4005194 | 41.71 |
| male | 38 | 0.00241 | 95800 | 230 | 95684 | 3909284 | 40.81 |
| male | 39 | 0.00248 | 95569 | 237 | 95450 | 3813599 | 39.90 |
| male | 40 | 0.00271 | 95332 | 258 | 95202 | 3718149 | 39.00 |
| male | 41 | 0.00267 | 95073 | 253 | 94946 | 3622946 | 38.11 |
| male | 42 | 0.00283 | 94819 | 268 | 94685 | 3527999 | 37.21 |
| male | 43 | 0.00286 | 94551 | 270 | 94416 | 3433313 | 36.31 |
| male | 44 | 0.00304 | 94281 | 286 | 94137 | 3338897 | 35.41 |
| male | 45 | 0.00329 | 93994 | 309 | 93839 | 3244759 | 34.52 |
| male | 46 | 0.00355 | 93685 | 332 | 93519 | 3150919 | 33.63 |
| male | 47 | 0.00386 | 93352 | 360 | 93172 | 3057400 | 32.75 |
| male | 48 | 0.00412 | 92992 | 383 | 92800 | 2964228 | 31.88 |
| male | 49 | 0.00444 | 92609 | 411 | 92403 | 2871427 | 31.01 |
| male | 50 | 0.00483 | 92198 | 445 | 91975 | 2779023 | 30.14 |
| male | 51 | 0.00534 | 91752 | 489 | 91507 | 2687048 | 29.29 |
| male | 52 | 0.00578 | 91262 | 527 | 90999 | 2595540 | 28.44 |

4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

LSI006954

LSI006951

Trade Secret

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| male | 53 | 0.00615 | 90735 | 558 | 90456 | 2504541 | 27.60 |
| male | 54 | 0.00695 | 90177 | 626 | 89863 | 2414085 | 26.77 |
| male | 55 | 0.00771 | 89550 | 690 | 89205 | 2324221 | 25.95 |
| male | 56 | 0.00827 | 88860 | 734 | 88492 | 2235015 | 25.15 |
| male | 57 | 0.00902 | 88125 | 794 | 87727 | 2146523 | 24.36 |
| male | 58 | 0.00963 | 87330 | 840 | 86909 | 2058795 | 23.57 |
| male | 59 | 0.01052 | 86489 | 909 | 86034 | 1971885 | 22.80 |
| male | 60 | 0.01116 | 85579 | 955 | 85101 | 1885851 | 22.04 |
| male | 61 | 0.01227 | 84624 | 1038 | 84105 | 1800749 | 21.28 |
| male | 62 | 0.01325 | 83586 | 1107 | 83032 | 1716643 | 20.54 |
| male | 63 | 0.01416 | 82478 | 1167 | 81894 | 1633611 | 19.81 |
| male | 64 | 0.01496 | 81310 | 1216 | 80702 | 1551717 | 19.08 |
