# EXHIBIT 20

LSI001844



February 28, 2022

Dear Office of Insurance Regulation,

Lapetus Solutions, Inc. is a licensed life expectancy provider through the Florida Office of Insurance Regulation (Company Code 40180). In accordance with the State of Florida Office of Insurance Regulation requirement that life expectancy providers submit an A/E report every three years, Lapetus is pleased to submit the attached A/E report. Our assessment has been audited and approved by an independent actuarial firm -- The Terry Group (review attached). Please let us know if you need any additional information.

Regards,

S. Jay Olshansky, Ph.D  
Chief Science Officer &  
Co-Founder

Karl Ricanek, Ph.D.  
CEO & Co-Founder

Alyssa Morales  
Director of Client Services

*S. Jay Olshansky*

*Alyssa Morales*

**Lapetus Solutions, Inc.**  
contact@lapetussolutions.com  
**lapetussolutions.com**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

LSI001844  
LSI001844

TERRY

Statement of Actuarial Opinion Pursuant to Florida Statute 626.99175(5)

February 28, 2022

Board of Directors
Lapetus Solutions, Inc.
803 S. College Rd., Suite G
Wilmington, NC 28403

The Terry Group has reviewed the calculation of the actual-to-expected ratio of Lapetus Solution Inc's ("Lapetus") life expectancy assessments as described in its A/E Report for the State of Florida.

Lapetus's life expectancy assessment is a combination of its proprietary Summary Adjusted Life Expectancy ("SALE") and a medical assessment by trained physicians. The output is a point estimate and a range of life expectancies based on the opinion of medical experts as to the most favorable and least favorable outcomes.

The actual-to-expected ratio is scored according to whether or not observed deaths occurred within the ranges defined in Florida Statute 626.99175(5), overlapping with Lapetus' range of life expectancies. (The analysis is neither probabilistic nor actuarial in nature. For example, the actual-to-expected ratio is not based on the traditional actuarial construct commonly found in actuarial analyses that compare actual to expected deaths in reference to baseline mortality tables. We do not believe Florida's statutory actual-to-expected determination as prepared by Lapetus is covered by any current Actuarial Standard of Practice.)

In preparing this review, we have relied on the data provided to us by Lapetus. We have evaluated the data for consistency and reasonableness, but we have not performed a detailed data audit. In addition, we have relied on the actual-to-expected methodology described in detail in Lapetus' February 1, 2022 A/E Report prepared for the State of Florida. It is our understanding that Lapetus has reviewed this methodology with state regulators and that it is deemed acceptable for purposes of compliance with Florida Statute 626.99175(5).

In our opinion, the calculation of actual-to-expected ratio of life expectancies by Lapetus is reasonable and does not contain material errors.

We, the undersigned, certify that this actuarial evaluation has been prepared in accordance with generally accepted actuarial principles and practices and, subject to the disclaimers herein, to the best of our knowledge, meets the applicable requirements of Florida Statute 626.99175(5).

We are members of the American Academy of Actuaries, Fellows of the Society of Actuaries and Enrolled Actuaries. We meet the Qualification Standards of the American Academy of Actuaries to render the actuarial opinion contained herein.

Thomas S. Terry, FSA, MAAA, EA.          Liaw Huang, PhD., FSA, MAAA, EA

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

LSI001845
LSI001844

**GENERAL AFFIDAVIT**

State of __Florida_____

County of ___Dade_____

I, Karl Ricanek Jr, of Lapetus Solutions, Inc (936 Baldwin Park Drive, Wilmington, NC

28411) do hereby swear under oath that:

1. My company considers this information a trade secret that has value and provides an advantage or an opportunity to obtain an advantage over those who do not know or use it.
2. My company has taken measures to prevent the disclosure of the information to anyone other than those who have been selected to have access for limited purposes, and [I intend/my company intends] to continue to take such measures.
3. The information is not, and has not been, reasonably obtainable without my consent by other persons by use of legitimate means.
4. The information is not publicly available elsewhere.

Under penalty of perjury, I hereby declare that and affirm that the above stated facts, to the best of my knowledge, are true and correct.

