# EXHIBIT 21

LSI021545

| | |
|---|---|
| **From:** | Jay Olshansky [jay@lapetussolutions.com] |
| on behalf of | Jay Olshansky <jay@lapetussolutions.com> [jay@lapetussolutions.com] |
| **Sent:** | 11/17/2023 6:31:08 PM |
| **To:** | Jay Jackson [jay@abacuslife.com] |
| **Subject:** | A/E at Lapetus |

Hi Jay

Please find attached a report on the Lapetus A/E submitted to the State of Florida along with a certification by an independent actuarial firm. The formatting is a bit off because this is from a PDF transformed into a Word document then transformed back into a PDF. The material removed from this document is considered a trade secret. Let me know if you have any questions.

Best,

Jay

https://www.dropbox.com/scl/fi/kviy1orx23phhgz3grlkn/Lapetus-A.E-FLOIR-Submission_Trade-Secrets.pdf?rlkey=lwztwxqgn5niziqon37cmfp8h&dl=0

**S. Jay Olshansky, Ph.D.**
**Chief Scientist and Co-Founder**
Cell: 847-347-8585
Email: jay@lapetussolutions.com
Website: http://www.lapetussolutions.com
Home Page: www.sjayolshansky.com

CONFIDENTIAL

LSI021545

LSI021545