# EXHIBIT 22

ABL00103519

Filed Under Seal Pursuant to Court Order, Dkt. 115.