# EXHIBIT 23

GT086988

Filed Under Seal Pursuant to Court Order, Dkt. 115.