# EXHIBIT 24

GT00125

**Longevity Market Assets**
**GT Ireland Data Tape Input Testing and Risk Rating Testing**
**12/31/2023**

**Summary Life Settlement Portfolio Valuation:**

As documented in the <LMA Life Settlement Policies Testing> WP concerning policies in which the fair value method was elected, the Company utilized an internal model to determine the valuations of each. The engagement team engaged GT Ireland to perform a full recalculation of each policy using the same inputs and assumptions used by management. The data tape that was used by management and provided to GT Ireland contains the relevant inputs utilized by Management. The data tape is considered Information produced by the entity (IPE) associated with higher risk. As such, to test accuracy of the IPE, the audit team selected 25 policies from the data tape (maximum amount for population > 25) in line with AE 4.2 to obtain the underlying support for the inputs: age, sex, and life expectancy, as shown below.

In addition, as documented in the Fair Value consultation and V&M's deliverable, the discount rates used by management are also informed by the risk score of each policy that is determined by the company's proprietary model that takes into account age, life expectancy, LE extension ratio, survival probability on breakeven date, maturity probability, and risk-adjusted return on capital. Therefore, the engagement team recalculated the risk score for each selected policy below by agreeing the inputs to source documents and ensuring the risk rating was calculated in line with their methodology which was tested by GT V&M.

Refer to the qualifications of the life expectancy providers in the supplemental memos embedded at this step.

**Note on LE:**

GT notes that the life expectancy is based on the life expectancy reports that, in substantially all cases, are calculated based off the LE report provided by the actuary near the acquisition date of the policy. In substantially all cases, management used one LE report per policy as they determine their valuation. In those cases, the mean LE is equivalent to the life expectancy, in months, based off of the single life expectancy report. Industry standard is to update LE reports on a periodic basis, typically ranging from 2-3 years. As shown in the selections below, all LE reports are considered current (obtained within 2 years of the balance sheet date) and no updates have been obtained to date. Management typically utilizes Lapetus as their LE provider because they prefer the detail their reports contain and because they have a final physician review before issuance. If another provider is utilized, it is typically because they know another fund (who may be a potential buyer) prefers that provider.

In order to calculate the fair value of the policy and in determining the risk rating of the policy, management rolls the life expectancy forward based on the timing that has elapsed subsequent to the completion of the life expectancy report. For example, if the LE report was completed as of 1/1/2023, and the valuation date is 12/31/2023, the life expectancy would effectively be updated by 12 months. In this example, a life expectancy on the date of the report at the beginning of 2023 would be 150 and at the end of the year it would be rolled forward to approximately 138. Per review of the LE reports and recalculation of the LE used, the number of months rolled forward will not equal the exact time period that has surpassed, due to actuarial inputs (e.g. people actually living longer would slightly increase their overall life expectancy); however, the change in LE approximates the passage of time and GT deems the inputs utilized reasonable.

In certain circumstances, if two life expectancy reports had been obtained, then both are used by management to generate a mean life expectancy; although it is rare that more than one report is provided based on a review of the data tapes provided by management. Additionally, if a policy is noted "Joint" it is paid out upon the death of both spouses in the marriage.

GT completed qualification of specialist memos for the three LE providers used by management - Lapetus, 21st Services, and Predictive Services.

**Sensitivity Analysis:**

The engagement team performed a sensitivity analysis by updating the risk ratings in management's fair value calculation PBC (the mathematical accuracy of this schedule was tested by GT Ireland). If the risk rating of each policy increased by 1 (capped at 5), the fair value of the portfolio would increase by $9.1M, or 8%. If the risk rating of each policy decreased by 1 (minimum score of 1), the fair value of the portfolio would decrease by $4.7M, or 4%. While the dollar amount of these changes are material, the percentage changes of updating the risk score for every policy are less than 10%. Given the nature of this estimate, the engagement team determined that the output is not overly sensitive to this input and that the procedures below are commensurate with the related risks.

**Tickmark**

| | |
|---|---|
| ⬩ | T/A to life expectancy report |
| ❐ | Per purchase contract |
| ◆ | See "Note on LE" above |
| ♦ | LMA Life Settlement Policies Confirmation testing |
| ❖ | T/A to management's internal calculations which are based on inputs tied out in this workpaper. GT reperformed the calculation noting no error. |

**Note 1:** We noted small differences in our recalculations of Life Expectancy at the valuation date and age at the valuation date. However, the recalculated values would not result in a change in risk score for the category or the policy as a whole.

