# EXHIBIT 26

GT00126

Filed Under Seal Pursuant to Court Order, Dkt. 115.