# EXHIBIT 27

ABL00022725

Filed Under Seal Pursuant to Court Order, Dkt. 115.