# EXHIBIT 31

ABL00197813

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Case Reference | Insured Full Name | Insured DOB | Smoking Status | Underwriter | Report Date | Mean | LE | Match | ts |
| 1296 | [redacted] | Redacted - PII | Redacted - PII | NS | AVS | 10/1/2018 | 113 | ISC | FALSE | 2 |
| 1297 | [redacted] | Redacted - PII | Redacted - PII | NS | AVS | 1/7/2020 | 147 | ISC | FALSE | 2 |
| 1298 | [redacted] | Redacted - PII | Redacted - PII | NS | FASMR | 1/8/2020 | 157 | ISC | FALSE | 2 |
| 1299 | [redacted] | Redacted - PII | Redacted - PII | NS | Polaris | 1/30/2023 | 111 | ISC | FALSE | 2 |
| 1300 | [redacted] | Redacted - PII | Redacted - PII | NS | LSI | 2/8/2023 | 107 | ISC | FALSE | 1 |
| 1301 | [redacted] | Redacted - PII | Redacted - PII | NS | Lapetus | 3/6/2023 | 99 | ISC | FALSE | 1 |
| 1302 | [redacted] | Redacted - PII | Redacted - PII | NS | Fasano | 3/8/2023 | 110 | ISC | FALSE | 2 |
| 1303 | [redacted] | Redacted - PII | Redacted - PII | NS | Consulting | 9/28/2018 | 225 | ISC | FALSE | 1 |
| 1304 | [redacted] | Redacted - PII | Redacted - PII | NS | Fasano | 1/9/2020 | 145 | ISC | FALSE | 2 |
| 1305 | [redacted] | Redacted - PII | Redacted - PII | NS | Predictive | 1/31/2020 | 202 | ISC | FALSE | 1 |
| 1306 | [redacted] | Redacted - PII | Redacted - PII | NS | Polaris | 10/10/2024 | 103 | ISC | FALSE | 2 |
| 1307 | [redacted] | Redacted - PII | Redacted - PII | NS | FASMR | 10/21/2024 | 117 | ISC | FALSE | 2 |
| 1308 | [redacted] | Redacted - PII | Redacted - PII | NS | ISC | 12/31/2018 | 86 | ISC | TRUE | 3 |
| 1309 | [redacted] | Redacted - PII | Redacted - PII | NS | ISC | 1/14/2020 | 136 | ISC | TRUE | 3 |
| 1310 | [redacted] | Redacted - PII | Redacted - PII | NS | ISC | 10/16/2024 | 106 | ISC | TRUE | 3 |