# EXHIBIT 32

GT00017

Filed Under Seal Pursuant to Court Order, Dkt. 115.