# EXHIBIT 34

ABL00144380

Filed Under Seal Pursuant to Court Order, Dkt. 115.