# EXHIBIT 35

ABL00232270

Filed Under Seal Pursuant to Court Order, Dkt. 115.