# EXHIBIT 36

ABL00078179

Filed Under Seal Pursuant to Court Order, Dkt. 115.