# EXHIBIT 37

ABL00079027

Filed Under Seal Pursuant to Court Order, Dkt. 115.