# EXHIBIT 38

ABL00001256

**From:** Samantha Butcher [sbutcher@abacuslife.com]
**Sent:** 6/1/2022 6:28:33 PM
**To:** Erika Blackwell [erika@abacuslife.com]
**Subject:** RE: Redacted - PII
**Attachments:** image002.png; image003.png; image004.png

[redacted]

Samantha Butcher
Vice President of Operations



407-455-7773 | sbutcher@abacuslife.com | abacuslife.com | 2101 Park Center Drive STE 170, Orlando, FL 32835

ABACUS LIFE
OPTIONS FOR YOUR LIFE INSURANCE

The information contained in this electronic mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be a client communication and/or work product which may contain proprietary information and as such is privileged and confidential. If the reader of this message is not the intended recipient(s) or an agent responsible for delivering it to the intended recipient(s), you are hereby notified that you have received this message and any attachments hereto in error and that any review, dissemination, distribution, or copying of this message whole or in part is strictly prohibited and may subject you to civil and/or criminal penalties under state or federal law. If you have received this message in error, please notify the sender immediately by email, and delete the original message.

**From:** Erika Blackwell <erika@abacuslife.com>
**Sent:** Wednesday, June 1, 2022 2:27 PM
**To:** Samantha Butcher <sbutcher@abacuslife.com>
**Subject:** RE: Redacted - PII

[redacted]

Regards,

**Erika Blackwell**
**Director of Policy Acquisitions**

407.988.1072| erika@abacuslife.com | abacuslife.com | 2101 Park Center Drive #170, Orlando, FL 32835 |

ABACUS LIFE
OPTIONS FOR YOUR LIFE INSURANCE

The information contained in this electronic mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be a client communication and/or work product which may contain proprietary information and as such is privileged and confidential. If the reader of this message is not the intended recipient(s) or an agent responsible for delivering it to the intended recipient(s), you are hereby notified that you have received this message and any attachments hereto in error and that any review, dissemination, distribution, or

copying of this message whole or in part is strictly prohibited and may subject you to civil and/or criminal penalties under state or federal law. If you have received this message in error, please notify the sender immediately by email, and delete the original message.

**From:** Samantha Butcher <sbutcher@abacuslife.com>
**Sent:** Wednesday, June 1, 2022 11:35 AM
**To:** Erika Blackwell <erika@abacuslife.com>
**Subject:** RE: Redacted - PII

Both still have a bad tail...unless we get another LE in line w/ Lapetus

Samantha Butcher
Vice President of Operations



407-455-7773 | sbutcher@abacuslife.com | abacuslife.com | 2101 Park Center Drive STE 170, Orlando, FL 32835

ABACUS LIFE
OPTIONS FOR YOUR LIFE INSURANCE

The information contained in this electronic mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be a client communication and/or work product which may contain proprietary information and as such is privileged and confidential. If the reader of this message is not the intended recipient(s) or an agent responsible for delivering it to the intended recipient(s), you are hereby notified that you have received this message and any attachments hereto in error and that any review, dissemination, distribution, or copying of this message whole or in part is strictly prohibited and may subject you to civil and/or criminal penalties under state or federal law. If you have received this message in error, please notify the sender immediately by email, and delete the original message.

**From:** Erika Blackwell <erika@abacuslife.com>
**Sent:** Tuesday, May 31, 2022 3:04 PM
**To:** Samantha Butcher <sbutcher@abacuslife.com>
**Cc:** Erica Cormany <erica@abacuslife.com>
**Subject:** RE: Redacted - PII

[redacted] Not sure what else to do with this one.

Regards,

**Erika Blackwell**
**Director of Policy Acquisitions**

407.988.1072| erika@abacuslife.com | abacuslife.com | 2101 Park Center Drive #170, Orlando, FL 32835 |

ABACUS LIFE
OPTIONS FOR YOUR LIFE INSURANCE

The information contained in this electronic mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be a client communication and/or work product which may contain proprietary information and as such is privileged and confidential. If the reader of this message is not the intended recipient(s) or an agent responsible for delivering it to the intended recipient(s), you are hereby notified that you have received this message and any attachments hereto in error and that any review, dissemination, distribution, or

copying of this message whole or in part is strictly prohibited and may subject you to civil and/or criminal penalties under state or federal law. If you have received this message in error, please notify the sender immediately by email, and delete the original message.

**From:** Erika Blackwell
**Sent:** Wednesday, May 25, 2022 11:26 PM
**To:** Samantha Butcher <sbutcher@abacuslife.com>
**Cc:** Erica Cormany <erica@abacuslife.com>
**Subject:** FW: Redacted - PII

Sam,

Do you think Jose would bid on these polices with the LSI & Lapetus? [redacted]

**Regards,**

**Erika Blackwell**
**Policy Acquisition Manager**

407.988.1072| erika@abacuslife.com | abacuslife.com | 2101 Park Center Drive #170, Orlando, FL 32835 |

ABACUS LIFE
OPTIONS FOR YOUR LIFE INSURANCE

The information contained in this electronic mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be a client communication and/or work product which may contain proprietary information and as such is privileged and confidential. If the reader of this message is not the intended recipient(s) or an agent responsible for delivering it to the intended recipient(s), you are hereby notified that you have received this message and any attachments hereto in error and that any review, dissemination, distribution, or copying of this message whole or in part is strictly prohibited and may subject you to civil and/or criminal penalties under state or federal law. If you have received this message in error, please notify the sender immediately by email, and delete the original message.

