# EXHIBIT 39

ABL00011441

Filed Under Seal Pursuant to Court Order, Dkt. 115.