# EXHIBIT 40

ABL00051306

Filed Under Seal Pursuant to Court Order, Dkt. 115.