# EXHIBIT 41

LSI026397

Filed Under Seal Pursuant to Court Order, Dkt. 115.