# EXHIBIT 42

GT00143

Filed Under Seal Pursuant to Court Order, Dkt. 115.