# EXHIBIT 43

ABL00086134

LAPETUS
LIFE EVENT SOLUTIONS

**Minutes of the Meeting (Closed Session) of the Board of Directors held on 12 September 2023**

The Board of Directors (the "Board") of Lapetus Solutions, (the "Company"), was held at the offices of DLA Piper, 1251 6th Ave, New York, NY 10020, on 12 September 2023, starting at 13:15 hrs and ending at 16:45 hrs ET. The Board Members agreed that the meeting was not to be recorded.

**Agenda:**

1. Most Favorable Nation Clause ("MFN") & SixThirty Convertible Note
2. Longevity Market Assets ("LMA"): Term Sheet
3. Misc. Business Discussions
4. Approval of Options

**Directors Attending:**

Gary Bennett, Executive Chairman of the Board
David Lloyd, Board Member
Jay Jackson, Board Member
Jim Montgomery, Board Member
Dr. S. Jay Olshansky, Chief Scientist & Co-Founder
Dr. Karl Ricanek, Jr., CEO, Chief AI Scientist & Co-Founder

**Others Attending by invitation of the Board:**

Lapetus Solutions, Inc.
Tracy L. Carroll, Chief of Staff
Legal Counsel
Matt F. Gorra, Partner, DLA Piper LLP *(Agenda #1 & 2 only)*
Brendan Kelly, Associate, DLA Piper LLP *(Agenda #1 & 2 only)*

**Call to Order**

Gary Bennett called the Closed Session meeting to order.

**MFN Discussion**

Mr. Gorra from DLA explained in detail the different Cap Table scenarios based on SixThirty exercising their MFN clause. Mr. Lloyd commented that it was not intended for Tranche 5 of LSI's Convertible Notes to be negative to prior tranches. Members agreed. Mr. Jackson stated that he was [redacted]

**LMA's Term Sheet**

After a lengthy discussion lead by Mr. Jackson, [redacted].
Mr. Jackson stated that after seeing the full cap table and the P&L by business line, [redacted]



Highly Confidential - Attorneys' Eyes Only


ABL00086134

LAPETUS
LIFE EVENT SOLUTIONS

[redacted] would be impossible for him. Even with the life estimate ("LE") business doing well, he couldn't even justify [redacted] Mr. Jackson also mentioned that he had no interest in [redacted] With their [redacted] it would take too long to make revenues.

**Other Discussion Points & Comments by the Board:**

- Mr. Jackson emphasized that the Company has a "Life Expectancy" business line not a "Life Settlements" business line and that the Company needs to use the correct language when referencing the business.
- Mr. Jackson thinks that on the Facial Analytic ("FA") side of the business, the Company needs to stay focused on what the business is and what it does (solutions). Mr. Jackson said that no one cares about the term "AI". The Company needs to sell a "product". With his company, Mr. Jackson said his success was because he was clear on what his company was, got really good at his story and figured out how to monetize it. Per Mr. Jackson, the Company needs to do the same and also needs a clear Mission Statement.
- Mr. Jackson and Mr. Ricanek had an extensive conversation about the Company's data: What is its true value; why does the Company think its data is better? Mr. Jackson said the Company needs to know how to position its data better. In addition, he struggles to monetize the FA data because he can't understand what the company is trying to do. As a follow-up, Mr. Jackson asked for more detailed information on the quality of the 1.6M images that Mr. Ricanek spoke about.
- Per Mr. Jackson, because of the higher cost of capital (16-18% vs. 10-12% last year), there is going to be a flattening of the LE business so need to figure out how to grow the business in this environment and he suggested the endowment and pension space. Mr. Olshansky said that the Company has started this with an existing LE client, Pentor from Canada.
- Mr. Lloyd stated that to be a growth company, the top line growth needs 50% YOY.
- Mr. Jackson stated that he "sees waste in the company" when reviewing the P&L by business line; the Board agreed that the Company needs to "manage expenses and reduce waste".
- Mr. Lloyd and Mr. Jackson emphasized that to close deals, the Company needs to "keep persistent with" and "get in front of" clients.
- Mr. Lloyd requested a detailed Action Plan for each of the current insurance opportunities starting with MML, Canon, and GenRe, followed by those next in the pipeline.
- Mr. Lloyd asked Mr. Jackson if he could help the Company, when needed, come up with pricing and volumes for the insurance and other business. Mr. Jackson agreed.

