# EXHIBIT 44

LSI011034

Filed Under Seal Pursuant to Court Order, Dkt. 115.