# EXHIBIT A

**Kathleen Messinger**

| | |
|---|---|
| **From:** | Auslander, Eric <Eric.Auslander@dechert.com> |
| **Sent:** | Monday, August 3, 2026 1:58 PM |
| **To:** | Alex Zuckerman; McGinley, Michael; Levander, Andrew |
| **Cc:** | AbacusCoventryAssociates; Jason Sternberg |
| **Subject:** | RE: Scheduling |

**[EXTERNAL EMAIL from eric.auslander@dechert.com]**

**This message needs your attention**

• Some Recipients have never replied to this person.

Alex,

After our conversation yesterday, we have inquired again on availability and will get back to you as soon as possible. We will take Mr. Cabrera's deposition on September 10. August 28 is not available; can you provide additional dates for Mr. McLaren? Thanks.

Eric

**Eric Auslander**
Associate

**Dechert LLP**
+1 202 261 3319 Direct
eric.auslander@dechert.com
dechert.com

**From:** Alex Zuckerman <alexzuckerman@quinnemanuel.com>
**Sent:** Monday, August 3, 2026 4:21 PM
**To:** Auslander, Eric <Eric.Auslander@dechert.com>; McGinley, Michael <Michael.McGinley@dechert.com>; Levander, Andrew <andrew.levander@dechert.com>
**Cc:** AbacusCoventryAssociates <abacuscoventryassociates@quinnemanuel.com>; Jason Sternberg <jasonsternberg@quinnemanuel.com>
**Subject:** RE: Scheduling

Eric,

As mentioned in my email on Friday, Mr. Cabrera is available September 4th and September 10th in Orlando. Mr. McLaren is available on August 28th and September 10th in Boston.

Please tell us when you will make Mr. Buerger, Mr. Brinkley, and Mr. Erritt available.

Best,
Alex

---

**From:** Auslander, Eric <Eric.Auslander@dechert.com>
**Sent:** Tuesday, July 28, 2026 4:41 PM
**To:** Alex Zuckerman <alexzuckerman@quinnemanuel.com>; McGinley, Michael <Michael.McGinley@dechert.com>; Levander, Andrew <andrew.levander@dechert.com>
**Cc:** AbacusCoventryAssociates <abacuscoventryassociates@quinnemanuel.com>; Jason Sternberg <jasonsternberg@quinnemanuel.com>
**Subject:** RE: Scheduling

**[EXTERNAL EMAIL from eric.auslander@dechert.com]**

---

Alex,

We will come back to you with availability regarding the below. We would like to take depositions of Corey McLaren and Armando Cabrera provided you make the same representation concerning substantial production completion.

Thanks,
Eric

**Eric Auslander**
Associate

**Dechert LLP**
+1 202 261 3319 Direct
eric.auslander@dechert.com
dechert.com

---

**From:** Alex Zuckerman <alexzuckerman@quinnemanuel.com>
**Sent:** Monday, July 27, 2026 6:36 PM
**To:** Auslander, Eric <Eric.Auslander@dechert.com>; McGinley, Michael <Michael.McGinley@dechert.com>; Levander, Andrew <andrew.levander@dechert.com>
**Cc:** AbacusCoventryAssociates <abacuscoventryassociates@quinnemanuel.com>; Jason Sternberg <jasonsternberg@quinnemanuel.com>
**Subject:** RE: Scheduling

Mike,

Per our discussion today, we would next like to take the depositions of Reid Buerger, Simon Erritt, and Charles Brinkley, in no particular order, ***provided that you affirm substantial production of their custodial documents at least one week prior to the date of their availability.***

Alex

---

**From:** Alex Zuckerman <alexzuckerman@quinnemanuel.com>
**Sent:** Tuesday, June 30, 2026 9:06 PM
**To:** Auslander, Eric <Eric.Auslander@dechert.com>; McGinley, Michael <Michael.McGinley@dechert.com>; Levander, Andrew <andrew.levander@dechert.com>

**Cc:** AbacusCoventryAssociates <abacuscoventryassociates@quinnemanuel.com>; Jason Sternberg <jasonsternberg@quinnemanuel.com>
**Subject:** RE: Scheduling

Eric, following up here. Is Mr. Brinkley available on July 21? We are not available on the 15th.

---

**From:** Alex Zuckerman
**Sent:** Thursday, June 18, 2026 7:53 PM
**To:** Auslander, Eric <Eric.Auslander@dechert.com>; McGinley, Michael <Michael.McGinley@dechert.com>; Levander, Andrew <andrew.levander@dechert.com>
**Cc:** AbacusCoventryAssociates <abacuscoventryassociates@quinnemanuel.com>; Jason Sternberg <jasonsternberg@quinnemanuel.com>
**Subject:** RE: Scheduling

Eric, we will depose Mr. Desisles on July 10. A notice is forthcoming.

