# EXHIBIT B

**From:** Auslander, Eric <Eric.Auslander@dechert.com>
**Sent:** Monday, July 20, 2026 10:52 AM
**To:** Alex Zuckerman; Kathleen Messinger
**Cc:** Levander, Andrew; McGinley, Michael
**Subject:** Abacus vs. Coventry Case Schedule

**[EXTERNAL EMAIL from eric.auslander@dechert.com]**

Alex,

Mike mentioned that you and he spoke after the Desisles deposition about a revised schedule and that you asked for our view. Below are draft dates that would work for us and account for counsel and client commitments. Please let us know your view. Thanks.

Eric
--
Initial Disclosures concerning Defendants' Counterclaims: August 10, 2026

Mediation: ~~October 21, 2026~~ February 24, 2027 (pending availability of mediator)

Expert Witness Disclosures and Reports

- Plaintiff: ~~August 6, 2026~~ December 7, 2026
- Defendant: ~~September 7, 2026~~ January 7, 2027
- Rebuttal (if necessary): ~~September 21, 2026~~ January 21, 2027

Completion of Discovery: ~~October 5, 2026~~ February 5, 2027

Summary Judgment, *Daubert*, and *Markman* Motions: ~~November 5, 2026~~ March 15, 2027

Pre-Trial Meeting (*Must take place in person*): ~~March 1, 2027~~ August 9, 2027

Joint Final Pretrial Statement ("PTS") and Trial Briefs (if necessary): ~~March 11, 2027~~ August 14, 2027

A Single Motion *In Limine* For Each Party and Any Other Motions: ~~February 25, 2027~~ July 31, 2027
*Does Not include* Daubert *Motions*
*Seven (7)-day response time*

Final Pretrial Conference: ~~March 18, 2027~~ August 21, 2027

Revised Trial Materials: ~~March 25, 2027~~ August 28, 2027

Commencement of the Trial Term: ~~April 5, 2027~~ September 2027

**Eric Auslander**
Associate

**Dechert LLP**
1900 K Street, NW
Washington, DC 20006
+1 202 261 3319 Direct
eric.auslander@dechert.com
dechert.com

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you