# EXHIBIT C

**From:** Auslander, Eric <Eric.Auslander@dechert.com>
**Sent:** Sunday, August 2, 2026 7:18 PM
**To:** Alex Zuckerman; McGinley, Michael
**Cc:** Nicole Arata; Levander, Andrew; Benjamin F. Elliott; Glennys Ortega Rubin; Jason Sternberg; Kathleen Messinger; QE-Abacus-Lit
**Subject:** Re: Abacus v. Coventry Extension of Case Management Schedule

**[EXTERNAL EMAIL from eric.auslander@dechert.com]**

Alex,

What has changed over the past few weeks is that you and your client have been using this litigation to make knowingly inaccurate statements to the press while disparaging and defaming our client. Worse yet, during last week's conferral, you acknowledged that various statements in your ten-month-old FAC cannot be supported by facts.

We are still willing to agree to additional time so as not to prejudice either party's ability to complete expert reports and depositions. That is what Defendants' proposed extension request ensures. But we have no tolerance for your client's continued attempt to pursue false claims against our client. And we will not allow you or your client to abuse this litigation for longer than necessary.

We are available to confer tomorrow. Tomorrow morning, we are available from 10-11 am. If that window no longer works for you, we are available from 1-2 pm and after 3:30 pm.

Regards,

**Eric Auslander**
Associate

**Dechert LLP**
1900 K Street, NW
Washington, DC 20006
+1 202 261 3319 Direct
eric.auslander@dechert.com
dechert.com

**From:** Alex Zuckerman <alexzuckerman@quinnemanuel.com>
**Sent:** Sunday, August 2, 2026 4:11 PM
**To:** McGinley, Michael <Michael.McGinley@dechert.com>
**Cc:** Auslander, Eric <Eric.Auslander@dechert.com>; Nicole Arata <nicolearata@quinnemanuel.com>; Levander, Andrew <andrew.levander@dechert.com>; Benjamin F. Elliott <belliott@shutts.com>; Glennys Ortega Rubin <grubin@shutts.com>; Jason Sternberg <jasonsternberg@quinnemanuel.com>; Kathleen

Messinger <kathleenmessinger@quinnemanuel.com>; QE-Abacus-Lit <qe-abacus-lit@quinnemanuel.com>
**Subject:** RE: Abacus v. Coventry Extension of Case Management Schedule

Mike –

Unless the parties agree on an extension tomorrow morning before noon consistent with your prior representations, or you provide good grounds for changing the parties' agreed upon extension (beyond your handicapping of what you think the Court is likely to accept, which we think is a question best left to the Court), we plan to move for the previously agreed four month extension by 5 pm ET tomorrow.

Again, I am available today and tomorrow morning before noon to discuss.

Best,
Alex

---

**From:** Alex Zuckerman
**Sent:** Saturday, August 1, 2026 1:38 PM
**To:** Michael McGinley <Michael.McGinley@dechert.com>
**Cc:** Eric Auslander <Eric.Auslander@dechert.com>; Nicole Arata <nicolearata@quinnemanuel.com>; Andrew Levander <andrew.levander@dechert.com>; Benjamin F. Elliott <belliott@shutts.com>; Glennys Ortega Rubin <grubin@shutts.com>; Jason Sternberg <jasonsternberg@quinnemanuel.com>; Kathleen Messinger <kathleenmessinger@quinnemanuel.com>; QE-Abacus-Lit <qe-abacus-lit@quinnemanuel.com>
**Subject:** Re: Abacus v. Coventry Extension of Case Management Schedule

Mike, I am available any time tomorrow or Monday morning.

