## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

ABACUS GLOBAL
MANAGEMENT, INC.,

      Plaintiff,

v.                                                          Case No:  6:25-cv-1401-RBD-RMN

COVENTRY FIRST LLC; and ALAN
BUERGER,

      Defendants.

---

## AMENDED CASE MANAGEMENT AND SCHEDULING ORDER

The Court, having entered an Order granting Plaintiffs' Motion to modify the Case Management and Scheduling Order (Doc. 124), enters this Amended Case Management Scheduling Order, which is designed to secure the just, efficient, and inexpensive resolution of this action. Fed. R. Civ. P. 1, 16(b); Local Rules 1.01(b), 3.02(c). All other provisions of the Case Management and Scheduling Order (Doc. 42) continue to apply.

> ### IMPORTANT NOTICE
>
> The Court will strictly enforce the deadlines set in this CMSO. Such deadlines are effective unless modified by a written Order. The parties may not modify the Court's deadlines by any other means—including by an agreement that is not presented to and approved by the Court. *See* Local Rule 3.05.

| Management Event | Deadline |
|---|---|
| Mediation<br><br>*Within fourteen (14) days of this CMSO, Designated Lead Counsel shall—after conferring with opposing counsel and the mediator—* | |

| | |
|---|---|
| *file a Notice with the Court advising of the specific date and location of the parties' mediation.* | |
| Deadline:<br>Mediator: | January 21, 2027<br>Julie O'Kane |
| Expert Witness Disclosures and Reports<br><br>Plaintiff:<br>Defendant:<br>Rebuttal (if necessary): | <br><br>November 6, 2026<br>December 7, 2026<br>December 21, 2026 |
| Completion of Discovery | January 15, 2027 |
| Summary Judgment, *Daubert*, and *Markman* Motions | February 5, 2027 |
| Pre-Trial Meeting<br><br>*Must take place in person* | June 1, 2027 |
| Joint Final Pretrial Statement ("PTS")<br>and Trial Briefs (if necessary)<br><br>*The PTS must include as attachments Deposition Designations and Objections, Witness Lists, Exhibit Lists, Jointly Proposed Voir Dire Questions, Jointly Proposed Jury Instructions, and Jointly Proposed Verdict Form.*<br><br>*The parties must file the PTS (with all attachments) on CM/ECF and must email editable copies of such documents (in Microsoft Word® format) to chambers_flmd_Dalton@flmd.uscourts.gov.*<br><br>**The case must be prepared for trial on this date.** | June 11, 2027 |
| A Single Motion *In Limine* for Each Party<br>and Any Other Motions<br><br>*Does not include* Daubert *Motions*<br><br>*Seven (7)-day response time* | May 25, 2027 |
| Final Pretrial Conference | June 17, 2027<br>10:00 AM |
| Revised Trial Materials | June 25, 2027 |

| | |
|---|---|
| *Only if warranted by events at the PTC*<br><br>*The revised materials may include revised Deposition Designations and Objections, Witness Lists, Exhibit Lists, Jointly Proposed Voir Dire Questions, and Jointly Proposed Jury Instructions, and Jointly Proposed Verdict Form.*<br><br>*The parties must file the Revised Trial Materials on CM/ECF and must email editable copies of such documents (in Microsoft Word® format) to chambers_flmd_Dalton@flmd.uscourts.gov.* | |
| Commencement of the Trial Term | July 6, 2027 |
| Bench or Jury: | Jury |

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 10, 2026.



ROY B. DALTON, JR.
United States District Judge