# EXHIBIT 2

GT00094

Placeholder Exhibit; Joint Motion to Seal Forthcoming Pursuant to the Court's Instruction at ECF 117.