# EXHIBIT 3

GT00076

Placeholder Exhibit; Joint Motion to Seal Forthcoming Pursuant to the Court's Instruction at ECF 117.