# EXHIBIT 10

July 2, 2026 C. McGoff Deposition Excerpts

Placeholder Exhibit; Joint Motion to Seal Forthcoming Pursuant to the Court's Instruction at ECF 117.