# EXHIBIT 12

UCU_ABL_00000934

Placeholder Exhibit; Joint Motion to Seal Forthcoming Pursuant to the Court's Instruction at ECF 117.