# EXHIBIT 13

June 10, 2025 Email (No Bates Number)

Placeholder Exhibit; Joint Motion to Seal Forthcoming Pursuant to the Court's Instruction at ECF 117.