# EXHIBIT 17

ABL00078178 & ABL00078179

Placeholder Exhibit; Joint Motion to Seal Forthcoming Pursuant to the Court's Instruction at ECF 117.