# EXHIBIT 18

ABL000006544 & ABL000006546

Placeholder Exhibit; Joint Motion to Seal Forthcoming Pursuant to the Court's Instruction at ECF 117.