# EXHIBIT 19

ABL00214406

Placeholder Exhibit; Joint Motion to Seal Forthcoming Pursuant to the Court's Instruction at ECF 117.