**IIN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ABACUS GLOBAL MANAGEMENT, INC., a corporation,
Plaintiff and Counterclaim Defendant,

JAY JACKSON,
Counterclaim Defendant,

v.

COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual,
Defendants and Counterclaim Plaintiff.

Case No. 6:25-cv-01401-RBD-RMN

**UPDATED JOINT MEDIATION NOTICE**

Plaintiff, ABACUS GLOBAL MANAGEMENT, INC. ("Plaintiff"), together with Defendants, COVENTRY FIRST LLC and ALAN BUERGER (together, "Defendants") (Plaintiff and Defendants together, the "Parties"),[1] pursuant to the Court's August 10, 2026 Order (Dkt. 125) extending deadlines, hereby jointly update

[1] The undersigned note that Defendants filed their First Amended Counterclaims (Dkt. 127), which names Jay Jackson as a Counterclaim Defendant, but he has not yet been served. The Parties will provide a further update as to the referenced mediation following service and once Mr. Jackson's participation is confirmed.

the Court with notice regarding the mediation in this action after conferral between counsel and mediator in regard to the same.

Specifically, the Parties hereby notify the Court that the mediation in this matter will take place before mediator Julie H. O'Kane of O'Kane Mediation, LLC and is scheduled to take place on January 21, 2027. The purpose of this update is to advise the Court that the mediation has now been rescheduled to take place on January 21, 2027.

Dated: August 24, 2026

Respectfully Submitted,

*/s/ Alex Zuckerman*
Alex Zuckerman (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000
alexzuckerman@quinnemanuel.com

Jason D. Sternberg,
Osvaldo Rodriguez
QUINN EMANUEL URQUHART & SULLIVAN, LLP
2601 South Bayshore Drive, 15th Floor
Miami, FL 33133
(305) 402-4880
jasonsternberg@quinnemanuel.com
osvaldorodriguez@quinnemanuel.com

Kathleen S. Messinger (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
kathleenmessinger@quinnemanuel.com

*/s/ Andrew J. Levander*
Andrew J. Levander (*pro hac vice*)
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500
andrew.levander@dechert.com

Michael H. McGinley (*pro hac vice*)
Brian A. Kulp (*pro hac vice*)
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000
michael.mcginley@dechert.com
brian.kulp@dechert.com

Eric Auslander (*pro hac vice*)
DECHERT LLP
1900 K Street, NW
Washington, DC 20006
(202) 261-3300
eric.auslander@dechert.com

*Counsel for Plaintiff Abacus Global Management, Inc.*

Alfred J. Bennington, Jr.
Glennys Ortega Rubin
Benjamin F. Elliott
SHUTTS & BOWEN LLP
300 South Orange Ave.
Suite 1600
Orlando, FL 32801
(407) 423-3200
bbennington@shutts.com
grubin@shutts.com
belliott@shutts.com

Jay B. Shapiro
Viviana I. Vasiu
STEARNS WEAVER MILLER
WEISSLER ALHADEFF &
SITTERSON, P.A.
150 W. Flagler Street, Suite 2200
Miami, FL 33130
(305) 789-3200
jshapiro@stearnsweaver.com
vvasiu@stearnsweaver.com

*Counsel for Defendants Coventry First LLC and Alan Buerger*