**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ABACUS GLOBAL MANAGEMENT, INC., a corporation,

Plaintiff,

v.

COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual,

Defendants.

Case No.: 6:25-cv-01401-RBD-RMN

COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual,

Counter-Claimants,

v.

ABACUS GLOBAL MANAGEMENT, INC., a Corporation; JAY JACKSON, an individual,

Counter-Defendants.

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned counsel, Alex Zuckerman, Esq., of the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, hereby enters his

appearance as counsel on behalf of Counter-Defendant, Jay Jackson, in the above-captioned action and hereby requests that copies of all further correspondence, notices, filings, and pleadings be served upon the undersigned. Alex Zuckerman is appearing *pro hac vice* in this Court in the above-captioned matter. *See* Dkt. 18.

DATED: August 28, 2026

*/s/ Alex Zuckerman*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Alex Zuckerman (*pro hac vice*)
alexzuckerman@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000

*Attorney for Plaintiff and Counter-Defendant Abacus Global Management, Inc. and Counter-Defendant Jay Jackson*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 28, 2026, a true and correct copy of the foregoing document was electronically served via the CM/ECF system on all parties authorized to accept service by CM/ECF.

*/s/ Alex Zuckerman*

Alex Zuckerman