**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ABACUS GLOBAL MANAGEMENT, INC., a corporation,

Plaintiff,

v.

COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual,

Defendants.

Case No.: 6:25-cv-01401-RBD-RMN

COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual,

Counter-Claimants,

v.

ABACUS GLOBAL MANAGEMENT, INC., a Corporation; JAY JACKSON, an individual,

Counter-Defendants.

**JOINT MOTION TO EXTEND DEADLINES REGARDING OPPOSITION TO ABACUS' MOTION TO AMEND AND MOTION TO DISMISS DEFENDANTS' AMENDED COUNTERCLAIMS**

Plaintiff and Counter-Defendant Abacus Global Management, Inc. ("Abacus"), Counter-Defendant Jay Jackson, and Defendants and Counter-Claimants Coventry First LLC and Alan Buerger (collectively, "the Parties") jointly move this court for an extension of two upcoming deadlines.

First, Defendants seek an extension of their deadline to oppose Abacus' Motion for Leave to File a Second Amended Complaint, Dkt. 126, from September 1, 2026, to September 9, 2026.

Second, Abacus and Jay Jackson seek an extension of their deadline to move to dismiss Defendants' Amended Counterclaims, Dkt. 127, from September 3, 2026, to September 17, 2026. The Parties have conferred in good faith and consent to one another's requested extensions.

## I. LEGAL STANDARD

"When an act may or must be done within a specified time, the court may, for good cause, extend the time" where the request is made before the original time expires. Fed. R. Civ. P. 6(b)(1)(A). "To establish good cause, the party seeking the extension must establish that the schedule could not be met despite the party's diligence." *Ashmore v. Sec'y, Dep't of Transp.*, 503 F. App'x 683, 685 (11th Cir. 2013) (citation omitted).

## II. ARGUMENT

Good cause exists to extend both deadlines. The Parties have exercised due diligence in trying to meet their original deadlines. However, the Parties agree that they will require more time with their respective materials in light of the complexity of

the issues and pleadings involved, the overlap between both briefing schedules, and ongoing discovery and depositions occurring in this matter. The brief extensions of time requested herein will provide both Parties with a full and fair opportunity to respond to one another's filings, without substantially impacting the case schedule.

WHEREFORE, the Parties request that this Court enter an Order extending the time for Defendants to oppose Abacus' Motion for Leave to File a Second Amended Complaint to September 9, 2026, and extending the time for Abacus and Jay Jackson to move to dismiss Defendants' Amended Counterclaims to September 17, 2026.

**LOCAL RULE 3.01(g) CONFERRAL**

The Parties conferred via videoconference on August 25, 2026 and agree to the relief sought herein.

Respectfully submitted,

DATED: August 28, 2026

*/s/ Alex Zuckerman*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Jason Sternberg (Fla. Bar No. 72887)
jasonsternberg@quinnemanuel.com
Osvaldo Rodriguez (Fla. Bar No. 1039307)
osvaldorodriguez@quinnemanuel.com
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
(305) 402-4880

Alex Zuckerman (*pro hac vice*)
alexzuckerman@quinnemanuel.com

*/s/ Andrew Levander*

**DECHERT LLP**

Andrew J. Levander (*pro hac vice*)
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
andrew.levander@dechert.com

Michael H. McGinley (*pro hac vice*)
Brian A. Kulp (*pro hac vice*)

Jack Furness (*pro hac vice)*
jackfurness@quinnemanuel.com
Teodora Pasca (*pro hac vice*)
teodorapasca@quinnemanuel.com
Daniel Clarke (*pro hac vice*)
danielclarke@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000

Kathleen Messinger (*pro hac vice*)
kathleenmessinger@quinnemanuel.com
865 S Figueroa St Fl 10
Los Angeles, CA 90017
949-690-8261

Nicole Arata (*pro hac vice*)
nicolearata@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
617-712-7100

*Attorneys for Plaintiff and Counter-Defendant Abacus Global Management, Inc. and Counter-Defendant Jay Jackson*

Cira Centre
2929 Arch Street
Philadelphia, PA 19104

Eric Auslander (*pro hac vice*)
1900 K Street, NW
Washington, DC 20006

**SHUTTS & BOWEN LLP**

Alfred J. Bennington, Jr.
Glennys Ortega Rubin
Benjamin F. Elliott
300 South Orange Ave.
Suite 1600
Orlando, FL 32801

*Counsel for Defendants and Counter-Claimants Coventry First LLC and Alan Buerger*