**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ABACUS GLOBAL MANAGEMENT, INC., a corporation,

Plaintiff,

v.

COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual,

Defendants.

Case No.: 6:25-cv-01401-RBD-RMN

COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual,

Counter-Claimants,

v.

ABACUS GLOBAL MANAGEMENT, INC., a Corporation; JAY JACKSON, an individual,

Counter-Defendants.

**TIME SENSITIVE AND UNOPPOSED MOTION TO EXTEND DEADLINE REGARDING OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND**

Defendants and Counter-Claimants Coventry First LLC and Alan Buerger (together, "Defendants") hereby move this Court for an extension of their deadline to

oppose Plaintiff Abacus Global Management, Inc.'s ("Abacus's') Motion for Leave to File a Second Amended Complaint ("Motion for Leave"), Dkt. 126, from September 1, 2026, to September 9, 2026.

The Court recently granted in part and denied in part Defendants' and Abacus's recently submitted joint motion for the extension of certain deadlines. *See* Dkt. 134. In denying Defendants' request for an extension of their deadline to file their response in opposition to Plaintiff's Motion for Leave to File a Second Amended Complaint, the Court noted that Defendants must file their own motion requesting affirmative relief. *See id.* Defendants do so here.

## I. LEGAL STANDARD

"When an act may or must be done within a specified time, the court may, for good cause, extend the time" where the request is made before the original time expires. Fed. R. Civ. P. 6(b)(1)(A). "To establish good cause, the party seeking the extension must establish that the schedule could not be met despite the party's diligence." *Ashmore v. Sec'y, Dep't of Transp.*, 503 F. App'x 683, 685 (11th Cir. 2013) (citation omitted).

## II. ARGUMENT

The present deadline to respond to Abacus's Motion for Leave is September 1, 2026. Additional time is warranted in light of the complexity of the issues raised in the Motion for Leave, Dkt. 126, and the extensive proposed changes to Abacus's Proposed Second Amended Complaint (Proposed SAC), Dkt. 126-1. Indeed, the Proposed SAC cuts more than thirty paragraphs, adds an entirely new theory of

damages, and alters various core factual allegations. Meanwhile, Defendants have also been engaging in discovery and conducting depositions. The brief extension of time requested will provide Defendants with a full and fair opportunity to respond to Abacus's Motion for Leave without substantially impacting the case schedule. There is thus good cause for the requested extension because, despite Defendants' diligence, additional time is necessary for Defendants to address the various extensive changes to the proposed SAC and issues in Abacus's Motion for Leave.

WHEREFORE, Defendants request that this Court enter an Order extending the time for Defendants to oppose Abacus' Motion for Leave to File a Second Amended Complaint to September 9, 2026.

Dated: August 31, 2026

Respectfully Submitted,

*/s/ Andrew J. Levander*

ANDREW J. LEVANDER (*pro hac vice*)
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
andrew.levander@dechert.com

MICHAEL H. MCGINLEY (*pro hac vice*)
BRIAN A. KULP (*pro hac vice*)
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104

ERIC AUSLANDER (*pro hac vice*)
DECHERT LLP
1900 K Street, NW
Washington, DC 20006

ALFRED J. BENNINGTON, JR.
GLENNYS ORTEGA RUBIN
BENJAMIN F. ELLIOTT
SHUTTS & BOWEN LLP
300 South Orange Ave.
Suite 1600
Orlando, FL 32801

*Counsel for Defendants and Counterclaimants Coventry First LLC and Alan Buerger*

## LOCAL RULE 3.01(g) CONFERRAL

The Parties conferred via telephone on August 31, 2026 in regard to the relief sought herein. Abacus does not oppose the relief sought in Defendants' Motion.

*/s/ Andrew J. Levander*
Andrew J. Levander

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 31, 2026, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.

*/s/ Andrew J. Levander*
Andrew J. Levander