# EXHIBIT 1

Excerpts from Aug. 27, 2026 Deposition of S. Morrow

Placeholder Exhibit; Joint Motion to Seal Forthcoming Pursuant to the Court Order at ECF 115.