**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ABACUS GLOBAL MANAGEMENT, INC., a corporation,

Plaintiff,

v.

COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual,

Defendants.

Case No.: 6:25-cv-01401-RBD-RMN

COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual,

Counter-Claimants,

v.

ABACUS GLOBAL MANAGEMENT, INC., a Corporation; JAY JACKSON, an individual,

Counter-Claim Defendants.

**ABACUS AND JAY JACKSON'S MOTION TO ENLARGE PAGE LIMIT ON MOTION TO DISMISS DEFENDANTS' FIRST AMENDED COUNTERCLAIMS**

Plaintiff and Counter-Defendant Abacus Global Management, Inc. ("Abacus") and Counter-Defendant Jay Jackson (together, "Counter-Claim Defendants"), by and through their undersigned counsel and for good cause, hereby moves this court to respectfully request an additional five (5) pages, for a total of thirty (30) pages not inclusive of any exhibits, for its Motion to Dismiss Coventry First LLC and Alan Buerger's ("Defendants") First Amended Counterclaims. The Moving Parties' deadline for this Motion to Dismiss is September 10, 2026. Defendants consent to this request.

**ARGUMENT**

Local Rule 3.01(c) permits a party to seek leave to exceed the page limit set forth therein, so long as the request does not exceed three (3) pages. This Court has the authority to control its own docket, including "broad discretion in deciding how best to manage" the case before it. *See Barber v. Am.'s Wholesale Lender*, 289 F.R.D. 364, 366 (M.D. Fla. 2013).

The Counter-Claim Defendants seek five (5) additional pages for their anticipated Motion to Dismiss Defendants' First Amended Counterclaims. Counsel has been working diligently on the Motion to Dismiss in light of the upcoming deadline and has determined, in good faith, that five (5) additional pages are necessary to effectively respond to Defendants' Counterclaims. Good cause exists to grant this request for two reasons.

First, Defendants' Counterclaims are lengthy (62 pages), complex themselves within a highly complex dispute, and—taking together the exhibits attached to both their original and amended Counterclaims—cite to approximately 60 individual exhibits. They also levy serious factual allegations against the Counter-Claim Defendants. The Court has previously granted modest requests to enlarge page limits to both parties in this case. *See* Dkt. 30, 50.

Second, Defendants now Counterclaim against both Abacus *and* Jay Jackson, the latter of whom is a brand-new Counter-Claim Defendant to this Action. The Moving Parties are thus tasked with answering Counterclaims in respect of both Counter-Claim Defendants—including one who has never previously been part of this action—in a single motion. Additional pages are required to give both Counter-Claim Defendants a full and fair opportunity to respond to the allegations against them.

WHEREFORE, the Moving Parties respectfully request that this Court enter an Order enlarging the page limit for their forthcoming Motion to Dismiss by five (5) additional pages, for a total of thirty (30) pages excluding any exhibits, and grant any other relief that the Court deems just and proper.

## LOCAL RULE 3.01(g) CONFERRAL

Counsel for Abacus and Jay Jackson conferred with Defendants' counsel via email on September 4, 2026. Defendants' counsel advised via email on September 5, 2026 that they consent to this request.

Respectfully submitted,

DATED: September 8, 2026

*/s/ Alex Zuckerman*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Jason Sternberg (Fla. Bar No. 72887)
jasonsternberg@quinnemanuel.com
Osvaldo Rodriguez (Fla. Bar No. 1039307)
osvaldorodriguez@quinnemanuel.com
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
(305) 402-4880

Alex Zuckerman (*pro hac vice*)
alexzuckerman@quinnemanuel.com
Jack Furness (*pro hac vice)*
jackfurness@quinnemanuel.com
Teodora Pasca (*pro hac vice*)
teodorapasca@quinnemanuel.com
Daniel Clarke (*pro hac vice*)
danielclarke@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016

(212) 849-7000

Kathleen Messinger (*pro hac vice*)
kathleenmessinger@quinnemanuel.com
865 S Figueroa St Fl 10
Los Angeles, CA 90017
949-690-8261

Nicole Arata (*pro hac vice*)
nicolearata@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
617-712-7100

*Attorneys for Plaintiff and Counter-Defendant Abacus Global Management, Inc. and Counter-Defendant Jay Jackson*