**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| ABACUS GLOBAL MANAGEMENT, INC., a corporation,<br><br>Plaintiff and Counterclaim Defendant,<br><br>JAY JACKSON,<br><br>Counterclaim Defendant<br>v.<br><br>COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual,<br><br>Defendants and Counterclaimants. | Case No.: 6:25-cv-01401-RBD-RMN |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned counsel J. Jeffrey Deery, Esq. of the law firm of Winderweedle, Haines, Ward & Woodman, P.A., hereby enters his appearances as counsel on behalf of Counterclaim Defendant Jay Jackson in the above-captioned action and hereby requests that copies of all further correspondence, notices, filings, and pleadings be served upon the undersigned.

I certify that I am are admitted to practice in the Middle District of Florida.

Dated September 9, 2026.

/s/ J. Jeffrey Deery

J. Jeffrey Deery, Esquire
Florida Bar No.: 861332
jdeery@whww.com
WINDERWEEDLE, HAINES, WARD
& WOODMAN, P.A.
329 N. Park Avenue, Second Floor
Winter Park, FL 32789
Post Office Box 880 (mailing address)
Winter Park, FL 32790-0880
(407) 423-4246
(407) 645-3728 (facsimile)
*Counsel for Counterclaim Defendant Jay Jackson*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2026, a true and correct copy of the foregoing document was electronically served via the CM/ECF system on all parties authorized to accept service by CM/ECF.

/s/ J. Jeffrey Deery, Esq.
J. Jeffrey Deery, Esq.