**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| ABACUS GLOBAL MANAGEMENT, INC., a corporation,<br><br>Plaintiff and Counterclaim Defendant,<br><br>JAY JACKSON,<br><br>Counterclaim Defendant<br>v.<br><br>COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual,<br><br>Defendants and Counterclaimants. | Case No.: 6:25-cv-01401-RBD-RMN |

**UNOPPOSED MOTION FOR SPECIAL ADMISSION**

Phillip A. Giordano, Esquire, of Gordon, Fournaris & Mammarella, P.A. moves for special admission to represent Counterclaim Defendant Jay Jackson in this action.

1. I am neither a Florida resident nor a member in good standing of The Florida Bar.

2. I am a member in good standing of a bar of a United States district court; specifically, the U.S. District Court for the District of Delaware.

3. I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

N/A

4. I will comply with the federal rules and this Court's local rules.

5. I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

6. I have paid the fee for special admission or will pay the fee upon special admission.

7. I will register with the Court's CM/ECF system.

8. I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

**Local Rule 3.01(g) Certification**

Undersigned counsel conferred with counsel for Defendants Coventry First LLC and Alan Buerger in advance of this filing this Motion. Counsel for Defendants Coventry First LLC and Alan Buerger does not oppose the relief requested herein.

Dated September 9, 2026.

*/s/ Phillip A. Giordano*
GORDON, FOURNARIS
& MAMMARELLA, P.A.
Phillip A. Giordano, Esquire
pgiordano@gfmlaw.com
1925 Lovering Avenue
Wilmington, DE 19806
(302) 652-2900

/s/ J. Jeffrey Deery
J. Jeffrey Deery, Esquire
Florida Bar No.: 861332
jdeery@whww.com
Timothy J. Kiley, Esquire
Florida Bar No.: 861332
tkiley@whww.com
WINDERWEEDLE, HAINES, WARD
& WOODMAN, P.A.
329 N. Park Avenue, Second Floor
Winter Park, FL 32789
Post Office Box 880 (mailing address)
Winter Park, FL 32790-0880
(407) 423-4246
(407) 645-3728 (facsimile)

*Counsel for Counterclaim Defendant Jay Jackson*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 9, 2026, a true and correct copy of the foregoing document was electronically served via the CM/ECF system on all parties authorized to accept service by CM/ECF.

/s/ J. Jeffrey Deery, Esq.
J. Jeffrey Deery, Esq.