**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

ABACUS GLOBAL MANAGEMENT, INC.,

Plaintiff and Counterclaim Defendant,

JAY JACKSON,

Counterclaim Defendant,

v.

COVENTRY FIRST LLC; ALAN BUERGER,

Defendants and Counterclaimants.

Case No. 6:25-cv-01401-RBD-RMN

**COUNTERCLAIMANTS' UNOPPOSED AND TIME-SENSITIVE MOTION FOR LEAVE TO EXCEED PAGE LIMIT AS TO COUNTERCLAIMANTS' OPPOSITION TO COUNTERCLAIM DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE THE AMENDED COUNTERCLAIMS**

Counterclaimants Coventry First LLC ("Coventry") and Alan Buerger (together "Counterclaimants"), by and through their undersigned counsel and for good cause, hereby move for leave to exceed the page limit by five (5) pages, for a total of twenty-five (25) pages exclusive of exhibits, in connection with their Opposition to Counterclaim Defendants Abacus Global Management, Inc. ("Abacus") and Jay Jackson's Motion to Dismiss and Motion to Strike the Amended Counterclaims, ECF

147. The deadline for Counterclaimants' Opposition is October 1, 2026. Abacus and Jackson consent to this request.

## I. LEGAL STANDARD

Local Rule 3.01(c) permits a party to seek leave to exceed the page limit set forth therein. Further, this Court has the authority and discretion to control its docket. *See, e.g.*, *Barber v. Am.'s Wholesale Lender*, 289 F.R.D. 364, 366 (M.D. Fla. 2013).

## II. ARGUMENT

Counterclaimants respectfully request that this Court grant leave to file five (5) additional pages for Counterclaimants' Opposition to Abacus and Jackson's Motion to Dismiss and Motion to Strike the Amended Counterclaims (the "Motion"). Good cause exists to grant this request for two reasons.

*First*, this Court previously granted Abacus and Jackson's request for an additional five pages on their Motion. *See* ECF 145. The Court should grant the same enlargement for the Opposition, just as it did when granting Abacus's request for an additional five pages in opposing Counterclaimants' motion to dismiss. *See* ECF 50.

*Second*, an additional five pages is necessary to provide Counterclaimants with a full and fair opportunity to respond. Abacus and Jackson's 30-page Motion raises several distinct grounds for dismissal and includes a separate motion to strike, each of which requires individualized analysis and response. The Motion also seeks to dismiss five separate claims against two different Counterclaim Defendants. It concerns a complex and nuanced industry. And the factual and legal issues implicated by the

Motion, including questions of standing, novel interpretive issues, and the sufficiency of the pleading, necessitate a thorough response in opposition.

While Counterclaimants have endeavored to meet the standard twenty (20) page limit, they have determined, in good faith, that they require additional space to provide the Court with the explanation necessary to adequately respond to Abacus and Jackson's Motion. Good cause therefore exists for the relief requested herein.

WHEREFORE, Counterclaimants request that this Court enter an Order enlarging the page limit of Counterclaimants' forthcoming Opposition to Abacus and Jackson's Motion by five (5) additional pages, for a total of twenty-five (25) pages excluding any exhibits.

Dated: September 25, 2026

Respectfully Submitted,

*/s/ Andrew J. Levander*
ANDREW J. LEVANDER (*pro hac vice*)
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
andrew.levander@dechert.com

ERIC AUSLANDER (*pro hac vice*)
DECHERT LLP
1900 K Street, NW
Washington, DC 20006

MICHAEL H. MCGINLEY (*pro hac vice*)
BRIAN A. KULP (*pro hac vice*)
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104

ALFRED J. BENNINGTON, JR.
GLENNYS ORTEGA RUBIN
BENJAMIN F. ELLIOTT
SHUTTS & BOWEN LLP
300 South Orange Ave.
Suite 1600
Orlando, FL 32801

*Counsel for Coventry First LLC and Alan Buerger*

## LOCAL RULE 3.01(G) CERTIFICATION

The undersigned counsel hereby certifies that on September 24, 2026, prior to filing this motion, the Parties conferred in good faith and counsel for Abacus and Jackson do not oppose the relief sought herein.

*/s/ Andrew J. Levander*
Andrew J. Levander

## CERTIFICATE OF SERVICE

All counsel of record who are deemed to have consented to electronic service are being served with a true and correct copy of this Motion for Leave via electronic mail on September 25, 2026 through the Court's electronic filing system.

*/s/ Andrew J. Levander*
Andrew J. Levander