**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ABACUS GLOBAL MANAGEMENT, Inc., a corporation

Plaintiff,

v.

COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual

Defendants.

Case No.: 6:25-cv-1401-RBD-RMN
(Fla. Case No. 2025-CA-006191-O)

Magistrate Judge Robert Norway

**MOTION OF DAVID M. WALSH, ESQ. TO WITHDRAW AS COUNSEL FOR THE PLAINTIFF AND SUPPORTING MEMORANDUM OF LAW**

1. COMES NOW David M. Walsh, Esq. and moves this Court, pursuant to Local Rule 2.02 of the Local Rules of the U.S. District Court for the Middle District of Florida, for the entry of an Order permitting him to withdraw as counsel for the Plaintiff, Abacus Global Management, Inc. In support thereof, Mr. Walsh submits the following Memorandum of Law

2. On August 1, 2025, a Notice of Appearance was filed on behalf of the Plaintiff in the above-styled cause. (Dkt. 13.)

3. David Walsh has since stopped being employed by Quinn Emanuel Urquhart & Sullivan, LLP.

4. Plaintiff has been and will continue to be represented by the other attorneys from the Quinn Emanuel law firm, who have previously entered an appearance in this action. Plaintiff therefore remains represented.

5. Pursuant to Local Rule 2.02(c)(1), I hereby certify that the Plaintiffs have consented to my withdrawal from this action.

6. I further certify that my withdrawal will not cause the continuance of a trial in the above-styled action.

WHEREFORE, the undersigned respectfully requests that this Court enter an Order granting his leave to withdraw and that the Clerk be directed to remove the undersigned from this matter and all ECF filing notifications.

**Local Rule 3.01(g) Certification**

In compliance with Local Rule 3.01(g), I have conferred with opposing counsel and opposing counsel does not oppose the instant Motion.[1]

Dated: November 13, 2026 Respectfully submitted,

*/s/ David M. Walsh*

David M. Walsh (Fla. Bar No. 1048823)
Miami, FL 33133
(305) 402-4880

[1] Given Mr. Walsh's departure from Quinn Emanuel, undersigned Plaintiff's counsel, Alex Zuckerman, is filing this motion with Mr. Walsh's consent.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 13, 2026, a true and correct copy of the foregoing document was electronically served via the CM/ECF system on all parties authorized to accept service by CM/ECF.

/s/ *Alex Zuckerman*
Alex Zuckerman