**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ABACUS GLOBAL MANAGEMENT, Inc., a corporation

Plaintiff,

v.

COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual

Defendants.

Case No.: 6:25-cv-1401-RBD-RMN
(Fla. Case No. 2025-CA-006191-O)

Magistrate Judge Robert Norway

**UNOPPOSED MOTION OF DANIEL CLARKE, ESQ. TO WITHDRAW AS COUNSEL FOR PLAINTIFF AND SUPPORTING MEMORANDUM OF LAW**

1. COMES NOW Daniel Clarke, Esq. moves this Court pursuant to Local Rule 2.02 of the Local Rules of the U.S. District Court for the Middle District of Florida, for the entry of an Order permitting him to withdraw as counsel for the Plaintiff, Abacus Global Management, Inc. In support thereof, Mr. Clarke submits the following Memorandum of Law:

2. On August 25, 2026, an Unopposed Motion for Special Admission of Daniel Clarke to appear Pro Hac Vice was filed on behalf of the Plaintiff. Dkt. No. 130.

3. On August 26, 2026, the Court granted Plaintiff's Unopposed Motion for Special Admission of Daniel Clarke. Dkt. No. 131.

4. However, I will no longer be defending Plaintiff's interests in this action because effective November 13, 2026, I will no longer be employed at Quinn Emanual Urquhart & Sullivan, LLP.

5. Plaintiff will continue to be represented by other attorneys from the Quinn Emanuel Urquhart & Sullivan, LLP law firm who have previously entered an appearance in this action and, therefore, my withdrawal will not leave Plaintiff without representation.

6. Pursuant to Local Rule 2.02(c)(1), I hereby certify that the Plaintiff has consented to my withdrawal from this action.

7. I further certify that my withdrawal will not cause the continuance of a trial in the above-styled action.

WHEREFORE, the undersigned respectfully requests that this Court enter an Order granting his leave to withdraw and that the Clerk be directed to remove the undersigned from this matter and all ECF filing notifications.

**Local Rule 3.01(g) Certification**

In compliance with Local Rule 3.01(g), I have conferred with opposing counsel, and opposing counsel does not oppose the instant Motion.[1]

Dated: November 13, 2026

Respectfully submitted,

*/s/ Daniel Clarke*
Daniel Clarke

[1] I, Daniel Clarke, consent to this motion being filed on my behalf by Alex Zuckerman.

danielclarke@quinnemanuel.com
865 S. Figueroa Street, Fourth Floor
Los Angeles, CA 9017
(213) 443-3105

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 13, 2026, a true and correct copy of the foregoing document was electronically served via the CM/ECF system on all parties authorized to accept service by CM/ECF.

/s/ *Alex Zuckerman*
Alex Zuckerman