**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ABACUS GLOBAL MANAGEMENT, Inc., a corporation

Plaintiff,

v.

Case No.: 6:25-cv-1401-RBD-RMN
(Fla. Case No. 2025-CA-006191-O)

COVENTRY FIRST LLC, a limited liability company; ALAN BUERGER, an individual

Defendants.

---

**UNOPPOSED MOTION FOR SPECIAL ADMISSION OF ALLISON SILBER**

Allison Silber, Esq. moves for special admission to represent Plaintiff Abacus Global Management, Inc. in this action.

1. I am neither a Florida resident nor a member in good standing of The Florida Bar.

2. I am a member in good standing of a bar of a United States district court, specifically the Southern District of New York.

3. I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida: None.

4. I will comply with the federal rules and this Court's local rules.

5. I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

6. I have paid the fee for special admission or will pay the fee upon special admission.

7. I will register with the Court's CM/ECF system.

8. I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

**Local Rule 3.01(g) Certification**

Undersigned counsel conferred with counsel for Defendants Coventry First LLC and Alan Buerger in advance of this filing this Motion. Counsel for Defendants Coventry First LLC and Alan Buerger does not oppose the relief requested herein.

DATED: November 13, 2026

*/s/ Allison Silber*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Allison Silber
allisonsilber@quinnemanuel.com
295 Fifth Avenue
New York, NY 10016
(212) 849-7000

*/s/ Jason Sternberg*

Jason Sternberg (Fla. Bar. No. 72887)
jasonsternberg@quinnemanuel.com
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
(305) 402-4880

*Attorneys for Plaintiff Abacus Global Management, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 13, 2026, a true and correct copy of the foregoing document was electronically served via the CM/ECF system on all parties authorized to accept service by CM/ECF.

*/s/ Jason Sternberg*
Jason Sternberg