# EXHIBIT B

Excerpt of Deposition Transcript of Scott Cohen

Placeholder Exhibit; Joint Motion to Seal Forthcoming Pursuant to the Court's Instruction at ECF 117.