# EXHIBIT I

**AMERICAN ARBITRATION ASSOCIATION**

| | |
|---|---|
| COVENTRY FIRST LLC,<br><br>*Claimant/ Counter-Respondent,*<br><br>v.<br><br>TREYLED INSURANCE GROUP, INC., AND DANIEL ZEPLAIN,<br><br>*Respondents/ Counter-Claimants,*<br><br>v.<br><br>LIFE EQUITY LLC,<br><br>*Third-Party Respondent.* | Arbitration Number: 01-21-0017-1115 |

**JOINT STIPULATION AND [PROPOSED ORDER]
MODIFYING CONFIDENTIALITY ORDER**

The parties, Coventry First LLC and Life Equity LLC, and Treyled Insurance Group, Inc. and Daniel Zeplain, hereby stipulate to, and seek an order, modifying the parties' Confidentiality Order.

WHEREAS, the Panel entered the Confidentiality Order on April 22, 2022;

WHEREAS, certain documents Coventry First intends to produce reflect competitively-sensitive and proprietary business information; and

WHEREAS, Treyled Insurance Group's in-house counsel, Tama Brooks Klosek, serves in both a business role and a legal role.

THEREFORE, the parties have conferred and agreed to modify the Confidentiality Order as follows:

A new subsection C shall be added to Section I (and the remaining provisions relettered accordingly) that states:

> Highly Confidential – Outside Attorneys' Eyes Only Information. Extremely sensitive Confidential Information belonging to Coventry First LLC, including competitively-sensitive and proprietary business information, the disclosure of which to another party or non-party, including any employee at Treyled Insurance Group, Inc., would create a substantial risk of serious financial or other harm that could not be avoided by less restrictive means. By way of example and not limitation, Highly Confidential – Outside Attorneys' Eyes Only Information includes, but is not limited to: transactional sales data; medical underwriting information; offer or purchase price negotiation information; and pricing information.

A new subsection C shall be added to Section IV (and the remaining provisions relettered accordingly) that states:

> Access to information designated as HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY pursuant to this Confidentiality Order shall be limited to the persons identified in paragraphs IV(a)(ii)–(iii) and (vi)–(viii), as well as the persons identified in paragraph IV(A)(i), except Treyled Insurance Group, Inc.'s in-house counsel.

The Confidentiality Order otherwise shall remain unchanged.

Dated: July 1, 2022

WILLIAMS & CONNOLLY LLP

*/s/ David Randall J. Riskin*
Kenneth J. Brown
kbrown@wc.com
David Randall J. Riskin
driskin@wc.com
Thomas K. White
twhite@wc.com
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

*Attorneys for Claimant Coventry First LLC and Third-Party Respondent Life Equity LLC*

*/s/ Neil R. Lapinski*
Neil R. Lapinski, Esq.
Gordon, Fournaris & Mammarella, PA

1925 Lovering Avenue
Wilmington, DE 19806
Tel: 302-652-2900
E-Mail: nrlapinski@gfmlaw.com

*Attorney for Respondents Treyled Insurance Group, Inc. and Daniel Zeplain*

IT IS SO ORDERED this 5th day of July, 2022.

Member of the Panel