# EXHIBIT B

# (Bates No. GT135369)

# PLACEHOLDER PENDING MOTION TO SEAL