# NT 10-Q: Notice under Rule 12b25 of inability to timely file all or part of a form 10-Q or 10-QSB

Published on November 17, 2026

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

| OMB APPROVAL |
|---|
| OMB Number: 3235-0058<br>Expires: September 30, 2028<br>Estimated average burden<br>hours per response ............ 2.50 |
| SEC FILE NUMBER<br>001-39403 |
| CUSIP NUMBER<br>00258Y104 |

## FORM 12b-25

**NOTIFICATION OF LATE FILING**

*(Check one):* Form 10-K Form 20-F ☐ Form 11-K ☒ Form 10-Q Form 10-D Form N-CEN Form N-CSR

For Period Ended: September 30, 2026

Transition Report on Form 10-K
Transition Report on Form 20-F
Transition Report on Form 11-K
Transition Report on Form 10-Q
For the Transition Period Ended: ____________

*Read Instruction (on back page) Before Preparing Form. Please Print or Type.*
**Nothing in this Form shall be construed to imply that the Commission has verified any information contained herein.**

If the notification relates to a portion of the filing checked above, identify the Item(s) to which the notification relates:

**PART I — REGISTRANT INFORMATION**

EXHIBIT C

**Abacus Global Management, Inc.**

Full Name of Registrant

**N/A**

Former Name if Applicable

**333 South Garland Avenue, Suite 1500**

Address of Principal Executive Office *(Street and Number)*

**Orlando, FL 32801**

City, State and Zip Code

**PART II — RULES 12b-25(b) AND (c)**

If the subject report could not be filed without unreasonable effort or expense and the registrant seeks relief pursuant to Rule 12b-25(b), the following should be completed. (Check box if appropriate)

(a) The reason described in reasonable detail in Part III of this Form could not be eliminated without unreasonable effort or expense;

(b) The subject annual report, semi-annual report, transition report on Form 10-K, Form 20-F, Form 11-K, Form N-CEN or Form N-CSR, or portion thereof, will be filed on or before the fifteenth calendar day following the prescribed due date; or the subject quarterly report or transition report on Form 10-Q or subject distribution report on Form 10-D, or portion thereof, will be filed on or before the fifth calendar day following the prescribed due date; and

(c) The accountant's statement or other exhibit required by Rule 12b-25(c) has been attached if applicable.

**PART III — NARRATIVE**

State below in reasonable detail why Forms 10-K, 20-F, 11-K, 10-Q, 10-D, N-CEN, N-CSR, or the transition report or portion thereof, could not be filed within the prescribed time period.

Abacus Global Management, Inc. (the "Company" or "Registrant") is unable to file its Quarterly Report on Form 10-Q for the quarter ended September 30, 2026 (the "Form 10-Q") within the prescribed time period without unreasonable effort or expense and requires additional time to complete the preparation and review of its financial statements and related disclosures to be included in the Form 10-Q. The Company's delay in timely filing its Form 10-Q is a result of its ongoing evaluation of the accounting for capital account credits provided to the limited partners of certain private funds advised by the Company starting in the second quarter of 2025, as well as the accounting associated with certain transactions between the Company and its related party funds. After the evaluation of the above items is completed, the Company will evaluate the materiality of any identified issues in the Company's previously filed periodic reports, potentially dating back to June 30, 2025, to determine whether corrections are required. Additionally, the Company will need to perform a reassessment of its internal controls over financial reporting related to these items, which may result in a conclusion that the Company's disclosure controls and procedures and internal control over financial reporting were not effective.

The Company intends to file the Form 10-Q as soon as practicable, but not within the extended filing date pursuant to Rule 12b-25.

*Forward-Looking Statements.* This notification contains forward-looking statements, including statements regarding the timing of the filing of the Form 10-Q. These statements are subject to risks and uncertainties, and may result in adjustments to the Company's financial statements. The Company undertakes no obligation to update these forward-looking statements except as required by law.

## PART IV — OTHER INFORMATION

(1) Name and telephone number of person to contact in regard to this notification

| **William McCauley** | **800** | **561-4148** |
|---|---|---|
| (Name) | (Area Code) | (Telephone Number) |

(2) Have all other periodic reports required under Section 13 or 15(d) of the Securities Exchange Act of 1934 or Section 30 of the Investment Company Act of 1940 during the preceding 12 months or for such shorter period that the registrant was required to file such report(s) been filed? If answer is no, identify report(s).

☒ Yes ☐ No

(3) Is it anticipated that any significant change in results of operations from the corresponding period for the last fiscal year will be reflected by the earnings statements to be included in the subject report or portion thereof?

☒Yes No

If so, attach an explanation of the anticipated change, both narratively and quantitatively, and, if appropriate, state the reasons why a reasonable estimate of the results cannot be made.

When the Company completes the evaluation described above, there may be a significant change in asset management revenue, related party, and related party payables associated with the private funds' limited partner incentives. At this time, due to the ongoing evaluation, the Company is unable to estimate the extent of any significant changes in previously filed reports, including the earnings release for the period ended September 30, 2026 filed on Form 8-K on November 5, 2026.

**Abacus Global Management, Inc.**

(Name of Registrant as Specified in Charter)

has caused this notification to be signed on its behalf by the undersigned hereunto duly authorized.

Date November 17, 2026

By /s/ William McCauley
Name: William McCauley
Title: Chief Financial Officer and Chief Operating Officer

INSTRUCTION: The form may be signed by an executive officer of the registrant or by any other duly authorized representative. The name and title of the person signing the form shall be typed or printed beneath the signature. If the statement is signed on behalf of the registrant by an authorized representative (other than an executive officer), evidence of the representative's authority to sign on behalf of the registrant shall be filed with the form.

**ATTENTION**

**Intentional misstatements or omissions of fact constitute Federal Criminal Violations (See 18 U.S.C. 1001).**