| male | 65 | 0.01613 | 80094 | 1291 | 79448 | 1471014 | 18.37 |
| male | 66 | 0.01724 | 78802 | 1358 | 78123 | 1391566 | 17.66 |
| male | 67 | 0.01835 | 77443 | 1421 | 76733 | 1313443 | 16.96 |
| male | 68 | 0.01922 | 76022 | 1461 | 75292 | 1236710 | 16.27 |
| male | 69 | 0.02034 | 74561 | 1516 | 73803 | 1161417 | 15.58 |
| male | 70 | 0.02221 | 73044 | 1622 | 72233 | 1087614 | 14.89 |
| male | 71 | 0.02395 | 71422 | 1710 | 70567 | 1015380 | 14.22 |
| male | 72 | 0.02577 | 69712 | 1796 | 68813 | 944813 | 13.55 |
| male | 73 | 0.02796 | 67915 | 1898 | 66966 | 875999 | 12.90 |
| male | 74 | 0.03055 | 66016 | 2016 | 65008 | 809033 | 12.25 |
| male | 75 | 0.03427 | 63999 | 2193 | 62903 | 744025 | 11.63 |
| male | 76 | 0.03736 | 61806 | 2309 | 60652 | 681122 | 11.02 |
| male | 77 | 0.04087 | 59497 | 2431 | 58281 | 620470 | 10.43 |
| male | 78 | 0.04430 | 57065 | 2528 | 55801 | 562188 | 9.85 |
| male | 79 | 0.04866 | 54537 | 2653 | 53210 | 506386 | 9.29 |
| male | 80 | 0.05389 | 51883 | 2796 | 50485 | 453175 | 8.73 |
| male | 81 | 0.05976 | 49087 | 2933 | 47621 | 402689 | 8.20 |
| male | 82 | 0.06558 | 46154 | 3026 | 44641 | 355068 | 7.69 |
| male | 83 | 0.07275 | 43127 | 3137 | 41558 | 310427 | 7.20 |
| male | 84 | 0.08105 | 39990 | 3241 | 38369 | 268868 | 6.72 |
| male | 85 | 0.09049 | 36748 | 3325 | 35086 | 230499 | 6.27 |
| male | 86 | 0.09907 | 33423 | 3311 | 31767 | 195412 | 5.85 |
| male | 87 | 0.11262 | 30112 | 3391 | 28416 | 163645 | 5.43 |
| male | 88 | 0.12437 | 26721 | 3323 | 25059 | 135228 | 5.06 |
| male | 89 | 0.13493 | 23397 | 3157 | 21819 | 110169 | 4.71 |
| male | 90 | 0.14920 | 20240 | 3019 | 18730 | 88349 | 4.36 |
| male | 91 | 0.16598 | 17220 | 2858 | 15791 | 69619 | 4.04 |
| male | 92 | 0.18416 | 14362 | 2644 | 13039 | 53827 | 3.75 |
| male | 93 | 0.20441 | 11717 | 2395 | 10519 | 40787 | 3.48 |