DATED the __22_ day of _February____, 2022___

_____
Signature of Affiant

SWORN to subscribed before me, this 22 day of February_____, 2022

_____
NOTARY PUBLIC

My Commision Expires: 10/12/2025_____

NOAH BRADSHAW
NOTARY PUBLIC
New Hanover County
North Carolina
My Commission Expires October 12, 2025

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Trade Secret

# Lapetus Solutions, Inc. A/E Report
## State of Florida
## February 18, 2022

## Executive Summary

Lapetus Solutions is pleased to report that our formal measurement of Actual/Expected (A/E) is **96.4 percent** for the time period February 20, 2019 to February 18, 2022.

Outline of Lapetus Solutions, Inc. A/E Report

I.     Summary Statement from Science Team Leader (Dr. S. Jay Olshansky)
II.    Summary Statement from Medical Director (Dr. Bradley Willcox)
III.   Physician Reviewers
IV.    Biodemography Reviewers
V.     Sample Size
VI.    Methods Used for Determining Maturations
VII.   Number of Maturations
VIII.  Definition of Accuracy
IX.    Life Tables Used
X.     A/E Calculation
XI.    Conclusions
XII.   Independent Audit of Lapetus A/E
XIII.  Appendix A: Forthcoming Changes to Lapetus Life Settlement Reports
XIV.   Appendix B: Raw Data Used for A/E Calculations
XV.    Potential Misrepresentation Identified

1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

LSI001847

LSI001844

Trade Secret

## I.    Summary Statement from Science Team Leader (Dr. S. Jay Olshansky)

The Lapetus approach to generating estimates of life expectancy for the life settlement industry is based on the merging of two disciplines – the medical sciences and biodemography (which combines the disciplines of biology, demography, epidemiology, and the actuarial sciences). This approach reflects the three main factors that have been documented to influence duration of life – genes, environment, and the highly personal medical health status of an individual. All three of these attributes have independent effects on survival, but importantly, they also work synergistically to influence how long someone is likely to live. A thorough assessment of prospective survival requires an assessment of all three factors relative to each other. In our view, this requires that the medical records be read and interpreted by a trained medical professional with an M.D. from an accredited University.

The Lapetus evaluation process begins with an initial assessment of LE based on reported inherited and acquired risk factors that influence duration of life (e.g., age, gender, smoking status, BMI, education, income, marital status, etc.) that are used to adjust the most recently published baseline life table from the U.S. Social Security Administration for the resident population of the U.S. The result is referred to by Lapetus as a Summary Adjusted Life Expectancy (SALE), and this represents the baseline personalized LE used by Lapetus in our assessment of the survival prospects of the patient. The SALE is provided to the reviewing physician as a frame of reference, who then determines whether the medical records contain information to adjust the LE estimate based on the unique health conditions and health trajectory of the patient.

This approach to LE assessments is, in our view, the most detailed and personalized methodology available today to estimate how long an individual is likely to live. Our physician team has grown accustomed to this approach, and the time it takes for the reviews to be completed by the physicians has been declining as a result of our database of previous reviews and medical literature linked to specific primary impairments, grows and is updated daily.

With regard to this report, it is important to emphasize that the vast majority of our LE assessments will be over 36 months, so most of the individuals in our assessment pool are still alive and were predicted to be alive. Of the maturations that have occurred, the vast majority should – by definition – be deaths that occurred earlier than predicted because not enough time has passed to observe underestimates of survival. A more complete picture of the over/under estimate frequency will be evident in subsequent Lapetus A/E reports as at least six years will have passed from that time forward.

## II.    Summary Statement from Medical Director (Dr. Bradley Willcox)

The medical approach to generating estimates of life expectancy for the life settlement industry relies on two critical pieces of information. First is the SALE described above, which represents foundational baseline information about the patient used by the physicians to gauge what factors other than medical conditions, could influence survival going forward. However, at the heart of Lapetus' medical assessment is a personal review of the medical records by a trained physician;

2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

LSI001848

LSI001844

Trade Secret

the identification of primary and secondary impairments (if any) that could compromise life expectancy; the identification of health attributes suggesting the individual could live longer than average; the identification of impairments and other health conditions and identification of information contained in the medical records suggesting that some impairments are non-life-threatening; access to the medical/scientific literature that links up the life influencing impairments to their documented empirically-derived influence on survival; and the quantification of the effects of such impairments on anticipated survival for each patient in light of the SALE.