**Note 2:** GT notes that the Company holds 16 joint-life policies in it's portfolio at year-end. For these policies, the company calculated two survival probabilities curves, one for each insured with each having an independent risk-adjusted LE. Once each survival curve is calculated independently of one another, the two curves must be frasierized to arrive at the joint survival curve. Note that is finding the probability that either insured is alive at a given time. GT Ireland verified the mathematical accuracy of this calculation for each joint-life policy. For purposes of the engagement team's testing over the data tape, GT inspected both LE reports to verify the inputs. For purposes of the risk score, GT notes that management utilized the oldest individual for calculating the age that is contemplated in the risk score. For the LE, management utilized the output of the joint survival distribution (tested by GT Ireland) to arrive at the LE to use for risk rating purposes. GT obtained the joint survival distribution and agreed the LE's per the LE report to the inputs and agreed the output LE calculation to the LE used for risk rating without error.

| | W | X | Y | Z | AA | AB | AC | AD | AE | AF | AG | AH | AI | AJ | AK | AL | AM | AN | AO | AP | AQ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | | | | | | | | | | |
| 30 | | | | | | | | | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | | | | | | | | |
| 32 | | | | | | | | | | | | | | | | | | | | | |
| 33 | | | | | | | | | | | | | | | | | | | | | |
| 34 | | | | | | | | | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | | | | | | | | |
| 36 | | | | | | | | | | | | | | | | | | | | | |
| 37 | | | | | | | | | | | | | | | | | | | | | |
| 38 | | | | | | | | | | | | | | | | | | | | | |
| 39 | | | | | | | | | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | | | | | | | | | |
| 41 | | | | | | | | | | | | | | | | | | | | | |
| 42 | | | | | | | | | | | | | | | | | | | | | |
| 43 | | | | | | | | | | | | | | | | | | | | | |
| 44 | | | | | | | | | | | | | | | | | | | | | |
| 45 | | | | | | | | | | | | | | | | | | | | | |
| 46 | | | | | | | | | | | | | | | | | | | | | |
| 47 | | | | | | | | | | | | | | | | | | | | | |
| 48 | | | | | | | | | | | | | | | | | | | | | |
| 49 | | | | | | | | | | | | | | | | | | | | | |
| 50 | | | | | | | | | | | | | | | | | | | | | |
| 51 | | | | | | | | | | | | | | | | | | | | | |
| 52 | | | | | | | | | | | | | | | | | | | | | |
| 53 | | | | | | | | | | | | | | | | | | | | | |
| 54 | | | | | | | | | | | | | | | | | | | | | |
| 55 | | | | | | | | | | | | | | | | | | | | | |
| 56 | | | | | | | | | | | | | | | | | | | | | |
| 57 | | | | | | | | | | | | | | | | | | | | | |
| 58 | | | | | | | | | | | | | | | | | | | | | |
| 59 | | | | | | | | | | | | | | | | | | | | | |
| 60 | | | | | | | | | | | | | | | | | | | | | |
| 61 | | | | | | | | | | | | | | | | | | | | | |
| 62 | | | | | | | | | | | | | | | | | | | | | |
| 63 | | | | | | | | | | | | | | | | | | | | | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 64 | | | | | | | | | | | | | | | | | | | | | | |
| 65 | | Data Tape Testing | | | Note 2 | | | | | Note 2 | | | | | Risk Rating Testing | | | | | | PBC | PBC |
| 66 | | | | ❐ | ❐ | ❐♦ | | ♦ | ♦◆ | | | ♦ | ♦ | | ❖ | PBC | ♏ | ♏ | | | ❖ | ❖ |
| 67 | | Policy ID | AAG ID | Net Death Benefit | Single or Joint | Birth Date | | Gender | LE per LE Report | Joint LE | | LE Report Date | LE Provider | | Matur | LE | Months since LE report | LE at Valuation | Difference | | BE Ext | BE Prob |
| 68 | 1 | [redacted] | | 500,000 | Single | [redacted] | | Male | 48 | | | 2/3/2023 | Lapetus | | 6.0% | 39.12276 | 11 | 37 | 2 | N1 | 133% | 0.0% |