**From:** Erica Cormany <erica@abacuslife.com>
**Sent:** Tuesday, May 24, 2022 5:05 PM
**To:** Erika Blackwell <erika@abacuslife.com>
**Subject:** RE: Redacted - PII Pricing Complete

Redacted - PII [redacted]

This is only pricing off of the Lapetus alone but I don't think Nova (or any other fund) is going to bid off of the Lapetus alone?
It was also shipped to Fidelity but I can't find it in the emails. I tasked Daniel to ship with the Lapetus.
Per Shane - Please reactivate both policies. I requested a new illustration. I'm wondering if we can use the best 2 LE's with Carlisle and age them and maybe find some value.

[redacted]

Please let me know if I missed anything or if you have any feedback ☺

Regards,

**Erica Cormany**
**Policy Acquisition Manager**

Office: 407-988-1089
Fax: 407-455-7765
erica@abacuslife.com| abacuslife.com | 2101 Park Center Drive Suite 170, Orlando, FL 32835 |

ABACUS LIFE
OPTIONS FOR YOUR LIFE INSURANCE

The information contained in this electronic mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be a client communication and/or work product which may contain proprietary information and as such is privileged and confidential. If the reader of this message is not the intended recipient(s) or an agent responsible for delivering it to the intended recipient(s), you are hereby notified that you have received this message and any attachments hereto in error and that any review, dissemination, distribution, or copying of this message whole or in part is strictly prohibited and may subject you to civil and/or criminal penalties under state or federal law. If you have received this message in error, please notify the sender immediately by email, and delete the original message.

**From:** Erika Blackwell <erika@abacuslife.com>
**Sent:** Monday, May 23, 2022 4:59 PM
**To:** Erica Cormany <erica@abacuslife.com>
**Subject:** RE: Redacted - PII: Pricing Complete

[redacted]

**Regards,**

**Erika Blackwell**
**Policy Acquisition Manager**

407.988.1072| erika@abacuslife.com | abacuslife.com | 2101 Park Center Drive #170, Orlando, FL 32835 |

ABACUS LIFE
OPTIONS FOR YOUR LIFE INSURANCE

The information contained in this electronic mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be a client communication and/or work product which may contain proprietary information and as such is privileged and confidential. If the reader of this message is not the intended recipient(s) or an agent responsible for delivering it to the intended recipient(s), you are hereby notified that you have received this message and any attachments hereto in error and that any review, dissemination, distribution, or copying of this message whole or in part is strictly prohibited and may subject you to civil and/or criminal penalties under state or federal law. If you have received this message in error, please notify the sender immediately by email, and delete the original message.

**From:** Erica Cormany <erica@abacuslife.com>
**Sent:** Monday, May 23, 2022 4:58 PM
**To:** Erika Blackwell <erika@abacuslife.com>
**Subject:** RE Redacted - PII Pricing Complete

Yes ☺ Is it okay to do it tomorrow morning or do we need it today?

Regards,

**Erica Cormany**
**Policy Acquisition Manager**

Office: 407-988-1089
Fax: 407-455-7765
erica@abacuslife.com | abacuslife.com | 2101 Park Center Drive Suite 170, Orlando, FL 32835 |

ABACUS LIFE
OPTIONS FOR YOUR LIFE INSURANCE

The information contained in this electronic mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be a client communication and/or work product which may contain proprietary information and as such is privileged and confidential. If the reader of this message is not the intended recipient(s) or an agent responsible for delivering it to the intended recipient(s), you are hereby notified that you have received this message and any attachments hereto in error and that any review, dissemination, distribution, or copying of this message whole or in part is strictly prohibited and may subject you to civil and/or criminal penalties under state or federal law. If you have received this message in error, please notify the sender immediately by email, and delete the original message.

**From:** Erika Blackwell <erika@abacuslife.com>
**Sent:** Monday, May 23, 2022 4:38 PM
**To:** Erica Cormany <erica@abacuslife.com>
**Subject:** FW: Redacted - PII: Pricing Complete

Do you want to look at pricing for [redacted]

Regards,

**Erika Blackwell**
**Policy Acquisition Manager**

407.988.1072| erika@abacuslife.com | abacuslife.com | 2101 Park Center Drive #170, Orlando, FL 32835 |

ABACUS LIFE
OPTIONS FOR YOUR LIFE INSURANCE

The information contained in this electronic mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be a client communication and/or work product which may contain proprietary information and as such is privileged and confidential. If the reader of this message is not the intended recipient(s) or an agent responsible for delivering it to the intended recipient(s), you are hereby notified that you have received this message and any attachments hereto in error and that any review, dissemination, distribution, or copying of this message whole or in part is strictly prohibited and may subject you to civil and/or criminal penalties under state or federal law. If you have received this message in error, please notify the sender immediately by email, and delete the original message.

**From:** notify@quickbase.com <notify@quickbase.com>
**Sent:** Wednesday, May 18, 2022 3:30 PM
**To:** Erika Blackwell <erika@abacuslife.com>
**Subject** Redacted - PII: Pricing Complete

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe, any questions please forward to IT. Thank You!

**To:** *empty* | **From: Blackwell, Erika | Task Assigned To: Mirza, Shoaib**

**Primary Contact:** ***empty*** | **Primary Source: EPG**

**Insured:** Redacted - PII | **Policy Number:** Redacted - PII

**Pricing**

*empty*

Conversion optimized to 100, Used persistency COIs, COIs are coming out way higher than the breakdown , pay as illustrated for the first 3 policy years, then follow csv