**Approval of Option Grants:**

(Mr. Jackson was not present & did not vote; a confirmed Quorum present)

Mr. Ricanek circulated a chart of the requested option grants he had verbally promised to various employees and contractors. Mr. Ricanek let the Board know that at the time he promised the options he was not aware that Board approval was needed before any mention or promise of options. In the future he would follow Board protocol.

LAPETUS LIFE EVENT SOLUTIONS

Mr. Montgomery moved to approve the option grants with the strike price being contingent on review and acceptance of the upcoming 409a valuation (via Carta platform). All Members present were in agreement with Mr. Montgomery and the option grants were approved.

**Summary of Agreements, Approvals & Action Items:**

Agreements & Approvals

- Board Resolution: All Members in agreement to [redacted]
  - o DLA Piper to create Amended & Restated Note Agreement for LMA to execute
  - o Once Agreement fully executed, all current Note Holders to be notified
  - o DLA Piper to model Tranche 4 [redacted] to be aligned with Tranche 3 [redacted] and share back with the Board.
- Option Grants approved with strike price contingent on review and acceptance of 409a valuation (see attached list of options approved).

Action Items

- Board connections: Mr. Ricanek to follow up with Galen Shaffer (Mr. Jackson referral) and Leapfrog (Mr. Lloyd referral).
- Mission Statement: Company needs to develop (and live by) a Vision and Mission Statement.
- Details on Data (1.6M images) & List of Companies: Mr. Jackson requested a list of all images by segment (ie. SMILe, North America, International, etc.) with 1) age of data; 2) quality; 3) how many w/BMI, etc.. In addition, create a list of all companies that sell images and the amount they charge. A follow-up on IP and its value to be presented at the November Board Meeting.
- Action Plan-Insurance: Develop for each of the Insurance opportunities (MML, Canon, and GenRe, followed by those next in the pipeline).
- Action Plan-LE: Develop a plan to extend the life span business beyond life settlements.
- Product Pricing/Volumes: Mr. Jackson to support, if needed, determining pricing and volumes for the insurance and other businesses.
- MFN & SixThirty: Get a final resolution to the request. Mr. Ricanek to work with DLA Piper, Members of the Board and communicate with relative investors as needed.
- Additional Board Members: Mr. Ricanek to follow up on the leads he has been given to determine potential Board member candidates.

**Adjournment**

Mr. Bennett provided the Board with closing remarks. There being no further business, the closed session Board meeting was adjourned.

Respectfully Submitted,

Karl Ricanek
CEO-Chief AI Scientist-Co-Founder
Lapetus Solutions, Inc.

**Request for Board Approval**
**Stock Option Grants**

**Lapetus Board Meeting-Closed Session**
**12 September 2023**
**New York, NY**

**APPROVED**

| Recipient | Total Requested Option Shares | *Vesting Start Date | Type | Vesting | Reason | Notes |
|---|---|---|---|---|---|---|
| [redacted] | [redacted] | 01/01/22 | NSO | 1/12 per month x 12 mos | Advisor Role 2022 | Was granted [redacted] in 2022 for 2021 Advisor |
| [redacted] | [redacted] | 11/01/22 | ISO | 1/24 per month x 24 mos | | |
| [redacted] | [redacted] | 11/01/22 | ISO | 1/24 per month x 24 mos | | |
| [redacted] | [redacted] | 11/01/22 | ISO | 1/24 per month x 24 mos | | |
| [redacted] | [redacted] | 04/01/23 | NSO | 1/12 or 1/9 per month x 9 mos | Apr-Dec 2023 Contract Agreement | Agreement states [redacted] |
| [redacted] | [redacted] | TBD | NSO | 1/36 per month x 36 mos | Over 3yr contract period | |
| [redacted] | [redacted] | TBD | NSO | 1/36 per month x 36 mos | Over 3yr contract period | |
| **Total Granted** | [redacted] | | | | | |

- **Presented to the Board of Directors @ 09/12/23 Board Meeting in NYC - APPROVED**
- **Strike price to be determined once 409A is complete and approved.**

*This is actually the date the options were verbally promised to the individual. Since vesting can not be back-dated, the amount vested at time of grant to be adjusted to include the time between the "promise" date and the date of grant.