While holding July 15 for now, please let us know if there are any other dates in July when Mr. Brinkley is available.

Thanks very much,
Alex

---

**From:** Auslander, Eric <Eric.Auslander@dechert.com>
**Sent:** Thursday, June 18, 2026 6:27 PM
**To:** Alex Zuckerman <alexzuckerman@quinnemanuel.com>; McGinley, Michael <Michael.McGinley@dechert.com>; Levander, Andrew <andrew.levander@dechert.com>
**Cc:** AbacusCoventryAssociates <abacuscoventryassociates@quinnemanuel.com>; Jason Sternberg <jasonsternberg@quinnemanuel.com>
**Subject:** RE: Scheduling

**[EXTERNAL EMAIL from eric.auslander@dechert.com]**

---

Alex,

Please see below for the availability you requested.

Kenneth Desisles:
- 7/9; 7/10; 7/15

Charles Brinkley
- 7/10 or 7/15

**Eric Auslander**
Associate

**Dechert LLP**
+1 202 261 3319 Direct
eric.auslander@dechert.com
dechert.com

**From:** Alex Zuckerman <alexzuckerman@quinnemanuel.com>
**Sent:** Thursday, June 18, 2026 4:41 PM
**To:** Auslander, Eric <Eric.Auslander@dechert.com>; McGinley, Michael <Michael.McGinley@dechert.com>; Levander, Andrew <andrew.levander@dechert.com>
**Cc:** AbacusCoventryAssociates <abacuscoventryassociates@quinnemanuel.com>; Jason Sternberg <jasonsternberg@quinnemanuel.com>
**Subject:** RE: Scheduling

Eric,

It is now three weeks since we asked you for Mr. Desisles' and Mr. Brinkley's availability. Please let us know why you have not been able to coordinate with them to provide available dates for their deposition in that time.

Best regards,
Alex

---

**From:** Auslander, Eric <Eric.Auslander@dechert.com>
**Sent:** Tuesday, June 16, 2026 7:02 PM
**To:** Alex Zuckerman <alexzuckerman@quinnemanuel.com>; McGinley, Michael <Michael.McGinley@dechert.com>; Levander, Andrew <andrew.levander@dechert.com>
**Cc:** AbacusCoventryAssociates <abacuscoventryassociates@quinnemanuel.com>; Jason Sternberg <jasonsternberg@quinnemanuel.com>
**Subject:** RE: Scheduling

**[EXTERNAL EMAIL from eric.auslander@dechert.com]**

---

Alex,

As we noted in our June 10 email, based on the current pace of discovery, we agree that party depositions should begin soon. We have inquired into availability for Messrs. Brinkley and Desisles, and we will update you once we have potential dates.

Thanks,
Eric

**Eric Auslander**
Associate

**Dechert LLP**
+1 202 261 3319 Direct
eric.auslander@dechert.com
dechert.com

---

**From:** Alex Zuckerman <alexzuckerman@quinnemanuel.com>
**Sent:** Tuesday, June 16, 2026 4:47 PM
**To:** Auslander, Eric <Eric.Auslander@dechert.com>; McGinley, Michael <Michael.McGinley@dechert.com>; Levander, Andrew <andrew.levander@dechert.com>
**Cc:** AbacusCoventryAssociates <abacuscoventryassociates@quinnemanuel.com>; Jason Sternberg

<jasonsternberg@quinnemanuel.com>
**Subject:** RE: Scheduling

Eric,

Following up here. Are you refusing to make any witnesses available until the court rules on your dispositive motion? If so, please provide your legal support for that position.

Best regards,
Alex

---

**From:** Alex Zuckerman <alexzuckerman@quinnemanuel.com>
**Sent:** Wednesday, June 10, 2026 1:45 PM
**To:** Auslander, Eric <Eric.Auslander@dechert.com>; McGinley, Michael <Michael.McGinley@dechert.com>; Levander, Andrew <andrew.levander@dechert.com>
**Cc:** AbacusCoventryAssociates <abacuscoventryassociates@quinnemanuel.com>; Jason Sternberg <jasonsternberg@quinnemanuel.com>
**Subject:** RE: Scheduling

Eric,

Thank you for agreeing to add Simon Erritt as a custodian. Given that you have represented that your production is substantially complete, please provide us with dates on which Mr. Brinkley and Mr. Desisles are available to be deposed. We trust that you are not suggesting that you may hold up depositions until the motion to dismiss is decided, which would be improper given the lack of a stay in this case. Please confirm this understanding.