> On Jul 31, 2026, at 7:55 PM, McGinley, Michael <Michael.McGinley@dechert.com> wrote:
>
> **[EXTERNAL EMAIL from michael.mcginley@dechert.com]**
>
> ---
>
> Alex,
>
> I have been tied up this afternoon and evening on other cases, but we will respond to your email this weekend, so that we can meet-and-confer either over the weekend or Monday morning.
>
> Mike
>
> **Michael H. McGinley**
> Partner
>
> **Dechert LLP**
> +1 215 994 2463 Direct
> +1 484 256 1393 Mobile
> michael.mcginley@dechert.com
> dechert.com

**From:** Alex Zuckerman <alexzuckerman@quinnemanuel.com>
**Sent:** Friday, 31 July 2026 16:16:31
**To:** Auslander, Eric <Eric.Auslander@dechert.com>; McGinley, Michael <Michael.McGinley@dechert.com>; Nicole Arata <nicolearata@quinnemanuel.com>; Levander, Andrew <andrew.levander@dechert.com>; Benjamin F. Elliott <belliott@shutts.com>; Glennys Ortega Rubin <grubin@shutts.com>
**Cc:** Jason Sternberg <jasonsternberg@quinnemanuel.com>; Kathleen Messinger <kathleenmessinger@quinnemanuel.com>; QE-Abacus-Lit <qe-abacus-lit@quinnemanuel.com>
**Subject:** RE: Abacus v. Coventry Extension of Case Management Schedule

Eric,

To memorialize the conversation we just had, we do not think that the current schedule proposal is workable, given that you have failed to provide any dates for any witnesses we have requested between now and the expert deadline.

To refresh you recollection:

- On June 1, we proposed a two-month scheduling extension.

- On June 10, you wrote that "If the court does not fully dismiss your suit, we will likely bring counterclaims that could expand the scope of discovery. We would prefer not to go to the court twice on a new schedule."

- You filed your counterclaim on July 9.

- On July 10, Mike told us your side would be proposing a schedule extension.

- On July 20, ***you provided a proposal that extended deadline by 4 months***. Presumably, you had already run this by your client and co-counsel. <u>Please confirm that you did.</u>

- On July 26, after you declined to provide a proposed stipulation, we sent you a draft accepting ***your 4-month extension terms***, which you told us you would review this week with your local counsel. During that meet and confer, both sides agreed that party depositions would likely commence after Labor Day under the new schedule ***that both sides had agreed to in principle.***

- With that understanding, the parties exchanged their next targets for deposition, aiming for dates in late August or early September at the earliest. And both sides knew those were not exhaustive lists of deponents.

- We reached out to Mr. Cabrera and Mr. McLaren for dates under that 4-month assumption. Mr. Cabrera is available September 4th and September 10th.

- Now you come back, ***seven weeks after Abacus first proposed a two-month extension, and 11 days since you proposed a 4-month extension***, and say the best you can do is one month. So you gave us the impression we had months, wasted some of that time, and then cut down the parties' agreement by 75%.

Abacus has begun taking depositions. Your side has not. Your side has also not provided dates when any of the deponents we have now asked about multiple times are available. And now you are wasting time with a schedule that will prejudice Abacus in having to prepare its expert reports before significant discovery has taken place, granting your side an unfair advantage in this litigation of these claims and defenses.

We should meet and confer immediately and prepare to submit dueling scheduling motions on Monday.

Kind Regards,
Alex

---

**From:** Auslander, Eric <Eric.Auslander@dechert.com>
**Sent:** Friday, July 31, 2026 3:47 PM
**To:** Alex Zuckerman <alexzuckerman@quinnemanuel.com>; McGinley, Michael <Michael.McGinley@dechert.com>; Nicole Arata <nicolearata@quinnemanuel.com>; Levander, Andrew <andrew.levander@dechert.com>; Benjamin F. Elliott <belliott@shutts.com>; Glennys Ortega Rubin <grubin@shutts.com>
**Cc:** Jason Sternberg <jasonsternberg@quinnemanuel.com>; Kathleen Messinger <kathleenmessinger@quinnemanuel.com>; QE-Abacus-Lit <qe-abacus-lit@quinnemanuel.com>
**Subject:** RE: Abacus v. Coventry Extension of Case Management Schedule

**[EXTERNAL EMAIL from eric.auslander@dechert.com]**

---

Alex,

Attached is a revised version of the motion for an extension of dates and a redline against the draft you last circulated. As you can see, we have narrowed the scope of the proposed extension request, which we believe is more likely to be approved by the court. We also accounted for relevant holidays. And we reframed the filing as a joint motion incorporating a memorandum of law, which we understand is consistent with how this court reviews such requests. We can be available to discuss if helpful.