5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

LSI006955
LSI006951

Trade Secret

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| male | 94 | 0.22387 | 9322 | 2086 | 8278 | 30267 | 3.25 |
| male | 95 | 0.23889 | 7235 | 1728 | 6371 | 21989 | 3.04 |
| male | 96 | 0.25850 | 5506 | 1423 | 4795 | 15617 | 2.84 |
| male | 97 | 0.27868 | 4083 | 1137 | 3514 | 10822 | 2.65 |
| male | 98 | 0.29927 | 2945 | 881 | 2504 | 7308 | 2.48 |
| male | 99 | 0.32013 | 2063 | 660 | 1733 | 4803 | 2.33 |
| male | 100 | 0.34109 | 1403 | 478 | 1163 | 3070 | 2.19 |
| male | 101 | 0.36199 | 924 | 334 | 757 | 1906 | 2.06 |
| male | 102 | 0.38267 | 589 | 225 | 477 | 1149 | 1.95 |
| male | 103 | 0.40297 | 364 | 146 | 290 | 672 | 1.85 |
| male | 104 | 0.42274 | 217 | 91 | 171 | 381 | 1.75 |
| male | 105 | 0.44185 | 125 | 55 | 97 | 209 | 1.67 |
| male | 106 | 0.46020 | 70 | 32 | 53 | 112 | 1.60 |
| male | 107 | 0.47769 | 37 | 18 | 28 | 58 | 1.54 |
| male | 108 | 0.49426 | 19 | 9 | 14 | 29 | 1.48 |
| male | 109 | 0.50985 | 9 | 5 | 7 | 14 | 1.45 |
| male | 110 | 1.00000 | 4 | 4 | 7 | 7 | 1.43 |
| female | 0 | 0.00500 | 100000 | 500 | 99569 | 8151042 | 81.51 |
| female | 1 | 0.00035 | 99500 | 34 | 99482 | 8051473 | 80.92 |
| female | 2 | 0.00021 | 99465 | 20 | 99454 | 7951990 | 79.95 |
| female | 3 | 0.00016 | 99444 | 15 | 99436 | 7852536 | 78.96 |
| female | 4 | 0.00013 | 99428 | 12 | 99421 | 7753099 | 77.98 |
| female | 5 | 0.00012 | 99415 | 11 | 99409 | 7653677 | 76.99 |
| female | 6 | 0.00011 | 99403 | 10 | 99398 | 7554268 | 76.00 |
| female | 7 | 0.00010 | 99392 | 9 | 99387 | 7454870 | 75.00 |
| female | 8 | 0.00009 | 99382 | 8 | 99378 | 7355482 | 74.01 |
| female | 9 | 0.00010 | 99373 | 9 | 99368 | 7256104 | 73.02 |
| female | 10 | 0.00009 | 99363 | 8 | 99359 | 7156735 | 72.03 |
| female | 11 | 0.00010 | 99354 | 9 | 99349 | 7057376 | 71.03 |
| female | 12 | 0.00012 | 99344 | 11 | 99338 | 6958026 | 70.04 |
| female | 13 | 0.00014 | 99332 | 13 | 99326 | 6858687 | 69.05 |
| female | 14 | 0.00016 | 99319 | 15 | 99311 | 6759361 | 68.06 |
| female | 15 | 0.00019 | 99303 | 18 | 99293 | 6660050 | 67.07 |
| female | 16 | 0.00022 | 99284 | 21 | 99273 | 6560756 | 66.08 |
| female | 17 | 0.00026 | 99262 | 25 | 99249 | 6461483 | 65.09 |
| female | 18 | 0.00036 | 99236 | 35 | 99218 | 6362233 | 64.11 |
| female | 19 | 0.00037 | 99200 | 36 | 99182 | 6263015 | 63.13 |
| female | 20 | 0.00041 | 99164 | 40 | 99143 | 6163832 | 62.16 |
| female | 21 | 0.00045 | 99123 | 44 | 99101 | 6064688 | 61.18 |
| female | 22 | 0.00046 | 99078 | 45 | 99056 | 5965587 | 60.21 |
| female | 23 | 0.00055 | 99033 | 54 | 99006 | 5866531 | 59.24 |