Lapetus physicians operate in a hive environment, which means when first given access to a set of medical records, accompanying every file reviewed by the physicians is access to all previous reviews ever completed by a physician at Lapetus, of patients with the same primary impairment(s) as the patient under evaluation. During the last three years, Lapetus physicians have performed 2,048 medical case reviews, 1,811 of which were unique individuals. The remaining 237 files were multiple reviews of the same patient (see section V below).

## III.  Physician Reviewers

Lapetus currently has 16 physicians on call to perform longevity assessments using the available medical records. All Lapetus physicians have an M.D. degree from an accredited University; many of our physicians have other advanced degrees such as an MPH or a Ph.D. that further enhance their ability to make informed judgments about survival. Most Lapetus' clinical panel members are described on the Lapetus website [https://www.lapetussolutions.com/about/team/]. Lapetus increased our number of physicians on call from just 1 when reports were first generated three years ago; to 16 today; and expansion is occurring at a rate of approximately 1 new doctor added per month as demand for Lapetus LE assessments increase.

## IV.  Biodemography Reviewers

Lapetus currently has 5 research scientists on staff (the Biodemography team) that are or have been involved in the creation of the SALE, or which are currently involved in the internal review process for all Lapetus life settlement reviews. All scientists at Lapetus hold a Ph.D. degree from an accredited University; the team's research backgrounds include demography, epidemiology, biology, public health, statistics, and the actuarial sciences. The two primary internal reviewers are Dr. S. Jay Olshansky and Dr. Samir Soneji – a recent Lapetus hire from the University of North Carolina at Chapel Hill, but now the entire biodemography team of research scientists participated in the internal review of completed assessments. Most Lapetus Biodemography team members are described on the Lapetus website [https://www.lapetussolutions.com/about/team/].

## V.  Sample Size

Total number of unique LE reports completed (used to calculate A/E): 1,981
Total number of LE reports completed: 2,048
Total number of re-reviews completed counted as separate reviews: 170
Total number of re-reviews completed counted as the same review: 67
Total number of Standard LE reports completed (5 business days): 1,906

3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

LSI001849

LSI001844

Trade Secret

Total number of Rushed LE reports completed (2 business days): 127
Total number of Urgent LE reports completed (8 hours): 15

## VI.    Methods Used for Determining Maturations

Lapetus operates in an entirely electronic HIPAA controlled environment, which means all of our clients have access to a safe environment in which they are encouraged to report on maturations. While Lapetus receives frequent updates on maturations – including information contained on death certificates – it is expected that self-reporting of maturations will be incomplete.

Lapetus scientists have close connections to the U.S. Social Security Administration (Professor Olshansky has been an advisor to the SSA in the past), and after several interactions with officials at the SSA, it was determined that accessing their database – even on a frequent basis – would not enable us to identify a significant number of additional maturations beyond those reported by our clients. The reason for this is that the SSA no longer allows outside organizations access to the full SSA master death file – we are only allowed access to a small percentage of the entire file – rendering it almost entirely useless for identifying maturations.

As a way to augment the self-reported process of identifying maturations, the Lapetus head of client services (Alyssa Morales) and an independent team at her direction (all HIPAA trained and compliant), performed an assessment of every case Lapetus has reviewed since our business began about three years ago, to determine whether maturations occurred among those not identified by our client base.

Every case Lapetus has reviewed in the last three years has been evaluated multiple times through February 18, 2022 to determine whether a maturation has occurred. The latest maturation sweep of the entire Lapetus database occurred beginning in the last two months of 2021 to the present. The primary method of assessment is an online search engine (google) using date of birth, full name, and location in search of obituaries posted by funeral homes and newspapers. All of the online search engines available for this purpose use the same approach. It is acknowledged that this method of identifying maturations is not 100 percent complete since there are no methods of identifying maturations that contain all of the case counts. Even a 100 percent sweep of the SSA Master Death File (which the SSA no longer makes available – even for a price – to third parties), does not yield a complete up-to-date assessment of maturations in the U.S. There is normally at least a six week lag in reporting a maturation to the SSA, and this lag is expected to be greater than that during COVID.