| 69 | 2 | [redacted] | | 25,000,000 | Single | [redacted] | | Female | 47 | | | 12/4/2022 | Lapetus | | 0.3% | 36.36601 | 13 | 34 | 2 | | 194% | 0.0% |
| 70 | 3 | [redacted] | | 8,000,000 | Single | [redacted] | | Female | 72 | | | 1/27/2022 | Lapetus | | 0.0% | 54.34167 | 23 | 49 | 5 | | 550% | 0.0% |
| 71 | 4 | [redacted] | | 1,195,000 | Single | [redacted] | | Female | 127 | | | 10/20/2022 | Lapetus | | 0.0% | 114.0213 | 14 | 113 | 1 | | 216% | 0.0% |
| 72 | 5 | [redacted] | | 5,000,000 | Single | [redacted] | | Male | 65 | | | 2/1/2023 | Lapetus | | 0.0% | 55.96642 | 11 | 54 | 2 | | 154% | 0.0% |
| 73 | 6 | [redacted] | | 725,000 | Single | [redacted] | | Male | 121 | | | 12/23/2022 | Lapetus | | 0.0% | 109.6422 | 12 | 109 | 1 | | 92% | 1.4% |
| 74 | 7 | [redacted] | | 600,000 | Single | [redacted] | | Male | 180 | | | 12/31/2022 | Lapetus | | 0.0% | 168.6373 | 12 | 168 | 1 | | 49% | 11.6% |
| 75 | 8 | [redacted] | | 4,000,000 | Single | [redacted] | | Female | 128 | | | 9/23/2022 | Lapetus | | 0.0% | 113.8443 | 15 | 113 | 1 | | 367% | 0.0% |
| 76 | 9 | [redacted] | | 514,000 | Single | [redacted] | | Male | 18 | | | 5/11/2023 | 21st | | 0.0% | 13.78009 | 8 | 10 | 3 | | 1148% | 0.0% |
| 77 | 10 | [redacted] | | 350,000 | Single | [redacted] | | Male | 60 | | | 5/9/2023 | Lapetus | | 0.0% | 53.52541 | 8 | 52 | 1 | | 132% | 0.0% |
| 78 | 11 | [redacted] | | 150,000 | Single | [redacted] | | Male | 127 | | | 7/25/2023 | Lapetus | | 0.0% | 122.6694 | 5 | 122 | 1 | | 65% | 6.6% |
| 79 | 12 | [redacted] | | 1,000,000 | Single | [redacted] | | Male | 90 | | | 8/10/2022 | Lapetus | | 0.0% | 77.63253 | 17 | 73 | 4 | | 100% | 6.4% |
| 80 | 13 | [redacted] | | 482,423 | Single | [redacted] | | Male | 40 | | | 4/11/2023 | Lapetus | | 0.0% | 33.20465 | 9 | 31 | 2 | | 45% | 22.7% |
| 81 | 14 | [redacted] | | 1,000,000 | Single | [redacted] | | Male | 43 | | | 5/30/2023 | Lapetus | | 0.0% | 38.25752 | 7 | 36 | 2 | | 444% | 0.0% |
| 82 | 15 | [redacted] | | 500,000 | Single | [redacted] | | Male | 90 | | | 8/4/2023 | Lapetus | | 0.0% | 86.43676 | 5 | 85 | 1 | | 158% | 0.0% |
| 83 | 16 | [redacted] | | 150,000 | Single | [redacted] | | Male | 41 | | | 10/14/2023 | Lapetus | | 0.0% | 39.2407 | 3 | 38 | 1 | | 175% | 0.0% |
| 84 | 17 | [redacted] | | 600,000 | Single | [redacted] | | Male | 41 | | | 3/29/2023 | Lapetus | | 0.0% | 34.19777 | 9 | 32 | 2 | | 356% | 0.0% |
| 85 | 18 | [redacted] | | 100,000 | Single | [redacted] | | Male | 100 | | | 10/26/2023 | Lapetus | | 0.0% | 97.98956 | 2 | 98 | 0 | | 57% | 9.6% |
| 86 | 19 | [redacted] | | 1,000,000 | Single | [redacted] | | Male | 155 | | | 8/25/2023 | Lapetus | | 0.0% | 151.1588 | 4 | 151 | 0 | | 95% | 0.3% |
| 87 | 20 | [redacted] | | 250,000 | Single | [redacted] | | Female | 78 | | | 10/1/2023 | Lapetus | | 0.0% | 75.94948 | 3 | 75 | 1 | | 75% | 6.0% |
| 88 | 21 | [redacted] | | 6,645,000 | Joint (Primary) | [redacted] | | Male | 45 | 81 | ❖ | 5/11/2023 | Lapetus | | 0.0% | 82.05906 | | 81 | 1 | | 95% | 1.2% |
| 89 | | [redacted] | | | Joint (Secondary) | [redacted] | | Female | 84 | | | 5/11/2023 | Lapetus | | | | | | | | | |
| 90 | 22 | [redacted] | | 5,000,000 | Single | [redacted] | | Male | 72 | | | 2/25/2023 | Lapetus | | 0.0% | 62.97228 | 10 | 62 | 1 | | 111% | 0.3% |
| 91 | 23 | [redacted] | | 500,000 | Single | [redacted] | | Male | 65 | | | 10/12/2023 | Lapetus | | 0.0% | 62.53099 | 3 | 62 | 0 | | 106% | 0.2% |
| 92 | 24 | [redacted] | | 3,500,000 | Single | [redacted] | | Female | 50 | | | 8/21/2023 | Lapetus | | 0.0% | 46.20855 | 4 | 46 | 1 | | 439% | 0.0% |
| 93 | 25 | [redacted] | | 3,500,000 | Single | [redacted] | | Male | 65 | | | 8/10/2023 | Lapetus | | 0.0% | 61.34162 | 5 | 60 | 1 | | 236% | 0.0% |
| 94 | | | | | | | | | | | | | | | | | | | | | | |