Best regards,
Alex

---

**From:** Auslander, Eric <Eric.Auslander@dechert.com>
**Sent:** Wednesday, June 10, 2026 1:05 PM
**To:** Alex Zuckerman <alexzuckerman@quinnemanuel.com>; McGinley, Michael <Michael.McGinley@dechert.com>; Levander, Andrew <andrew.levander@dechert.com>
**Cc:** AbacusCoventryAssociates <abacuscoventryassociates@quinnemanuel.com>; Jason Sternberg <jasonsternberg@quinnemanuel.com>
**Subject:** RE: Scheduling

**[EXTERNAL EMAIL from eric.auslander@dechert.com]**

---

Counsel

While we agree an extension of deadlines may be necessary, we believe that settling on a new schedule would be premature at this time. You recently proposed the custodial addition of a Coventry employee you now say you wish to depose early in the schedule. If the court does not fully dismiss your suit, we will likely bring counterclaims that could expand the scope of discovery. We would prefer not to go to the court twice on a new schedule. And your proposed schedule is also unworkable because, among other things, it sets the end of fact discovery at December 7, 2026, one month after the current summary judgment deadline that you do not propose extending.

Regarding custodians, we have added Simon Erritt as an additional custodian at your request. We confirm for you that Mr. Desisles generally receives his work from Mr. Funt, including on the issues relevant to this case. Mr. Funt is already a custodian in this case. Please provide your basis for also seeking Mr. Desisles's documents. Regarding Abacus's documents, we request that you add Scott Kirby and Shane McGonnell as custodians for Abacus.

We believe the parties should continue to make progress over the next few weeks before seeking an extension. We understand both parties are working to produce documents that are part of our respective privilege reviews, as well as the documents for the custodians most recently requested. We expect to continue producing additional documents over the next few weeks and we expect you will do the same. We agree that we can discuss scheduling depositions in the meantime, and believe that the parties should expect that party depositions will begin in July.

Thanks,
Eric

**Eric Auslander**
Associate

**Dechert LLP**
+1 202 261 3319 Direct
eric.auslander@dechert.com
dechert.com

**From:** Alex Zuckerman <alexzuckerman@quinnemanuel.com>
**Sent:** Tuesday, June 9, 2026 2:35 PM
**To:** McGinley, Michael <Michael.McGinley@dechert.com>; Auslander, Eric <Eric.Auslander@dechert.com>; Levander, Andrew <andrew.levander@dechert.com>
**Cc:** AbacusCoventryAssociates <abacuscoventryassociates@quinnemanuel.com>; Jason Sternberg <jasonsternberg@quinnemanuel.com>
**Subject:** RE: Scheduling

Counsel:

Following up on this. Please let us know your positions on (i) the schedule extension; (ii) prioritizing productions from Mr. Brinkley and Mr. Desisles, and (iii) dates of availability for those two witnesses.

Best regards,
Alex

**From:** Alex Zuckerman <alexzuckerman@quinnemanuel.com>
**Sent:** Monday, June 1, 2026 6:21 PM
**To:** McGinley, Michael <michael.mcginley@dechert.com>; Auslander, Eric <eric.auslander@dechert.com>; Levander, Andrew <andrew.levander@dechert.com>
**Cc:** AbacusCoventryAssociates <abacuscoventryassociates@quinnemanuel.com>; Jason Sternberg <jasonsternberg@quinnemanuel.com>
**Subject:** Scheduling

Counsel:

Given the degree to which the scope of discovery has expanded in this case, we would like to discuss a potential extension to the expert report deadline. We feel this extension is necessary both to properly prepare these reports and to ensure both parties will meet their discovery obligations in the interim. Let us know if you are amenable to the below proposed schedule:

| Item | Current deadline | New deadline |
|---|---|---|
| Plaintiff's expert witness disclosure and report due | August 6, 2026 | October 6, 2026 |
| Defendant's expert witness disclosure and report due | September 7, 2026 | November 6, 2026 |
| Rebuttals | September 21, 2026 | November 20, 2026 |
| End of Fact Discovery | October 5, 2026 | December 7, 2026 |

In the interim, we would also like to move things along on scheduling depositions. For its part, Abacus intends to depose Charles Brinkley and Kenneth Desisles as soon as it is satisfied their custodial productions are substantially complete. Please advise as to these witnesses' availability over the next couple of months as well as your expected timeline for completing production of their custodial files.

Best regards,
Alex

**Alex Zuckerman**
Quinn Emanuel Urquhart & Sullivan, LLP
295 Fifth Avenue
New York, NY 10016
202-270-3474 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
alexzuckerman@quinnemanuel.com
www.quinnemanuel.com
NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you
This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you
This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you
This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you
This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you