Thanks,
Eric

**Eric Auslander**
Associate

**Dechert LLP**
+1 202 261 3319 Direct
eric.auslander@dechert.com
dechert.com

**From:** Alex Zuckerman <alexzuckerman@quinnemanuel.com>
**Sent:** Friday, July 31, 2026 10:05 AM
**To:** McGinley, Michael <Michael.McGinley@dechert.com>; Nicole Arata <nicolearata@quinnemanuel.com>; Auslander, Eric <Eric.Auslander@dechert.com>; Levander, Andrew <andrew.levander@dechert.com>; Benjamin F. Elliott <belliott@shutts.com>; Glennys Ortega Rubin <grubin@shutts.com>
**Cc:** Jason Sternberg <jasonsternberg@quinnemanuel.com>; Kathleen Messinger <kathleenmessinger@quinnemanuel.com>; QE-Abacus-Lit <qe-abacus-lit@quinnemanuel.com>
**Subject:** RE: Abacus v. Coventry Extension of Case Management Schedule

Mike,

We are puzzled as to what you still need to confer with your client about on a schedule that you proposed, and which you presumably have already discussed with your client at length.

Even if you come to ground and we get the stip on file today, you have put us in a position where it is unlikely the judge will rule today, and thus we will need to rev the engines all weekend under the assumption August 6 will stick as the expert disclosure date. This white-knuckle exercise is sub ideal and totally unnecessary, given that you have been in possession of our schedule proposal for nearly a month.

Abacus reserves all rights in connection with the scheduling issue.

Best regards,
Alex

---

**From:** McGinley, Michael <Michael.McGinley@dechert.com>
**Sent:** Thursday, July 30, 2026 9:53 PM
**To:** Alex Zuckerman <alexzuckerman@quinnemanuel.com>; Nicole Arata <nicolearata@quinnemanuel.com>; Auslander, Eric <Eric.Auslander@dechert.com>; Levander, Andrew <andrew.levander@dechert.com>; Benjamin F. Elliott <belliott@shutts.com>; Glennys Ortega Rubin <grubin@shutts.com>
**Cc:** Jason Sternberg <jasonsternberg@quinnemanuel.com>; Kathleen Messinger <kathleenmessinger@quinnemanuel.com>; QE-Abacus-Lit <qe-abacus-lit@quinnemanuel.com>
**Subject:** Re: Abacus v. Coventry Extension of Case Management Schedule

**[EXTERNAL EMAIL from michael.mcginley@dechert.com]**

---

Alex,

We are still discussing with our client, and you will hear from us tomorrow. You are not authorized to file anything that purports to be joint without our approval.

Thanks,
Mike

**Michael H. McGinley**
Partner

**Dechert LLP**
+1 215 994 2463 Direct
+1 484 256 1393 Mobile
michael.mcginley@dechert.com
dechert.com

---

**From:** Alex Zuckerman <alexzuckerman@quinnemanuel.com>
**Sent:** Thursday, 30 July 2026 21:25:22
**To:** Nicole Arata <nicolearata@quinnemanuel.com>; Auslander, Eric <Eric.Auslander@dechert.com>; McGinley, Michael <Michael.McGinley@dechert.com>; Levander, Andrew <andrew.levander@dechert.com>; Benjamin F. Elliott <belliott@shutts.com>; Glennys Ortega Rubin <grubin@shutts.com>
**Cc:** Jason Sternberg <jasonsternberg@quinnemanuel.com>; Kathleen Messinger <kathleenmessinger@quinnemanuel.com>; QE-Abacus-Lit <qe-abacus-lit@quinnemanuel.com>
**Subject:** RE: Abacus v. Coventry Extension of Case Management Schedule

Counsel –

In light of your silence, we plan to file a joint, uncontested motion with the Court tomorrow extending the schedule deadlines.