6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

LSI006956

LSI006951

Trade Secret

| female | 24 | 0.00054 | 98978 | 53 | 98952 | 5767525 | 58.27 |
| female | 25 | 0.00058 | 98925 | 57 | 98896 | 5668572 | 57.30 |
| female | 26 | 0.00062 | 98868 | 61 | 98837 | 5569676 | 56.33 |
| female | 27 | 0.00066 | 98806 | 65 | 98774 | 5470838 | 55.37 |
| female | 28 | 0.00069 | 98741 | 68 | 98707 | 5372064 | 54.41 |
| female | 29 | 0.00073 | 98673 | 72 | 98637 | 5273356 | 53.44 |
| female | 30 | 0.00082 | 98601 | 80 | 98560 | 5174719 | 52.48 |
| female | 31 | 0.00087 | 98520 | 85 | 98477 | 5076158 | 51.52 |
| female | 32 | 0.00091 | 98434 | 89 | 98390 | 4977680 | 50.57 |
| female | 33 | 0.00103 | 98345 | 101 | 98294 | 4879290 | 49.61 |
| female | 34 | 0.00100 | 98243 | 98 | 98194 | 4780996 | 48.66 |
| female | 35 | 0.00108 | 98145 | 105 | 98092 | 4682801 | 47.71 |
| female | 36 | 0.00113 | 98039 | 110 | 97984 | 4584708 | 46.76 |
| female | 37 | 0.00120 | 97928 | 117 | 97870 | 4486724 | 45.82 |
| female | 38 | 0.00133 | 97811 | 130 | 97746 | 4388853 | 44.87 |
| female | 39 | 0.00143 | 97681 | 139 | 97611 | 4291107 | 43.93 |
| female | 40 | 0.00145 | 97541 | 141 | 97470 | 4193496 | 42.99 |
| female | 41 | 0.00152 | 97400 | 148 | 97326 | 4096025 | 42.05 |
| female | 42 | 0.00156 | 97252 | 151 | 97176 | 3998698 | 41.12 |
| female | 43 | 0.00171 | 97100 | 166 | 97017 | 3901522 | 40.18 |
| female | 44 | 0.00180 | 96934 | 174 | 96847 | 3804505 | 39.25 |
| female | 45 | 0.00198 | 96759 | 191 | 96664 | 3707658 | 38.32 |
| female | 46 | 0.00214 | 96568 | 206 | 96465 | 3610993 | 37.39 |
| female | 47 | 0.00233 | 96361 | 224 | 96249 | 3514528 | 36.47 |
| female | 48 | 0.00254 | 96137 | 244 | 96015 | 3418279 | 35.56 |
| female | 49 | 0.00275 | 95892 | 263 | 95761 | 3322264 | 34.65 |
| female | 50 | 0.00297 | 95629 | 284 | 95487 | 3226503 | 33.74 |
| female | 51 | 0.00322 | 95345 | 307 | 95191 | 3131015 | 32.84 |
| female | 52 | 0.00350 | 95038 | 332 | 94871 | 3035824 | 31.94 |
| female | 53 | 0.00384 | 94705 | 363 | 94523 | 2940952 | 31.05 |
| female | 54 | 0.00420 | 94341 | 396 | 94143 | 2846428 | 30.17 |
| female | 55 | 0.00460 | 93945 | 432 | 93729 | 2752284 | 29.30 |
| female | 56 | 0.00498 | 93513 | 465 | 93280 | 2658554 | 28.43 |
| female | 57 | 0.00548 | 93047 | 509 | 92792 | 2565274 | 27.57 |
| female | 58 | 0.00588 | 92537 | 544 | 92265 | 2472481 | 26.72 |
| female | 59 | 0.00631 | 91993 | 580 | 91703 | 2380215 | 25.87 |
| female | 60 | 0.00694 | 91413 | 634 | 91096 | 2288511 | 25.03 |
| female | 61 | 0.00745 | 90778 | 676 | 90440 | 2197415 | 24.21 |
| female | 62 | 0.00799 | 90102 | 719 | 89742 | 2106974 | 23.38 |
| female | 63 | 0.00846 | 89382 | 756 | 89004 | 2017232 | 22.57 |
| female | 64 | 0.00907 | 88626 | 803 | 88224 | 1928227 | 21.76 |