Since our assessment of maturations occurs multiple times during the calendar year, we acknowledge that it is not possible to generate a more complete assessment of maturations in Lapetus' life settlement database than what has already been done. Keep in mind that Lapetus only had just under 2,000 cases to review, so the current challenge of approaching a complete assessment of maturations is not onerous. **While every person in the Lapetus LE assessment database has been assessed for live/dead status; and we acknowledge that such an assessment can never be 100% complete; we believe we've captured almost all of the maturations using our methodology.**

4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

LSI001850

LSI001844

Trade Secret

## VII.    Number of Maturations

Using the methods of identifying maturations described in the previous section, the total number of maturations in the Lapetus database is 121. Of those 121 cases; 22 were self-reported by Lapetus clients, and 99 were identified through multiple sweeps of third-party identification tools.

## VIII.    Definition of Accuracy

A. The vast majority of all reviews at Lapetus (88.4 percent) are of unique individuals. However, 11.6 percent represent cases that Lapetus is either reviewing for multiple clients at or near the same time, or reviews of the same patient for the same client at two or more time periods (most often with updated medical information available in the more recent time period). When Lapetus performs an assessment of the same patient more than once, this is referred to as a *Re-Review*.

B. Re-reviews of the same patient for two or more clients with identical medical records (most often done days or weeks apart) are counted as a **single case**. This occurred 67 times during the assessment period. If the same patient is assessed by Lapetus at three (3) or more months beyond the first review, and if the medical records are identical, they are considered **separate cases**. This occurred 23 times during the last three years.

C. Re-reviews of the same patient for one or more clients with updated medical records that are different from one or more earlier reviews, regardless of the amount of time that has passed between reviews, are counted as **separate cases**. This occurred 102 times during the last three years. This is an appropriate assumption since updated medical records can and often do influence the subsequent survival estimate.

D. A LE assessment of alive or dead that overlaps the State of Florida published time windows (0 - 24 months; 24+ - 48 months; 48+ - 72 months; 72+ - 108 months; 108+ - 144 months; 144+ - 180 months; 180+ months) with the Lapetus LE range for every patient is the definition of *accurate*. Keep in mind that the Lapetus-generated range around the point estimate of LE is intended to identify the least and most favorable survival conditions for each patient. The width of the range is determined by the reviewing physician who takes into account the unique highly personal health attributes of the patient. In the master data file provided by Lapetus; a 1 = accurate and a 0 = inaccurate.

E. A skew in the survival estimate provided by the physician, when it occurs, is intended to convey a message to the client indicating there is evidence in the medical record to suggest that the patient has risk factors that favor an earlier or later death than what might otherwise be expected using a normal distribution.

F. If a death occurs or if a patient is still alive outside of the combined overlapping time windows for the State of Florida and the Lapetus LE estimate, then the LE assessment is defined as *inaccurate*.

5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

LSI001851

LSI001844

Trade Secret

| Date of Death | ID | Date Completed | Actual | Actual Group | Expected Range (Lower) | Expected Range (Upper) | Expected Range Groups | A/E |
|---|---|---|---|---|---|---|---|---|
| 2019-10-31 | 79 | 2019-05-10 | 5.7 | 0 to 24 | 40 | 60 | 24 to 48, 48 to 72 | 0 |
| 2020-05-18 | 81 | 2019-05-08 | 12.3 | 0 to 24 | 30 | 70 | 24 to 48, 48 to 72 | 0 |
| 2021-04-09 | 91 | 2019-05-22 | 22.6 | 0 to 24 | 24 | 60 | 0 to 24, 24 to 48, 48 to 72 | 1 |
| 2021-04-09 | 668 | 2020-07-20 | 8.6 | 0 to 24 | 12 | 60 | 0 to 24, 24 to 48, 48 to 72 | 1 |
| 2020-08-14 | 92 | 2019-05-23 | 14.7 | 0 to 24 | 70.6 | 84.6 | 48 to 72, 72 to 108 | 0 |
| 2020-03-17 | 95 | 2019-05-23 | 9.8 | 0 to 24 | 44 | 84.5 | 24 to 48, 48 to 72, 72 to 108 | 0 |
| 2021-03-27 | 100 | 2019-05-24 | 22.1 | 0 to 24 | 24 | 48 | 0 to 24, 24 to 48 | 1 |
| 2020-06-07 | 110 | 2019-06-21 | 11.5 | 0 to 24 | 12 | 24 | 0 to 24 | 1 |
| 2020-06-07 | 138 | 2019-07-20 | 10.6 | 0 to 24 | 24 | 48 | 24 to 48 | 0 |
| 2019-10-12 | 135 | 2019-07-21 | 2.7 | 0 to 24 | 10 | 16 | 0 to 24 | 1 |
| 2021-09-16 | 139 | 2019-07-22 | 25.8 | 24 to 48 | 60 | 76 | 48 to 72, 72 to 108 | 0 |
| 2021-09-16 | 639 | 2020-05-31 | 15.5 | 0 to 24 | 52 | 68 | 48 to 72 | 0 |
| 2021-09-16 | 1022 | 2021-03-14 | 6.1 | 0 to 24 | 36 | 60 | 24 to 48, 48 to 72 | 0 |
| 2020-03-20 | 153 | 2019-08-05 | 7.5 | 0 to 24 | 18 | 30 | 0 to 24, 24 to 48 | 1 |
| 2021-07-16 | 156 | 2019-08-04 | 23.4 | 0 to 24 | 24 | 48 | 0 to 24, 24 to 48 | 1 |