| | W | X | Y | Z | AA | AB | AC | AD | AE | AF | AG | AH | AI | AJ | AK | AL | AM | AN | AO | AP | AQ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 64 | | | | | | | | | | | | | | | | | | | | | |
| 65 | PBC | PBC | PBC | | | | | | | | | | | | | | | | | | |
| 66 | ❖ | ❖ | | ♏ | | | ♏ | ♏ | ♏ | ♏ | ♏ | ♏ | ♏ | ♏ | PBC | | | PBC | ♏ | | |
| 67 | RAROC | Mortality | Age | Age Recalc | Difference | | Age Grade | LE Grade | BE Grade | Mat Prob ( | RAROC Gra | BE Ext | Recalculat | Round Grade | Grade Per PBC | Difference | | IRR | IRR per methodology | Difference | |
| 68 | -8.09646 | 137% | 93.01 | 93 | 0.13 | N1 | 1 | 1 | 1 | 8 | 3 | 2 | 2.7 | 2.0 | 2.0 | - | ❑ | 21% | 21% | - | ❑ |
| 69 | -3.54267 | 277% | 91.18 | 91 | 0.13 | | 1 | 1 | 1 | 4 | 5 | 1 | 2.2 | 2.0 | 2.0 | - | ❑ | 21% | 21% | - | ❑ |
| 70 | 3.477445 | 2528% | 70.82 | 71 | 0.15 | | 4 | 2 | 1 | 2 | 1 | 1 | 1.8 | 1.0 | 1.0 | - | ❑ | 22% | 22% | - | ❑ |
| 71 | -14.5375 | 206% | 80.53 | 80 | 0.14 | | 2 | 4 | 1 | 2 | 2 | 1 | 2.0 | 2.0 | 2.0 | - | ❑ | 21% | 21% | - | ❑ |
| 72 | -4.93624 | 539% | 83.57 | 83 | 0.14 | | 2 | 2 | 1 | 2 | 5 | 2 | 2.3 | 2.0 | 2.0 | - | ❑ | 21% | 21% | - | ❑ |
| 73 | -0.93693 | 324% | 74.91 | 75 | -0.02 | | 4 | 4 | 5 | 2 | 7 | 2 | 4.0 | 4.0 | 4.0 | - | ❑ | 17% | 17% | - | ❑ |
| 74 | 0.253135 | 353% | 66.21 | 66 | 0.15 | | 5 | 6 | 9 | 2 | 12 | 6 | 6.0 | 5.0 | 5.0 | - | ❑ | 16% | 16% | - | ❑ |
| 75 | -10.2106 | 299% | 77.47 | 77 | 0.14 | | 3 | 4 | 1 | 2 | 2 | 1 | 2.2 | 2.0 | 2.0 | - | ❑ | 21% | 21% | - | ❑ |
| 76 | 1.453361 | 50856% | 54.48 | 54 | 0.16 | | 6 | 1 | 1 | 2 | 1 | 1 | 2.0 | 2.0 | 2.0 | - | ❑ | 21% | 21% | - | ❑ |
| 77 | 3.639965 | 536% | 83.60 | 83 | 0.14 | | 2 | 2 | 1 | 2 | 1 | 2 | 1.7 | 1.0 | 1.0 | - | ❑ | 22% | 22% | - | ❑ |