Best,
Alex

---

**From:** Alex Zuckerman <alexzuckerman@quinnemanuel.com>
**Sent:** Wednesday, July 29, 2026 8:03 PM
**To:** Nicole Arata <nicolearata@quinnemanuel.com>; Auslander, Eric <eric.auslander@dechert.com>; McGinley, Michael <michael.mcginley@dechert.com>; Levander, Andrew <andrew.levander@dechert.com>
**Cc:** Jason Sternberg <jasonsternberg@quinnemanuel.com>; Kathleen Messinger <kathleenmessinger@quinnemanuel.com>; QE-Abacus-Lit <qe-abacus-lit@quinnemanuel.com>
**Subject:** RE: Abacus v. Coventry Extension of Case Management Schedule

Counsel – please let us know the status of your review of the extension proposal.

Best,
Alex

---

**From:** Nicole Arata <nicolearata@quinnemanuel.com>
**Sent:** Tuesday, July 28, 2026 1:26 PM
**To:** Auslander, Eric <eric.auslander@dechert.com>; McGinley, Michael <michael.mcginley@dechert.com>; Levander, Andrew <andrew.levander@dechert.com>
**Cc:** Alex Zuckerman <alexzuckerman@quinnemanuel.com>; Jason Sternberg <jasonsternberg@quinnemanuel.com>; Kathleen Messinger <kathleenmessinger@quinnemanuel.com>; QE-Abacus-Lit <qe-abacus-lit@quinnemanuel.com>
**Subject:** RE: Abacus v. Coventry Extension of Case Management Schedule

Counsel,

Per our discussion yesterday, we understand you intend to provide edits to the motion to extend the case management schedule but we have not yet received your edits. When can we expect to receive them?

Given the approaching deadlines, we would like to file the motion today. Please send any proposed edits as soon as possible so we can review them, and prepare for filing.

Thank you,

**Nicole Arata**
*Associate,*
**Quinn Emanuel Urquhart & Sullivan, LLP**
111 Huntington Ave Suite 520
Boston, MA 02199
617-712-7150
nicolearata@quinnemanuel.com
www.quinnemanuel.com
NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Nicole Arata
**Sent:** Sunday, July 26, 2026 10:03 PM
**To:** Auslander, Eric <eric.auslander@dechert.com>; McGinley, Michael <michael.mcginley@dechert.com>; Levander, Andrew <andrew.levander@dechert.com>
**Cc:** Alex Zuckerman <alexzuckerman@quinnemanuel.com>; Jason Sternberg <jasonsternberg@quinnemanuel.com>; Kathleen Messinger <kathleenmessinger@quinnemanuel.com>; QE-Abacus-Lit <qe-abacus-lit@quinnemanuel.com>
**Subject:** Abacus v. Coventry Extension of Case Management Schedule

Counsel,

Attached please find a draft Joint Motion to Extend the Case Management Schedule adopting the schedule you proposed on July 20th. Please let us know if you consent to signing and filing this requested extension of case deadlines. We are happy to discuss on our meet and confer Monday afternoon. We would like to file this early this week, given the approaching deadlines.

Regards,

**Nicole Arata**
*Associate,*
**Quinn Emanuel Urquhart & Sullivan, LLP**
111 Huntington Ave Suite 520
Boston, MA 02199
617-712-7150
nicolearata@quinnemanuel.com
www.quinnemanuel.com
NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you