7

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

LSI006957

LSI006951

Trade Secret

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| female | 65 | 0.00955 | 87822 | 838 | 87403 | 1840002 | 20.95 |
| female | 66 | 0.01032 | 86983 | 897 | 86535 | 1752599 | 20.15 |
| female | 67 | 0.01110 | 86086 | 955 | 85608 | 1666064 | 19.35 |
| female | 68 | 0.01196 | 85130 | 1018 | 84621 | 1580455 | 18.57 |
| female | 69 | 0.01306 | 84112 | 1098 | 83563 | 1495834 | 17.78 |
| female | 70 | 0.01449 | 83014 | 1202 | 82412 | 1412270 | 17.01 |
| female | 71 | 0.01607 | 81811 | 1314 | 81153 | 1329858 | 16.26 |
| female | 72 | 0.01756 | 80496 | 1413 | 79789 | 1248704 | 15.51 |
| female | 73 | 0.01940 | 79082 | 1534 | 78315 | 1168914 | 14.78 |
| female | 74 | 0.02096 | 77548 | 1625 | 76736 | 1090598 | 14.06 |
| female | 75 | 0.02377 | 75923 | 1804 | 75021 | 1013862 | 13.35 |
| female | 76 | 0.02618 | 74118 | 1940 | 73148 | 938841 | 12.67 |
| female | 77 | 0.02875 | 72178 | 2075 | 71140 | 865693 | 11.99 |
| female | 78 | 0.03148 | 70103 | 2206 | 68999 | 794552 | 11.33 |
| female | 79 | 0.03525 | 67896 | 2393 | 66699 | 725552 | 10.69 |
| female | 80 | 0.03932 | 65502 | 2575 | 64215 | 658853 | 10.06 |
| female | 81 | 0.04382 | 62927 | 2757 | 61548 | 594638 | 9.45 |
| female | 82 | 0.04906 | 60169 | 2951 | 58693 | 533089 | 8.86 |
| female | 83 | 0.05532 | 57217 | 3165 | 55635 | 474395 | 8.29 |
| female | 84 | 0.06109 | 54052 | 3302 | 52401 | 418760 | 7.75 |
| female | 85 | 0.06843 | 50750 | 3472 | 49014 | 366358 | 7.22 |
| female | 86 | 0.07629 | 47277 | 3606 | 45474 | 317344 | 6.71 |
| female | 87 | 0.08662 | 43670 | 3782 | 41779 | 271870 | 6.23 |
| female | 88 | 0.09826 | 39888 | 3919 | 37928 | 230090 | 5.77 |
| female | 89 | 0.11281 | 35968 | 4057 | 33939 | 192162 | 5.34 |
| female | 90 | 0.12502 | 31911 | 3989 | 29916 | 158222 | 4.96 |
| female | 91 | 0.13924 | 27921 | 3887 | 25977 | 128306 | 4.60 |
| female | 92 | 0.15515 | 24033 | 3728 | 22169 | 102328 | 4.26 |
| female | 93 | 0.17126 | 20304 | 3477 | 18566 | 80159 | 3.95 |
| female | 94 | 0.19065 | 16827 | 3208 | 15223 | 61592 | 3.66 |
| female | 95 | 0.20632 | 13619 | 2809 | 12214 | 46369 | 3.40 |
| female | 96 | 0.22586 | 10809 | 2441 | 9588 | 34155 | 3.16 |
| female | 97 | 0.24625 | 8367 | 2060 | 7337 | 24566 | 2.94 |
| female | 98 | 0.26737 | 6307 | 1686 | 5464 | 17228 | 2.73 |
| female | 99 | 0.28906 | 4620 | 1335 | 3953 | 11764 | 2.55 |
| female | 100 | 0.31113 | 3285 | 1022 | 2774 | 7811 | 2.38 |
| female | 101 | 0.33340 | 2263 | 754 | 1885 | 5037 | 2.23 |
| female | 102 | 0.35567 | 1508 | 536 | 1240 | 3151 | 2.09 |
| female | 103 | 0.37774 | 972 | 367 | 788 | 1911 | 1.97 |
| female | 104 | 0.39942 | 604 | 241 | 484 | 1122 | 1.86 |
| female | 105 | 0.42054 | 363 | 152 | 286 | 638 | 1.76 |

8

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

LSI006958

LSI006951

Trade Secret

| female | 106 | 0.44093 | 210 | 92 | 164 | 351 | 1.67 |
| female | 107 | 0.46046 | 117 | 54 | 90 | 187 | 1.60 |
| female | 108 | 0.47902 | 63 | 30 | 48 | 97 | 1.53 |
| female | 109 | 0.49652 | 33 | 16 | 24 | 48 | 1.48 |
| female | 110 | 1.00000 | 16 | 16 | 24 | 24 | 1.44 |

**Independent Audit of** *AMENDMENT TO Lapetus Solutions, Inc. A/E and Distance to Death (D2D) Metric Report* **by The Terry Group**

[language from The Terry Group]

9

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

LSI006959

LSI006951