The definition of "accurate" is when an observed LE falls within the overlapping time window between the State of Florida requirements and the Lapetus LE estimate; conversely, "inaccurate" is defined as falling outside of this window.

The image above is taken from the complete Lapetus spreadsheet used to calculate A/E for **maturations (deaths) only**. To illustrate an example of an "accurate" assessment in the case of a maturation, consider case ID # 91. Given this patient's age, "accurate" would be defined by the State of Florida as a maturation falling between 0 - 72 months after the assessment. The observed LE was 22.6 months, so according to the State of Florida, this is an "accurate" assessment. To illustrate an example of an "inaccurate" assessment in the case of a maturation, consider case ID # 79. In this case the State of Florida required an observed LE in the range of 24 - 72 months; and the Lapetus LE range was 40 - 60 months; but the observed death occurred at 5.7 months after the assessment. Since the observed maturation fell outside of the State of Florida and Lapetus prediction windows, this was considered "inaccurate".

With regard to patients that are still alive (which represents the vast majority of all cases), "accurate" is defined as a Lapetus prediction of being alive, and the patient is currently alive. The definition of "inaccurate" in this instance is when Lapetus predicts the patient will be alive, and death has already occurred.

Since Lapetus has only been in existence since February of 2018, and the majority of Lapetus LEs exceed 36 months, it is expected that most maturations that have occurred in the last three years, would have occurred earlier than predicted. As anticipated, 109 of the 111 maturations that occurred, happened earlier than predicted. This will normalize over time as longer predicted survival windows will occur in future years.

## IX. Life Tables Used

Lapetus uses the latest published complete life tables (2019), by gender, for the resident population of the U.S. from the U.S. Social Security Administration – available in a slightly modified format from the Human Mortality Database [https://mortality.org/]. Lapetus closes its life tables at age 105, but reporting of mortality and survival is complete to age 100. Lapetus scientists are concerned about the reliability of U.S. life tables past age 105 given the small

6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

LSI001852

LSI001844

Trade Secret

population sizes used to calculate age-specific death rates at extreme ages. Lapetus life tables are updated right after the Human Mortality Database updates their tables on an annual basis.

## X. A/E Calculation

---

Total Number of Unique LE Reports Completed Feb 20 2019 to Feb 18, 2022: 1,981

Total Cases Accurately Identified: 1,909

**Lapetus A/E = 96.4 percent**

---

Maturations: 121
Maturations Accurately Identified: 62
Maturations with Age at Death Overestimated: 117
Maturations With Age at Death Underestimated: 4

**Accuracy Rate of Maturations: 51.2 percent**

Cases Alive: 1,860
Cases Alive That Were Predicted to be Alive: 1,847

**Accuracy Rate of Cases Alive: 99.3 percent**

## XI. Conclusions

The high reported accuracy rate observed in Lapetus LE assessments is expected given that the time windows for death to occur in older populations, shorten as the cohort under evaluation ages; and because most of those being assessed are currently alive and predicted to be alive. The exponential rising risk of death is a consistent feature of the mortality dynamics of humans and other sexually reproducing species. High accuracy rates of over 95 percent are also byproducts of detailed reviews of the medical records conducted by Lapetus physicians that take into account the unique health conditions of each patient; combined with biodemographic assessments of survival that take into account the non-medical factors documented in the scientific and public health literature that are known to influence duration of life. Lapetus will continue to strive to improve our assessment procedures going forward, as evidenced by the changes in our reporting metrics described in Appendix A – which went into effect in early 2022.