| 78 | -1.34703 | 472% | 70.77 | 71 | 0.15 | | 4 | 5 | 7 | 2 | 5 | 4 | 4.5 | 4.0 | 4.0 | - | ❑ | 17% | 17% | - | ❑ |
| 79 | -1.15748 | 180% | 80.24 | 80 | 0.14 | | 2 | 3 | 7 | 2 | 5 | 2 | 3.5 | 3.0 | 3.0 | - | ❑ | 20% | 20% | - | ❑ |
| 80 | -1.1236 | 176% | 93.16 | 93 | 0.13 | | 1 | 1 | 11 | 2 | 5 | 6 | 4.3 | 4.0 | 4.0 | - | ❑ | 17% | 17% | - | ❑ |
| 81 | 38.10414 | 3492% | 72.18 | 72 | 0.15 | | 4 | 1 | 1 | 2 | 1 | 1 | 1.7 | 1.0 | 1.0 | - | ❑ | 22% | 22% | - | ❑ |
| 82 | -3.19657 | 490% | 76.68 | 77 | 0.14 | | 3 | 4 | 1 | 2 | 5 | 2 | 2.8 | 2.0 | 2.0 | - | ❑ | 21% | 21% | - | ❑ |
| 83 | 3.000631 | 734% | 85.43 | 85 | 0.14 | | 1 | 1 | 1 | 2 | 1 | 1 | 1.2 | 1.0 | 1.0 | - | ❑ | 22% | 22% | - | ❑ |
| 84 | 3.058983 | 1955% | 79.05 | 79 | 0.14 | | 3 | 1 | 1 | 2 | 1 | 1 | 1.5 | 1.0 | 1.0 | - | ❑ | 22% | 22% | - | ❑ |
| 85 | -0.90242 | 346% | 77.35 | 77 | 0.14 | | 3 | 4 | 7 | 2 | 7 | 6 | 4.8 | 4.0 | 4.0 | - | ❑ | 17% | 17% | - | ❑ |
| 86 | -0.64604 | 324% | 69.11 | 69 | 0.15 | | 5 | 6 | 3 | 2 | 7 | 2 | 4.2 | 4.0 | 4.0 | - | ❑ | 17% | 17% | - | ❑ |
| 87 | -0.56416 | 218% | 85.99 | 86 | 0.14 | | 1 | 3 | 7 | 2 | 7 | 4 | 4.0 | 4.0 | 4.0 | - | ❑ | 17% | 17% | - | ❑ |
| 88 | -1.7516 | 320% | 88.61 | 88 | 0.14 | | 1 | 3 | 5 | 2 | 5 | 2 | 3.0 | 3.0 | 3.0 | - | ❑ | 20% | 20% | - | ❑ |
| 89 | | | | | | | | | | | | | | | | | | | | | |
| 90 | -2.89945 | 493% | 81.57 | 81 | 0.14 | | 2 | 2 | 3 | 2 | 5 | 2 | 2.7 | 2.0 | 2.0 | - | ❑ | 21% | 21% | - | ❑ |
| 91 | -65.5691 | 542% | 82.45 | 82 | 0.14 | | 2 | 2 | 3 | 2 | 2 | 2 | 2.2 | 2.0 | 2.0 | - | ❑ | 21% | 21% | - | ❑ |
| 92 | -5.76301 | 156% | 92.91 | 93 | 0.13 | | 1 | 1 | 1 | 2 | 3 | 1 | 1.5 | 1.0 | 1.0 | - | ❑ | 22% | 22% | - | ❑ |
| 93 | 4.352548 | 698% | 80.54 | 80 | 0.14 | | 2 | 2 | 1 | 2 | 1 | 1 | 1.5 | 1.0 | 1.0 | - | ❑ | 22% | 22% | - | ❑ |
| 94 | | | | | | | | | | | | | | | | | | | | | |