## XII. Independent Audit of Lapetus A/E by The Terry Group (https://terrygroup.com/)
[to be added]

7

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

LSI001853

LSI001844

Trade Secret

## XIII. Appendix A: Recent Changes to Lapetus Life Settlement Reports

In the first quarter of 2022, Lapetus augmented its LE reports to include three new pieces of information that clients can use to improve their understanding of the anticipated survival dynamics of the patient.

The first is a note directly from the physician reviewer that provides his/her opinion based on the medical records on whether the health status of the patient under evaluation is improving, worsening, or staying stable (see Q1 below).

The second is a note directly from the physician reviewer and biodemography team scientist indicating whether there are signals in the medical and demographic records indicating whether the patient could be a superager (see Q2 below). As a reminder, several of the scientists at Lapetus that work in the aging sciences, have extensive experience in studying and identifying superagers (people that tend to be long-lived). The Lapetus physician/scientist will specify what those conditions are if present.

The third is an image file from the physician reviewer and biodemography team regarding the valuable information contained within the range of Lapetus LE estimates. The physicians at Lapetus have been providing a survival range around the point estimate that is intended to indicate the LEs most likely to result from the most or least favorable health conditions for the patient going forward – this range is determined entirely by the reviewing physician. Most of these ranges are symmetrical around the mean, **but some are not**. When there is asymmetry in the range, the physician is signaling to the client that there are health conditions present that would suggest a higher-than-average risk (not probability) of an earlier or later death. *These conditions are already accounted for in the point estimate of LE, but Lapetus physicians want to make clients aware of their presence and the possible magnitude of their effect.* The doctor will specify what those conditions are (see F1 for an example of an asymmetrical left skew).

Q1. In my opinion as a physician, based on the medical records provided, there is evidence to suggest the patient's recent health status is:

Rapidly Improving [  ]
Improving [  ]
Stable [  ]
Declining [  ]
Rapidly Declining [  ]
Not enough Information to Judge [  ]
The medical records are too far out of date for such a judgment [  ]

---

Q2. Are there signals in the medical record suggesting the patient could be a superager*?

Yes [  ]
No [  ]

8

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

LSI001854

LSI001844

Trade Secret

Not enough information to judge  [   ]

Signals: _____

*A superager is a member of a subgroup of the population that has already survived to at least age 80, and who retain their cognitive functioning longer than average and tend to live beyond what is considered average for their age and gender.*

F1. Range, symmetry, and asymmetry in the LE estimate



**Summary**

Current age: 70.3 years
Average Population Based LE: 258 months
Lapetus LE: 192 months
Range: 120-222 months
Range Distribution: [ Asymmetrical – left skew * 4 months]

Doctor comments: This patient is polypharmacy, experiencing frailty syndrome, has a history of falling, is at an exceptionally high risk of another fall, and has expressed suicidal ideation.

* The full medical record is used to generate the point estimate and range. A skew to the left implies there are signals in the medical record suggesting the patient is at a higher-than-average risk (not probability) of death earlier than the point estimate. The length of the red box represents the magnitude of the skew.

## XIV. Appendix B: Raw Data File Used to Calculate A/E

Provided as a separate attached Excel file.

## XV. Potential Misrepresentation Identified

There were 43 cases of potential misrepresentation identified during the time frame for this report. All cases with potential misrepresentation were placed on a temporary hold until the case could be reviewed internally. 1 case was sent back to the client with a note indicating that Lapetus was incapable of generating an assessment based on the available information; the remaining 42 files with potential misrepresentation were resolved internally by some combination of the reviewing physician, the Lapetus internal reviewer, and/or the client – all were eventually sent to the client as completed reviews.

9

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY